**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MICHAEL LEMMON, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 26-cv-544 (TSC) |
| DONALD J. TRUMP, et al., | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, and for the reasons set forth in the accompanying memorandum, Plaintiffs Michael Lemmon, Shaun Byrnes, Jon Gundersen, and Calder Loth move for a preliminary injunction to bar Defendants Vince Haley, Director of the White House Domestic Policy Council; Executive Office of the President; and National Park Service from taking any steps to construct or to direct or facilitate construction of a commemorative arch in Memorial Circle absent congressional authorization and compliance with all other statutory and regulatory requirements for such construction. The Commemorative Works Act of 1986, 40 U.S.C. §§ 8901–8909, and 40 U.S.C. § 8106 forbid the construction of commemorative works and other structures on certain federally administered land in the District of Columbia—including Memorial Circle—absent prior congressional authorization. Despite having received no such authorization, Defendant Donald J. Trump has announced plans to order the construction of a monumental arch in Memorial Circle, with construction to begin imminently so that the arch can be completed by July 4 of this year. Until this Court reaches a final judgment regarding the legality of the planned arch, Plaintiffs ask the Court preliminarily (1) to enjoin Director Haley and the Executive Office of the President from taking any steps to construct or to

1

direct or facilitate construction of any structure in Memorial Circle absent congressional authorization, designation by Congress of a project sponsor, and compliance with all other statutory and regulatory prerequisites; and (2) to enjoin the National Park Service from authorizing, permitting, or facilitating construction of any structure in Memorial Circle, including by expending donated funds, absent congressional authorization, designation by Congress of a project sponsor, and compliance with all other statutory and regulatory prerequisites.

At approximately 6:55 AM on February 27, 2026, counsel for Plaintiffs emailed the Directors of the Federal Programs Branch of the U.S. Department of Justice and the Chief of the Civil Division of the U.S. Attorney's Office in Washington, DC, to provide them with electronic copies of the complaint, motion for a preliminary injunction, and accompanying memorandum, declarations, and proposed order prior to completing this electronic filing.

Dated: February 27, 2026

Respectfully submitted,

<u>/s/ Nicolas A. Sansone</u>
Nicolas A. Sansone (DC Bar No. 1686810)
Wendy Liu (DC Bar No. 1600942)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*