**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Civil Action No. 26-cv-544 (TSC) |

## DECLARATION OF MICHAEL LEMMON

I, Michael Lemmon, declare as follows:

1. I am one of the plaintiffs in this lawsuit. I am over the age of 18 and am competent to make this declaration.

2. I am a veteran of the United States Army. I was drafted in 1966 and enlisted for helicopter flight training. I then served for thirteen months as a helicopter pilot in Vietnam. I am proud of my service to this Nation, and my time in the armed forces inspired me to seek out further opportunities to serve.

3. Following my return to the United States after my military service, I completed coursework in International Relations and Comparative Government at the University of Virginia. In 1974, I joined the foreign service and was assigned to the United States Embassy Moscow in the then-Soviet Union. During my time in Moscow, I was struck by the Soviet government's manipulation of patriotic symbols and monuments to exercise ideological and political control over the population.

4. When I returned to Washington, DC, to serve in the U.S. Department of State, the memory of those Soviet monuments stuck with me and enhanced my gratitude to live in a country

dedicated to democratic principles and freedoms. On my daily drive to work, I would cross over the Memorial Bridge from Virginia and feel awe and pride at the view of the Lincoln Memorial and the Washington Monument. On my drive back home, I would pass back over Memorial Bridge and savor the serenity of the Arlington National Cemetery Historic District and the sacred space honoring our veterans buried there.

5. In 1982, I attended the dedication of the Vietnam Veterans Memorial. I would frequently walk from my job at the State Department to search for the names of fallen comrades on that Memorial.

6. For decades, I have gone to Arlington National Cemetery to visit the gravesites of my comrades and to attend ceremonies, such as the dedication of the Vietnam Helicopter Pilots and Crew Memorial in 2018. I revel in the uninterrupted and inspiring view of the Lincoln Memorial. The symbolic linking of Arlington Cemetery and the Lincoln Memorial holds deep personal significance to me, embodying the reunification of our country after a bloody civil war and the commitment to bind up its wounds and to honor those who died in its defense and subsequent conflicts.

7. I now reside in Washington, DC, and I intend to continue visiting Arlington National Cemetery and enjoying the unobstructed vista of the Lincoln Memorial. I intend to continue driving across Memorial Bridge and contemplating its symbolism as a monument to national unity.

8. The monumental arch that President Donald J. Trump plans to build in Memorial Circle will irrevocably disturb my appreciation and enjoyment of the monuments, memorials, and architectural landscape of Washington, DC. It will interrupt the symbolic connection between the Lincoln Memorial and Arlington National Cemetery and degrade my personal experience when

visiting Arlington Cemetery or traveling around Memorial Circle and across Memorial Bridge. If constructed without congressional authorization, it will also represent a powerful leader unilaterally imposing his will in contravention of the checks and balances that are central to our democracy. Marring the monumental core of our Nation's capital with this sort of personal project, funded by private and corporate money and lacking congressional review and approval, violates the values that I have held dear throughout my life and career, and it epitomizes the sort of moral and ethical corruption from which I fought to protect the United States.

9. In my view, the disruption that the arch will cause to the unobstructed sight line, a symbol of national unity, will disrespect the memory of our veterans. I hope to be interred in Arlington Cemetery alongside my fallen comrades when I pass away. The thought of being interred in the shadow of what I believe to be a personal vanity project is profoundly disturbing to me.

10. Since Thanksgiving 2025, I have been protesting almost weekly on Memorial Bridge against the planned arch. Among the signs I hold is one that reads "Integrity Matters." This slogan has deep personal significance to me because it reminds me of my father. My father spent his career in the U.S. Navy. At one time, he faced strong corporate and congressional pressure to certify a faulty new catapult and arresting-gear system for a to-be-commissioned aircraft carrier, to the point that his career was under threat if he refused to do so. Despite having five young children at the time and little savings, he did his duty to protect naval aviators and flight-deck crew and refused to certify the faulty equipment. The Navy now annually awards the Captain Virgil Lemmon Award for Naval Aviation Maintenance Excellence, honoring my father's integrity.

11. I have hung a plaque of my father's award in every office I have occupied over my 34-year career in the Foreign Service. I am now retired, and the award resides in my home to this day as a reminder that "Integrity Matters": integrity of the process and integrity of the results. I

have a duty to my fellow veterans to honor their sacrifice and to protect their memory from being overshadowed by this vainglorious monumental arch.

12. I strongly believe that we are a Nation of laws, ruled by the people, through their democratically elected representatives, and that no elected official, however powerful, is above the law. To me, the President's planned arch will be a continuous visual affront to this principle and a personal affront to people, like me, who have fought for this Nation and devoted their careers to serving it.

13. Since my participation in protests against the arch, I have heard from many people who share my outrage. These people include fellow Vietnam veterans, Foreign Service colleagues, widows and children of veterans interred at Arlington National Cemetery, and members of the community who resent the disrespect and disruption that the arch will cause to the serene landscape of Washington, DC, and the interference it will cause with visiting the area.

14. Dozens of people have contacted me since I filed this lawsuit to express appreciation and to inquire about signing on. They have expressed anger at what they describe as blasphemy to the hallowed grounds of Arlington National Cemetery and at what they view as an egotistical affront to the sacrifice of those buried there. Many of the people who have contacted me have expressed particular concern about the President's failure to consult with Congress and to follow established legal and regulatory guidelines before pursuing the arch project.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of February, 2026

Michael Lemmon