**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Civil Action No. 26-cv-544 (TSC) |

## DECLARATION OF SHAUN BYRNES

I, Shaun Byrnes, declare as follows:

1. I am one of the plaintiffs in this lawsuit. I am over the age of 18 and am competent to make this declaration.

2. I am a veteran of the United States Navy. After graduating from Yale University in 1965, I was commissioned an Ensign and assigned to a Seventh Fleet destroyer ship that was deployed in the South China Sea to support the United States' military operations in Vietnam.

3. On October 28, 1965, I was badly injured during an engagement with North Vietnamese forces and was evacuated with burns over 50% of my body. I was hospitalized for seven months. Nonetheless, I volunteered to return to active duty after recovering. For two years thereafter, I served on a special reconnaissance squadron stationed near Tokyo, Japan, and carried out special missions throughout the Pacific.

4. My service in the Navy stimulated my interest in international affairs and a career in the Foreign Service. After I was released from active duty in January 1970, I began graduate studies at Stanford University and eventually earned a Master's degree in Russian history. In 1975, I joined the Foreign Service and was assigned to the United States Embassy in Moscow.

5. During my time in Moscow, I noticed the Soviet government's glorification of the country's military victories in World War II as a device to legitimize the Soviet Communist Party's rule. I recognized that Soviet practice differs enormously from ours. American monuments honor those who have made the ultimate sacrifice. Our monuments do not glorify rulers, a political party, or an ideology.

6. After my time in Moscow, I went on to serve in several other roles and locations throughout Europe. Over the course of my thirty years in the Foreign Service in Russia, Ukraine, Yugoslavia, Italy, and Kosovo, I held a variety of Senior Foreign Service Officer roles, including as Deputy Chief of Mission in our newly opened Embassy in Kiev, Ukraine, and as Chief of the U.S. Kosovo Diplomatic Observer Mission during the Kosovo War.

7. My time in Russia, Ukraine, and Kosovo has made me appreciate my good fortune in having been born in the United States, the enormous human cost of war, and the freedom that Americans enjoy thanks to our strong commitment to the rule of law and opposition to one-man rule.

8. I now live in Falls Church, Virginia. I regularly take visiting foreign friends to Arlington National Cemetery, and I intend to continue doing so. Two of my shipmates are buried there, and I visit their graves. For me, the cemetery is holy ground, and I hope one day to be interred there with my shipmates.

9. On my visits to the cemetery, I look out over the beautiful and uninterrupted view of the Lincoln Memorial. To me, the view symbolizes the restoration of the Union after the bloody Civil War, in which several of my ancestors fought. Observing this view from the tranquility of Arlington National Cemetery creates an aura of peace for me. I hope to continue enjoying the unobstructed vista of the Lincoln Memorial during my visits to the cemetery.

10. I am concerned that the arch that President Donald J. Trump plans to build in Memorial Circle will obstruct the clear line-of-sight view of the Lincoln Memorial and other monuments on the National Mall from the cemetery.

11. I am also concerned about the arch's symbolism. I view the arch as a legacy project intended to celebrate President Trump's own achievements at the expense of the honor owed to those who are buried in Arlington National Cemetery. If built without congressional approval and without following the procedures set out by statute and regulation, the arch will also betray the rule-of-law traditions that underlie our democracy. A monumental arch constructed according to the President's own specifications and without the required approval of Congress will be an assault on the authority of Congress, which represents the people of our Republic. It will become a symbol of one ruler's unrestrained authority to do as he wishes, regardless of the law, regulations, and traditions of our country. Furthermore, it will stand as a disgraceful insult to those resting in Arlington National Cemetery, who fought and died to defend our democracy.

12. If the arch is constructed as planned, I will seriously reconsider my intention to be interred in Arlington National Cemetery alongside my friends and former comrades. I do not want to be buried under what I view as a symbol that violates our Nation's resistance to the rule of a king and our Nation's commitment to the rule of the people.

13. The arch will also sadly diminish my enjoyment of the views from Arlington National Cemetery. If it is built, I will no longer be able to enjoy the view without gazing at a structure that I view as having been built by a President to honor himself. To me, the arch would be a continuous visual affront to the cardinal American principle that no one is above the law. And I will perceive the arch as a personal affront to people, like me, who have fought for this Nation and devoted their careers to serving it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of February, 2026

Shaun Byrnes

Shaun Byrnes