**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Civil Action No. 26-cv-544 (TSC) |

**DECLARATION OF JON GUNDERSEN**

I, Jon Gundersen, declare as follows:

1. I am one of the plaintiffs in this lawsuit. I am over the age of 18 and am competent to make this declaration.

2. I am a veteran of the United States Army, and I have served as the Chargé d'Affaires ad interim United States to Ukraine, Estonia, Iceland, and Norway. I have proudly performed service to my country under twelve Presidents, in Democrat and Republican administrations.

3. I was deployed to fight in Vietnam in 1968. At that time, I was a gung-ho young Lieutenant, fresh out of Special Warfare training at Fort Bragg. While serving in Vietnam, however, I began to doubt that the policymakers in Washington, DC, were telling the American public the full truth about the war. I believed that they were telling the public a simple story of good guys and bad guys, when the reality was more complex.

4. When I came back from the war, I found that people did not want to hear about my experiences and thoughts. Returning veterans were labeled war criminals and baby killers, while I felt that the public's outrage should be directed at the politicians who had sent us to war. As a result, I have been reluctant to speak about my time in Vietnam, even with old friends.

5. I am grateful that we now honor our veterans and thank them for their service. I find great meaning and personal satisfaction in appropriate monuments that honor the sacrifices of the common soldier. For example, I find the Vietnam Veterans Memorial extremely powerful because it does not honor a cause or a politician or a general on horseback, but the individuals who lost their lives fighting for this Nation. I believe that part of the reason why the Vietnam Memorial is now one of the most revered sites in Washington is that it was carefully planned, with participation by Congress, historians, architects, and, most importantly, veterans themselves.

6. I currently live in South Carolina, but once or twice a year, I travel to Washington, DC, to visit Arlington National Cemetery and honor the service of my many comrades-in-arms who are buried there. During these visits, I find great personal satisfaction in looking out from the cemetery at the inspiring view of the Lincoln Memorial. This view reminds me of the ideals for which I fought and fills me with pride for my many years of service.

7. I intend to continue visiting Washington, DC, on an annual or semi-annual basis. I intend to continue visiting Arlington National Cemetery, gazing out over the capital city, and reflecting on this Nation's commitment to democracy, liberty, and unity.

8. The arch that President Donald J. Trump plans to build in Memorial Circle, without approval from Congress, will profoundly diminish my enjoyment of the view from Arlington National Cemetery. I view the arch as an act of a politician intent on building a vainglorious monument not for the purpose of honoring veterans but as a symbol of his own ego.

9. If the arch is built as planned, it will be impossible for me to look out at Washington, DC, from Arlington National Cemetery without feeling insulted and disrespected. It will diminish my faith that we live in a country that is governed by its people and not by politicians who sit in gilded palaces without an appreciation for the service and sacrifices of everyday Americans.

10. Since filing this lawsuit, I have received many messages of support from friends and fellow veterans who share my outrage at the President's unauthorized arch and who wish to support my efforts to prevent it from being built.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of February, 2026

Jon Gundersen