**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Civil Action No. 26-cv-544 (TSC) |

**DECLARATION OF CALDER LOTH**

I, Calder Loth, declare as follows:

1. I am one of the plaintiffs in this lawsuit. I am over the age of 18 and am competent to make this declaration.

2. Before my retirement, I was employed for forty years at the Virginia Department of Historic Resources, most recently in the role of Senior Architectural Historian. In that role, I worked on the preservation of Virginia's historic buildings, structures, and sites. I also served on the State Art and Architectural Review Board, which reviews the design of state-sponsored architectural projects and exterior works of art and memorials.

3. In addition, I serve on the Advisory Council of the Institute of Classical Architecture and Art, a national organization based in New York. Through my involvement in the Institute, I have prepared video lectures on classical and traditional architecture that have received over a million views, and I have led tours of Washington, DC, and its classical architecture.

4. I have made innumerable trips to Washington, DC, to visit museums and cultural sites, give lectures, meet with cultural institutions interested in my work, lead tours, and take photographs of the city's noteworthy works of classical architecture for use in my academic work.

5. I have visited Arlington National Cemetery on several occasions to satisfy my personal, professional, and aesthetic interests. Viewing the carefully controlled skyline of the capital from the cemetery—which I view as the most hallowed site in America—is uniquely and deeply enthralling.

6. I also find symbolic meaning and aesthetic satisfaction in the reciprocal view, across Arlington Memorial Bridge from the Lincoln Memorial in Washington, DC, to Arlington National Cemetery in Virginia. This axial vista visually connects the Lincoln Memorial to Arlington House, the former home of Confederate General Robert E. Lee, and thus creates a symbolic link between the North and the South. As a native Virginian and descendent of Confederate veterans, I revere this view both for its symbolism and for the opportunity it affords me to observe the monumental Doric portico of Arlington House, one of the country's earliest and most important examples of Greek Revival architecture.

7. I intend to continue visiting Washington, DC, and viewing and photographing the reciprocal views between the Lincoln Memorial and Arlington National Cemetery.

8. I believe that the planned arch in Memorial Circle will dominate and potentially obscure the views to and from Arlington House and the bucolic slopes of Arlington National Cemetery, the final resting place of thousands and thousands of our veterans. I am concerned that, if the arch is built, Arlington House will no longer be visible from Washington, DC, destroying a view that has existed for more than two hundred years.

9. I also view the location of the planned arch as a disrespectful imposition on Arlington National Cemetery and its visitors and mourners. The landscape in and around the cemetery has been reverently tended, and I view the planned arch as an incompatible distraction

from the aesthetic and symbolic interplay of Memorial Bridge with Memorial Circle, Arlington House, and the graves of thousands who have served our country.

10. If built, the planned arch will irreparably damage my personal, aesthetic, and professional appreciation of the reciprocal views between Arlington National Cemetery and Washington, DC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of February, 2026

Calder Loth

Calder Loth