**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MICHAEL LEMMON *et al.*,**<br><br>*Plaintiffs*,<br>v.<br><br>**DONALD J. TRUMP *et al.*,**<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-00544-TSC |

**MOTION FOR ADMISSION *PRO HAC VICE***
**OF ALEXANDRA PERLOFF-GILES**

David M. Gossett, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the *pro hac vice* admission of Alexandra Perloff-Giles as counsel for *amici curiae* in the above-captioned case and states as follows:

Alexandra Perloff-Giles is a member in good standing of the Bar of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the First Circuit Court of Appeals, the Second Circuit Court of Appeals, the Fifth Circuit Court of Appeals, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

Ms. Perloff-Giles is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

Ms. Perloff-Giles possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Mr. Gossett respectfully requests admission of Alexandra Perloff-Giles as counsel for *amici curiae* in this proceeding

Dated: March 6, 2026

Respectfully submitted,

*/s/ David M. Gossett*

David M. Gossett
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, D.C. 20005
202-973-4216
davidgossett@dwt.com