**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MICHAEL LEMMON, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 26-cv-544 (TSC) |
| DONALD J. TRUMP, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT MOTION TO EXTEND DEADLINE AND JOINT STATUS REPORT**

The Parties jointly move to extend the April 3 joint status report deadline in the Court's April 2, 2026, Minute Order. In support of this Motion, the Parties state as follows:

1. After hearing argument on Plaintiffs' Motion for Preliminary Injunction, Dkt. 7, the Court issued a Minute Order requiring the Parties "to meet and confer and file a joint status report by 5:00pm on April 3, 2026, indicating whether Defendants will seek National Park Service authorization and abide by applicable congressional approval and statutory review requirements before beginning construction. If applicable, that report shall include a proposed consent order addressing the above question."

2. As directed, the Parties have met and conferred and are continuing to discuss whether they can jointly propose a consent order. However, the Parties believe they need one additional business day to continue these discussions to see whether they can reach a mutually acceptable resolution.

3.  Accordingly, the Parties respectfully request that the Court extend the joint status

report deadline in its Minute Order by one business day, as set forth in the attached

proposed order.

Respectfully submitted,

ADAM R.F. GUSTAFSON                              /s/ Nicolas A. Sansone
Principal Deputy Assistant Attorney General      Nicolas A. Sansone (DC Bar No. 1686810)
                                                 Wendy Liu (DC Bar No. 1600942)
BRADLEY CRAIGMYLE                                Allison M. Zieve (DC Bar No. 424786)
Deputy Assistant Attorney General                Public Citizen Litigation Group
                                                 1600 20th Street NW
 /s/ Michael S. Sawyer                           Washington, DC 20009
MICHAEL S. SAWYER, Senior Attorney               (202) 588-1000
DANIEL LUECKE, Trial Attorney
Environment and Natural Resources Division       *Counsel for Plaintiffs*
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov
        daniel.luecke@usdoj.gov

*Counsel for Defendants*