**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MICHAEL LEMMON, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 26-cv-544 (TSC) |
| DONALD J. TRUMP, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT MOTION TO EXTEND DEADLINE AND JOINT STATUS REPORT**

The Parties jointly move to extend the April 3 joint status report deadline in the Court's

April 2, 2026, Minute Order. In support of this Motion, the Parties state as follows:

1. After hearing argument on Plaintiffs' Motion for Preliminary Injunction, Dkt. 7, the

   Court issued a Minute Order requiring the Parties "to meet and confer and file a joint

   status report by 5:00pm on April 3, 2026, indicating whether Defendants will seek

   National Park Service authorization and abide by applicable congressional approval

   and statutory review requirements before beginning construction. If applicable, that

   report shall include a proposed consent order addressing the above question."

2. As directed, the Parties have met and conferred and are continuing to discuss whether

   they can jointly propose a consent order. However, the Parties believe they need one

   additional business day to continue these discussions to see whether they can reach a

   mutually acceptable resolution.

3.  Accordingly, the Parties respectfully request that the Court extend the joint status

report deadline in its Minute Order by one business day, as set forth in the attached

proposed order.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

BRADLEY CRAIGMYLE
Deputy Assistant Attorney General

 */s/ Michael S. Sawyer*
MICHAEL S. SAWYER, Senior Attorney
DANIEL LUECKE, Trial Attorney
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov
          daniel.luecke@usdoj.gov

*Counsel for Defendants*

/s/ Nicolas A. Sansone
Nicolas A. Sansone (DC Bar No. 1686810)
Wendy Liu (DC Bar No. 1600942)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*