**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MICHAEL LEMMON, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 26-cv-544 (TSC) |

**AMENDED JOINT STATUS REPORT**

The Parties jointly submit this amended status report in lieu of their earlier status report (Dkt. 22) in response to the Court's April 2, 2026, Minute Order.

Defendants have stated through the Declaration of Joshua Fisher, the Director of the Office of Administration in the Executive Office of the President, that the "National Park Service (NPS) is the Executive Branch agency with jurisdiction over Memorial Circle and, under existing statutory requirements, its approval or authorization is a condition precedent to construction on that land." Fisher Decl. ¶ 2. Accordingly, Defendants represent that construction for the Arch project "will not begin unless and until NPS follows all applicable legal requirements and issues a final agency action authorizing arch construction to proceed." *Id.* ¶ 4.

The parties continue to disagree as to what the "applicable legal requirements" are and, specifically, whether congressional approval under the Commemorative Works Act and 40 U.S.C. § 8106 is required before Defendants, including NPS, may proceed with the Arch project planning and construction.

The parties were unable to reach agreement on the language of a proposed consent order.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

/s/ Nicolas A. Sansone

BRADLEY CRAIGMYLE                    Nicolas A. Sansone (DC Bar No. 1686810)
Deputy Assistant Attorney General    Wendy Liu (DC Bar No. 1600942)
                                     Allison M. Zieve (DC Bar No. 424786)
/s/ Michael S. Sawyer                Public Citizen Litigation Group
MICHAEL S. SAWYER, Senior Attorney   1600 20th Street NW
DANIEL LUECKE, Trial Attorney        Washington, DC 20009
Environment and Natural Resources Division    (202) 588-1000
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov     *Counsel for Plaintiffs*
        daniel.luecke@usdoj.gov

*Counsel for Defendants*

2