**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MICHAEL LEMMON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-cv-544 (TSC) |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JOSHUA FISHER**

I, Joshua Fisher, declare as follows:

1.  I am an Assistant to the President, a Presidentially Commissioned Officer in the White House Office. In addition, I serve as the Director of the Office of Administration, Executive Office of the President. I have personal knowledge of the Arch Project (the Project) and of all facts stated in this declaration.

2.  The Project involves erecting an arch in Memorial Circle on Columbia Island in Washington D.C. The National Park Service (NPS) is the Executive Branch agency with jurisdiction over Memorial Circle and, under existing statutory requirements, its approval or authorization is a condition precedent to construction on that land.

3.  Neither the Director of the Domestic Policy Council nor the Executive Office of the President will authorize construction for the Project.

4.  Construction for the Project will not begin unless and until NPS follows all applicable legal requirements and issues a final agency action authorizing arch construction to proceed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 6, 2026.

Joshua Fisher

2