**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MICHAEL LEMMON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 26-cv-544 (TSC) |
| ) | |
| DONALD J. TRUMP, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO ADOPT CONSENT ORDER**
**AND VACATE REMAINING DEADLINE**

The Parties jointly move the Court to adopt the attached consent order and vacate the remaining deadline in the Court's April 2, 2026, Minute Order. Defendants have agreed that, under existing statutory requirements, authorization or approval by Defendant National Park Service (NPS) is a precondition to construction of an arch on Memorial Circle and that NPS shall not authorize construction to begin before NPS has published a notice stating its authorization on its Planning, Environment and Public Comment website (https://parkplanning.nps.gov/). The Parties jointly agree that if the Court adopts the attached consent order, then it should vacate the remaining April 7, 2026 deadline in its April 2, 2026 Minute Order.

Respectfully submitted,

| | |
|---|---|
| ADAM R.F. GUSTAFSON | /s/ Nicolas A. Sansone |
| Principal Deputy Assistant Attorney General | Nicolas A. Sansone (DC Bar No. 1686810) |
| | Wendy Liu (DC Bar No. 1600942) |
| BRADLEY CRAIGMYLE | Allison M. Zieve (DC Bar No. 424786) |
| Deputy Assistant Attorney General | Public Citizen Litigation Group |
| | 1600 20th Street NW |
| /s/ Michael S. Sawyer | Washington, DC 20009 |
| MICHAEL S. SAWYER, Senior Attorney | (202) 588-1000 |
| DANIEL LUECKE, Trial Attorney | |
| Environment and Natural Resources Division | *Counsel for Plaintiffs* |
| P.O. Box 7611 | |
| Washington, D.C. 20044-7611 | |
| Telephone: 202-353-5134 | |
| E-mail: michael.sawyer@usdoj.gov | |
|      daniel.luecke@usdoj.gov | |

*Counsel for Defendants*

2