**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| MICHAEL LEMMON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-cv-544 (TSC) |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____ )

**[PROPOSED] CONSENT ORDER**

Upon consideration of Plaintiffs' motion for a preliminary injunction, Defendants' opposition thereto, and the full record in this case,

And in light of the parties' Amended Joint Status Report filed on April 6 (ECF 24), and the statements in the sworn Declaration of Joshua Fisher, Assistant to the President and Director of the Office of Administration, Executive Office of the President (ECF 24-1),

It is hereby ORDERED that:

(1)    Consistent with Defendants' statements, Defendant NPS shall not authorize construction of an arch on Memorial Circle to begin before NPS has published a notice stating its authorization on its Planning, Environment and Public Comment website (https://parkplanning.nps.gov/);

(2)    Defendant NPS shall provide at least fourteen days' notice prior to commencement of construction, or demolition in preparation for construction, of an arch on Memorial Circle by filing notice on the public docket in this case; and

(3)    Plaintiffs' motion for a preliminary injunction is denied without prejudice.

SO ORDERED.

1

Dated: April ____, 2026

_____
United States District Judge