**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MICHAEL LEMMON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-cv-544 (TSC) |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE**

To avoid any potential confusion, Defendants respectfully provide notice of upcoming activity on and around Memorial Circle on Columbia Island in Washington, DC. This activity consists of surveys and geotechnical testing, which are being used to generate information that will assist Defendant National Park Service (NPS) in completing the procedural prerequisites previously described in the Declaration of Frank Lands, Deputy Director for Operations, NPS, Dkt. 12-1. These activities are standard predecisional information-gathering techniques used to plan for potential construction projects and ensure compliance with statutes such as the National Environmental Policy Act.  Declaration of Jessica Bowron, Comptroller of NPS ¶¶ 9–10, 15–16 (Bowron Decl.). This work is anticipated to start on or after May 11 and conclude by May 31, 2026. *Id.* ¶¶ 8, 10. NPS is carrying out this activity to satisfy its compliance obligations and to inform the structural integrity of any final arch design. *Id.* ¶¶ 5, 15–16. This activity is not construction, or demolition in preparation for construction, of an arch. *Id.* ¶ 20.

As described in the Bowron Declaration, the initial survey work will consist of a topographic, utility, and tree survey, including a subsurface utility markout. *Id.* ¶ 8–9. This work will be performed using conventional on-ground technologies (e.g., total station, measuring rods) and a mobile mapping truck. *Id.* ¶ 8. No ground-disturbing work will be performed during this survey. *Id.* This work is expected to begin on or after May 11. *Id.*

After the survey work, geotechnical testing will begin. The geotechnical testing will consist of geophysical testing surveys and two exploratory borings. *Id.* ¶¶ 10–14. The geophysical testing will be performed using non-intrusive multi-channel analysis of surface wave surveys and seismic refraction surveys. *Id.* ¶¶ 11–14.  A geotechnical drill rig will be used to drill 8-inch borings to a depth of approximately 80 to 90 feet depth to analyze subsurface conditions. *Id.* ¶¶ 10, 12. After drilling and associated testing is complete, the borings will be reclaimed and disturbed grass will be replaced. *Id.* ¶ 17.

Defendants provide this notice (and have alerted Plaintiffs' counsel before doing so) to avoid potential confusion about the nature of the activity that will occur on Columbia Island. None of the foregoing investigatory activities constitutes "construction, or demolition in preparation for construction, of an arch," Dkt. 26, and NPS still has not issued a final agency action authorizing construction of an arch, Bowron Decl. ¶ 20. Should NPS ultimately issue such a decision, Defendants will provide "at least fourteen days' notice to commencement of construction, or demolition in preparation for construction, of an arch on Memorial Circle by filing notice on the public docket in this case." Dkt. 26.

2

Date: May 7, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

BRADLEY CRAIGMYLE
Deputy Assistant Attorney General

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER, Senior Attorney
DANIEL LUECKE, Trial Attorney
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov
        daniel.luecke@usdoj.gov

*Counsel for Defendants*

3