ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

MICHAEL S. SAWYER
Senior Attorney, Natural Resources Section
DANIEL LUECKE
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-5134
Email: michael.sawyer@usdoj.gov
        daniel.luecke@usdoj.gov

*Counsel for Defendants*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL LEMMON, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | Civil Action No. 26-cv-544 (TSC) |
| DONALD J. TRUMP, et al., | ) ) ) |
| Defendants. | ) ) ) |

### CONSENT MOTION TO EXTEND TIME
### TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Defendants hereby request an enlargement of time of one week for their reply in support of their Motion to Dismiss, Dkt. 31, in this action. The current deadline for Defendants' reply is May 19, 2026, and this requested extension would make Defendants' response due May 26, 2026. This is Defendants' first request for enlargement with respect to this deadline.

1

Undersigned counsel has conferred with counsel for Plaintiffs, who consent to the requested extension.

In support of this motion, Defendants state the one-week extension is necessary as the undersigned counsel is currently preparing for a hearing in California on May 15, 2026, for another case.

Accordingly, Defendants respectfully ask the Court to enter an order enlarging the time for Defendants' reply in support of their Motion to Dismiss, as set forth in the accompanying proposed order.

Respectfully submitted this 12th day of May, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

BRADLEY CRAIGMYLE
Deputy Assistant Attorney General

 */s/ Michael S. Sawyer*
MICHAEL S. SAWYER, Senior Attorney
DANIEL LUECKE, Trial Attorney
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov
        daniel.luecke@usdoj.gov

*Counsel for Defendants*