**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON, et al.,     )<br>      )<br>    Plaintiffs,     )<br>      )<br>      v.     )<br>      )<br>DONALD J. TRUMP, et al.,     )<br>      )<br>    Defendants.     ) | Civil Action No. 26-cv-544 (TSC) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Michael Lemmon, Shaun Byrnes, Jon Gundersen, and Calder Loth move for summary judgment and the entry of final relief against Defendants Donald J. Trump, President of the United States; Vince Haley, Director of the White House Domestic Policy Council; Executive Office of the President; and National Park Service.

The Commemorative Works Act of 1986, 40 U.S.C. §§ 8901–8909, and 40 U.S.C. § 8106 forbid the construction of commemorative works and other structures on certain federally administered land in the District of Columbia—including Memorial Circle—absent prior congressional authorization and, in the case of the Commemorative Works Act, the designation of a project sponsor and the fulfillment of various consultation and approval requirements. Despite having received no congressional authorization and having failed to satisfy additional statutory requirements under the Commemorative Works Act, Defendants plan to construct a 250-foot commemorative arch in Memorial Circle and have taken concrete steps to effectuate that plan. Plaintiffs ask this Court to (1) grant declaratory relief against Defendants, (2) enjoin Defendants Haley and Executive Office of the President from taking any steps to construct or to direct or facilitate construction of a monumental arch in Memorial Circle, absent express congressional

1

authorization, designation by Congress of a project sponsor, and compliance with all other statutory and regulatory prerequisites, and (3) enjoin Defendant National Park Service from authorizing, permitting, or facilitating construction of a monumental arch in Memorial Circle, including by expending donated funds, absent express congressional authorization, designation by Congress of a project sponsor, and compliance with all other statutory and regulatory prerequisites.

This motion is supported by the accompanying memorandum of law, the Declaration of Nicolas A. Sansone and exhibits thereto, and the Declarations of Michael Lemmon (ECF 7-2), Shaun Byrnes (ECF 7-3), Jon Gundersen (ECF 7-4) and Calder Loth (ECF 7-5). A proposed order accompanies this motion.

Dated: May 27, 2026                    Respectfully submitted,

/s/ Nicolas A. Sansone
Nicolas A. Sansone (DC Bar No. 1686810)
Wendy Liu (DC Bar No. 1600942)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*

2