**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MICHAEL LEMMON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-cv-544 (TSC) |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' RULE 7(h)(1) STATEMENT OF
UNDISPUTED MATERIAL FACTS**

Pursuant to Federal Rule of Civil Procedure 56(c)(1) and Local Rule 7(h)(1), Plaintiffs Michael Lemmon, Shaun Byrnes, Jon Gundersen, and Calder Loth submit this statement of material facts that are not subject to genuine dispute:

**Defendants plan to construct a massive arch on Memorial Circle.**

1.    Memorial Circle is a traffic circle located in Lady Bird Johnson Park in Washington, DC, at the southwest end of Arlington Memorial Bridge, between the Lincoln Memorial and Arlington National Cemetery. (Nat'l Park Serv., *Lady Bird Johnson Park Cultural Landscape* (last updated Oct. 8, 2021) (Sansone Decl. Exh. A).)

2.    Memorial Circle is administered by Defendant National Park Service. (Fisher Decl., ECF 24-1, ¶ 2.)

3.    Memorial Circle is located within "Area I" of Washington, DC, as defined by the Commemorative Works Act, 40 U.S.C. § 8902(a)(2). (Jacob R. Straus, Cong. Research Serv., *Commemorative Works in the District of Columbia: Background and Practice* at 30 (updated May 8, 2023) (Sansone Decl. Exh. B).)

1

4.    Defendant President Donald J. Trump has stated that he plans to build a monumental arch in Memorial Circle. (*See, e.g.,* Callum Sutherland, *The "Arc de Trump": President Shows Off Plans for His Latest Grandiose D.C. Construction Project*, Time (Oct. 16, 2025) (Sansone Decl. Exh. C); White House, *Fact Sheet: President Donald J. Trump Celebrates American Greatness with the Freedom 250 Grand Prix of Washington, D.C.* (Jan. 30, 2026) (Sansone Decl. Exh. D); Donald J. Trump (@realdonaldtrump), Instagram (Apr. 15, 2026) (Sansone Decl. Exh. E); Rhian Lubin, *Trump Says He Doesn't Need Congress to OK His 250-Foot Arch as Team Says They Authorized It 100 Years Ago*, The Independent (May 21, 2026) (Sansone Decl. Exh. F); *see also* Letter from Dep't of Interior, ECF 31-1.)

5.    President Trump has identified Defendant Vince Haley, Director of the White House Domestic Policy Council, as being "in charge of the triumphal arc[h]." (Robert Mackey, *Trump Says Building DC Arch Is Domestic Policy Chief's "Primary Thing,"* The Guardian (Dec. 14, 2025) (Sansone Decl. Exh. G).)

6.    Defendants submitted plans for a 250-foot arch in Memorial Circle to the Commission of Fine Arts for consideration at the April 16, 2026, Commission meeting. (Letter from Dep't of Interior, ECF 31-1; *see* Comm'n of Fine Arts, *Arch Presentation* (Apr. 16, 2026) (Sansone Decl. Exh. H).)

7.    At its April 16 meeting, the Commission of Fine Arts approved the concept of building a large monumental arch in Memorial Circle. (Comm'n of Fine Arts, *CFA Meeting—16 April 2026* (linked "Meeting Recording" at 1:41:24–1:41:50), https://www.cfa.gov/records-research/record-cfa-actions/2026/04/cfa-meeting (hereafter, April 16 CFA Meeting Recording); *see* Bowron Decl., ECF 32-1, ¶ 4.)

2

8.     Defendants submitted revised plans for a 250-foot arch in Memorial Circle to the Commission of Fine Arts for consideration at the May 21, 2026, Commission meeting. (Comm'n of Fine Arts, *Arch Presentation* (May 14, 2026) (Sansone Decl. Exh. I).)

9.     On May 21, 2026, the Commission of Fine Arts voted to approve construction of a 250-foot arch in Memorial Circle. (Comm'n of Fine Arts, *CFA Meeting—21 May 2026* (linked "Meeting Recording" at 2:13:23–2:13:51), https://cfa.gov/records-research/record-cfa-actions/2026/05/cfa-meeting (hereafter, May 21 CFA Meeting Recording).)

10.     Defendants have begun performing on-the-ground surveying and testing at Memorial Circle in preparation for construction of the arch. (Bowron Decl., ECF 32-1, ¶¶ 5–7.)

11.     Defendants have requested a formal aeronautical study from the Federal Aviation Administration to assess the impact that a 250-foot arch in Memorial Circle will have on air traffic. (Sunlen Serfaty, *The FAA Is Evaluating Risks to Flights from Trump's "Triumphal Arch,"* CNN (May 12, 2026) (Sansone Decl. Exh. J).)

12.     Defendants have submitted plans for a 250-foot arch in Memorial Circle to the National Capital Planning Commission for consideration at the Commission's June 4, 2026, meeting. (Nat'l Capital Planning Comm'n, *Tentative Agenda for June 4 Meeting* (May 15, 2026) (Sansone Decl. Exh. K); Nat'l Capital Planning Comm'n, *Submission Materials* (May 7, 2026) (Sansone Decl. Exh. L).)

**The arch is intended to commemorate the Nation's 250th anniversary.**

13.     On January 30, 2026, the White House released a fact sheet stating that the President planned "for a new Independence Arch in Washington, D.C. to coincide with the 250th anniversary" of the United States. (White House, *Fact Sheet: President Donald J. Trump*

*Celebrates American Greatness with the Freedom 250 Grand Prix of Washington, D.C.* (Jan. 30, 2026) (Sansone Decl. Exh. D).)

14.    President Trump has stated that he wants the arch to be 250 feet tall because "250 for 250" makes the most sense. (Dan Diamond et al., *Trump Wants to Build a 250-foot-tall Arch, Dwarfing the Lincoln Memorial*, Wash. Post (Jan. 31, 2026) (Sansone Decl. Exh. M).)

15.    In an email to National Public Radio in April 2026, the White House confirmed that the height of the 250-foot arch is intended to serve as a "recognition of America's 250th birthday." (Chloe Veltman, *Trump Touts Newly Released Plans for D.C. Triumphal Arch*, NPR (Apr. 11, 2026) (Sansone Decl. Exh. N).)

16.    On April 15, 2026, President Trump posted a rendering of the arch to his Instagram account with the caption "The United States Triumphal Arch—Celebrating 250 Years of America!" (Donald J. Trump (@realdonaldtrump), Instagram (Apr. 15, 2026) (Sansone Decl. Exh. E).)

17.    At a White House press briefing on April 15, White House press secretary Karoline Leavitt stated that the planned arch will be "in honor of 250 years" and "a monument for every American to celebrate 250 years of our nation's proud history." (CBS News, *Leavitt Discusses "Arc de Trump" at White House Briefing* (YouTube, Apr. 15, 2026), https://www.youtube.com/watch?v=cdSGqqrCzCo.)

18.    Secretary Leavitt stated that starting construction on the arch this year will be "a fitting way to commemorate the 250th anniversary of American independence." (*Id.*)

19.    At the May 21 meeting of the Commission of Fine Arts, a representative from the Department of the Interior stated that "[t]he intent of the arch is a celebration in America of 250 years of greatness, freedom, and posterity." (May 21 CFA Meeting Recording at 21:34–21:40.)

4

**Defendants intend to build the arch without congressional authorization.**

20. Congress has not passed a statute expressly authorizing the construction of a monumental arch on federally administered land in Washington, DC, to commemorate the Nation's 250th anniversary. (*See* Sansone Decl. Exh. O (chronological list of Statutes at Large and Public Laws enacted by the 119th Congress).)

21. Congress has not designated a sponsor responsible for constructing a commemorative arch in Memorial Circle. (*Id.*)

22. Congress has not approved a recommendation from the Secretary of the Interior or the Administrator of General Services that a commemorative arch be sited in the region of Washington, DC, that is designated "Area I" for purposes of the Commemorative Works Act. (*Id.*)

23. To date, the only source of legal authority that Defendants have claimed for construction of the arch is the Act of February 24, 1925, Pub. L. No. 68-463, 43 Stat. 974 (1925 Act). (Defs. Opp. to Pls. Mot. for Prelim. Injunction, ECF 12, at 16–17; Defs. Notice of Supplemental Authority, ECF 16, at 3; Defs. Mot. to Dismiss, ECF 31, at 24–25.)

24. The 1925 Act authorized the Arlington Memorial Bridge Commission to construct a memorial bridge, in accordance with the Commission's design, for a sum not to exceed $14.75 million, pursuant to a "ten-year program of expenditures and construction" that the Commission had set forth in a report to Congress the preceding year. (1925 Act, §§ 2, 6, 43 Stat. at 974–75.)

25. Arlington Memorial Bridge was opened for use on January 18, 1932, having been built for a total cost of roughly $12.2 million. (*See* Bradley Akin, U.S. Bur. of Labor Stats., *Arlington Memorial Bridge Spans the Decades as a Study in Long-Term Price Change* (Oct. 13, 2017) (Sansone Decl. Exh. P).)

26.     At no point did the Arlington Memorial Bridge Commission's design for Arlington Memorial Bridge include a monumental arch. (*See* Report of the Arlington Memorial Bridge Commission, S. Doc. No. 95, 68th Cong., 1st Sess., at 40–41 (Apr. 21, 1924) (Sansone Decl. Exh. Q) (explaining that the Commission's original design provided for a pair of columns—not an arch—on the island where Memorial Circle lies); Nat'l Park Serv., *Historic American Engineering Record: Arlington Memorial Bridge*, HAER No. DC-7, Addendum at 92 (1988) (Sansone Decl. Exh. R) (noting that the Commission deleted even the columns from its final design).)

27.     During a May 21, 2026, press conference, President Trump stated that "[w]e don't need anything from Congress" before building the arch. (Rhian Lubin, *Trump Says He Doesn't Need Congress to OK His 250-Foot Arch as Team Says They Authorized It 100 Years Ago*, The Independent (May 21, 2026) (Sansone Decl. Exh. F).)

28.     Defendants do not intend to await further action from Congress before constructing the arch. (*See* 4/2/2026 Hearing Transcript 55:15 (stating that Defendants "think there is current authorization" from Congress to build the arch); Defs. Mot. to Dismiss, ECF 31, at 24–25.)

**Construction of the arch will injure Plaintiffs.**

29.     The reciprocal view between the Lincoln Memorial and Arlington House, the Robert E. Lee Memorial in Arlington National Cemetery, has long remained unobstructed as a visual symbol of the reunification of the Nation following the Civil War. (Nat'l Park Serv., *Arlington Memorial Bridge & Avenue* (last updated Apr. 5, 2023) (Sansone Decl. Exh. S).)

30.     A 250-foot arch in Memorial Circle would obstruct the views between the Lincoln Memorial and Arlington National Cemetery. (*See* Comm'n of Fine Arts, *Arch Presentation* (May 14, 2026) (Sansone Decl. Exh. I) (depicting renderings of the arch).)

31.     Plaintiffs Michael Lemmon, Shaun Byrnes, and Jon Gundersen are Vietnam veterans who regularly visit Arlington National Cemetery to pay their respects to their fallen comrades and to contemplate the national ideals for which they have fought and served. (Lemmon Decl., ECF 7-2, ¶¶ 2, 6–7; Byrnes Decl., ECF 7-3, ¶¶ 2, 8–9; Gundersen Decl., ECF 7-4, ¶¶ 2–3, 6–7.)

32.     Mr. Lemmon, Mr. Byrnes, and Mr. Gundersen intend to continue visiting Arlington National Cemetery. (Lemmon Decl., ECF 7-2, ¶ 7; Byrnes Decl., ECF 7-3, ¶ 8; Gundersen Decl., ECF 7-4, ¶ 7.)

33.     If constructed, the arch will diminish the experience of Mr. Lemmon, Mr. Byrnes, and Mr. Gundersen on future visits to Arlington Memorial Cemetery by obstructing the views to and from Arlington National Cemetery and serving as an aesthetically obtrusive symbol of a President imposing his individual aesthetic preferences on a landscape that is meant to serve national unity and the collective memory of ordinary Americans who have risked their lives to serve this country. (Lemmon Decl., ECF 7-2, ¶¶ 7–9; Byrnes Decl., ECF 7-3, ¶¶ 10–13; Gundersen Decl., ECF 7-4, ¶¶ 8–9.)

34.     Plaintiff Calder Loth is an architectural historian who regularly visits, and intends to continue visiting, Arlington National Cemetery and its surroundings for his personal enjoyment and to take photographs for use in his historical lectures. (Loth Decl., ECF 7-5, ¶¶ 2, 4–7.)

35.     If constructed, the arch will diminish Mr. Loth's aesthetic experience of Arlington National Cemetery and its surroundings by obstructing the views to and from Arlington National Cemetery and by disrupting the symbolic link between Arlington House and the Lincoln Memorial. (*Id.* ¶¶ 8–10.)

**Many members of the public have a substantial interest in the plan to build the arch.**

36.     Prior to the April 16, 2026, Commission of Fine Arts meeting, the Commission received approximately 1,000 public comments regarding the arch. (April 16 CFA Meeting Recording at 59:30–59:49.)

37.     Of those roughly 1,000 public comments, 100% of them opposed the arch. (*Id.*)

38.     Between the April 16 meeting and the May 21 meeting, the Commission of Fine Arts received around 600 additional public comments. (May 21 CFA Meeting Recording at 39:48–40:12.)

39.     Of those roughly 600 comments, all but three of them opposed the arch and only one of them unequivocally supported the proposed arch. (*Id.* at 40:26–40:50)

Dated: May 27, 2026                                 Respectfully submitted,

                                                    /s/ Nicolas Sansone
                                                    Nicolas A. Sansone (DC Bar No. 1686810)
                                                    Wendy Liu (DC Bar No. 1600942)
                                                    Allison M. Zieve (DC Bar No. 424786)
                                                    Public Citizen Litigation Group
                                                    1600 20th Street NW
                                                    Washington, DC 20009
                                                    (202) 588-1000

                                                    *Counsel for Plaintiffs*