**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MICHAEL LEMMON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-cv-544 (TSC) |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF NICOLAS A. SANSONE**

I, Nicolas A. Sansone, declare the following:

1. I am an attorney at Public Citizen Litigation Group. I represent Plaintiffs Michael Lemmon, Shaun Byrnes, Jon Gundersen, and Calder Loth in this suit against Defendants Donald J. Trump, Vince Haley, Executive Office of the President, and National Park Service (NPS). I make this declaration in support of Plaintiffs' motion for summary judgment.

2. Attached as **Exhibit A** is a true and correct copy of NPS's webpage, *Lady Bird Johnson Park Cultural Landscape* (updated Oct. 8, 2021), which I downloaded today from https://www.nps.gov/articles/600245.htm#6/32.259/-91.912.

3. Attached as **Exhibit B** is a true and correct copy of the cover page, Summary, pages 23–25, and Appendices B and C from the Congressional Research Service publication *Commemorative Works in the District of Columbia: Background and Practice* by Jacob R. Straus (updated May 8, 2023), which I downloaded today from https://www.congress.gov/crs_external_products/R/PDF/R41658/R41658.12.pdf.

4. Attached as **Exhibit C** is a true and correct copy of the Time article *The "Arc de Trump": President Shows Off Plans for His Latest Grandiose D.C. Construction Project* by

1

Callum Sutherland (Oct. 16, 2025), which I downloaded today from https://time.com/7326081/trump-president-arch-washington-project-construction.

5. Attached as **Exhibit D** is a true and correct copy of the White House's *Fact Sheet: President Donald J. Trump Celebrates American Greatness with the Freedom 250 Grand Prix of Washington, D.C.* (Jan. 30, 2026), which I downloaded today from https://www.whitehouse.gov/fact-sheets/2026/01/fact-sheet-president-donald-j-trump-celebrates-american-greatness-with-the-freedom-250-grand-prix-of-washington-d-c.

6. Attached as **Exhibit E** is a true and correct copy of an April 15, 2026, Instagram post from the account of President Donald J. Trump. I downloaded the post today from https://www.instagram.com/p/DXKe-tzFhkr.

7. Attached as **Exhibit F** is a true and correct copy of the Independent article *Trump Says He Doesn't Need Congress to OK His 250-Foot Arch as Team Says They Authorized It 100 Years Ago* by Rhian Lubin (May 21, 2026), which I downloaded today from https://www.independent.co.uk/news/world/americas/us-politics/trump-arch-congress-approval-b2981265.html.

8. Attached as **Exhibit G** is a true and correct copy of the Guardian article *Trump Says Building DC Arch Is Domestic Policy Chief's "Primary Thing"* by Robert Mackey (Dec. 14, 2025), which I downloaded today from https://www.theguardian.com/us-news/2025/dec/14/trump-arch-washington-dc-policy-chief.

9. Attached as **Exhibit H** is a true and correct copy of the proposal for a monumental arch in Memorial Circle that the Department of the Interior presented to the Commission of Fine Arts at the Commission's April 16, 2026, meeting. I downloaded the

document today from https://www.cfa.gov/system/files/meeting-materials/1-CFA-16APR26-1-EOP_DOI_Arch-pres%20%5BApr9%5D.pdf.

10.    Attached as **Exhibit I** is a true and correct copy of the revised arch proposal that the Department of the Interior submitted to the Commission of Fine Arts in advance of the Commission's May 21, 2026, meeting. I downloaded the document today from https://cfa.gov/system/files/meeting-materials/1-CFA-21MAY26-1-DOIEOP_Monumental%20 arch-pres%5B5-14%5D.pdf.

11.    Attached as **Exhibit J** is a true and correct copy of the CNN article *The FAA Is Evaluating Risks to Flights from Trump's "Triumphal Arch"* by Sunlen Serfaty (May 12, 2026), which I downloaded today from https://www.cnn.com/2026/05/12/politics/trump-arch-faa-flight-risk-assessment-vis.

12.    Attached as **Exhibit K** is a true and correct copy of the National Capital Planning Commission's tentative agenda for its June 4, 2026, meeting, which I downloaded today from https://www.ncpc.gov/docs/Tentative_Agendas/TentativeAgenda_June2026.pdf.

13.    Attached as **Exhibit L** is a true and correct copy of the proposal for a monumental arch that the Department of the Interior submitted to the National Capital Planning Commission ahead of the Commission's June 4, 2026, meeting. I downloaded the document today from https://www.ncpc.gov/files/projects/2026/8778_New_Monumental_Arch_Submission_Materials _Jun2026.pdf.

14.    Attached as **Exhibit M** is a true and correct copy of the Washington Post article *Trump Wants to Build a 250-foot-tall Arch, Dwarfing the Lincoln Memorial* by Dan Diamond et al. (Jan. 31, 2026), which I downloaded today from https://www.washingtonpost.com/ politics/2026/01/31/trump-arch-memorial-circle.

3

15.     Attached as **Exhibit N** is a true and correct copy of the NPR article *Trump Touts Newly Released Plans for D.C. Triumphal Arch* by Chloe Veltman (Apr. 11, 2026), which I downloaded today from https://www.npr.org/2026/04/11/nx-s1-5782027/trump-triumphal-arch-plans-architecture.

16.     Attached as **Exhibit O** is a true and correct copy of the webpage titled "Statutes at Large and Public Laws," listing laws enacted by the 119th Congress, as copied today from https://www.congress.gov/public-laws/119th-congress.

17.     Attached as **Exhibit P** is a true and correct copy of the U.S. Bureau of Labor Statistics publication *Arlington Memorial Bridge Spans the Decades as a Study in Long-Term Price Change* by Bradley Akin (Oct. 13, 2017), which I downloaded today from https://www.bls.gov/opub/btn/volume-6/arlington-memorial-bridge-spans-the-decades-as-a-study-in-long-term-price-change.htm.

18.     Attached as **Exhibit Q** is a true and correct copy of the cover page and pages 40–42 from the Report of the Arlington Memorial Bridge Commission (Apr. 21, 1924), which I downloaded today from https://www.govinfo.gov/content/pkg/SERIALSET-08240_00_00-002-0095-0000/pdf/SERIALSET-08240_00_00-002-0095-0000.pdf.

19.     Attached as **Exhibit R** is a true and correct copy of the cover page and pages 91–93 from the Addendum to the NPS publication HAER No. DC-7, *Historic American Engineering Record: Arlington Memorial Bridge* (1988), which I downloaded today from https://npshistory.com/publications/gwmp/haer-arlington-bridge.pdf.

20.     Attached as **Exhibit S** is a true and correct copy of NPS's webpage, *Arlington Memorial Bridge & Avenue* (last updated Apr. 5, 2023), which I downloaded today from https://www.nps.gov/gwmp/planyourvisit/memorialave.htm.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed May 27, 2026

/s/ Nicolas A. Sansone
Nicolas A. Sansone

5