# EXHIBIT B



# Commemorative Works in the District of Columbia: Background and Practice

Updated May 8, 2023

**Congressional Research Service**

https://crsreports.congress.gov

R41658

**CRS REPORT**
Prepared for Members and
Committees of Congress



**Congressional Research Service**
Informing the legislative debate since 1914

**SUMMARY**

R41658

May 8, 2023

**Jacob R. Straus**
Specialist on the Congress

# Commemorative Works in the District of Columbia: Background and Practice

In 1783, the Continental Congress authorized the first memorial in American history, an equestrian statue to honor George Washington that was to be constructed by the "best artist" in Europe. Since that time, Congress has authorized more than 100 commemorative works for placement in the District of Columbia. Even with multiple authorized works, however, no specific process existed for the creation of commemorative works for almost two centuries. While Congress has long been responsible for authorizing memorials on federal land, the process for approving site locations, memorial design plans, and funding was historically haphazard. At times, Congress was involved in the entire design and building process. In other instances, that authority was delegated to executive branch officials, federal commissions were created, or Congress directly authorized a sponsor group to establish a memorial.

In 1986, in an effort to create a statutory process for the creation, design, and construction of commemorative works in the District of Columbia, Congress debated and passed the Commemorative Works Act (CWA). The CWA codified congressional procedure for authorizing commemorative works when the location of a memorial is on federal land in the District of Columbia administered by the National Park Service (NPS) or the General Services Administration (GSA). The act delegated responsibility for overseeing design, construction, and maintenance to the Secretary of the Interior or the Administrator of GSA, and several other federal entities, including the National Capital Planning Commission (NCPC), the U.S. Commission of Fine Arts (CFA), and the National Capital Memorial Advisory Commission. Additionally, the CWA restricts placement of commemorative works to certain areas of the District of Columbia based on the subject's historic importance. These areas include the Reserve (i.e., the National Mall), where no new commemorative works are permitted; Area I, where new commemorative works must be of preeminent historical and lasting significance to the United States; and Area II, which is reserved for subjects of lasting historical significance to the American people. The act further stipulates that the Secretary of the Interior or the Administrator of the GSA provide recommendations to Congress on the placement of works within Area I.

Pursuant to the CWA, the NPS and the NCPC outlined a 24-step process to guide the creation of a commemorative work in the District of Columbia. The guidelines include initiation of a memorial, authorizing legislation, site selection and approval, fundraising, design approval, construction, and memorial dedication.

Once authorized by Congress, the CWA provides a seven-year authorization for all commemorative works (with an administrative extension available). Sponsor groups, however, sometimes ask Congress to extend a memorial's authorization beyond the initial period. Additionally, in some circumstances, groups ask Congress to provide appropriations to assist a sponsor group's fundraising. When provided, past appropriations for commemorative works have been in the form of both direct appropriations and matching funds.

This report does not address memorials outside the District of Columbia.

# Authorized Memorials

Since the passage of the CWA in 1986, Congress has authorized 48 memorials on federal lands in the District of Columbia or its environs.[149] Of these works, 22 have been dedicated and completed—19 under the auspices of the CWA and 3 outside the CWA process[150]—18 are in-progress, 7 have lapsed authorizations, and 1 had its authorization repealed.[151] **Table 1** provides the number of memorials authorized per Congress, pursuant to the CWA, since the 99th Congress (1985-1987).

**Table 1. Memorials Authorized by Congress**

99th through 117th Congresses

| Congress | Memorials | Congress | Memorials |
|---|---|---|---|
| 99th (1985-1987)a | 5 | 109th (2005-2007) | 1 |
| 100th (1987-1989) | 2 | 110th (2007-2009) | 1 |
| 101st (1989-1991) | 1 | 111th (2009-2011) | 1b |
| 102nd (1991-1993) | 3 | 112th (2011-2013) | 2 |
| 103rd (1993-1995) | 3 | 113th (2013-2015) | 4 |
| 104th (1995-1997) | 1 | 114th (2015-2017) | 1 |
| 105th (1997-1999) | 2 | 115th (2017-2019) | 3 |
| 106th (1999-2001) | 5 | 116th (2019-2021) | 4 |
| 107th (2001-2003) | 2 | 117th (2022-2023) | 6 |
| 108th (2003-2005) | 1 | **Total** | **48**c |

**Source:** CRS analysis of memorial legislation.

**Notes:**

a.  Only memorials subject to the CWA are included in the total for the 99th Congress.

b.  In the 111th Congress, a plaque honoring Senator Robert J. Dole was placed at the World War II Memorial (P.L. 111-88, §128, 123 Stat. 2933 [2009]). The placement of the plaque was authorized outside of the CWA process, but is included because it was placed in the Reserve.

c.  P.L. 112-239, §2860 repealed an authorization to the Black Revolutionary War Patriots Foundation to create a Black Revolutionary War Veterans Memorial that had been authorized by P.L. 99-558 (100 Stat. 3144 [1986]). P.L. 112-239 provided a new authorization for the Slaves and Free Black Persons who Served

---

[149] To compile the list of memorials, three different sources were consulted. First, a search of Congress.gov was conducted for the terms "Commemorative Works Act" and "Federal Land in the District of Columbia." Second, the list provided through the Congress.gov search was then cross-referenced with legislative information provided by the National Park Service Legislative and Congressional Affairs Office. The Office of Legislative and Congressional Affairs provides compilations of laws related to the National Park Service for each year. These documents include a list of memorials. (U.S. Department of the Interior, National Park Service, Legislative and Congressional Affairs, "National Park Service Laws," at http://www.nps.gov/legal/). Finally, the list was compared to a compilation of memorials provided in 40 U.S.C. §8903 note. Overall, Congress has authorized 38 memorials.

[150] For more information on completed commemorative works, see CRS Report R43743, *Monuments and Memorials Authorized and Completed Under the Commemorative Works Act in the District of Columbia*, by Jacob R. Straus.

[151] For more information on in-progress memorials and memorials with lapsed authorizations, see CRS Report R43744, *Monuments and Memorials Authorized Under the Commemorative Works Act in the District of Columbia: Current Development of In Progress and Lapsed Works*, by Jacob R. Straus. The Black Revolutionary War Patriots Memorial, authorized in the 99th Congress (P.L. 99-558), had a lapsed authorization until Congress repealed it and authorized a new memorial to Slaves and Free Black Persons Who Served in the Revolution (P.L. 112-239). See note c on **Table 1** for more information.

in the American Revolution Memorial to the National Mall Liberty Fund. Both memorials are included in this total, as P.L. 112-239 created a new authorization for the memorial.

Memorials authorized by Congress since the passage of CWA have focused on a variety of individuals, groups, and events. Among the individuals recognized have been Francis Scott Key, George Mason, and Dr. Martin Luther King Jr. Groups commemorated have included Black Revolutionary War Patriots, Victims of Communism, and Ukrainian Famine-Genocide Victims. Still others have sought to memorialize events including the Korean War, World War II, and Dr. Martin Luther King Jr.'s "I Have a Dream Speech." **Table 2** lists memorials authorized by Congress since 1986.

### Table 2. Authorized Memorials in the District of Columbia and its Environs

| Congress | Memorial | Citation |
| --- | --- | --- |
| 99 | Francis Scott Key | P.L. 99-531, 100 Stat. 3022 (1986) |
| 99 | Black Revolutionary War Patriots[a] | P.L. 99-558, 100 Stat. 3144 (1986) |
| 99 | Korean War Veterans | P.L. 99-572, 100 Stat. 3226 (1986) |
| 99 | Women in Military Service for America | P.L. 99-610, 100 Stat. 3477 (1986) |
| 99 | American Armored Force | P.L. 99-620, 100 Stat. 3493 (1986) |
| 100 | National Peace Garden[a] | P.L. 100-63, 101 Stat. 379 (1987) |
| 100 | Vietnam Women's Memorial | P.L. 100-660, 102 Stat. 3922 (1988) |
| 101 | George Mason | P.L. 101-358, 104 Stat. 419 (1990) |
| 102 | Thomas Paine[a] | P.L. 102-407, 106 Stat. 1991 (1992) |
| 102 | African-American Civil War-Union Soldiers/Sailors | P.L. 102-412, 106 Stat. 2104 (1992) |
| 102 | Japanese American Patriotism in World War II | P.L. 102-502, 106 Stat. 3273 (1992) |
| 103 | World War II Memorial | P.L. 103-32, 107 Stat. 90 (1993) |
| 103 | Air Force[b] | P.L. 103-163, 107 Stat. 1973 (1993) |
| 103 | Victims of Communism | P.L. 103-199, title IX, §905, 107 Stat. 2331 (1993) |
| 104 | Dr. Martin Luther King Jr. | P.L. 104-133, div I, title V, §508, 110 Stat. 4157 (1996) |
| 105 | Mahatma Gandhi | P.L. 105-284, 112 Stat. 2701 (1998) |
| 105 | Benjamin Banneker[a] | P.L. 105-355, title V, §512, 112 Stat. 3266 (1998) |
| 106 | Dwight D. Eisenhower | P.L. 106-79, §8162, 113 Stat. 1274 (1999) |
| 106 | Veterans Who Died as a Result of Service in the Vietnam War | P.L. 106-214, 114 Stat. 335 (2000) |
| 106 | Disabled Veterans' for Life Memorial | P.L. 106-348, 114 Stat. 1358 (2000) |
| 106 | Lincoln Memorial "I Have a Dream Speech" Plaque | P.L. 106-365, 114 Stat. 1409 (2000) |
| 106 | Frederick Douglass[a] | P.L. 106-479, 114 Stat. 2184 (2000) |
| 107 | Tomas G. Masaryk | P.L. 107-61, 115 Stat. 410 (2001) |
| 107 | John Adams | P.L. 107-62, 115 Stat. 411 (2001) |
| 108 | Vietnam Veterans Memorial Visitors Center | P.L. 108-126, 117 Stat. 1348 (2003) |
| 109 | Ukrainian Famine-Genocide Victims 1932-1933 | P.L. 109-340, 120 Stat. 1864 (2006) |
| 110 | Brigadier General Francis Marion | P.L. 110-229, §331, 122 Stat. 781 (2008) |

| Congress | Memorial | Citation |
|---|---|---|
| 111 | Senator Robert J. Dole Plaque[c] | P.L. 111-88, §128, 123 Stat. 2933 (2009) |
| 112 | Gold Star Mothers[a] | P.L. 112-239, §2859, 126 Stat. 2164 (2013) |
| 112 | Slaves and Free Black Persons Who Served in the Revolution | P.L. 112-239, §2860, 126 Stat. 2164, (2013) |
| 113 | Peace Corps[a] | P.L. 113-78, 127 Stat. 647 (2013) |
| 113 | World War II Memorial Prayer | P.L. 113-123, 128 Stat. 1377 (2014) |
| 113 | World War I | P.L. 113-291, §3091(b), 128 Stat. 3858 (2014) |
| 113 | Desert Storm and Desert Shield | P.L. 113-291, §3093, 128 Stat. 3879 (2014) |
| 114 | Korean War Memorial Wall of Remembrance | P.L. 114-230, 130 Stat. 947 (2016) |
| 115 | Global War on Terrorism | P.L. 115-51, 131 Stat. 1003 (2017) |
| 115 | Second Division Memorial Modifications | P.L. 115-141, Division G, §121(a)(1), 132 Stat. 661 (2018) |
| 115 | Emergency Medical Services | P.L. 115-275, 132 Stat. 4164 (2018) |
| 116 | Women's Suffrage and the 19th Amendment | P.L. 116-217, 134 Stat. 1052 (2020) |
| 116 | Republic of Texas Legation | P.L. 116-248, 134 Stat. 1124 (2020) |
| 116 | Fallen Journalists | P.L. 116-253, 134 Stat. 1135 (2020) |
| 116 | First Division Monument Modifications | P.L. 116-283, Title X, §1083, 134 Stat. 3875 (2021) |
| 117 | Medal of Honor Memorial | P.L. 117-80, 135 Stat. 1538 (2021) |
| 117 | Women Who Worked on the Home Front in World War II | P.L. 117-328, Division DD, Subtitle D, Title VII, §702 (2022) |
| 117 | Service Animals and Handlers | P.L. 117-328, Division DD, Subtitle D, Title VII, §704 (2022) |
| 117 | Jean Monnet | P.L. 117-328, Division DD, Subtitle D, Title VII, §705 (2022) |
| 117 | Enslaved Individuals who Endured the Middle Passage | P.L. 117-328, Division DD, Subtitle D, Title VII, §707 (2022) |
| 117 | Thomas Paine | P.L. 117-328, Division DD, Subtitle D, Title VII, §709 (2022) |

**Source:** 40 U.S.C. §8903 note, and CRS analysis of memorial legislation.

**Notes:**

a.  Authority for this memorial lapsed prior to construction permits being issued to the sponsoring group.

b.  The Air Force Memorial was constructed on land not governed by the Commemorative Works Act. For more information, see the Air Force Memorial Foundation, http://www.airforcememorial.org/.

c.  In the 111th Congress, Congress authorized the placement of a plaque honoring Senator Robert J. Dole to be placed on the World War II Memorial (P.L. 111-88, §128, 123 Stat. 2933 [2009]). The placement of the plaque was authorized outside of the CWA process, but is included because it was placed in the Reserve.

d.  P.L. 112-239, §2860 repealed an authorization to the Black Revolutionary War Patriots Foundation to create a Black Revolutionary War Veterans Memorial that had been authorized by P.L. 99-558 (100 Stat. 3144 [1986]). P.L. 112-239 provided a new authorization for the Slaves and Free Black Person Who Served in the American Revolution Memorial to the National Mall Liberty Fund DC.

e.  P.L. 115-141 incorporated S. 1460, §7130 (115th Congress; Energy and Natural Resources Act of 2017) to authorize modifications to the Second Division Memorial.

# Appendix B. Steps for Establishing a Memorial in the Nation's Capital

In 1987, the National Park Service created a 24-step outline of the commemorative works process. In 2001, the National Capital Planning Commission published the outline for establishing a monument or memorial in the District of Columbia as part of the Museums and Memorials Master Plan.[153] The 24 steps, reprinted verbatim below, are designed to guide interested groups and help ensure appropriate legislation, site selection, design approval, fundraising, and construction.

1. Memorial sponsor seeks National Capital Memorial Advisory Commission (NCMAC) assistance to review the requirements and process established by the Commemorative Works Act (CWA)[154] and its applicability to the proposed memorial.

2. Memorial sponsor seeks a Senator or Representative who is willing to draft and introduce a bill to authorize establishment of the memorial.

3. Staffs of NCMAC, Member of Congress who will introduce the bill, and authorizing committees draft a bill that conforms to the provisions of the CWA.

4. Congressman and/or Senator introduce bill authorizing the memorial and designating the sponsor as the entity responsible for its erection at no cost to the federal government.

5. NCMAC considers proposed authorizing legislation to establish its view pursuant to CWA.[155]

6. Chairmen of House and Senate authorizing Subcommittees on National Parks solicit views of NCMAC, may hold hearings on proposed authorizing legislation, and take action on a bill before sending it to the full House and Senate for a vote on the bill.

7. Congress passes bill, President signs bill into law, providing memorial sponsor seven years in which to begin construction of memorial in Area II.

8. Memorial sponsor organizes the structure of the entity that will establish the memorial and beings planning.

9. The memorial sponsor may submit to the Secretary a request to be authorized to consider sites in Area I. The Secretary seeks the advice of NCMAC to determine whether the memorial warrants placement in Area I. Based on the advice of NCMAC, the secretary notifies Congress of a determination that the subject is of preeminent and lasting historical significance[156] so that Congress can consider passage of legislation authorizing an Area I location for enactment by the President.[157]

---

[153] National Capital Planning Commission, "Steps for Establishing a Memorial in the Nation's Capital," *Memorials and Museums Master Plan*, September 2001, updated 2006, pp. 167-168, at https://www.ncpc.gov/docs/ Memorials_and_Museums_Master_Plan_full_2001.pdf#page=173.

[154] 40 U.S.C. §§8901-8909.

[155] 40 U.S.C. §8903(d).

[156] 40 U.S.C. §8908(b).

[157] If legislation to authorize the commemorative work within Area I is not passed with the 150-calendar day period, Area I sites can no longer be considered by the sponsor group.

10. Memorial sponsor works with NPS staff to identify potential Area II sites (may include Area I if authorized) and prepare alternative site study and accompany preliminary environmental analysis.

11. Memorial sponsor, for sites within Area II, or Area I if authorized, submits alternative site study and accompanying preliminary environmental analysis to NPS for approval of preferred site and consultation with NCMAC.

12. NPS submits recommended site and environmental document to the National Capital Planning Commission (NCPC) and the Commission of Fine Arts (CFA) for approval. NPS initiates Section 106 consultation on its recommendation of site with the State Historic Preservation Officer (SHPO).

13. After site approval by NCPC and CFA and in consultation with the SHPO, the design process begins in accordance with any approved design guidelines.

14. Memorial sponsors select a designer or initiate a design competition.

15. Memorial sponsor selects preferred design concept and meets with NPS to discuss issues that design may present. After possible refinements, sponsor submits the design concept and draft environmental assessment to the NPS.

16. NPS reviews design concept and, upon concurrence, submits to NCPC and CFA with appropriate environmental document for approval.

17. Memorial sponsor, in close coordination with NPS, refines preliminary design concept on the basis of NCPC, CFA, and SHPO comments and submits preliminary design to NPS who, upon approval, submits it to NCPC and CFA for approval.

18. Memorial sponsor, in close coordination with NPS, refines preliminary design on the basis of comments and submits final design to NPS, who upon approval, submits it to NCPC and CFA for approval.

19. Memorial design team completes final drawings and specifications in close coordination with NPS.

20. Memorial sponsor completes fund-raising.

21. Memorial sponsor submits final drawing and specifications, cost estimate and evidence of funds on hand plus 10% cash payment of design and construction costs for maintenance to NPS.

22. NPS issues a construction permit on behalf of the Secretary of the Interior which constitutes final approval by the Secretary and the start of construction.

23. Memorial Sponsor begins construction and preparation of operation, maintenance, and preservation plans for the memorial.

24. Memorial is dedicated and transferred to NPS for management with accompanying as-built operation, maintenance, and preservation plans.

# Appendix C. District of Columbia Map with Area Designations

**Figure C-1. Commemorative Areas Washington, DC and Environs**

**Source:** National Park Service Map 869-86501 B (June 24, 2003).