# EXHIBIT C

U.S.     DONALD TRUMP

# The 'Arc de Trump': President Shows Off Plans For His Latest Grandiose D.C. Construction Project

⊞ ADD TIME ON GOOGLE



SUBSCRIBE



President Donald Trump holds a model of an arch as he delivers remarks during a ballroom fundraising dinner in the East Room of the White House on October 15, 2025 in Washington, DC. *Kevin Dietsch - Getty Images*

by **Callum Sutherland**

REPORTER



OCT 16, 2025 7:20 AM ET

# P

resident Donald Trump has unveiled detailed plans to build a large triumphal arch in the capital, to celebrate the 250th anniversary of American Independence next year.

Speaking to donors at a dinner in the East Room of the White House, the President displayed renderings of the project, plus a range of models differing in size.

"This would be small, medium, and large... I happen to think the large by far looks the best," joked Trump as he held up different models of the structure.

## Trending Shorts

MORE ›







Hilary Duff is on the 2026 TIME100 list. At the TIME1…

Surveillance Footage Shows Okla. High School Principal…

Pope Leo R From Trump

The arch, which would be built across from the Lincoln Memorial in Washington D.C., has already been dubbed the 'Arc de Trump'.

According to renderings and models, the new arch, which looks similar to the Arc de Triomphe in Paris, would sit across the Potomac River to the Lincoln Memorial. The plans show the arch situated in the center of the Memorial Circle roundabout, facing the direction of the White House.

At the end of a press conference in the Oval Office Wednesday before the dinner, Trump was asked about the arch, of which a model sat on his desk. "Who is it for?" <u>asked CBS reporter Ed O' Keefe</u>. "Me. It's going to be beautiful" replied President Trump.

"The Arc de Trump?" suggested O'Keefe as a potential name. TIME has reached out to the White House for further details on the arch.

Whilst the cost and timeframe for construction of the arc remains unknown, a potential architect for the project may have been suited.

*Advertisement*

Nicolas Leo Charbonneau, partner at architectural firm Harrison Design, <u>shared</u> a watercolor rendering of the arc in early September. "America needs a triumphal arch," said Charbonneau, adding that the proposal was to mark Independence Day in 2026.

Trump then shared <u>the rendering</u> on Truth Social last week.





Diagrams of the planned Triumph Arch during a dinner in the East Room of the White House in Washington D.C. on Oct. 15, 2025. *Jim Lo Scalzo - Bloomberg via Getty Images*

They were not the only architectural plans Trump spoke about.  At the dinner he also provided an update on another one of his projects for revamping the landscape of the U.S. Capital. The President unveiled ongoing construction for a lavish White House ballroom announced in July.

Pulling back curtains to a window overlooking construction, Trump showed guests the progress made so far on the $200 million ballroom, which he said is fully funded and will be able to hold 999 people, although the White House had originally noted capacity as 650.

Advertisement

Trump thanked attendees for their contributions to the project, saying that money left over will likely be used for the construction of the arch.

He also made a nod towards the Presidential walk of fame at the White House, in which a photo of former President Joe Biden's autopen signature was <u>recently installed</u> in place of Biden's official portrait.

Within the White House, the President has also brought in his standout style. The Oval Office  has been transformed during Trump's second term at the White house, now <u>fitted with golden decor</u> including chairs, gold trimmings on doorways, and portrait frames. It is a marked difference from previous Presidents, who opted for more subtle color themes and decor during their terms in office.

# Must-Reads from TIME

The Truth About Donald Trump's Sanity ⟩

Trump's Green Card Changes Could Force Hundreds of Thousands to Leave U.S. Here's What To Know ⟩

Who Is Elizabeth MacDonough—and Why Is Trump Pushing for Her to Be Fired? ⟩

READ MORE ⌄

## Sections

| Home | Climate |
|------|---------|
| Politics | Ideas |
| Health | Entertainment |
| AI | Sports |