# EXHIBIT D

Case 1:26-cv-00544-TSC    Document 36-7    Filed 05/27/26    Page 2 of 3

FACT SHEETS

Fact Sheet: President Donald J. Trump Celebrates American
Greatness with the Freedom 250 Grand Prix of Washington, D.C.

The White House

January 30, 2026

**CELEBRATING AMERICAN GREATNESS WITH AMERICAN MOTOR RACING:** Today, President Donald J. Trump signed an Executive Order launching the Freedom 250 Grand Prix of Washington, D.C. – the first ever INDYCAR street race in the Nation's capital, to be held near the National Mall in honor of America's 250th birthday.

- The Order directs the Department of the Interior and the Department of Transportation to designate a suitable race route that showcases the majesty of Washington, D.C., and its iconic national monuments.

- The Order instructs the Secretary of the Interior and Secretary of Transportation to issue all necessary permits, approvals, and authorizations as expeditiously as possible to plan, prepare for, and conduct the race.

- The Secretary of Transportation is authorized to use available funds to facilitate the race and coordinate with the FAA to permit unmanned aircraft systems and aerial photography to enhance public enjoyment without compromising nearby Government facilities.

- The Order directs the Administration to coordinate with the Mayor of Washington, D.C. to ensure that any roads, trails, or bridges are properly maintained and capable of being used as part of the race course.

**SHOWCASING AMERICA'S MOTORSPORT LEGACY:** President Trump is bringing world-class American motor racing to the heart of the Nation's capital to celebrate our history, inspire future generations, and highlight the enduring spirit of American innovation and achievement.

- American INDYCAR racing has thrilled Americans for over a century, producing legends like A.J. Foyt and Mario Andretti and drawing global attention to the Indianapolis 500 each Memorial Day weekend.

- The Freedom 250 Grand Prix will be the first motor race ever held in our Nation's capital near the National Mall, uniting Americans in celebration of our 250th anniversary of independence.

- The race will showcase the beauty and grandeur of Washington, D.C., while demonstrating the power of American ingenuity in engineering, technology, and high-performance racing.

**HONORING AMERICA'S PAST AND BUILDING ITS FUTURE:** President Trump is fulfilling his campaign promise to "give America's founding in 1776 the incredible anniversary it truly deserves."

- President Trump kicked off the year by projecting America's story on the Washington Monument.

- He has prioritized planning events that showcase American greatness, including the Great American State Fair, the brand-new Patriot Games, and a UFC fight at the White House.

- President Trump is following through on his promise to bring back the National Garden of American Heroes to honor the greatest Americans of all time.

- He announced plans for a new Independence Arch in Washington, D.C. to coincide with the 250th anniversary.

Related

## THE WHITE HOUSE
### WASHINGTON

NEWS    GALLERY    LIVESTREAM    INVESTMENTS    SAVE AMERICA    WH WIRE    CONTACT    NEW

Fact Sheets | July 3, 2025
Celebrating America's 250th Birthday

Presidential Actions | January 29, 2025
Fact Sheet: President Donald J. Trump Restores the United States Department of War

Fact Sheets | September 5, 2025
FACT: Yes, D.C. Crime Is Out of Control

Releases | August 11, 2025