# EXHIBIT E

Case 1:26-cv-00544-TSC    Document 36-8    Filed 05/27/26    Page 2 of 2



**realdonaldtrump** ✔ • Follow
The White House

**realdonaldtrump** ✔  5w
The United States Triumphal Arch—
Celebrating 250 Years of America!

ONE NATION UNDER GOD

**anninha_brazil** 24m
1John 5:6
This is the one who came by water and
blood, Jesus Christ.
1John 5:7-8
For there are three who bear witness [in
heaven: the Father, the Word, and the

♡ 224.9K    💬 18.9K

April 15

Log in to like or comment.

More posts from **realdonaldtrump**