# EXHIBIT F

Case 1:26-cv-00544-TSC    Document 36-9    Filed 05/27/26    Page 2 of 6

Support Now

Menu

NEWS          SPORTS          CULTURE          LIFESTYLE          MONEY          TRAVEL          CLIMATE          PREMIUM

News > World > Americas > US politics

# Trump says he doesn't need Congress to OK his 250-foot arch as team says they authorized it 100 years ago

Trump's hand-picked panel gave the design of the 250-foot arch the nod Thursday and the president weighed in from the Oval Office, 'We don't need anything from Congress'

Rhian Lubin in New York
Thursday 21 May 2026 18:10 BST

8 Comments

▶

Trump says he doesn't need congress to approve new arch

## Your support helps us to tell the story

Read more ⌄

**SUPPORT NOW**

PayPal   Pay

Read more ⌄

Donald Trump's team maintains that the president does not need Congress to approve his plans for a towering 250-foot arch in Washington, D.C., because a similar proposal was already given the go-ahead — more than 100 years ago.

The arch is one of many so-called "beautification" projects Trump is undertaking to leave despite overwhelming disapproval from the public.

While the design of the massive arch — which the president and his White House have t a nod to France's Arc de Triomphe — was approved by the Commission of Fine Arts Thu appointed by Trump, the land on which it would sit is protected under federal law and is authorization.



AdChoices ▷
Ebglyss
Tell your doctor if you have new or worsening eye problems.
You should not receive a live vaccine when treated with EBGLYSS.
Before starting EBGLYSS, tell your doctor if you have a parasitic infection.
Ski
Close

Two officials told *The Washington Post*, however, that there are "no active plans" to seek authorization from Congress, and instead cited a report for the Arlington Memorial Bridge Commission that signed off on similar plans in 1925.

The proposal called for a pair of 166-foot columns that would frame the Lincoln Memorial, but they were never constructed. "Congress authorized the arch project when it approved the design set out in Arlington Memorial Bridge Commission's report," lawyers for the Justice Department wrote in a filing last month, *The Post* reports.

**RECOMMENDED**


**Trump spends his morning frantically posts memes about how great he is**


**Trump's Board of Peace is flailing – just like the president**


**How much is Garage or Basement Floor Coating?**
Sponsored | Renuity Partner


**A Maryland Craft Beverage Escape Worth the Drive**
Sponsored | Visit Montgomery County, MD

Powered by Taboola

![Donald Trump holding a model of an arch]

Donald Trump's team maintains that the president does not need Congress to approve his plans for a towering 250-foot arch in already given the go-ahead — more than 100 years ago *(Getty Images)*

Trump said he does not require Congressional approval for the arch because the land "is claimed the arch was "meant to be built for many years."

Case 1:26-cv-00544-TSC     Document 36-9     Filed 05/27/26     Page 4 of 6

"We don't need anything from Congress," Trump said Thursday, speaking from the Oval Office. "We don't have a triumphal arc, so it was meant to be built for many years," the president added.

Critics blasted the justification of the 1925 report as "laughable" and "absurd."

"The notion Congress a century ago authorized construction of this 250-foot arch in Memorial Circle is absurd," Wendy Liu, a lawyer at Public Citizen Litigation Group, told the newspaper.

The group is representing military Veterans in a lawsuit against the project, arguing that the arch would block the "historically significant view" between Arlington National Cemetery and the Lincoln Memorial.

AdChoices

Liu said the report cited by Trump officials was for a "now-defunct commission to design Bridge," adding that the group "did not authorize this arch."

Close

5/27/26, 12:22 PM
Trump says he doesn't need Congress to OK his 200-foot arch as team says they authorized it 100 years ago | The Independent

Case 1:26-cv-00544-TSC   Document 36-9   Filed 05/27/26   Page 5 of 6



The arch is one of many so-called 'beautification' projects Trump is undertaking to leave his permanent mark on the capital, despite overwhelming disapproval from the public *(Getty Images)*

"The fact that they're trotting out this tortured argument that a 100-year-old authorization for something totally different satisfies a law today is laughable, but consistent with their pattern of ignoring Congress," added Democratic Rep. Jared Huffman of California.

AdChoices

https://www.independent.co.uk/news/world/americas/us-politics/trump-arch-congress-approval-b2981265.html

4/8

Trump has also demolished the historic East Wing to make way for his $400 million ballroom and started resurfacing work on the Lincoln Memorial reflecting pool without congressional approval.

Democrats, including Huffman, have joined the effort to challenge Trump's "vanity projects" in court and have called for an oversight hearing.

### RECOMMENDED

**Colbert finale intentionally ignored on CBS after Trump China coverage spoof: report**

**Republican shredded for remark about Trump's 'regime' live on Fox News**

**Ask a Pro: "How Do Capital Gains Taxes Apply When I Sell My $1.4M Home?"**
Sponsored | SmartAsset

**Vuori•    Blissblend**
Sponsored | Vuori

Powered by Taboola

"The breathtaking scope of these changes to iconic structures and spaces in our nation's capital – changes that will transform the experience of visiting and using the capital for generations to come – demands at least a hearing by the Committee," Democrats wrote.

Preliminary surveys and testing of the site began last week.

**More about:**   Donald Trump   Washington   Congress   White House

 **Join our commenting forum**
Join thought-provoking conversations, follow other Independent readers and see their replies

8  Comments ↓

**Ask a Pro: "I Have $2.3M Saved for Retirement. How Much Can I Actually Spend Each Year?"**
This quiz matches nearly 50,000 people each month with vetted financial
SmartAsset | Sponsored    Start Now

Promoted stories

**Want to know more? click here**
Sponsored | ARGENX.COM

Explore treatment support at every step

**The Best Walking Shoes for All-Day Comfort (2026)**
Here is something most women over fifty already know but the shoe industry pretends not to:...
Sponsored | WIDESTEP

AdChoices ▷

**Top Vet Saddened That Most Senior Cat Owners Ignore This Warning Si**
Most cat parents don't know this.
Sponsored | DR. MARTY

Ski

Close