# EXHIBIT H



SCALE:1" = 200'

0    100'    250'    500'

APRIL 16, 2026

TRIUMPHAL ARCH - WASHINGTON, DC

MEMORIAL AXIS SITE PLAN

HARRISON
DESIGN

MILITARY
WOMENS
MEMORIAL

ARLINGTON
NATIONAL CEMETERY
WELCOME CENTER

MEMORIAL AVENUE

ARLINGTON
CEMETERY
METRO STOP

VIRGINIA
DISTRICT OF COLOMBIA

BOUNDARY CHANNEL

COLUMBIA
ISLAND

MEMORIAL BRIDGE

POTOMAC RIVER

LINCOLN
MEMORIAL



TRIUMPHAL ARCH - WASHINGTON, DC

ENLARGED SITE PLAN

SCALE: 1/32" = 1'-0"

APRIL 16, 2026

HARRISON DESIGN

BOUNDARY CHANNEL

MEMORIAL AVENUE

WASHINGTON BOULEVARD

WASHINGTON BOULEVARD

ARLINGTON MEMORIAL BRIDGE

GEORGE WASHINGTON MEMORIAL PARKWAY

POTOMAC RIVER



ONE NATION UNDER GOD

60'

24'

250'

166'

110'

55'

SCALE: 1/16" = 1'-0"

0    10'    20'         40'

APRIL 16, 2026

# TRIUMPHAL ARCH - WASHINGTON, DC
SIDE ELEVATION

HARRISON
DESIGN



SCALE: 1/16" = 1'-0"

APRIL 16, 2026

TRIUMPHAL ARCH - WASHINGTON, DC

SIDE ELEVATION

250'

166'     24'     60'

HARRISON DESIGN







250'

166'    24'    60'

SCALE: 1/16" = 1'-0"

0   10'   20'   40'

APRIL 16, 2026

TRIUMPHAL ARCH - WASHINGTON, DC

LONGITUDINAL SECTION

HARRISON DESIGN



APRIL 16, 2026

TRIUMPHAL ARCH - WASHINGTON, DC

RENDERING

HARRISON DESIGN

Case 1:26-cv-00544-TSC   Document 36-11   Filed 05/27/26   Page 11 of 13

**TRIUMPHAL ARCH - WASHINGTON, DC**

RENDERING

APRIL 16, 2026

HARRISON
DESIGN

Case 1:26-cv-00544-TSC   Document 36-21   Filed 05/27/26   Page 12 of 13

ONE NATION UNDER GOD

TRIUMPHAL ARCH - WASHINGTON, DC
RENDERING

APRIL 16, 2026

HARRISON
DESIGN

Case 1:26-cv-00544-TSC   Document 36-11   Filed 05/27/26   Page 13 of 13

**TRIUMPHAL ARCH - WASHINGTON, DC**
RENDERING

APRIL 16, 2026

HARRISON DESIGN