# EXHIBIT I



SCALE:1"=200'

MAY 14, 2026

TRIUMPHAL ARCH - WASHINGTON, DC

CEREMONIAL AXIS SITE PLAN

HARRISON DESIGN

MILITARY WOMEN'S MEMORIAL

101ST AIRBORNE DIVISION MEMORIAL

ADMIRAL RICHARD EVELYN BYRD MEMORIAL

AMERICAN ARMED FORCES MEMORIAL

ARLINGTON NATIONAL CEMETERY WELCOME CENTER

4TH INFANTRY DIVISION MEMORIAL

MEMORIAL AVENUE

ARLINGTON CEMETERY METRO STOP

THE HIKER STATUE

SEABEE MEMORIAL

VIRGINIA
DISTRICT OF COLOMBIA

BOUNDARY CHANNEL

MEMORIAL CIRCLE

COLUMBIA ISLAND

ARLINGTON MEMORIAL BRIDGE

POTOMAC RIVER

LINCOLN MEMORIAL



SCALE: 1/32" = 1'-0"
MAY 14, 2026

TRIUMPHAL ARCH - WASHINGTON, DC
ENLARGED SITE PLAN

HARRISON DESIGN

BOUNDARY CHANNEL

MEMORIAL AVENUE

WASHINGTON BOULEVARD

PEDESTRIAN CROSSWALK
PEDESTRIAN ACTUATED POST MOUNTED TRAFFIC SIGNALS

BOLLARDS
GRANITE PAVERS
STONE BARRICADE SEAT WALL
12'-6" PLANTING STRIP
12'-0" BELGIAN BLOCK APRON

GEORGE WASHINGTON MEMORIAL PARKWAY

ARLINGTON MEMORIAL BRIDGE

POTOMAC RIVER

Case 1:26-cv-00544-TSC     Document 36-12     Filed 05/27/26     Page 4 of 34

ONE NATION UNDER GOD

60'-0"

24'-0"

250'-0"

166'-0"

SCALE: 1/16" = 1'-0"

0   10'   20'        40'

MAY 14, 2026

# TRIUMPHAL ARCH - WASHINGTON, DC
## FRONT ELEVATION

HARRISON DESIGN

SCALE:1/16" = 1'-0"

0    10'   20'        40'

MAY 14, 2026

TRIUMPHAL ARCH - WASHINGTON, DC

SIDE ELEVATION

250'-0"

166'-0"

24'-0"

60'-0"

HALF SCALE

HARRISON DESIGN



TRIUMPHAL ARCH - WASHINGTON, DC

FLOOR PLANS

SCALE: 1/16" = 1'-0"

MAY 14, 2026

HARRISON DESIGN

1. GROUND FLOOR LEVEL

2. GALLERY LEVEL

3. OBSERVATION DECK





ONE NATION UNDER GOD

Case 1:26-cv-00544-TSC   Document 36-12   Filed 05/27/26   Page 9 of 34

MAY 14, 2026

TRIUMPHAL ARCH - WASHINGTON, DC
RENDERING

HARRISON DESIGN

Case 1:26-cv-00544-TSC   Document 36-12   Filed 05/27/26   Page 10 of 34

**TRIUMPHAL ARCH - WASHINGTON, DC**

RENDERING

MAY 14, 2026

HARRISON DESIGN

Case 1:26-cv-00544-TSC    Document 35-12    Filed 05/27/26    Page 11 of 34

**TRIUMPHAL ARCH - WASHINGTON, DC**

VIEW FROM ARLINGTON HOUSE - BEFORE

MAY 14, 2026

HARRISON DESIGN

MAY 14, 2026

TRIUMPHAL ARCH - WASHINGTON, DC

VIEW FROM ARLINGTON HOUSE - AFTER

HARRISON DESIGN

Case 1:26-cv-00544-TSC   Document 35-12   Filed 05/27/26   Page 13 of 34



**TRIUMPHAL ARCH - WASHINGTON, DC**

VIEW FROM HEMICYCLE - BEFORE

MAY 14, 2026

HARRISON DESIGN



Case 1:26-cv-00544-TSC    Document 35-12    Filed 05/27/26    Page 14 of 34

MAY 14, 2026

# TRIUMPHAL ARCH - WASHINGTON, DC
## VIEW FROM HEMICYCLE - AFTER

HARRISON DESIGN



MAY 14, 2026

TRIUMPHAL ARCH - WASHINGTON, DC

VIEW FROM ARLINGTON BRIDGE - BEFORE

HARRISON DESIGN

Case 1:26-cv-00544-TSC   Document 36-12   Filed 05/27/26   Page 16 of 34



LIBERTY AND JUSTICE FOR ALL

**MAY 14, 2026**

# TRIUMPHAL ARCH - WASHINGTON, DC
VIEW FROM ARLINGTON BRIDGE - AFTER

HARRISON
DESIGN



MAY 14, 2026

TRIUMPHAL ARCH - WASHINGTON, DC

VIEW FROM MEMORIAL BRIDGE - BEFORE

HARRISON DESIGN

Case 1:26-cv-00544-TSC    Document 36-12    Filed 05/27/26    Page 18 of 34



MAY 14, 2026

# TRIUMPHAL ARCH - WASHINGTON, DC
VIEW FROM PARKWAY DR NW - BEFORE

HARRISON DESIGN

Case 1:26-cv-00544-TSC    Document 35-12    Filed 05/27/26    Page 20 of 34

**MAY 14, 2026**

# TRIUMPHAL ARCH - WASHINGTON, DC
## VIEW FROM PARKWAY DR NW - AFTER

HARRISON DESIGN

MAY 14, 2026

TRIUMPHAL ARCH - WASHINGTON, DC

VIEW FROM LINCOLN MEMORIAL CIRCLE - BEFORE

HARRISON DESIGN

TRIUMPHAL ARCH - WASHINGTON, DC

VIEW FROM LINCOLN MEMORIAL CIRCLE - AFTER

MAY 14, 2026

HARRISON DESIGN

MAY 14, 2026

# TRIUMPHAL ARCH - WASHINGTON, DC

VIEW FROM LINCOLN MEMORIAL - BEFORE



HARRISON DESIGN

Case 1:26-cv-00544-TSC   Document 36-12   Filed 05/27/26   Page 24 of 34



**MAY 14, 2026**

# TRIUMPHAL ARCH - WASHINGTON, DC
### VIEW FROM LINCOLN MEMORIAL - AFTER

HARRISON
DESIGN

MAY 14, 2026

# TRIUMPHAL ARCH - WASHINGTON, DC

VIEW FROM WASHINGTON MONUMENT - BEFORE

HARRISON DESIGN

Case 1:26-cv-00544-TSC    Document 35-12    Filed 05/27/26    Page 26 of 34

# TRIUMPHAL ARCH - WASHINGTON, DC

## VIEW FROM WASHINGTON MONUMENT - AFTER

MAY 14, 2026

HARRISON DESIGN

Case 1:26-cv-00544-TSC    Document 36-12    Filed 05/27/26    Page 27 of 34

**MAY 14, 2026**

# TRIUMPHAL ARCH - WASHINGTON, DC
### VIEW FROM WASHINGTON MONUMENT - BEFORE

HARRISON
DESIGN

MAY 14, 2026

TRIUMPHAL ARCH - WASHINGTON, DC

VIEW FROM WASHINGTON MONUMENT - AFTER

HARRISON DESIGN



Case 1:26-cv-00544-TSC   Document 35-12   Filed 05/27/26   Page 29 of 34

**MAY 14, 2026**

# TRIUMPHAL ARCH - WASHINGTON, DC
VIEW FROM CAPITOL HILL - BEFORE

HARRISON
DESIGN

Case: 1:26-cv-00544-TSC    Document 35-12    Filed 05/27/26    Page 30 of 34



# TRIUMPHAL ARCH - WASHINGTON, DC
### VIEW FROM CAPITOL HILL - AFTER

HARRISON
DESIGN



# TRIUMPHAL ARCH - WASHINGTON, DC

VIEW FROM OBSERVATION DECK TOWARD EAST

MAY 14, 2026

HARRISON DESIGN

Case 1:26-cv-00544-TSC    Document 36-12    Filed 05/27/26    Page 32 of 34

**MAY 14, 2026**

# TRIUMPHAL ARCH - WASHINGTON, DC
### VIEW FROM OBSERVATION DECK TOWARD WEST

HARRISON
DESIGN

Case 1:26-cv-00544-TSC    Document 35-12    Filed 05/27/26    Page 33 of 34

**MAY 14, 2026**

# TRIUMPHAL ARCH - WASHINGTON, DC
VIEW FROM OBSERVATION DECK TOWARD NORTHEAST

**HARRISON DESIGN**

Case 1:25-cv-00544-TSC    Document 36-12    Filed 05/27/26    Page 34 of 34

**TRIUMPHAL ARCH - WASHINGTON, DC**

VIEW FROM OBSERVATION DECK TOWARD SOUTH

MAY 14, 2026

HARRISON DESIGN