# EXHIBIT K



**National Capital Planning Commission**

401 9ᵗʰ Street, NW        North Lobby, Suite 500        Washington, DC 20004        Tel:  202.482.7200        www.ncpc.gov

**May 15, 2026**

Attached is the list of **agenda items** tentatively scheduled for the **National Capital Planning Commission meeting** on **Thursday, June 4, 2026, 1:00 PM** and at subsequent meetings. **The public can participate in this NCPC Commission meeting either online or in person. Further details are provided on NCPC's website, www.ncpc.gov.**

Commission meetings are open to the public, and individuals or groups wishing to offer their viewpoint may provide comments on any project listed on the Tentative Agenda that requires Commission approval. Anyone wishing to testify about an Action Item must register and provide their testimony in writing by the deadlines shown below.

The Tentative Agenda classification of projects as **Proposed Action Items, Delegated Items, and Exceptions** is preliminary and subject to change prior to the Commission meeting. Understanding the circumstances for such changes will help the public to participate in the Commission's review process. Project classifications are as follows:

- **Action Items** are projects that will be presented and discussed at the Commission meeting. Members of the public are invited to give testimony on these projects. Some projects listed as *Proposed Action Items* on the Tentative Agenda will be moved to the **Consent Calendar** if no speakers have registered by the deadline (see schedule below). The Commission votes on the Consent Calendar Items but does not hear a presentation or public testimony.
- **Delegated Items** are projects that the Commission delegates to the Chair, or Executive Director. Members of the public can submit written comments on Delegated Items.
- **Exceptions** are types of projects where NCPC staff determines that a project is exempt from Commission review, based on certain criteria. Members of the public can submit written comments on Exceptions.

Please follow the schedule below to ensure that you meet the deadlines to express your views:

| | |
|---|---|
| May 27, 2026<br>12:00 Noon | Deadline for registering to speak at the Commission meeting on *Proposed Action Items*. If no member of the public signs up to speak on a *Proposed Action Item* by this deadline, then the project may be moved to the Consent Calendar and acted on by the Commission without presentation or discussion. |
| May 29, 2026 | Copies of the Executive Director's Recommendations on *Action Items, Consent Calendar Items, and Delegated Items* become available to the public on the Friday prior to the Commission meeting day. |
| June 3, 2026<br>12:00 Noon | Deadline for registering to speak on *Action Items* listed on NCPC's website: www.ncpc.gov; or to submit written comments on *Action Items, Consent Calendar Items, and Delegated Items* for distribution to the Commission for consideration on June 4. Anyone testifying at the meeting should submit a copy of their testimony by this deadline. |

Please note our policy for those **speaking on behalf of an organization:** Prior to giving testimony at each Commission meeting, please submit to NCPC an official letter from your organization, stating that your testimony is authorized by the organization.

Submission materials can be reviewed online at www.ncpc.gov. If you wish to communicate your views in writing or in person on any of the items listed on the agenda, **please visit the following web page https://go.ncpc.gov/register,** email info@ncpc.gov, or call **(202) 482-7200.** Public views on non-federal plans and projects should be limited to their effect on federal interests in the National Capital Region.

The Final Agenda will be available at www.ncpc.gov on May 29, 2026. Agenda items are occasionally withdrawn prior to the Commission meeting. Please email or call NCPC to confirm any item of particular interest.

### June 4, 2026 MEETING

**File
Number  Items**

### PROPOSED ACTION ITEMS

8778        United States Department of the Interior, Memorial Avenue, Washington, DC – New Monumental Arch

(Commission action requested: approval of comments on concept plans pursuant to 40 U.S.C. § 8722(b)(1) and (d))

MP315     United States Department of the Interior, National Park Service, National Capital Region – Civil War Defenses of Washington General Management Plan Amendment

(Commission action requested: approval of comments on draft master plan pursuant to 40 U.S.C. § 8722(a) and (b)(1))

8599        United States Department of Defense, Department of the Air Force, 20 MacDill Boulevard, SE, Washington, DC – District Department of Transportation South Capitol Street Trail

(Commission action requested: approval of final site development plans pursuant to Public Law 93-166, Section 610(a))

8652        District of Columbia Department of Buildings, Office of the Surveyor, 440 First Street, NW, Washington, DC – Closing of a Public Alley in Square 571 - S.O. 25-01939

(Commission action requested: approval of comments to the Council of the District of Columbia pursuant to DC Code § 9-202.02)

MP215     United States Department of Defense, Department of the Navy, 4251 Suitland Road, Suitland, Maryland – Naval Support Facility Suitland - Final Area Development Plan and

Transportation Management Plan Updates

(Commission action requested: approval of final master plan pursuant to 40 U.S.C. § 8722(a) and (b)(1))

## PROPOSED DELEGATED ITEMS

8769    District of Columbia Department of Buildings, Office of the Surveyor, 2000 Half Street, SW, Washington, DC – Proposed Transfer of Jurisdiction at Square 667-E - S.O. 24-00035

(Commission action requested: approval of transfer of jurisdiction pursuant to 40 U.S.C. § 8124(a))

8780    District Department of Transportation, 16th Street between H and K Streets, NW, Washington, DC – 16th Street, NW Landscaped Medians

(Commission action requested: approval of preliminary and final site development plans pursuant to 40 U.S.C. § 8722(b)(1))

8781    United States Department of Agriculture, Agricultural Research Service, 6900 Powder Mill Road, Beltsville, Maryland – Branchville Water Tower Antenna Modifications

(Commission action requested: approval of preliminary and final site development plans pursuant to 40 U.S.C. § 8722(b)(1))

8782    Smithsonian Institution, 3001 Connecticut Avenue NW, Washington, DC – National Zoological Park Beaver Otter Raven Habitat Revitalization

(Commission action requested: approval of preliminary and final site development plans pursuant to 40 U.S.C. § 8722(b)(1) and (d))

8783    Armed Forces Retirement Home, 3700 North Capitol Street, NW, Washington, DC – Armed Forces Retirement Home New Fountain Installation

(Commission action requested: approval of preliminary and final site development plans pursuant to 40 U.S.C. § 8722(b)(1) and (d))

## PROPOSED EXCEPTIONS

8779    District of Columbia Department of General Services, 635 North Carolina Avenue, SE, Washington, DC – New William H. Rumsey Aquatic Center

(Commission action requested: approval of preliminary site and building plans pursuant to 40 U.S.C. § 8722(b)(1))

8481    United States Department of Health and Human Services, National Institutes of Health, 9000 Rockville Pike, Bethesda, Maryland – National Institutes of Health Multi-Level

3

Parking Garage 12 Revision

(Commission action requested: approval of final building plans pursuant to 40 U.S.C. § 8722(b)(1))

## **PROJECTS ANTICIPATED FOR REVIEW OVER THE NEXT SIX MONTHS**

| | |
|---|---|
| 8683 | National Environmental Policy Act Regulations Update |
| 7509 | A New Plan for Pennsylvania Avenue |
| MP314 | Tidal Basin Development Concept Plan |
| 8763 | White House Screening Facility |
| 8721 | New Stadium at RFK Campus |

Meghan Hottel-Cox
Secretary to the Commission

4