# EXHIBIT L



Google Earth

SCALE:1" = 200'

MAY 7, 2026

TRIUMPHAL ARCH - WASHINGTON, DC

CEREMONIAL AXIS SITE PLAN

HARRISON
DESIGN

MILITARY
WOMEN'S
MEMORIAL

ARLINGTON
NATIONAL CEMETERY
WELCOME CENTER

MEMORIAL AVENUE

ARLINGTON
CEMETERY
METRO STOP

VIRGINIA
DISTRICT OF COLOMBIA

BOUNDARY CHANNEL

MEMORIAL
CIRCLE

COLUMBIA
ISLAND

ARLINGTON MEMORIAL BRIDGE

POTOMAC RIVER

LINCOLN
MEMORIAL



SCALE:1/32" = 1'-0"

MAY 7, 2026

BOUNDARY CHANNEL

MEMORIAL AVENUE

WASHINGTON BOULEVARD

TRIUMPHAL ARCH - WASHINGTON, DC

ENLARGED SITE PLAN

PEDESTRIAN POST MOUNTED TRAFFIC SIGNALS

PEDESTRIAN ACTUATED

PEDESTRIAN CROSSWALK

BOLLARDS

GRANITE PAVERS

STONE BARRICADE SEAT WALL

12'-6" PLANTING STRIP

12'-0" BELGIAN BLOCK APRON

GEORGE WASHINGTON MEMORIAL PARKWAY

ARLINGTON MEMORIAL BRIDGE

POTOMAC RIVER

HARRISON DESIGN

SCALE: 1/16" = 1'-0"
MAY 7, 2026
0  10  20  40

# TRIUMPHAL ARCH - WASHINGTON, DC
### FRONT ELEVATION

250'-0"

166'-0"   24'-0"   60'-0"

ONE NATION UNDER GOD

HARRISON DESIGN

SCALE: 1/16" = 1'-0"

MAY 7, 2026

TRIUMPHAL ARCH - WASHINGTON, DC

SIDE ELEVATION

250'-0"

166'-0"    24'-0"    60'-0"

HARRISON DESIGN



SCALE:1/16" = 1'-0"

MAY 7, 2026

1. GROUND FLOOR LEVEL

2. MEZZANINE LEVEL

3. OBSERVATION DECK

TRIUMPHAL ARCH - WASHINGTON, DC

FLOOR PLANS

HARRISON DESIGN



SCALE:1/16" = 1'-0"

MAY 7, 2026

TRIUMPHAL ARCH - WASHINGTON, DC

SECTION - LONGITUDINAL

HARRISON DESIGN



TRIUMPHAL ARCH - WASHINGTON, DC

SECTION- TRANSVERSE

SCALE:1/16" = 1'-0"

MAY 7, 2026

HARRISON DESIGN

Case 1-26-cv-00544-TSC    Document 36-15    Filed 05/27/26    Page 9 of 31

ONE NATION UNDER GOD

TRIUMPHAL ARCH - WASHINGTON, DC

RENDERING

MAY 7, 2026

HARRISON DESIGN



Case 1:26-cv-00544-TSC   Document 32-15   Filed 05/27/26   Page 10 of 31

**TRIUMPHAL ARCH - WASHINGTON, DC**

RENDERING

MAY 7, 2026

HARRISON DESIGN

Case 1:26-cv-00544-TSC    Document 36-15    Filed 05/27/26    Page 11 of 31

MAY 7, 2026

# TRIUMPHAL ARCH - WASHINGTON, DC
## VIEW FROM ARLINGTON HOUSE - BEFORE

HARRISON DESIGN

Case 1:20-cv-00544-TSC    Document 35-15    Filed 05/27/26    Page 12 of 31

**TRIUMPHAL ARCH - WASHINGTON, DC**

VIEW FROM ARLINGTON HOUSE - AFTER

MAY 7, 2026

HARRISON DESIGN

TRIUMPHAL ARCH - WASHINGTON, DC

VIEW FROM HEMICYCLE - BEFORE

MAY 7, 2026

HARRISON DESIGN

Case 1:26-cv-00544-TSC    Document 36-15    Filed 05/27/26    Page 14 of 31

MAY 7, 2026

# TRIUMPHAL ARCH - WASHINGTON, DC
## VIEW FROM HEMICYCLE - AFTER

HARRISON
DESIGN

Case 1:26-cv-00544-TSC   Document 36-15   Filed 05/27/26   Page 15 of 31



**TRIUMPHAL ARCH - WASHINGTON, DC**

VIEW FROM ARLINGTON BRIDGE - BEFORE

MAY 7, 2026

HARRISON DESIGN



TRIUMPHAL ARCH - WASHINGTON, DC

VIEW FROM ARLINGTON BRIDGE - AFTER

MAY 7, 2026

HARRISON DESIGN

Case 1:26-cv-00544-TSC    Document 36-15    Filed 05/27/26    Page 17 of 31

MAY 7, 2026

# TRIUMPHAL ARCH - WASHINGTON, DC
### VIEW FROM MEMORIAL BRIDGE - BEFORE

HARRISON DESIGN

Case 1:26-cv-00544-TSC   Document 36-15   Filed 05/27/26   Page 18 of 31

# TRIUMPHAL ARCH - WASHINGTON, DC
VIEW FROM MEMORIAL BRIDGE - AFTER

MAY 7, 2026

HARRISON DESIGN

TRIUMPHAL ARCH - WASHINGTON, DC

VIEW FROM PARKWAY DR NW - BEFORE

MAY 7, 2026

HARRISON DESIGN

Case 1:26-cv-00544-TSC   Document 36-15   Filed 05/27/26   Page 20 of 31

TRIUMPHAL ARCH - WASHINGTON, DC

VIEW FROM PARKWAY DR NW - AFTER

MAY 7, 2026

HARRISON DESIGN

Case 1:26-cv-00544-TSC    Document 36-15    Filed 05/27/26    Page 21 of 31

# TRIUMPHAL ARCH - WASHINGTON, DC
VIEW FROM LINCOLN MEMORIAL CIRCLE - BEFORE

MAY 7, 2026

HARRISON
DESIGN

Case 1:26-cv-00544-TSC    Document 36-15    Filed 05/27/26    Page 22 of 31

# TRIUMPHAL ARCH - WASHINGTON, DC
VIEW FROM LINCOLN MEMORIAL CIRCLE - AFTER

HARRISON DESIGN

Case 1:26-cv-00544-TSC   Document 35-15   Filed 05/27/26   Page 23 of 31

MAY 7, 2026

# TRIUMPHAL ARCH - WASHINGTON, DC
## VIEW FROM LINCOLN MEMORIAL

HARRISON DESIGN



MAY 7, 2026

TRIUMPHAL ARCH - WASHINGTON, DC

VIEW FROM LINCOLN MEMORIAL - BEFORE

HARRISON DESIGN

Case 1:26-cv-00544-TSC   Document 36-15   Filed 05/27/26   Page 25 of 31



MAY 7, 2026

# TRIUMPHAL ARCH - WASHINGTON, DC
### VIEW FROM LINCOLN MEMORIAL - AFTER

HARRISON
DESIGN

Case 1:26-cv-00544-TSC    Document 35-15    Filed 05/27/26    Page 26 of 31

MAY 7, 2026

TRIUMPHAL ARCH - WASHINGTON, DC

VIEW FROM WASHINGTON MONUMENT - BEFORE

HARRISON DESIGN

Case 1:26-cv-00544-TSC    Document 35-15    Filed 05/27/26    Page 27 of 31

MAY 7, 2026

# TRIUMPHAL ARCH - WASHINGTON, DC
### VIEW FROM WASHINGTON MONUMENT - AFTER

HARRISON DESIGN

Case 1:26-cv-00544-TSC    Document 36-15    Filed 05/27/26    Page 28 of 31

MAY 7, 2026

# T R I U M P H A L   A R C H  -  W A S H I N G T O N ,   D C
### VIEW FROM WASHINGTON MONUMENT - BEFORE

HARRISON
DESIGN

Case 1:26-cv-00544-TSC    Document 36-15    Filed 05/27/26    Page 29 of 31

**TRIUMPHAL ARCH - WASHINGTON, DC**

VIEW FROM WASHINGTON MONUMENT - AFTER

MAY 7, 2026

HARRISON DESIGN

Case 1:26-cv-00544-TSC    Document 35-15    Filed 05/27/26    Page 30 of 31

MAY 7, 2026

# TRIUMPHAL ARCH - WASHINGTON, DC
## VIEW FROM CAPITOL HILL - BEFORE

HARRISON DESIGN

Case 1:26-cv-00544-TSC    Document 35-15    Filed 05/27/26    Page 31 of 31

MAY 7, 2026

# TRIUMPHAL ARCH - WASHINGTON, DC
### VIEW FROM CAPITOL HILL - AFTER

HARRISON DESIGN