# EXHIBIT N



  

MY PLAYLIST

        WAMU 88.5
AMERICAN UNIVERSITY RADIO                                                          DONATE

CULTURE

# Trump touts newly released plans for D.C. triumphal arch

APRIL 11, 2026 · 6:24 PM ET

Chloe Veltman

![Artist renderings and diagrams for President Trump's proposed triumphal arch]

Artist renderings and diagrams for President Trump's proposed triumphal arch released by the U.S. Commission of Fine Arts on April 10, 2026.

*Jon Elswick/AP*

President Trump on Friday unveiled official architectural renderings for the triumphal arch he plans to add across the Potomac River from the National Mall in Washington, D.C.

The proposed monument would stand at one end of the Arlington Memorial Bridge next to the Arlington National Cemetery.

In addition to the president's post on Truth Social, the plans were released by the Commission on Fine Arts, a federal agency that has review authority over the design and aesthetics of construction within Washington, D.C., and produced by Harrison Design, an architecture, interior and landscape design firm with offices in six U.S. cities, including D.C. The mockup shows a structure very similar to the 3D model that Trump touted at a fundraising dinner at the White House last October.



This model of President Trump's proposed triumphal arch was shown at a White House press conference on Oct. 15, 2025.

*Kevin Dietsch/Getty Images*

At 250 feet tall, the overall height of the structure is intended to serve as, "a fitting recognition of America's 250th birthday," the White House said in an email to NPR.

Case 1:26-cv-00544-TSC
Document 36-17    Filed 05/27/26

## A monument aimed at honoring what and whom?

The proposed arch bears a striking resemblance to the Arc de Triomphe in Paris — though would stand almost 100 feet taller — and is topped with two golden eagles and a winged, crowned figure reminiscent of the Statue of Liberty (which was gifted to the U.S. by France in 1884.) On one side, the words "One nation under God" appear, with the phrase "Liberty and justice for all" on the other.

The structure would also loom over the nearby Lincoln Memorial — at more than twice the height.

"The Triumphal Arch in Memorial Circle is going to be one of the most iconic landmarks not only in Washington, D.C., but throughout the world," said White House spokesperson Davis Ingle in an email to NPR. "It will enhance the visitor experience at Arlington National Cemetery for veterans, the families of the fallen, and all Americans alike, serving as a visual reminder of the noble sacrifices borne by so many American heroes throughout our 250 year history so we can enjoy our freedoms today. President Trump will continue to honor our veterans and give the greatest Nation on earth — America — the glory it deserves."

When asked by CBS political correspondent Ed O'Keefe whom the monument was intended to honor after Trump initially unveiled his plans in October, Trump responded: "Me." The exchange was captured in a social media video.

Sponsor Message

A group of Vietnam War veterans launched a lawsuit in February seeking to bar the Trump administration from constructing the arch. The plaintiffs argued the project violates statutes requiring express congressional authorization for the erection of commemorative works or any "building or structure" on federal park grounds in D.C., among other issues.



The Arc de Triomphe in Paris as part of the city's Christmas celebrations (2007).
*Christophe Ena/AP*

"It's textbook Trump," said Sue Mobley, director of research at Monument Lab, of the proposed plans for the arch, in an interview with NPR. The nonprofit design studio based in Philadelphia reimagines public art and structures. "It has to be

Case 1:26-cv-00544-TSC Document 36-17   Filed 05/27/26   Page 6 of 7

the biggest. That's the authoritarian impulse." Trump has repeatedly pushed back on accusations of authoritarianism, rejecting the label of dictator.

Mobley added that she doesn't think the plans will come to fruition. "It will likely get tied up in court," she said.

## Approval process

The White House said it will "follow all legal requirements" in constructing the triumphal arch. As part of that process, it mentioned the National Park Service's recent request to present potential designs to the Commission on Fine Arts. The plans are scheduled to be reviewed next week. At this point, that commission is composed entirely of members appointed by Trump. (In October 2025, Trump took the unusual step of firing six sitting members of the commission.) The National Capital Planning Commission, the federal government's central planning agency for the National Capital Region, is also expected to weigh in on the plans.

The White House said the estimated cost of the project, which it anticipates will draw on a combination of public and private funds, is still being calculated. Harrison Design, the architecture firm behind the plans, did not immediately respond to NPR's request for information about the price tag.

## Multiple D.C. makeover projects

The arch plans are the latest in a series of current and potential architectural interventions from the White House in and around Washington, D.C.

Most dramatically, the administration is pushing for the creation of a $400 million neoclassical ballroom at the White House. A federal appeals court on Saturday temporarily allowed the construction of the ballroom to move forward while the administration challenges a March ruling that it required congressional approval. Whatever the outcome, the historic East Wing has already been demolished to make room for the new structure.

Trump has converted the White House Rose Garden into a stone-covered patio. He aims to shut down The Kennedy Center for two years to facilitate a major renovation (a coalition of groups including the National Trust for Historic Preservation, the American Institute of Architects, and the D.C. Preservation League, filed a lawsuit in the U.S. District Court for the District of Columbia in March opposing the plans.) And he has proposed architectural changes to the Washington Dulles International airport through an initiative the Department of Transportation launched late last year to overhaul the Northern Virginia airport. Several prominent architecture firms including Zaha Hadid Architects and Adjaye Associates have submitted proposals.

In August, the president also signed an executive order requiring that new federal buildings with construction budgets of more than $50 million be designed in "classical" or "traditional" styles.

*Anastasia Tsioulcas contributed to this story.*

## Correction

**April 29, 2026**

A previous version of this web story incorrectly said Trump's proposed triumphal arch would be added "to the National Mall." The arch is planned to sit across the Potomac River from the Lincoln Memorial, which is at the western edge of the National Mall.

trump     architecture     washington, d.c.