# EXHIBIT O

# CONGRESS.GOV

## Statutes at Large and Public Laws

Enacted bills and joint resolutions appear on this list after NARA assigns public law (PL) numbers. PL numbers link to slip law texts after they have been published by GPO. (Private laws are in a separate list.) The Statutes at Large is the permanent collection of all laws, both public and private, enacted during each session of Congress. More information about slip laws and Statutes at Large can be found in the CRS report titled "From Slip Law to United States Code".

Show: [ 119th Congress (2025-2026) ⌄ ] [ GO ]

## 119th Congress (2025-2026)

| Statute Citation | Public Law Number | Bill Number and Title | Date |
|---|---|---|---|
| 140 Stat. 828 | PL 119-93 (PDF 198KB) | H.R.2815 - Cape Fox Land Entitlement Finalization Act of 2025 | 05/19/2026 |
| 140 Stat. 825 | PL 119-92 (PDF 199KB) | H.R.2066 - Investing in All of America Act of 2025 | 05/19/2026 |
| 140 Stat. 822 | PL 119-91 (PDF 200KB) | H.R.972 - Sloan Canyon Conservation and Lateral Pipeline Act | 05/19/2026 |
| 140 Stat. 820 | PL 119-90 (PDF 197KB) | S.1020 - A bill to require the Federal Energy Regulatory Commission to extend the time period during which licensees are required to commence construction of certain hydropower projects. | 05/11/2026 |
| 140 Stat. 818 | PL 119-89 (PDF 198KB) | S.98 - Rural Broadband Protection Act of 2025 | 05/11/2026 |
| 140 Stat. 812 | PL 119-88 (PDF 207KB) | S.723 - Tribal Trust Land Homeownership Act of 2025 | 05/04/2026 |
| 140 Stat. 811 | PL 119-87 (PDF 196KB) | S.4465 - A bill to amend the FISA Amendments Act of 2008 to extend the authorities of title VII of the Foreign Intelligence Surveillance Act of 1978, and for other purposes. | 04/30/2026 |
| 140 Stat. 773 | PL 119-86 (PDF 281KB) | H.R.7147 - Homeland Security and Further Additional Continuing Appropriations Act, 2026. | 04/30/2026 |
| 140 Stat. 772 | PL 119-85 (PDF 176KB) | H.J.Res.140 - Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Bureau of Land Management relating to Public Land Order No. 7917 for Withdrawal of Federal Lands; Cook, Lake, and Saint Louis Counties, MN. | 04/27/2026 |
| 140 Stat. 770 | PL 119-84 (PDF 197KB) | H.R.8322 - To amend the FISA Amendments Act of 2008 to extend the authorities of title VII of the Foreign Intelligence Surveillance Act of 1978 through April 30, 2026, and for other purposes. | 04/18/2026 |
| 140 Stat. 755 | PL 119-83 (PDF 226KB) | S.3971 - Small Business Innovation and Economic Security Act | 04/13/2026 |
| 140 Stat. 752 | PL 119-82 (PDF 201KB) | S.1884 - Holocaust Expropriated Art Recovery Act of 2025 | 04/13/2026 |
| 140 Stat. 751 | PL 119-81 (PDF 196KB) | H.R.7211 - To authorize the President to award the Medal of Honor to John W. Ripley for acts of valor during the Vietnam War, and for other purposes. | 03/26/2026 |
| 140 Stat. 750 | PL 119-80 (PDF 184KB) | S.4138 - A bill to waive the 60-day notice requirement for the posthumous honorary promotion of Captain Cody Khork, United States Army. | 03/20/2026 |
| 140 Stat. 748 | PL 119-79 (PDF 198KB) | S.3705 - Semiquincentennial Congressional Time Capsule Act | 02/18/2026 |
| 140 Stat. 747 | PL 119-78 (PDF 176KB) | H.J.Res.142 - Disapproving the action of the District of Columbia Council in approving the D.C. Income and Franchise | 02/18/2026 |

| Statute Citation | Public Law Number | Bill Number and Title | Date |
|---|---|---|---|
| | | Tax Conformity and Revision Temporary Amendment Act of 2025. | |
| 140 Stat. 745 | PL 119-77 (PDF 186KB) | S.269 - Ending Improper Payments to Deceased People Act | 02/10/2026 |
| 140 Stat. 740 | PL 119-76 (PDF 191KB) | S.3424 - Bankruptcy Administration Improvement Act of 2025 | 02/06/2026 |
| 140 Stat. 173 | PL 119-75 (PDF 2MB) | H.R.7148 - Consolidated Appropriations Act, 2026 | 02/03/2026 |
| 140 Stat. 5 | PL 119-74 (PDF 599KB) | H.R.6938 - Commerce, Justice, Science; Energy and Water Development; and Interior and Environment Appropriations Act, 2026 | 01/23/2026 |
| 139 Stat. 2003 | PL 119-73 (PDF 211KB) | H.R.4323 - Trafficking Survivors Relief Act | 01/23/2026 |
| 139 Stat. 2001 | PL 119-72 (PDF 196KB) | H.R.4446 - FAST VETS Act | 01/20/2026 |
| 139 Stat. 1999 | PL 119-71 (PDF 186KB) | H.R.1823 - VA Budget Shortfall Accountability Act | 01/20/2026 |
| 140 Stat. 3 | PL 119-70 (PDF 197KB) | H.R.224 - Disabled Veterans Housing Support Act | 01/20/2026 |
| 139 Stat. 1997 | PL 119-69 (PDF 198KB) | S.222 - Whole Milk for Healthy Kids Act of 2025 | 01/14/2026 |
| 139 Stat. 1994 | PL 119-68 (PDF 200KB) | H.R.1043 - La Paz County Solar Energy and Job Creation Act | 12/29/2025 |
| 139 Stat. 1993 | PL 119-67 (PDF 195KB) | S.2878 - Great Lakes Fishery Research Reauthorization Act | 12/26/2025 |
| 139 Stat. 1992 | PL 119-66 (PDF 196KB) | S.284 - Congressional Award Program Reauthorization Act | 12/26/2025 |
| 139 Stat. 1986 | PL 119-65 (PDF 208KB) | S.216 - Save Our Seas 2.0 Amendments Act | 12/26/2025 |
| 139 Stat. 1984 | PL 119-64 (PDF 197KB) | H.R.1491 - Disaster Related Extension of Deadlines Act | 12/26/2025 |
| 139 Stat. 1983 | PL 119-63 (PDF 196KB) | H.R.410 - Alaska Native Vietnam Era Veterans Land Allotment Extension Act of 2025 | 12/26/2025 |
| 139 Stat. 1979 | PL 119-62 (PDF 203KB) | H.R.187 - MAPWaters Act of 2025 | 12/26/2025 |
| 139 Stat. 1977 | PL 119-61 (PDF 187KB) | H.R.165 - Wounded Knee Massacre Memorial and Sacred Site Act | 12/19/2025 |
| 139 Stat. 718 | PL 119-60 (PDF 3MB) | S.1071 - National Defense Authorization Act for Fiscal Year 2026 | 12/18/2025 |
| 139 Stat. 717 | PL 119-59 (PDF 195KB) | S.2283 - A bill to designate the facility of the United States Postal Service located at 201 West Oklahoma Avenue in Guthrie, Oklahoma, as the "Oscar J. Upham Post Office". | 12/18/2025 |
| 139 Stat. 714 | PL 119-58 (PDF 188KB) | S.356 - Secure Rural Schools Reauthorization Act of 2025 | 12/18/2025 |
| 139 Stat. 711 | PL 119-57 (PDF 200KB) | S.616 - Foundation of the Federal Bar Association Charter Amendments Act of 2025 | 12/12/2025 |
| 139 Stat. 709 | PL 119-56 (PDF 198KB) | H.R.1912 - Veteran Fraud Reimbursement Act of 2025 | 12/12/2025 |
| 139 Stat. 707 | PL 119-55 (PDF 197KB) | H.R.983 - Montgomery GI Bill Selected Reserves Tuition Fairness Act of 2025 | 12/12/2025 |
| 139 Stat. 705 | PL 119-54 (PDF 197KB) | H.R.970 - Fairness for Servicemembers and their Families Act of 2025 | 12/12/2025 |
| 139 Stat. 702 | PL 119-53 (PDF 201KB) | H.R.452 - Miracle on Ice Congressional Gold Medal Act | 12/12/2025 |
| 139 Stat. 701 | PL 119-52 (PDF 176KB) | H.J.Res.131 - Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Bureau of Land Management relating to "Coastal Plain Oil and Gas Leasing Program Record of Decision". | 12/11/2025 |
| 139 Stat. 700 | PL 119-51 (PDF 176KB) | H.J.Res.130 - Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Bureau of Land Management relating to "Buffalo Field Office Record of Decision and Approved Resource Management Plan Amendment". | 12/11/2025 |

| Statute Citation | Public Law Number | Bill Number and Title | Date |
|---|---|---|---|
| 139 Stat. 699 | PL 119-50 (PDF 176KB) | H.J.Res.106 - Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Bureau of Land Management relating to "Central Yukon Record of Decision and Approved Resource Management Plan". | 12/11/2025 |
| 139 Stat. 698 | PL 119-49 (PDF 176KB) | H.J.Res.105 - Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Bureau of Land Management relating to "North Dakota Field Office Record of Decision and Approved Resource Management Plan". | 12/11/2025 |
| 139 Stat. 697 | PL 119-48 (PDF 176KB) | H.J.Res.104 - Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Bureau of Land Management relating to "Miles City Field Office Record of Decision and Approved Resource Management Plan Amendment". | 12/11/2025 |
| 139 Stat. 696 | PL 119-47 (PDF 176KB) | S.J.Res.80 - A joint resolution providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Bureau of Land Management relating to "National Petroleum Reserve in Alaska Integrated Activity Plan Record of Decision". | 12/05/2025 |
| 139 Stat. 694 | PL 119-46 (PDF 166KB) | H.J.Res.133 - Requesting the Secretary of the Interior to authorize unique and one-time arrangements for displays on the National Mall and the Washington Monument during the period beginning on December 31, 2025, and ending on January 5, 2026. | 12/02/2025 |
| 139 Stat. 692 | PL 119-45 (PDF 197KB) | H.R.1512 - Taiwan Assurance Implementation Act | 12/02/2025 |
| 139 Stat. 669 | PL 119-44 (PDF 230KB) | H.R.2483 - SUPPORT for Patients and Communities Reauthorization Act of 2025 | 12/01/2025 |
| 139 Stat. 667 | PL 119-43 (PDF 186KB) | H.R.695 - Medal of Honor Act | 12/01/2025 |
| 139 Stat. 665 | PL 119-42 (PDF 186KB) | S.2392 - Veterans' Compensation Cost-of-Living Adjustment Act of 2025 | 11/25/2025 |
| 139 Stat. 663 | PL 119-41 (PDF 186KB) | S.260 - Bottles and Breastfeeding Equipment Screening Enhancement Act | 11/25/2025 |
| 139 Stat. 662 | PL 119-40 (PDF 184KB) | H.R.2316 - Wetlands Conservation and Access Improvement Act of 2025 | 11/25/2025 |
| 139 Stat. 659 | PL 119-39 (PDF 188KB) | H.R.998 - Internal Revenue Service Math and Taxpayer Help Act | 11/25/2025 |
| 139 Stat. 656 | PL 119-38 (PDF 200KB) | H.R.4405 - Epstein Files Transparency Act | 11/19/2025 |
| 139 Stat. 495 | PL 119-37 (PDF 539KB) | H.R.5371 - Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026 | 11/12/2025 |
| 139 Stat. 493 | PL 119-36 (PDF 198KB) | H.R.2808 - Homebuyers Privacy Protection Act | 09/05/2025 |
| 139 Stat. 490 | PL 119-35 (PDF 188KB) | H.R.2170 - To name the Department of Veterans Affairs community-based outpatient clinic in Toms River, New Jersey, the Leonard G. 'Bud' Lomell, VA Clinic, and for other purposes. | 09/05/2025 |
| 139 Stat. 488 | PL 119-34 (PDF 198KB) | H.R.1316 - Maintaining American Superiority by Improving Export Control Transparency Act | 08/19/2025 |
| 139 Stat. 483 | PL 119-33 (PDF 205KB) | S.423 - PRO Veterans Act of 2025 | 08/14/2025 |
| 139 Stat. 480 | PL 119-32 (PDF 199KB) | S.201 - ACES Act of 2025 | 08/14/2025 |
| 139 Stat. 475 | PL 119-31 (PDF 205KB) | H.R.1815 - VA Home Loan Program Reform Act | 07/30/2025 |

Public Laws | congress.gov | Library of Congress

| Statute Citation | Public Law Number | Bill Number and Title | Date |
| --- | --- | --- | --- |
| 139 Stat. 473 | PL 119-30 (PDF 185KB) | S.1596 - Jocelyn Nungaray National Wildlife Refuge Act | 07/24/2025 |
| 139 Stat. 471 | PL 119-29 (PDF 198KB) | H.R.517 - Filing Relief for Natural Disasters Act | 07/24/2025 |
| 139 Stat. 467 | PL 119-28 (PDF 200KB) | H.R.4 - Rescissions Act of 2025 | 07/24/2025 |
| 139 Stat. 419 | PL 119-27 (PDF 308KB) | S.1582 - GENIUS Act | 07/18/2025 |
| 139 Stat. 410 | PL 119-26 (PDF 215KB) | S.331 - HALT Fentanyl Act | 07/16/2025 |
| 139 Stat. 408 | PL 119-25 (PDF 185KB) | H.R.2215 - Salem Maritime National Historical Park Redesignation and Boundary Study Act | 07/15/2025 |
| 139 Stat. 406 | PL 119-24 (PDF 186KB) | H.R.618 - Apex Area Technical Corrections Act | 07/15/2025 |
| 139 Stat. 403 | PL 119-23 (PDF 199KB) | H.R.43 - Alaska Native Village Municipal Lands Restoration Act of 2025 | 07/07/2025 |
| 139 Stat. 402 | PL 119-22 (PDF 196KB) | H.R.42 - Alaska Native Settlement Trust Eligibility Act | 07/07/2025 |
| 139 Stat. 72 | PL 119-21 (PDF 946KB) | H.R.1 - An act to provide for reconciliation pursuant to title II of H. Con. Res. 14. | 07/04/2025 |
| 139 Stat. 71 | PL 119-20 (PDF 175KB) | S.J.Res.31 - A joint resolution providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Environmental Protection Agency relating to "Review of Final Rule Reclassification of Major Sources as Area Sources Under Section 112 of the Clean Air Act". | 06/20/2025 |
| 139 Stat. 70 | PL 119-19 (PDF 175KB) | S.J.Res.13 - A joint resolution providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Office of the Comptroller of the Currency of the Department of the Treasury relating to the review of applications under the Bank Merger Act. | 06/20/2025 |
| 139 Stat. 68 | PL 119-18 (PDF 196KB) | S.160 - Aerial Firefighting Enhancement Act of 2025 | 06/12/2025 |
| 139 Stat. 67 | PL 119-17 (PDF 176KB) | H.J.Res.89 - Providing congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Environmental Protection Agency relating to "California State Motor Vehicle and Engine and Nonroad Engine Pollution Control Standards; The 'Omnibus' Low NOX Regulation; Waiver of Preemption; Notice of Decision". | 06/12/2025 |
| 139 Stat. 66 | PL 119-16 (PDF 176KB) | H.J.Res.88 - Providing congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Environmental Protection Agency relating to "California State Motor Vehicle and Engine Pollution Control Standards; Advanced Clean Cars II; Waiver of Preemption; Notice of Decision". | 06/12/2025 |
| 139 Stat. 65 | PL 119-15 (PDF 176KB) | H.J.Res.87 - Providing congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Environmental Protection Agency relating to "California State Motor Vehicle and Engine Pollution Control Standards; Heavy-Duty Vehicle and Engine Emission Warranty and Maintenance Provisions; Advanced Clean Trucks; Zero Emission Airport Shuttle; Zero-Emission Power Train Certification; Waiver of Preemption; Notice of Decision". | 06/12/2025 |
| 139 Stat. 64 | PL 119-14 (PDF 175KB) | H.J.Res.61 - Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Environmental Protection Agency relating to "National Emission Standards for Hazardous Air Pollutants: Rubber Tire Manufacturing". | 05/23/2025 |
| 139 Stat. 63 | PL 119-13 (PDF 175KB) | H.J.Res.60 - Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted | 05/23/2025 |

| Statute Citation | Public Law Number | Bill Number and Title | Date |
|---|---|---|---|
| | | by the National Park Service relating to "Glen Canyon National Recreation Area: Motor Vehicles". | |
| 139 Stat. 55 | PL 119-12 (PDF 211KB) | S.146 - TAKE IT DOWN Act | 05/19/2025 |
| 139 Stat. 54 | PL 119-11 (PDF 164KB) | S.J.Res.28 - A joint resolution disapproving the rule submitted by the Bureau of Consumer Financial Protection relating to "Defining Larger Participants of a Market for General-Use Digital Consumer Payment Applications". | 05/09/2025 |
| 139 Stat. 53 | PL 119-10 (PDF 164KB) | S.J.Res.18 - A joint resolution disapproving the rule submitted by the Bureau of Consumer Financial Protection relating to "Overdraft Lending: Very Large Financial Institutions". | 05/09/2025 |
| 139 Stat. 52 | PL 119-9 (PDF 113KB) | H.J.Res.75 - Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Office of Energy Efficiency and Renewable Energy, Department of Energy relating to "Energy Conservation Program: Energy Conservation Standards for Commercial Refrigerators, Freezers, and Refrigerator-Freezers". | 05/09/2025 |
| 139 Stat. 51 | PL 119-8 (PDF 164KB) | H.J.Res.42 - Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Department of Energy relating to "Energy Conservation Program for Appliance Standards: Certification Requirements, Labeling Requirements, and Enforcement Provisions for Certain Consumer Products and Commercial Equipment". | 05/09/2025 |
| 139 Stat. 50 | PL 119-7 (PDF 164KB) | H.J.Res.24 - Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Department of Energy relating to "Energy Conservation Program: Energy Conservation Standards for Walk-In Coolers and Walk-In Freezers". | 05/09/2025 |
| 139 Stat. 49 | PL 119-6 (PDF 164KB) | H.J.Res.20 - Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Department of Energy relating to "Energy Conservation Program: Energy Conservation Standards for Consumer Gas-fired Instantaneous Water Heaters". | 05/09/2025 |
| 139 Stat. 48 | PL 119-5 (PDF 176KB) | H.J.Res.25 - Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Internal Revenue Service relating to "Gross Proceeds Reporting by Brokers That Regularly Provide Services Effectuating Digital Asset Sales". | 04/10/2025 |
| 139 Stat. 9 | PL 119-4 (PDF 276KB) | H.R.1968 - Full-Year Continuing Appropriations and Extensions Act, 2025 | 03/15/2025 |
| 139 Stat. 8 | PL 119-3 (PDF 176KB) | S.J.Res.11 - A joint resolution providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Bureau of Ocean Energy Management relating to "Protection of Marine Archaeological Resources". | 03/14/2025 |
| 139 Stat. 7 | PL 119-2 (PDF 176KB) | H.J.Res.35 - Providing for congressional disapproval under chapter 8 of title 5, United States Code, of the rule submitted by the Environmental Protection Agency relating to "Waste Emissions Charge for Petroleum and Natural Gas Systems: Procedures for Facilitating Compliance, Including Netting and Exemptions". | 03/14/2025 |
| 139 Stat. 3 | PL 119-1 (PDF 201KB) | S.5 - Laken Riley Act | 01/29/2025 |