# EXHIBIT Q

68TH CONGRESS, 1ST SESSION
Senate Document No. 95

# REPORT OF
# THE ARLINGTON
# MEMORIAL BRIDGE
# COMMISSION ☙


AUTHENTICATED
U.S. GOVERNMENT
INFORMATION
GPO

40                ARLINGTON  MEMORIAL  BRIDGE

common bonds and aspirations of the Nation and the final triumph of the idea of a permanent and complete Union.

The pairs of figures on each end of the piers of the bridge represent symbolically the outcome of that harmonious Union, the result of the energies of the entire country in the arts of peace—that is, those inventions and accomplishments in science and art particularly connected with the history of this country.  Thus would be symbolized the agricultural, engineering, religious, and educational progress, to mention but a few categories of action.  In the opinion of the architect this sculpture vitalizes the entire conception of the design of the bridge, differentiating this memorial from all others and making the reason for its existence intelligible at a glance.

The center arch of the bridge is required to be a draw opening.  The double-leaf bascule form has been adopted as interrupting to the least possible degree the unity of the bridge.  However, this introduction of a steel arch in a construction designed to be in the highest degree monumental is to be regretted; and as very few ships go above the site up the Potomac, it is to be hoped that the permission of Congress will be granted in the not distant future to replace the draw with a masonry arch like the others in the bridge.

*Columbia Island and the Lee Highway.*—Even before the reclamation of Columbia Island by the dredging operations of the Corps of Engineers had advanced materially, it was always considered as a suitable site for formal park treatment, a fitting end for the Memorial Bridge, as well as an important feature in itself.  Being so intimately related to the bridge, it was thought proper that the plans for the ultimate development of Columbia Island as a park should be included as part of the project for the Memorial Bridge.  Accordingly the lines of the shore of the island have been somewhat rectified to permit a cross axis almost perpendicular to the main axis of the bridge and extending the full length of the island.  The intersection of these two axes has suggested a plaza with fitting architectural adornment in a

measure supplemental to the Lincoln Memorial across the river, and for this purpose two stately columns are proposed to be erected here, framing in but not interfering with the view of the Lincoln Memorial from the direction of the Lee Mansion. These columns symbolize the one the North and the other the South. They are surmounted by statues of Victory, the stylobates whence they rise offering surfaces suitable for decorations, bas-relief, and inscriptions. The columns are 166 feet high or practically of the same height as the Colonne de Juillet in Paris.

The axis of the Columbia Island affords an opportunity to recognize the great Lee Highway undertaking and to make it an integral part of the whole composition. This highway, which at present passes over the Francis Scott Key Bridge into Washington by a circuitous and highly congested route, can be given a splendid direct approach over the brow of the imposing Arlington Heights, exactly on the prolongation of the axis of the Mall. From this point a superb view of the bridge, the Lincoln Memorial, the Washington Monument, and the Capitol will be enjoyed by the traveler entering the Nation's Capital over this route. From the Arlington Heights the Lee Highway would descend toward Washington, keeping on the axis of the Mall, passing over the stream between the mainland and Columbia Island by a single-arch bridge, and cross the axis of the island, continuing its course to the water's edge of the main channel, where it is planned to construct a water gate facing and corresponding to that at the Lincoln Memorial, previously described. Rome had its five great avenues of approach: The Flaminia, Praenestina, Aurelia, Ostiensis, and Appian Ways. Washington has none worthy of the name, but in this proposed terminus of the Lee Highway will be created the first and most magnificent of all possible entrances to the National Capital.

The intersection of the axis of the Mall with the axis of Columbia Island, alluded to above, affords an appropriate spot for a memorial in the shape of a circular or polygonal temple marking the north end of the impor-

42          ARLINGTON MEMORIAL BRIDGE

tant Lee Highway. This treatment would be echoed at the lower end of the island and at an equal distance below the main plaza by a memorial or a rest pavilion.

The narrow waterway separating the island from the Virginia shore will be peculiarly adapted for boating parties and is destined to grow in popularity as time goes on. A number of landing places have been provided along this channel. Apart from the formal roads shown and a certain number of footpaths, it is recommended that the island be rather densely planted in trees so as to correspond in appearance, as nearly as possible, with Analostan Island. In this connection the acquisition of Analostan Island by the United States Government would not only prevent its possible and even probable use for purposes which would render it objectionable in its close proximity to the dignified treatment herein described, but would also be highly desirable on account of its natural beauty and suitability for park purposes.

*The Cemetery entrance and approach.*—Continuing along the main avenue on the axis of the bridge, and after crossing over the waterway separating Columbia Island from the Virginia shore on a small twin bridge harmonizing with the main structure, extends a formal parkway with an extensive park area with two roadways and a " tapis vert " between, bounded by hedges and elms, and rising on a slight but uniform grade, leads to the foot of the steep slope rising up to the Lee Mansion. This abrupt change of grade suggests the placing of the chief memorial entrance to the Arlington National Cemetery at this point. Accordingly a plaza is shown on the drawings in part excavated into the side of the hill, whence radiate the roads to the Mansion, to the Memorial Amphitheater, and other parts of the Cemetery. The west end of the plaza is in the form of a semicircle, the diameter of which is 226 feet and is in structure a retaining wall 30 feet high. The visible face of this retaining wall will be decorated with niches, pilasters, and tablets bearing appropriate inscriptions. Access is provided to the terrace surmounting