# EXHIBIT R

Arlington Memorial Bridge
Adjacent to the base of the Lincoln Memorial, spanning
  the Potomac River to Arlington Cemetery, VA.
Washington
District of Columbia

HAER No. DC-7

HAER,
DC,
WASH,
563-

PHOTOGRAPHS
WRITTEN HISTORICAL AND DESCRIPTIVE DATA

Historic American Engineering Record
National Park Service
Department of the Interior
Washington, DC   20013-7127

verdict.  Over a year later, Kendall wrote to Charles Moore to say that the existing number of the 15'-high Millet lighting standards should be reduced by half—perhaps by staggering them on the north and south curbs—so that the resultant number, "would interfere less with the statues on the parapet, which I still hope will be put there at some time or other."  But in a slight nod to reality, Kendall added that, "… just at present the Arlington Memorial Bridge scheme seems to be dead." [129]

As Kendall had feared, the Millet-style lampposts remained in place, and no further consideration was ever given to installing custom lighting or his allegorical statuary.  Of all the Arlington Memorial Bridge debates and controversies, lighting was the only major issue that was never resolved in the prescribed manner.  Fortunately, Ulysses Grant III combined artistic sensitivity with an engineer's practicality to choose a reasonable compromise that has withstood the test of time.

One minor controversy was perhaps more amusing than significant, but it illustrates the extent to which a wide variety of parties weighed in on the bridge's design and how seriously even trivial matters were taken.  The design for the bas-relief eagles on the piers upset one Lt. Col. Thomas J. Dickson, a retired Army chaplain.  The draft design for the bridge's sculptures showed half of these eagles facing right, and half facing left so that pairs of eagles faced one another.  Dickson publicly criticized this design, arguing that left-looking eagles were "Mexican eagles," since the eagle on Mexico's flag faces left, while the eagle on America's Great Seal always faces right.  He did not approve of honoring anyone but Americans on the bridge and said that *all* of the eagles should face right.  His public attack on the design earned a public rebuttal from the Army Corps of Engineers, who countered that the eagles were ornamental and not heraldic. [130]  The facing-pairs design was retained.

Except for paving and lighting, the Arlington Memorial Bridge was essentially complete by October 1931 (paving was completed by the end of the year), but a debate continued throughout the project about what the newly created Columbia Island should contain and how it should look.  While there was general agreement that Columbia Island would be developed as a park area, the size, shape, and location of any monumental structures there and the streets needed were other issues entirely, and some large egos championed their ideas vigorously.  The

---

[129] William Mitchell Kendall to Charles Moore, October 10, 1933, NARA, RG 66.
[130] "Army Officers Deny Bridge Eagles Are Mexican Birds," *Washington Post*, May 11, 1928.

extensive details are beyond the scope of this report, but the basic plan called for an Avenue of Heroes (now Memorial Drive) that would extend southwest from the Arlington Memorial Bridge across Columbia Island and the Boundary Channel Bridge, and continue to Arlington National Cemetery's new main gate, to be known as the Hemicycle.  A plaza on the island would serve as an intersection with the Mount Vernon Memorial Parkway.  Grant balked at the practicality and expense of such a plaza, and the parkway initially met Memorial Drive at a simple intersection. An earlier proposal for a monument to Robert E. Lee had already been dropped.[131]

William Kendall's grand plan, supported by the CFA, included two 166'-high columns at the crossing of the bridge axis and the axis of the island as symbols of the North and the South, but aviation advocates were concerned that the columns would be a safety issue for Hoover Field, a small airfield serving Washington located about a mile north of today's Reagan National Airport.  Outraged, Kendall declared that the airport ought to be moved before allowing his design to be compromised.  Nevertheless, Grant and the AMBC finally decided to delete the columns in December 1931 in the interests of aviation safety and economy.[132]

Paint for the Arlington Memorial Bridge's non-masonry components—mainly the bascule span—was not controversial, *per se*, but the bridge's monumental character meant that its paint would receive close attention, since it had not only to protect the metal components, but to also satisfy unusually strict aesthetic requirements.  The AMBC wanted its color to match that of the granite facing, which initially was very light—similar to the granite used on the Lincoln Memorial, but neither the commission nor Kendall nor Strauss ever specified the color of the final coat.  Specifications for coatings other than the final coat were not a problem.  All structural steel work, including the ornamental fascia, received one coat of shop-applied primer composed of 25 lbs. of red lead to one gallon of linseed oil.  The cast aluminum ornamental work got a coat of aluminum primer inside and out.  A first field coat of "Detroit Graphite Company's No. 426 gray or equal" was then required for all structural work not embedded in concrete including the ornamental fascia and balustrades.  The AMBC elected to assign the responsibility of color selection to one person, Grant, instead of trying to achieve a multi-party consensus.  Thus, the visible exterior metal work, including the ornamental balustrade, the outside surfaces of the

---

[131] For additional details of the various proposals and events, see Nolin, *Historic Structure Report*, 98, 133-137.

[132] William Kendall to Herbert Hoover, Oct. 29, 1931, NARA, RG 42.  Also Nolin, *Historic Structure Report*, 136; "Arlington Memorial Bridge," *Washington Post*, January 20, 1931.

ornamental fascia, and the edge courses of the underside structure of the leaves were then to receive a second field coat of "Detroit Graphite Company's Degraco or equivalent, having a color which, in the opinion of the contracting officer, satisfactorily matches the color of the granite work." The other structural metal surfaces, not visible from outside, received a second field coat of Detroit Graphite Company's No. 38 light, or equal.[133] This seems to have been a wise choice, since what could have been a contentious issue passed with little comment and the color Grant selected received wide approval.

With all of the disagreements, debates, and difficulties experienced during the construction of the Arlington Memorial Bridge, it is somewhat surprising, at least by today's norms, that only a single lawsuit was filed over the project. The Phoenix Bridge Company's contract with the AMBC to install the bascule span imposed a penalty for delays. As discussed above, numerous delays were incurred during the installation of the span and, per the contract, the federal government assessed a penalty of $12,300 on the firm. In response, Phoenix Bridge filed suit in the United States Court of Federal Claims, arguing that the delays were not the fault of the company, but were instead due to government-imposed changes in the bridge's construction. The company asked not only for relief from the penalty, but also for the federal government to pay the additional costs these changes incurred. During the trial, Phoenix Bridge claimed it could have rented its equipment and labor for $27,433 during the delay time and, thus, the federal government owed the company this rental income. The Court of Claims upheld the claim, and it ordered the government to rescind the penalty as well.[134]

**Opening the Arlington Memorial Bridge**

In early September, paving and some finishing touches were all that remained to be done, but alluding to the Columbia Island delays, U.S. Grant III said that the bridge would not open until early 1932, "because there is nothing to open it to."[135] By the end of 1931, the bridge itself was ready for traffic, but no date for an opening ceremony had been set. Throughout most of the project, the AMBC and the George Washington Bicentennial Commission (GWBC) both felt that the 200th anniversary of Washington's birth on February 22, 1932, would be the ideal time to

---

[133] Nolin, *Historic Structure Report*, 220-221.
[134] "Phoenix Bridge Company v. United States," 85 Ct. Cl., 603, 1937.
[135] "Unpaved Approach All That Bars Use of Memorial Span," *Washington Post,* September 8, 1931.