**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MICHAEL LEMMON, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 26-cv-544 (TSC) |
| DONALD J. TRUMP, et al., | ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION**
**FOR SUMMARY JUDGMENT**

Upon consideration of Plaintiffs' motion for summary judgment and accompanying memorandum of law, and the entire record in this case, it is hereby:

**ORDERED** that the motion is **GRANTED**.

It is further **DECLARED** that the construction of a monumental arch in Memorial Circle is unlawful unless and until Congress has enacted a statute specifically authorizing construction and designated a project sponsor, and unless and until all other statutory requirements under the Commemorative Works Act—including requirements for building in Area I—are satisfied.

It is further **ORDERED** that Defendants Vince Haley and Executive Office of the President are **ENJOINED** from taking any steps to construct or to direct or facilitate construction of a monumental arch in Memorial Circle, absent express congressional authorization, designation by Congress of a project sponsor, and compliance with all other statutory and regulatory prerequisites.

It is further **ORDERED** that Defendant National Park Service is **ENJOINED** from authorizing, permitting, or facilitating construction of a monumental arch in Memorial Circle,

1

including by expending donated funds, absent express congressional authorization, designation by

Congress of a project sponsor, and compliance with all other statutory and regulatory prerequisites.

**SO ORDERED**.

Date: _____, 2026

_____
U.S. District Judge