**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MICHAEL LEMMON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 26-cv-544 (TSC)<br><br>**DEFENDANTS' MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO STAY SUMMARY JUDGMENT BRIEFING** |

Defendants hereby move for expedited consideration of their Motion to Stay Summary Judgment Briefing or, Alternatively, to Extend Their Response Deadline ("Motion to Stay"), filed contemporaneously with this motion. Dkt. 37. Because Defendants' opposition to Plaintiffs' summary judgment motion would otherwise be due June 10, Defendants respectfully request that the Court consider their Motion to Stay by **June 5, 2026**. As grounds therefore, Defendants state as follows:

This action challenges incipient discussions about building a monumental arch on Memorial Circle in Washington, D.C. On April 28, 2026, Defendants moved to dismiss the complaint under Rules 12(b)(1) and 12(b)(6). Dkt. 31. Briefing on the motion to dismiss concluded on May 26, 2026. Dkt. 35. The following day, Plaintiffs filed a motion for summary judgment on all claims. Dkt. 36. Defendants' current deadline to oppose that motion is June 10, 2026. LCvR7(b).

As discussed in Defendants' accompanying Motion to Stay, a stay of summary judgment briefing is warranted to resolve threshold jurisdictional issues, conserve judicial and party resources, and prevent prejudice to Defendants. Plaintiffs have informed Defendants that they intend to respond in opposition to Defendants' Motion to Stay and this motion to expedite. Under Local Rule 7(b), Plaintiffs' opposition to the Motion to Stay is currently due June 16—nearly a week after Defendants' deadline to oppose summary judgment. Because this default schedule would negate the intended effect of Defendants' Motion to Stay, Defendants request that the Court consider Defendants' Motion to Stay on an expedited basis and, if possible, issue a decision by June 5, 2026.

For the foregoing reasons, Defendants respectfully request that the Court consider Defendants' Motion to Stay on an expedited basis and issue a ruling by June 5, 2026.

DATE: June 2, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

BRADLEY CRAIGMYLE
Deputy Assistant Attorney General

 */s/ Michael S. Sawyer*
MICHAEL S. SAWYER, Senior Attorney
DANIEL LUECKE, Trial Attorney
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov
         daniel.luecke@usdoj.gov

*Counsel for Defendants*

3