

Suite 500 East
1301 K Street NW
Washington, D.C.  20005-3317

**David Gossett**
(202) 973-4216  tel
(202) 262-4156  Mobile
davidgossett@dwt.com

June 15, 2026

**VIA ECF**

Hon. Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Re:    *Lemmon v. Trump*, Case No. 1:26-cv-00544 (D.D.C.)

Dear Judge Chutkan,

The congressional amici who previously filed an amicus brief at the preliminary-injunction stage in this matter (Dkt # 10) respectfully request that the Court consider that brief in addressing the Plaintiffs' motion for summary judgment (Dkt # 36).  Amici continue to agree with, and hereby renew their support for, Plaintiffs' position. In the interest of efficiency, amici simply refer the Court to their already-filed amicus brief but are happy to refile the brief in support of Plaintiff's motion for summary judgment should the Court wish.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

David Gossett

cc:    Counsel of record via ECF

DWT.COM