ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

MICHAEL S. SAWYER
Senior Attorney, Natural Resources Section
DANIEL LUECKE
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-5134
Email: michael.sawyer@usdoj.gov
        daniel.luecke@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MICHAEL LEMMON, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | Civil Action No. 26-cv-544 (TSC) |
| DONALD J. TRUMP, et al., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants Donald J. Trump, in his official capacity as President of the United States;

Vince Haley, in his official capacity as Director of the Domestic Policy Council; the Executive

Office of the President of the United States; and the National Park Service hereby cross-move for

summary judgment pursuant to Federal Rule of Civil Procedure 56.

1

Plaintiffs' claims warrant rejection on multiple bases. The Court lacks subject matter jurisdiction because Plaintiffs have not met their burden to establish Article III standing, Defendants are shielded by sovereign immunity, and prudential considerations counsel against exercising jurisdiction over this premature lawsuit. Even if the Court were to find that it has jurisdiction, Plaintiffs' claims also fail on the merits. *Ultra vires* review is not available because Plaintiffs will be able to seek relief under the Administrative Procedure Act if and when the arch project is approved, and because Plaintiffs' claim is based on a dispute of statutory interpretation rather than a clear violation of law. The Court should likewise reject Plaintiffs' claim under the Take Care Clause, which does not provide for judicial relief in general and, in any event, does not support claims such as this one that are based in statutory, rather than constitutional, law. Finally, Plaintiffs' requested declaratory and injunctive relief conflicts with separation-of-powers principles, Article III, and equitable considerations. The Court should accordingly deny Plaintiffs' motion and grant summary judgment to Defendants on all claims.

This motion is supported by the accompanying memorandum of law, statement of facts, the Declaration of Tammy Stidham, the Declaration of Andrew King, the Declaration of Michael S. Sawyer, and exhibits attached to each of the declarations. A proposed order accompanies this motion.

Respectfully submitted this 17th day of June, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

BRADLEY CRAIGMYLE
Deputy Assistant Attorney General

 /s/ Michael S. Sawyer
MICHAEL S. SAWYER, Senior Attorney
DANIEL LUECKE, Trial Attorney
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov
        daniel.luecke@usdoj.gov

*Counsel for Defendants*