IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael Lemmon, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Donald J. Trump, *et al.*, <br><br> Defendants. | No. 1:26-cv-00544 |

**DECLARATION OF TAMMY STIDHAM,**
**ASSOCIATE REGIONAL DIRECTOR, LANDS AND PLANNING,**
**NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION**

I, Tammy Stidham, declare as follows:

1.  I am the Associate Regional Director for Lands and Planning for the National Park Service ("NPS") National Capital Region. I have been in this position for approximately two years. Prior to that time I served as the Deputy Associate Regional Director for Lands and Planning at the NPS National Capital Region. Altogether, I have been employed by the NPS for over thirty-six years.

2.  I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3.  The National Capital Region comprises more than 79,000 acres of national parkland in the Washington, D.C., metropolitan area including monuments and memorials, historic homes, Civil War battlefields, and natural areas. These lands include Memorial Circle and its surrounding areas, including the Arlington Memorial Bridge.

4.  In my position as Associate Regional Director, and my previous position as Deputy Regional Director, I have worked to plan, permit, and implement a substantial portfolio of

1

NPS projects across the region. This portfolio has included both minor and routine projects, and major projects such as the rehabilitation of the Arlington Memorial Bridge, which took place between 2018 and 2020. My responsibilities include oversight of land use planning, compliance with statutes including the National Environmental Policy Act and National Historic Preservation Act, and execution of complex projects.

5.  When the National Capital Region undertakes a major project, such as the Arlington Memorial Bridge rehabilitation, it documents the implementation of the project through contemporaneous photographs and video recordings. Among other purposes, these photographs and recordings provide a record of the work that was performed on these NPS-managed structures, and therefore of the history of the National Park System itself. These photographs and recordings are often made available to the public as part of the NPS's mission to interpret and educate the public about the resources of the National Park System.

6.  The images included as Exhibits A through E of this declaration were made by the NPS or its contractors during the rehabilitation of the Arlington Memorial Bridge, between 2018 and 2020, for the purposes described above.

7.  Exhibit A shows a view along the Arlington Memorial Bridge and Memorial Avenue, across Memorial Circle, towards the Arlington National Cemetery Hemicycle and the Arlington House. This image was taken by an NPS employee, and is publicly available at https://www.nps.gov/media/photo/gallery-item.htm?pg=5743044&id=60daa188-a5d0-4902-afb1-5d781c7b8538&gid=3D7D3104-46F0-4789-9B04-E5704B8F4FB3.

8.  Exhibit B shows a view along the Arlington Memorial Bridge towards Virginia, with the Arlington House in the background. This image was taken by an NPS employee, and is publicly          available          at          https://www.nps.gov/media/photo/gallery-

item.htm?pg=5743044&id=0b6f77c2-5813-4802-8817-8976a64defb2&gid=3D7D3104-46F0-4789-9B04-E5704B8F4FB3.

9. Exhibit C shows a view along the Arlington Memorial Bridge towards the District of Columbia, with the Lincoln Memorial in the background. This image was taken by an NPS employee, and is publicly available at https://www.nps.gov/media/photo/gallery-item.htm?pg=5743044&id=938ac1a2-3a8a-49c5-aaa0-f769151cefd5&gid=3D7D3104-46F0-4789-9B04-E5704B8F4FB3.

10. Exhibit D shows a view along the Arlington Memorial Bridge towards the District of Columbia, with the Lincoln Memorial in the background. This image was taken by an NPS employee, and is publicly available at https://www.nps.gov/media/photo/gallery-item.htm?pg=5743044&id=38b83cd3-54c7-464d-ba91-667a95c54f06&gid=3D7D3104-46F0-4789-9B04-E5704B8F4FB3.

11. Exhibit E shows a view along the Arlington Memorial Bridge towards Virginia, with the Arlington National Cemetery Hemicycle and the Arlington House in the background. This image is part of a time-lapse video created by the NPS and its contractor, at the 0:38 time-stamp in the video. The video is publicly available at https://www.nps.gov/media/video/embed.htm?id=A0800C36-D35D-42B3-A191-32BA8235AC06.

12. I also have personal knowledge of the Department of the Interior's management of Memorial Circle.

13. On April 23, 2026, the Department received a letter from the U.S. Commission of Fine Arts regarding the Commission's consideration at its April 16, 2026, meeting of a concept

design submission for a new monumental arch to be constructed within Memorial Circle. A copy of this letter is included as Exhibit F.

14. On May 9, 2026, the NPS issued a special use permit to Langan Engineering and Environmental Services LLC (Langan) to conduct a topographic, utility, and tree survey, as well as geotechnical exploration and geophysical testing, within Memorial Circle and an area immediately south of the circle. A copy of this permit is included as Exhibit G.

15. On June 1, 2026, the Federal Aviation Administration (FAA) provided the NPS a Report of Internal Review, based on a limited aeronautical review, for a proposed building with a height of 250' located within Latitude/Longitude coordinates corresponding to Memorial Circle. A copy of this report is included as Exhibit H.

16. On June 5, 2026, the FAA provided the NPS a second report based on a limited aeronautical review of a proposed building with a height of 259', located at the same coordinates. A copy of the report is included as Exhibit I.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 17, 2026.

_____

Tammy Stidham