# EXHIBIT G

NPS Form 10-114 (Rev. 8/2021)
National Park Service

## SPECIAL USE PERMIT



**George Washington Memorial Parkway**
700 George Washington Memorial Parkway
McLean Virginia 22101
(703)-289-2500



| Permittee information |
|---|
| Permittee name:<br>Amanda Fletcher |
| Company / Organization:<br>Langan Engineering & Environmental Services LLC |
| Street address:<br>1300 Wilson Boulevard, Suite 450 |
| City:<br>Arlington |
| State<br>Virginia |
| Country:<br>USA |
| Zip code:<br>22203 |
| Cell phone number:<br>716-225-5263 |
| Office number:<br>571-366-6800 |
| Email address:<br>afletcher@langan.com |

**Park alpha code:** NCR-GWMP

**Permit #** _____ 5700-26-020 _____

**Type of use:**
☐ Special event
☐ Filming or still photography
☐ Demonstration, sale or distribution of printed
   matter, etc.
☐ Agricultural or grazing
☒ Other: _____ Geotechnical and site survey

**NEPA compliance:**
☒ Categorically excluded
☐ EA/FONSI
☐ EIS
☒ PEPC # _____ 136467
☐ Other _____

**Authorizing legislation or other authority:**
☒ 54 U.S.C. § 100101
☒ 54 U.S.C. § 100751(a)
☒ 54 U.S.C. § 103104
☐ 54 U.S.C. § 100905 (still photography)
☐ Other authority: _____
☐ Park-specific legislation: _____

The Permittee is authorized to use the following described lands or facilities in George Washington Memorial Parkway (Park): Memorial Circle, Washington DC, Reservation 404V Section I (Permitted Area). The Permittee may use those lands or facilities only for the following purpose: topographic, utility, and tree survey. This will include a subsurface utility mark-out performed by a subcontractor, and survey using conventional on-ground technologies (ie. total station, measuring rods, etc.) and a mobile mapping truck (ie. truck with data scanners attached). No invasive work will be performed as part of this effort. Geotechnical surveys that will consist of drilling two borings to depths ranging from 80 to 90 feet below grade and geophysical testing that will consisting of multi-channel analysis of surface wave (MASW) surveys and seismic refraction surveys. The work will involve mobilizing a geotechnical drill rig and support vehicles to the site to perform the borings.

This permit begins at Noon am / pm on 5-11-2026 and expires at Noon am / pm on 5-30-2026.  During that timeframe, the permittee has 7 days to complete the site survey work and 7 days to complete the geotechnical work.

| | | | |
|---|---|---|---|
| Application fee | Received __X__ | Not Required ____ | Amount $ ___250.00___ |
| Performance bond | Received _____ | Not Required __X__ | Amount $ _____ |
| Liability insurance | Received _____ | Not Required _____ | Amount $ 2 million |
| Cost recovery | Received _____ | Not Required _____ | Amount $ __See # 11__ |
| Location fee | Received _____ | Required _____ | Amount $ _____ |
| Other authorized fee | Received _____ | Required _____ | Amount $ _____ |

Issuance of the permit is subject to the below-listed general and park-specific terms and conditions. The undersigned hereby accepts this permit subject to those terms and conditions and agrees to be bound by them.

Ryan Linthicum
<span style="font-size:small">Digitally signed by Ryan Linthicum.<br>DN: CN=Ryan Linthicum,<br>OU=Arlington, OU=Users,<br>OU=Offices, DC=langan, DC=com<br>Date: 2026.05.09 13:04:32-04'00'</span>

Managing Principal          05/09/2026

Permittee signature

JENNIFER MADELLO   Digitally signed by JENNIFER MADELLO
Date: 2026.05.09 16:13:40 -04'00'

Title:    Date:

Superintendent    5/9/2026

Authorizing NPS official    Title:    Date:

### General Terms and Conditions

1.      The Permittee must perform the work or conduct the activities authorized by this permit in accordance with the permit's terms and conditions and in accordance with all applicable federal, state, or local law, including the regulations in 36 C.F.R. chapter I; the regulations in 43 C.F.R. part 5; and all applicable workplace-safety and public-health orders, rules, and requirements. If the Permittee fails to do so, then the Superintendent of George Washington Memorial Parkway (Superintendent) may immediately suspend or revoke this permit without notice.

2.      The Superintendent may immediately suspend or revoke this permit without notice if destruction of, loss of, or injury to any park property or resource has occurred, is occurring, or appears imminent. In accordance with the System Unit Resource Protection Act, 54 U.S.C. §§ 100721-100725, any person that destroys, causes the loss of, or injures any park system unit resource will be liable to the United States for response costs and damages resulting from the destruction, loss, or injury.

3.      The Superintendent may revoke this permit at any time after providing 24 hours' written notice to the Permittee setting forth the reasons for the revocation.

4.      If this permit is revoked for any reason or upon its expiration, the Permittee must repair all damage to park property or resources in accordance with the Superintendent's direction and must restore the Permitted Area to its original, pre-permit condition.

5.      The Permittee must obtain all federal, state, or local permits, licenses, inspections, or other reviews or approvals legally required to perform the permitted work or conduct the permitted activities.

6.      This permit does not grant the Permittee exclusive use of the Permitted Area. Unless the Superintendent restricts public access to or closes the Permitted Area in accordance with 36 C.F.R. § 1.5, the Permitted Area will remain open to the public to the same extent that it is open to the public during regular park visiting hours, and the permitted work or activities may not unduly interfere with the public's use and enjoyment of the Permitted Area.

7.      This permit may not be transferred or assigned to another party without the Superintendent's prior written approval.

8.      The Permittee waives all demands, claims, and causes of action against the United States and its officers, employees, agents, and representatives, and releases the United States and its officers, employees, agents, and representatives from all liability, arising out of or resulting from the permitted work or activities. The National Park Service issues this permit upon the express condition that the United States and its officers, employees, agents, and representatives will be free from all liability of any sort whatsoever arising out of or resulting from the permitted work or activities. Accordingly, the Permittee hereby agrees to indemnify, defend, and save and hold harmless the United States and its officers, employees, agents, and representatives from and against all liability of any sort whatsoever arising out of or resulting from the permitted work or activities.

9.      If the Superintendent requires liability insurance as a condition of issuing this permit, then the Permittee must obtain general liability insurance against claims occasioned by the acts or omissions of the Permittee and its officers, employees, agents, representatives, and contractors while performing the work or conducting the activities authorized by this permit. The policy must be in the amount of $ 1 Million per occurrence and $ 2 million aggregate; must be issued by a company licensed to do business and in

2

good standing in Commonwealth of Virginia, State of Maryland, and or District of Columbia; and must name the United States of America as an additional insured. The Permittee must provide the Superintendent with a Certificate of Insurance with the proper endorsements before the permit's effective date.

10.     If the Superintendent requires a bond as a condition of issuing this permit, then the Permittee must deposit with the Park, before the effective date of this permit, a bond in the amount of $ N/A from a bonding company licensed to do business and in good standing in Commonwealth of Virginia, State of Maryland, and or District of Columbia; or in the form of cash or cash equivalent, to guarantee that all financial obligations to the Park will be satisfied.

11.     As authorized by 54 U.S.C. § 103104 or 54 U.S.C. § 100905 and in accordance with other applicable law and policy, the National Park Service will recover all costs of providing necessary services associated with this permit, including the costs of administering the permit and monitoring the permitted work or activities. The National Park Service may bill the Permittee for either actual costs or estimated costs. Payment is due at the time of billing. If the National Park Service bills the Permittee for estimated costs, and actual costs exceed the estimated amounts, then the National Park Service will bill the Permittee for the excess. If the National Park Service bills the Permittee for estimated costs, and actual costs are less than the estimated amounts, then the National Park Service will refund the difference to the Permittee after the permitted work or activities have concluded and the permit has expired or been terminated. Under no circumstances will the National Park Service be liable for interest on any refunded amount.

12.     The Permittee designates Ryan Linthicum (201)-913-5381 as the on-site person responsible for adherence to the permit's terms and conditions. The on-site person must have full authority to make all decisions about the permitted work or activities; must be reachable at all times; and is responsible for all persons or entities performing the permitted work or activities, including the Permittee's contractors and subcontractors.

13.     Nothing in this permit binds the National Park Service to expend in any one fiscal year any sum in excess of appropriations made by Congress or allocated by the National Park Service for the purpose of this permit, or to involve the National Park Service in any contract or other obligation for the further expenditure of money in excess of such appropriations or allocations.

14.     If any provision of this permit is found to be invalid or unenforceable, the remaining provisions of this permit will not be affected and may be enforced to the full extent authorized by applicable law.

15.     Use of the National Park Service Arrowhead Symbol is governed by 36 C.F.R. part 11. The Arrowhead Symbol is the official emblem and a registered trademark of the National Park Service. The National Park Service must authorize any use of the Arrowhead Symbol, including incidental use. Using the Arrowhead Symbol for advertising, promotional, or other commercial purposes is prohibited. Unauthorized use of the Arrowhead Symbol may subject an individual to criminal penalties under 18 U.S.C. § 701.

16.     Approval of the special use permit does not constitute and should not be construed as a Government endorsement of the permittee's views, activities, products, goods, services, or enterprise. The permittee shall not refer to special use permits awarded by the National Park Service for commercial purposes, in advertising, or in a manner which states or implies that, by issuing the special use permit, the views, activities, products, goods, services, or enterprises undertaken pursuant to this permit are approved of or endorsed by the Government.

17.     Credit Lines may be approved through additional terms and conditions.

18.     Federal regulations prohibit any person from knowingly giving false information on an application for a permit and from knowingly giving a false report for the purpose of misleading a government

3

employee or agent in the conduct of official duties. 36 C.F.R. §§ 2.32(a)(3) and 2.32(a)(4). Any violation of those regulations will result in this permit's immediate revocation.

## Park-specific Terms and Conditions

19. Permittee's activities under this permit are subject to the supervision of the Superintendent and or designated representative and shall comply with all applicable laws and regulations of the area (e.g., codes, ordinances), including those pertaining to health, safety, sanitation, and the protection/preservation of natural/cultural/historical resources.

20. The NPS reserves the right to halt any operation within its jurisdiction, in part or whole, which is determined to be detrimental to the public interest.  If such right is exercised, the NPS will determine when, if ever, work may resume.  Work will be permitted to resume only if a proper method can be devised to prevent such detrimental behavior from reoccurring.

21. This permit does not authorize interference with any existing or proposed Federal projects that may be undertaken by the United States or with the management or administration of the National Park Service lands.  This permit is subject to the right of the NPS to establish trails, roads, and other improvements and betterments over, upon or through Permittee's worksite described herein, and further to the use by travelers and others of existing or future roads, trails, and other improvements.

22. Absent separate written notice from the NPS, this permit expires on 5-30-2026.  However, Permittee's obligations under this permit (e.g., mitigation/restoration work) will remain in full force and effect until fully satisfied by the Superintendent or designated representative.

23. NPS Coordination: The Permittee shall coordinate the performance of all activities associated with this permit with the Superintendent or the Superintendent's designated representative. The Superintendent's designated NPS representative shall be in reference as NPS Point of Contact (NPS-POC), and included on the distribution lists for meetings, the work schedule, and other communications as needed to track the project. NPS shall notify Permittee of any changes in designated representative.

24. NPS Permit: A copy of this permit including all exhibits, amendments and explanatory notes shall be kept by the Permittee onsite at all times. The Permittee shall comply with all State and Federal laws applicable to the purpose for which this permit is approved. Permittee will comply with all instructions issued by the United States Park Police and other representative(s) of the Superintendent, George Washington Memorial Parkway.

25. Non-NPS Permits: Prior to commencement of activities on parkland, the Permittee shall have received all necessary permits required by outside agencies for work to be performed under this permit. Copies shall be provided to the NPS, and contact information for each permit.

26. Limits of authority of this permit - The issuance of this permit neither obligates nor implies consent on the part of the National Park Service to allow construction on, or related to the use of, the park-administered land. Any action desired by the permittee beyond the scope of work described within this permit must be considered as separate actions requiring thorough analysis of the impacts upon National Park Service administered land, according to applicable law and regulation.

27. The permittee shall submit a work schedule 5 days prior to the initiation of work being performed on park land.  The permittee shall notify the NPS representative 24 hours prior to starting work on park land, when the work is completed, and when the area is ready for final inspection.

28. All vehicles are authorized to operate on the George Washington Memorial Parkway administered roadways only for the purpose stated on page 1.  The permittee and vehicle operators shall comply with all local and Federal laws applicable to the purpose for which this permit is approved. A copy of this permit will be carried in each vehicle, at all times, while operating on the parkway administered roadways.

29. Work shall be scheduled to avoid construction activity and construction related delays during peak visitation times on the effected park areas.  In addition, scheduled construction activities should not interfere with other NPS operations, permitted special events, permitted first amendment activities, pre-scheduled marathons, or any other activity which draws a large crowd requiring additional management.

30. Any toilet facility (e.g., portable toilet) required at the worksite on NPS lands, shall be requested by Permittee and pre-approved by the Superintendent (or his/her representative).  Location shall be pre-coordinated with NPS to allow maintenance of the portable toilet by commercial vehicle and be hidden as best as possible.  Use of portable toilets on mobile trailers are acceptable alternative if site not suitable.

31. The worksite shall always be kept free of trash and construction debris that result from this project. All foreign debris is to be cleaned and placed in covered disposal devices or removed from the worksite on a daily basis. Any waste entering on park land that result from this project shall be removed and the affected property cleaned, stabilized, or restored, to the satisfaction of NPS.  This restoration shall take place within the time period directed by NPS.

32. Before commencement of work, Permittee will provide the NPS with copies of any and all documentation utilized in the planning of the work, including diagrams, schematics, pictures, drawings, and/or plans of any kind (e.g., architectural drawings, security plans, storm water management plans, and erosion & sediment control measures).  In the event that such documentation changes, Permittee will promptly submit updated copies to the NPS.

33. Before work begins:  Permittee will perform a preliminary walk-through with NPS to define the Limit of Disturbance (LOD) area, document prior existing conditions, review the work-plan with all construction crews and be familiar with the pre-approved staging area(s) and site plans.

34. All work is restricted to the pre-approved construction area. No impacts to areas outside of the construction area shall occur.

35. Underground utilities - Before commencement of any below grade work, the Permittee shall coordinate with a utility locating service contractor and have all below-grade utilities in the limit of disturbance (LOD) areas clearly marked on the ground surface by an approved utility search company.  Further, permittee will submit a diagram of the worksite to the National Park Service, which clearly show the types and locations of all below-grade utilities.  Any underground utilities previously located within the LOD or designated work area which are damaged or disrupted during permitted activity or maintenance shall be repaired or restored by the Permittee.

36. Public Access: Permittee shall not restrict public access to the park at any time during the activity. Permittee shall maintain the travel ways of trails and/or connection(s) open and free from obstruction. Temporary trail closures of no more than 5 minutes at a time are permitted on a periodic basis, utilizing flaggers and signs to help warn park visitors of any hazards related to the permitted activity.

37. Management of traffic on sidewalks: The Permittee shall always maintain an open sidewalk, free from debris or obstructions.  Work zone for the permitted activities shall be flanked on a daily basis by warnings - such as cones or 'Work Ahead" signs. Minimal vehicle traffic on the asphalt portions of the trail is permitted for light support vehicles; they must be 'ground-walked' with a person walking in advance and parked at least ten (10) feet from the edge of the trail.

5

38. Emergency Access route to the activity or project area must always be maintained. Permittee and contractors shall coordinate with law enforcement, fire, and emergency medical services as necessary.

39. All accidents or damage of any kind happening at or around the worksite, directly or indirectly caused, witnessed or otherwise learned of by Permittee (or its representatives or employees), must be reported to the Park POC immediately after emergency measures stabilized.  These include injuries to people or to flora or fauna.

40. Permittee hereby agrees to be fully responsible for the management, performance, use and safety of all operations conducted by or on behalf of the Permittee upon NPS administered property. Work not specifically authorized by this permit shall not be performed without prior written authorization from the Superintendent of the George Washington Memorial Parkway. Additionally:

    a. Permittee shall be responsible for provision and maintenance of proper signs, barricades, and fences to secure any hazardous work area(s) to protect public health.
    b. Permittee agrees it shall require that all work be performed in a safe and responsible manner and to OSHA standards to avoid accidents and injury to all workers, government employees, and park visitors.  Permittee agrees it shall require safety measures to be installed and maintained where risks or potential hazards are likely or evident.
    c. The Permittee shall follow applicable NPS and OSHA safety regulations and exercise safety precautions.
    d. Any park infrastructure impacted during construction activities, including but not limited to paved and unpaved roadways, walkways, turf, shall be restored to their original conditions upon completion of the project.
    e. Permittee shall be responsible for all coordination and supervision of utility installations. Per the NPS approved plans. Permittee shall reference pertinent permit conditions to address any plan changes or unanticipated archeological discoveries during utility work. Prior to installation of any new utilities, the Permittee shall refer utility companies to the National Park Service to obtain a Right of Way permit for NPS lands.

41. All construction equipment shall be power-washed and inspected for invasive plant material and seed before being transported to the work site to reduce the introduction of invasive species. This inspection location, date, and time shall be coordinated with the NPS point of contact prior to access or delivery.

42. Avoid use of heavy equipment where soils are wet or extensive compaction could occur.

43. If heavy equipment must be transported off stabilized surface areas during the construction activity, appropriate use of weight distributing protective matting, ground protection planking, or plywood sheeting shall be employed while moving and staging equipment to prevent turf & soil compaction, damaging curbing, damaging pavement edges, and damaging trails.  In addition, the Permittee shall protect existing storm water drains from crushing with cribbing or mounting blocks as needed to prevent damage.

44. "Hazardous substance" shall, for purposes of this Permit, be defined as including any material identified as a "hazardous substance" pursuant to Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) section 101 (14), 42 U.S.C. section 9601 (14) or any petroleum product or waste.

45. The Permittee shall comply with all Federal, State, and Local regulations pertaining to environmental quality and safety.  This includes but is not limited to the Resource Conservation Recovery Act ("RCRA"), the Clean Water Act ("CWA"), the Clean Air Act ("CAA"), the Oil Pollution Act ("OPA"), and OSHA 1910.120 ("Hazwopper").  The Permittee must show proof of licenses if

6

applicable when performing work on NPS property.  The Permittee shall show proof that employees are in a medical monitoring program if applicable.  If Applicable, the Permittee shall submit written emergency response procedures for NPS review and approval.

46. Hazardous Incidents: In the event of any action or occurrence at the site which causes or threatens the environment or public health and welfare, such as hazardous material release or hazardous environmental conditions that constitutes an emergency situation, the Permittee shall immediately take all appropriate action to prevent or abate and mitigate such threat and shall immediately notify the NPS. Such incidents might include, but are not limited to examples such as fire or accidental release of hazardous materials.

47. The Permittee shall take responsibility for all vehicles and equipment used during this permitted activity including any and all releases and/or discharges of hazardous substances, petroleum products, and non-hazardous wastes into the environment resulting from project activities. The Permittee will assume responsibility for immediate clean-up for any such releases and discharges.

48. Each construction vehicle shall be equipped with a fire extinguisher.

49. All accidents must be reported to NPS point of contact, or alternate contact, or USPP immediately.

50. Occupational Safety Health Administration regulations must always be followed.

51. The Permittee shall always have an approved Spill Response Kit available on-site and personnel shall be trained in the use of the equipment.  All spills must be reported to NPS point of contact, or alternate contact, or USPP immediately.

52. Fuel Storage Cells are not permitted on National Park Service George Washington Memorial Parkway areas without prior written consent of the Superintendent.  Equipment shall be re-fueled by mobile truck or portable cans using spill preventative procedures.

53. All signs used for managing traffic must be the temporary free-standing type and weighted down to hold position.  Signs installed by post hole method is not permitted and would be considered as separate actions requiring thorough analysis of the impacts upon National Park Service administered land, according to applicable law and regulation.

54. All traffic management during construction activities shall be undertaken in accordance and meet standards set forth in the "Manual on Uniform Traffic Control Devices" (MUTCD).  Permittee MOT plans shall be subject to the review and approval of NPS prior to implementation.  Flaggers and traffic control workers setting up lane closures must be certified American Traffic Safety Services Association (ATSSA) Traffic Control Technician.

55. The permittee shall be responsible for the cost and repairs to any structures, facilities, installation, sod, soils, or landscape vegetation on park land damaged by the work authorized under this permit and shall, at the direction of the NPS, submit detailed plans for the repair, and/or replacement of such. All parkland and structures disturbed by the work authorized by this permit will be restored to the satisfaction of the Superintendent or their designee. Restoration of turf areas shall be according to the NPS Specifications for Turf Restoration.

56. Archeological discoveries – In the event cultural or archeological resources are discovered during the course of the project, Permittee will halt any activities and notify the

7

NPS POC and or GWMP Cultural Resources Management Megan Bailey (202)-438-6641. Work will be allowed to resume only after the finds have been assessed and notice to proceed has been given. These findings may include, but are not limited to, single or multiple discoveries of:

a.  Whole objects or partial artifacts such as arrowheads, ceramic dinnerware shards, glass bottles and fragments, oyster shell and bone, metallic objects like coins or nails, etc.; or
b.  Structural remains such as stone or brick and mortar building foundation ruins, fence-line post remains, old terra cotta or fired clay utility pipes, etc.; or
c.  Unusual soil conditions such as dark or unusually colored soil stains possibly indicating grave shafts, privy pits or wells, etc.

All archeological findings unearthed remain the property of the park. If artifacts are discovered, the artifact is to remain in place as is. The permittee shall not resume work in the area until instructed to do so by the NPS.

57. The permittee shall preserve and protect all existing vegetation such as trees and shrubs on or adjacent to the Limit of Disturbance (LOD), which does not reasonably interfere with the approved work plan submitted with the special use permit application.  The permittee shall be responsible for all unauthorized cutting and damage to trees and shrubs, including damage resulting from careless operation of equipment, stockpiling of material, or tracking of other soils / debris by equipment.  Any additional vegetation that needs to be removed will require additional review and approval from NPS.  Care shall be taken to not impact vegetation during work activities, including impacts to root systems.   Any damaged areas shall be restored or repaired by the permittee, as directed by the Superintendent or his/her designee, at no expense to the National Park Service.

58. Native trees removed on NPS administered land will be replaced by the Permittee in accordance with approved plans.  If additional trees are removed or found significantly damaged not included in the approved plan, the trees will be replaced by the Permittee on a Diameter Breast Height (DBH) basis and location(s) determined by the George Washington Memorial Parkway Resource Manager.  If NPS management determines a site not suitable for replanting, an alternate location or mitigation method may be presented to the Permittee for consideration to replace tree loss.

59. The tree protection zone of a tree shall be considered the tree's drip line, or the radius, in feet, equal to 1.5 times the Diameter Breast Height (DBH), in inches, of the tree, whichever is greater.  When work is allowed within the tree protection zone by NPS, the Permittee will submit a tree and tree root protection plan for NPS approval before any work starts.  This plan may include, but is not limited to, physical protection, root fertilization, root aeration, root pruning and crown pruning.  All trees and tree root areas within the Permittee's work area, which in the opinion of NPS are liable to accidental damage.  If NPS concludes that damage has occurred to the tree root system, or any tree part, the Permittee or shall require its Contractor perform all mitigation required by NPS.

60. Pruning of NPS trees must be done with the pre-approval, and in the presence of GWMP Resource Management staff notified through the Primary NPS POC.  If trees need managed to allow for worker access or equipment access it must conform to ANSI A300 (Part 1)-2017 Pruning, American National Standard Institute for Tree Care Operations; Tree, Shrub, and Other Woody Plant Management; Standard Practices, as adopted by the current publication of Tree Care Industry Association, Inc. and International Society of Arboriculture.  The National Park Service recommends the pruning work and or be supervised onsite by an ISA Certified Arborist.

61. Temporary paint markings are to be kept to an absolute minimum. Paint markings are not allowed on permanent structures, pavements, rocks, trees or landscaped areas unless it is impossible to use a removable flag or ribbon. Under no circumstances are paint markings to be applied to buildings, decorative park features, bricks, monuments, wooden bridges, bridge railings, light poles, signs, signposts, or bulletin boards. If paint is used on a hard surface such as asphalt, concrete,

8

bridge abutment, etc., the Permittee must contact the NPS for guidance on application and removal of paint. Any paint used, must be water-base. Flagging tape or lumber crayons are preferred.

62. Permittee agrees to take all measures necessary to curtail erosion and sedimentation caused by the geotechnical boring work, and further to restore and re-vegetate the area to its original condition as agreed to in the submitted scope of work.   Furthermore, Permittee agrees to meet, at a minimum, all state and local erosion and sedimentation regulations.

63. The Permittee shall take all necessary measures to prevent air, noise and water pollution by managing all products, material and/or equipment used during this permitted construction, these include:
    a. Only NPS / park approved native seed mixtures and plant species shall be used to re-vegetate areas specified by NPS.  NPS Resource Management can provide guidance on the appropriate seed mixture.
    b. As a part of the initial construction activity under this permit, the Permittee accepts responsibility for cleaning of accumulated silt and debris from the existing culverts and open drainage channels as directed by NPS.
    c. Silt barriers shall be installed on parkland in a manner directed by NPS to minimize associated impacts.
    d. Construction activities shall be restricted during saturated soil conditions and halted involving a single rain event of more than ½ inch or severe weather conditions to avoid damage to soils and vegetation.

64. Wildlife protection: The Permittee shall notify the NPS designated representative of any unforeseen concerns pertaining to wildlife within the permitted area.  Care shall be taken not to disturb any wildlife species (reptiles, migratory birds, raptors, or bats) found nesting, hibernating, estivating, or otherwise living in, or immediately nearby worksites. The permittee shall report location and picture document any evidence of wildlife roosting or nesting when trees are taken down or uncovered in areas otherwise not known, or readily seen. Collecting "take" of any living fauna, or shed from any living fauna (such as antlers or snake-skin) is illegal.  The NPS Natural Resource Manager shall respond to concerns of trapped or injured wildlife.

65. Nothing in the preceding paragraphs shall be deemed to limit any authority of the United States, (a) to take all appropriate action to protect human health and the environment or to prevent, abate, respond to or minimize an actual or threatened release of  hazardous substances on, at, or from the permitted area, or (b) to direct or order such action, or seek an order from the requisite Court, to protect human health and the environment or to prevent, abate, respond to or minimize an actual or threatened release of  hazardous substances on, at or from the Site.

66. Public Notice and Communication: The Permittee and the NPS shall coordinate to advise area residents and park patrons of the timeframe for permitted activities and to address ongoing public involvement. Permittee is responsible for notification through various methods such as press releases, posted signs, variable message boards, website updates, and partnering meetings.

**Communication Plan:**

9

**In case of emergencies and during non-business hours, contact**

**U.S. Park Police Dispatch at (202) 610-7500**

Notify NPS designated representative for all emergencies as soon as possible. Include them on all distribution lists for meetings, the work schedule, and other communications as needed to track the activity or project. NPS and Permittee shall notify each other of staff changes and contact information, to keep contact information current.

**Contact Information**

| National Park Service | Permittee |
|---|---|
| **NPS Authority:**<br>Jennifer Madello Superintendent<br>George Washington Memorial Parkway<br>Contact number:<br>Office: 703- 289-2500<br>Address:<br>George Washington Memorial Parkway<br>Turkey Run Park<br>700 GW Memorial Parkway<br>McLean, VA 22101 | **Langan Engineering & Environmental Services, LLC**<br><br>Amanda Fletcher<br>afletcher@langan.com<br>(571)-366-6800 |
| **Primary NPS Point of Contact:**<br><br>Peter McCallum<br>Park Ranger, Right of Way permits coordinator<br>HQ (703)-289-2500<br>Cell (202)-439-7322<br>peter_mccallum@nps.gov<br><br>**United States Park Police**<br>Non-Emergency dispatch number<br>(202)-610-7505<br><br>Tammy Stidham<br>Associate Regional Director - Lands and Planning<br>National Park Service<br>1100 Ohio Drive SW<br>Washington, DC 20242<br>voice - (202)619-7474<br>mobile - (202)438-0028<br>tammy_stidham@nps.gov | **Additional contacts**<br><br>Ryan Linthicum (Principal In Charge)<br>201-913-5381<br><br>Amanda Fletcher (Project Manager)<br>716-225-5263<br><br>Kevin Benitez (Lead Surveyor)<br>787-240-8701<br><br>Kyle Lawson (Geotechnical Engineer)<br>540-729-6566 |

10