# EXHIBIT H

**Federal Aviation Administration**
**Report of Internal Review**
**ASN: 2026-AEA-5959-OE**
**Generated by Kelly R Nelson on 2026-06-01**

The Obstruction Evaluation Group, AJV-15, has conducted a limited aeronautical review under the provisions of 49 U.S.C., Section 44718 and if applicable Title 14 of the Code of Federal Regulations, part 77, concerning:

| | |
|---|---|
| Structure: | Building Monumental Arch |
| County, State: | District of Columbia, District of Columbia |

Collected Point(s):

| Label | Latitude | Longitude | SE | AGL | AMSL |
|---|---|---|---|---|---|
| pt-1 | 38-53-08.01N | 77-3-34.80W | 29 Ft | 190 Ft | 219 Ft |
| pt-2 | 38-53-09.08N | 77-3-37.04W | 29 Ft | 190 Ft | 219 Ft |
| pt-3 | 38-53-07.54N | 77-3-36.03W | 29 Ft | 190 Ft | 219 Ft |
| pt-4 | 38-53-09.54N | 77-3-35.84W | 29 Ft | 190 Ft | 219 Ft |
| pt-5 | 38-53-08.56N | 77-3-35.88W | 29 Ft | 250 Ft | 279 Ft |

**This review was initiated as a result of:**

A request for aeronautical review from another FAA component, another agency, or a person with a valid interest in the matter.

The results of this review can be found on the attached page(s).

NOTE: THE RESULTS OF THIS LIMITED FAA REVIEW IS NOT AN OFFICIAL DETERMINATION OF FINDINGS BUT ONLY A REPORT BASED ON THE GENERAL OR ESTIMATED INFORMATION SUPPLIED FOR THE STRUCTURE. ANY FUTURE, OFFICIAL AERONAUTICAL STUDY MAY REVEAL DIFFERENT RESULTS.

Additional Information for ASN 2026-AEA-5959-OE

**Proposal:**  To review a(n) Building at a height of 250 feet above ground level, 279 feet above mean sea level.

**Location:**  The structure is located 2.29 nautical miles northwest of DCA Airport reference point.

**Part 77 Obstruction Standard(s) Exceeded:**
Section 77.17 (a) (2) by 50 feet - a height that exceeds 229 feet above mean sea level within 1.65 nautical miles of DCA.

Section 77.17 (a) (5) a height that affects an Airport Surface by penetrating:
Section 77.19 (a) Horizontal Surface by 115 feet as applied to DCA .
Section 77.19 (b) Conical Surface by 55 feet as applied to DCA .

**In order to complete this limited aeronautical review, the Obstruction Evaluation Group requested and received input from:**

Other
ASN: 2026-AEA-5959-OE

This Feasibility Study, otherwise known as a limited aeronautical review, was conducted by the Federal Aviation Administration (FAA) for the National Park Service's proposed Building. Architectural drawings, surveys, coordinates, and overall height are still not fully available at this time.

1. LOCATION OF PROPOSED CONSTRUCTION
The proposed building submitted for review, 250 feet (ft.) above ground level (AGL), 279 ft. above mean sea level (AMSL), would be located approximately 1.65 nautical miles (NM) northwest of the approach end Runway (RWY) 15 at Ronald Reagan Washington National Airport (DCA) in Arlington, VA. To date, the FAA has only received a proposal with estimated coordinates for review. Therefore, the limited review noted below was completed in the form of a Feasibility Report as stated in paragraph 1.

Each of the five structure points have been studied separately under the following aeronautical study numbers:

PT1: 38-53-08.01N / 77-03-34.80W / 190 ft. above ground level (AGL) / 219
ft. above mean sea level (AMSL)
PT2: 38-53-09.08N / 77-03-37.04W / 190 ft. AGL / 219 ft. AMSL
PT3: 38-53-07.54N / 77-03-36.03W / 190 ft. AGL / 219 ft. AMSL
PT4: 38-53-09.54N / 77-03-35.84W / 190 ft. AGL / 219 ft. AMSL
PT5: 38-53-08.56N / 77-03-35.88W / 250 ft. AGL / 279 ft. AMSL

2. OBSTRUCTION STANDARDS EXCEEDED
The proposal has been identified as an obstruction under the standards of Title 14, Code of Federal Regulations (CFR), Part 77, as applied to DCA:

a. Section 77.17 (a)(2): A height that is 200 feet AGL, or above the established airport elevation, whichever is higher, within 3 nautical miles of the established reference point of an airport, excluding heliports, with its longest runway more than 3,200 feet in actual length, and that height increases in the proportion of 100 feet for each additional nautical mile from the airport up to a maximum of 499 feet. The proposal would exceed by the following:

PT5: 50 feet (ft.)

b. Section 77.19 (a): Horizontal Surface. A horizontal plane 150 feet above the established airport elevation, the perimeter of which is constructed by swinging arcs of a specified radii from the center of each end of the primary surface of each runway of each airport and connecting the adjacent arcs by lines tangent to those arcs. The proposal would exceed the horizontal surface by the following:

PT1: 55 ft.
PT3: 55 ft.
PT5: 115 ft.

c. Section 77.19 (b): Conical surface. A surface extending outward and upward from the periphery of the horizontal surface at a slope of 20 to 1 for a horizontal distance of 4,000 feet. The proposal would exceed the conical surface by the following:

PT2: 55 ft.
PT4: 55 ft.

3. EFFECT ON AERONAUTICAL OPERATIONS
a. The impact on arrival, departure, and en route procedures for aircraft operating under VFR:

1) The hypothetical building would exceed the DCA Part 77.17(a)(2) surface by 50 feet, the DCA Part 77 horizontal surface by up to 115 feet, and the DCA conical surface by 55 ft.

2) The hypothetical building would not penetrate the DCA Visual Flight Rules (VFR) traffic pattern airspace (TPA).

b. The impact on arrival, departure, and en route procedures for aircraft operating under IFR: The hypothetical building would not affect any identified instrument flight procedures into DCA.

c. The impact on all existing and planned public-use airports and aeronautical facilities: None.

d. The cumulative impact resulting from the proposed construction or alteration of a structure when combined with the impact of other existing or proposed structures: None.

4. CONCLUSIONS
The feasibility study revealed that the hypothetical building, at the filed heights listed above, would have no significant adverse effect on airspace and visual/instrument procedures at Ronald Reagan Washington International Airport. The buildings penetration of the Part 77.17(a)(2) surface, horizontal surface, and the conical surface would require it to be lit with red obstruction lights. It would not penetrate the visual traffic pattern protected airspace at Ronald Reagan Washington National Airport, nor would it have any effect on airport facilities or radio/visual navigational and landing aids.

This feasibility study does not constitute a determination of no hazard to air navigation from the FAA. Its purpose is to give the proponent information on effects the proposed structure would have on airspace and aeronautical procedures, and prescribe ways to eliminate or mitigate those effects, in order to allow the proponent to plan for and design the actual structure that will be built on the site. A full aeronautical study will be required for the actual design of the building prior to its construction.

Additional Comments:
1. The future e-filing of the proposal will require e-filing all four corners and the high point of the proposal when specific data becomes available.

2. The sponsor should submit the proposal using the site elevation/finished floor elevation (FFE). Please review requirements for both site elevation and above ground level elevation rounding as noted on FAA Form 7460-1, Notice of Proposed Construction or Alteration.

Based on this review, the structure should be marked/lighted in accordance with FAA Advisory circular 70/7460-1 M Change 1 , Obstruction Marking and Lighting, red lights-Chapters 4,5(Red),&15 .

The owner of the structure must be advised to report any failure or malfunction that lasts more than thirty (30) minutes and affects a top light or flashing obstruction light, regardless of its position, should be reported immediately to (877) 487-6867 so a Notice to Airmen (NOTAM) can be issued. As soon as the normal operation is restored, notify the same number.

**Sectional Map for ASN-2026-AEA-5959-OE**



**\*\*REPORT OF INTERNAL REVIEW\*\***