# EXHIBIT I

Mail Processing Center
Federal Aviation Administration
Southwest Regional Office
Obstruction Evaluation Group
10101 Hillwood Parkway
Fort Worth, TX 76177

Aeronautical Study No.
2026-AEA-6751-OE

Issued Date: 06/05/2026

NATIONAL PARK SERVICE
1849 C Street
Washington, DC 20240

## ** FEASIBILITY REPORT **

The Federal Aviation Administration has conducted a limited aeronautical review concerning the feasibility of a structure described as follows:

|  |  |
|---|---|
| Structure: | Building Feasibility |
| County, State: | District of Columbia, District of Columbia |

Collected Point(s):

| Label | Latitude | Longitude | SE | AGL | AMSL |
|---|---|---|---|---|---|
| pt-1 | 38-53-08.01N | 77-3-34.80W | 29 Ft | 199 Ft | 228 Ft |
| pt-2 | 38-53-09.08N | 77-3-37.04W | 29 Ft | 199 Ft | 228 Ft |
| pt-3 | 38-53-07.54N | 77-3-36.03W | 29 Ft | 199 Ft | 228 Ft |
| pt-4 | 38-53-09.54N | 77-3-35.84W | 29 Ft | 199 Ft | 228 Ft |
| pt-5 | 38-53-08.56N | 77-3-35.88W | 29 Ft | 259 Ft | 288 Ft |

The results of this review can be found on the attached page(s).

NOTE: THE RESULTS OF OUR LIMITED REVIEW IS NOT AN OFFICIAL DETERMINATION OF FINDINGS BUT ONLY A REPORT BASED ON THE GENERAL OR ESTIMATED INFORMATION SUPPLIED FOR THE STRUCTURE. ANY FUTURE, OFFICIAL AERONAUTICAL STUDY MAY REVEAL DIFFERENT RESULTS.

If we can be of further assistance, please contact our office at 1-404-305-6430, or kelly.r.nelson@faa.gov. On any future correspondence concerning this matter, please refer to Aeronautical Study Number 2026-AEA-6751-OE.

**Signature Control No: 707464882-708394387**                                              ( FSB )

Kelly Nelson
Specialist

Attachment(s)
Additional Information
Map(s)

ASN: 2026-AEA-6751-OE

This Feasibility Study, otherwise known as a limited aeronautical review, was conducted by the Federal Aviation Administration (FAA) for the National Park Service's proposed Building. Architectural drawings, surveys, coordinates, and overall height are still not fully available at this time.

1. LOCATION OF PROPOSED CONSTRUCTION
The proposed building submitted for review, 259 feet (ft.) above ground level (AGL), 288 ft. above mean sea level (AMSL), would be located approximately 1.65 nautical miles (NM) northwest of the approach end Runway (RWY) 15 at Ronald Reagan Washington National Airport (DCA) in Arlington, VA. To date, the FAA has only received a proposal with estimated coordinates for review. Therefore, the limited review noted below was completed in the form of a Feasibility Report as stated in paragraph 1.

The study is a multipoint structure with five points and those points are:

PT1: 38-53-08.01N / 77-03-34.80W / 199 ft. above ground level (AGL) / 228 ft. above mean sea level (AMSL)
PT2: 38-53-09.08N / 77-03-37.04W / 199 ft. AGL / 228 ft. AMSL
PT3: 38-53-07.54N / 77-03-36.03W / 199 ft. AGL / 228 ft. AMSL
PT4: 38-53-09.54N / 77-03-35.84W / 199 ft. AGL / 228 ft. AMSL
PT5: 38-53-08.56N / 77-03-35.88W / 259 ft. AGL / 288 ft. AMSL

2. OBSTRUCTION STANDARDS EXCEEDED
The proposal has been identified as an obstruction under the standards of Title 14, Code of Federal Regulations (CFR), Part 77, as applied to DCA:

a. Section 77.17 (a)(2): A height that is 200 feet AGL, or above the established airport elevation, whichever is higher, within 3 nautical miles of the established reference point of an airport, excluding heliports, with its longest runway more than 3,200 feet in actual length, and that height increases in the proportion of 100 feet for each additional nautical mile from the airport up to a maximum of 499 feet. The proposal would exceed by the following:

PT5: 59 feet (ft.)

b. Section 77.19 (a): Horizontal Surface.  A horizontal plane 150 feet above the established airport elevation, the perimeter of which is constructed by swinging arcs of a specified radii from the center of each end of the primary surface of each runway of each airport and connecting the adjacent arcs by lines tangent to those arcs. The proposal would exceed the horizontal surface by the following:

PT1: 64 ft.
PT3: 64 ft.
PT5: 124 ft.

c. Section 77.19 (b): Conical surface.  A surface extending outward and upward from the periphery of the horizontal surface at a slope of 20 to 1 for a horizontal distance of 4,000 feet.  The proposal would exceed the conical surface by the following:

PT2: 64 ft.

3. EFFECT ON AERONAUTICAL OPERATIONS
a. The impact on arrival, departure, and en route procedures for aircraft operating under VFR:

1) The hypothetical building would exceed the DCA Part 77.17(a)(2) surface by 59 feet, the DCA Part 77 horizontal surface by up to 124 feet, and the DCA conical surface by 64 ft.

2) The hypothetical building would not penetrate the DCA Visual Flight Rules (VFR) traffic pattern airspace (TPA).

b. The impact on arrival, departure, and en route procedures for aircraft operating under IFR: The hypothetical building would not affect any identified instrument flight procedures into DCA.

c. The impact on all existing and planned public-use airports and aeronautical facilities: None.

d. The cumulative impact resulting from the proposed construction or alteration of a structure when combined with the impact of other existing or proposed structures: None.

4. CONCLUSIONS
The feasibility study revealed that the hypothetical building, at the filed heights listed above, would have no significant adverse effect on airspace and visual/instrument procedures at Ronald Reagan Washington National Airport. The buildings penetration of the Part 77.17(a)(2) surface, horizontal surface, and the conical surface would require it to be lit with red obstruction lights. It would not penetrate the visual traffic pattern protected airspace at Ronald Reagan Washington National Airport, nor would it have any effect on airport facilities or radio/visual navigational and landing aids.

This feasibility study does not constitute a determination of no hazard to air navigation from the FAA. Its purpose is to give the proponent information on effects the proposed structure would have on airspace and aeronautical procedures, and prescribe ways to eliminate or mitigate those effects, in order to allow the proponent to plan for and design the actual structure that will be built on the site. A full aeronautical study will be required for the actual design of the building prior to its construction.

Additional Comments:

1. The future e-filing of the proposal will require e-filing all four corners and the high point of the proposal when specific data becomes available.

2. The sponsor should submit the proposal using the site elevation/finished floor elevation (FFE). Please review requirements for both site elevation and above ground level elevation rounding as noted on FAA Form 7460-1, Notice of Proposed Construction or Alteration.

