**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Michael Lemmon, *et al.*,

Plaintiffs,

v.

Donald J. Trump, *et al.*,

Defendants.

No. 1:26-cv-00544

**DECLARATION OF ANDREW KING,
CREATIVE DIRECTOR, U.S. DEPARTMENT OF THE INTERIOR**

I, Andrew King, declare as follows:

1. I am the Creative Director for the U.S. Department of the Interior, within the Immediate Office of the Secretary. I have been in this position for approximately 14 months. Previously, I worked for the Kentucky Governor, the Kentucky Attorney General, and in the United States Senate. I have a degree in Media Communication from Asbury University with an emphasis in both film and television production.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. In my position as Creative Director for the Department of the Interior, I capture still photographs and video recordings of Secretary Doug Burgum as he travels to Department sites and events. The photographs and recordings I capture are used by the Department for a variety of purposes, including as historical records, interpretive and educational materials, and communications materials.

1

2

4.  On June 16, 2026, I traveled to Arlington National Cemetery and captured the images included as Exhibits J through L of this declaration. I took these images in Section 35 of the Cemetery, near the Vietnam Helicopter Pilot and Crewmember Monument. The images show a view that faces approximately in the direction of the Lincoln Memorial, which could not be seen from that location. The images have not been edited in any way, except for converting to a PDF format.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 17, 2026.


Andrew King