# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Michael Lemmon, *et al.*, | No. 1:26-cv-00544 |
| Plaintiffs, | |
| v. | |
| Donald J. Trump, *et al.*, | |
| Defendants. | |

**DECLARATION OF MICHAEL S. SAWYER**

I, Michael S. Sawyer, declare the following:

1. I am Senior Trial Counsel in the Natural Resources Section, Environmental and Natural Resources Division, United States Depart of Justice, and the primary counsel of record for Defendants in the above-captioned matter. Except to the extent otherwise indicated, I make the statements in this declaration based on personal knowledge.

2. Attached as Exhibit M is a true and correct copy of excerpts from U.S. Comm'n of Fine Arts, Designing the Nation's Capital: The 1901 Plan for Washington, D.C. 118 (2006) (Eds., Sue Kohler & Pamela Scott), which I downloaded from https://catalog.hathitrust.org/Record/005543195 today.

3. Attached as Exhibit N is a true and correct copy of letter dated from the Commission of Fine Arts to Secretary of the Interior Burgum dated May 28, 2026, which I downloaded from https://www.cfa.gov/records-research/project-search/cfa-21-may-26-1 today.

4. Attached as Exhibit O is a true and correct copy of an Executive Director's Recommendation for the National Capital Planning Commission, which I downloaded from

1

https://www.ncpc.gov/docs/actions/2026June/8778_New_Monumental_Arch_Staff_Report_Jun2026.pdf today.

5. Attached as Exhibit P is a true and correct copy of excerpts from Proposed Memorial Bridge: A Hearing Before the Senate Committee on the District of Columbia 50–51 (Jan. 16, 1901), which I downloaded from https://catalog.hathitrust.org/Record/008429975 today.

6. Attached as Exhibit Q is a true and correct copy of a bridge design located in the National Archives, which I downloaded from https://catalog.archives.gov/id/557759390 today.

7. Attached as Exhibit R is a true and correct copy of NPS, Historic American Engineering Record (HAER), Arlington Memorial Bridge, HAER No. DC-7, which I downloaded today from https://tile.loc.gov/storage-services/master/pnp/habshaer/dc/dc0600/dc0604/data/dc0604data.pdf.

8. Attached as Exhibit S is a true and correct copy of an Arlington National Cemetery Fact Sheet, which I downloaded today from https://www.arlingtoncemetery.mil/Portals/0/Docs/ANC%20Overview%20FINAL.pdf.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATE: June 17, 2026

/s/ Michael S. Sawyer
MICHAEL S. SAWYER, Senior Attorney
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov

*Counsel for Defendants*