# EXHIBIT M

# DESIGNING THE NATION'S CAPITAL

## THE 1901 PLAN FOR WASHINGTON, D.C.



U.S. COMMISSION OF FINE ARTS

Generated through HathiTrust on 2026-06-17 21:52 GMT / Public Domain, Google-digitized
https://hdl.handle.net/2027/mdp.39015064990909

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

# DESIGNING THE NATION'S CAPITAL

## THE 1901 PLAN FOR WASHINGTON, D.C.

Sue Kohler and Pamela Scott, Editors

U.S. COMMISSION OF FINE ARTS

Washington, D.C.

2006

Digitized by  Google

Original from
UNIVERSITY OF MICHIGAN

Generated through HathiTrust on 2026-06-17 21:52 GMT
https://hdl.handle.net/2027/mdp.39015064990909 / Public Domain, Google-digitized

Generated through HathiTrust on 2026-06-17 22:00 GMT / Public Domain, Google-digitized
https://hdl.handle.net/2027/mdp.39015064990909



Fig. 12 View of Monument Garden, looking towards the White House, rendering by O.H. Bacher. *Senate Park Commission Report*, No. 48

## WEST POTOMAC PARK

After the Senate Park Commission expanded the Mall to form a great kite during their May 1901, meeting, vehicular drives throughout the expanded area were fundamental to their thinking. Five miles of carriageways had wound through A.J. Downing's picturesque Mall and the literature concerning Washington's post-Civil War society frequently cited both horseback and carriage rides in and around Washington as major forms of recreation. Although selecting sites for future public buildings was part of the Senate Park Commission's mandate, the development of a comprehensive park system was McMillan's major goal and the commission's primary charge. When the commissioners changed the east Mall's central axis from a boulevard into a turfed parkway in May-June 1901, they concurrently developed West Potomac Park as a series of parallel boulevards. These connected to drives around the kite's perimeter, roads flanking the east Mall's greensward, and the central boulevard west of the monument, in total at least tripling central Washington's carriage and pathways, most adjacent to or through newly proposed parklands.[69]

112   Scott

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Generated through HathiTrust on 2026-06-17 22:00 GMT / Public Domain, Google-digitized
https://hdl.handle.net/2027/mdp.39015064990909

The 3 June 1901 drawing (see pl. VI) shows building zones on the edges of West Potomac Park facing these wide boulevards, while parterres and pools flanked the central vista. While in Europe the commissioners decided on a long, wide canal framed by walkways and double rows of trees for the center of West Potomac Park. Irregular in shape—its eastern and western ends were widened slightly—the canal's great length was broken on the 19th Street axis by a circular pool. By 30 August the boulevards were narrower because they no longer passed through the redesigned Monument Gardens to connect to the Mall's drives (see fig. 6). Also by 30 August the western edge of the memorial circle had developed into a wide plaza with two roadways leading from it, one to a Potomac River bridge and the second leading to Rock Creek. Between these roadways directly behind the monument a stair, or watergate, descended into the Potomac River. By January 1902, West Potomac Park's building zones had disappeared and all internal references to Washington's street pattern eliminated and replaced by a vast parkland criss-crossed by multiple carriageways. The canal was widened slightly, its form changed to a Latin cross. In this final design, the canal's east end was terminated by an apsidal ended cross canal separated from the main canal by a narrow plaza, the germ of the future Rainbow Pool.

Many of the illustrations in the *Senate Park Commission Report* show variations in details for many sections of their plan. These drawings were done throughout the fall of 1901 while major and minor elements of the design were still in flux. Moreover, there are many indications that the commission's overall design philosophy was to establish basic principles and a broad framework, not dictate individual elements. Commonalities among the commission's design sources reinforce a recurring theme throughout the previous century: America was the inheritor of varied European cultural traditions imported with its pan-European population. The caption of photograph 100 (fig. 13) in the 1902 report reads: "Basin and Great Canal, Fontainebleau, Suggestive of the Treatment of the Canals West of the Monument," yet the text notes that these canals were "similar in character and general treatment to the canals at Versailles and Fontainebleau, in France, and at Hampton Court, in England."[70]



Fig. 13 Basin and Great Canal, Fontainebleau. *Senate Park Commission Report*, No. 100

Scott    113

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Generated through HathiTrust on 2026-06-17 22:00 GMT / Public Domain, Google-digitized
https://hdl.handle.net/2027/mdp.39015064990909

In mid February 1901, Congress had appropriated an unprecedented $250,000 to erect a Grant Memorial in Washington, specifying that it be sculptural in nature. At the initial meeting of the Grant Memorial Commission on 6 March a site south of the State War & Navy Building was selected but twelve days later Secretary of War Root suggested that the north side of the White Lot was a better location; both sites were included in the 10 April circular soliciting designs. On 7 June Root convinced the Grant Memorial Commission to delay deciding on a site until all designs had been received, not due until 1 April 1902. Root had just asked the Senate Park Commission to serve as official advisors to the Grant Memorial Commission and he wished to leave its members some latitude concerning important monument sites.[71]

In May-June 1901, the commissioners decided to terminate the Mall's west axis with a vast triumphal arch on a scale comparable to Paris's Arc de Triomphe (almost 50 meters high and 45 meters wide) (fig. 14). On 7 June McKim invited Saint-Gaudens to attend the commission meeting



Fig. 14 Arc de Triomphe, Paris. Commission of Fine Arts

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN



**Fig. 15 Colonel Bingham's March 1900 Plan for the Mall (detail).** Collection: Pamela Scott

on the 11th, "as the skeleton of the general scheme for the Mall will be discussed, and if possible accepted as the basis for future development. It is of the utmost importance the question of the establishment of permanent sites for the Lincoln and Grant especially should be reached at this meeting, and to do this effectively your presence and authority are most needful." For its siting, McKim looked back to 1894 when his firm in partnership with Olmsted, Sr.'s, redesigned Brooklyn's Grand Army Plaza at the entrance to Prospect Park to reinforce the meaning of John H. Duncan's Soldiers' and Sailors' Memorial Arch as a "national Valhalla for the Civil War." Duncan's arch, based on Rome's Arch of Titus, was located at one end of its plaza's elongated oval to collect and disperse traffic from twelve boulevards. Nine roadways converged on the arch McKim planned for West Potomac Park; it sat in the center of a double circle, a national Civil War memorial he surely intended would vie with Duncan's acknowledged masterpiece.[72]

The Park Commission did not originate the idea of a triumphal arch as part of Washington's monumental core. In 1890, Franklin Webster Smith had proposed a replica of the Brandenburg Gate for a "Lincoln Gate" to be erected on Pennsylvania Avenue at 4 ½ Street NW, and in 1900 he published a design for a bridge with triumphal arches derived from Rome's Arch of Constantine

Generated through HathiTrust on 2026-06-17 22:01 GMT / Public Domain, Google-digitized
https://hdl.handle.net/2027/mdp.39015064990909

facing extensive plazas at both its landfalls. Commissioner of Public Buildings and Grounds Colonel Bingham's March 1900 plan for the Mall's development included two triumphal arches as entrances to Memorial Bridge. His memorial arch on the Virginia shore was located on the east-west axis of the Capitol (fig. 15). More significantly, Edward Pearce Casey won the 1900 competition for Memorial Bridge to span the Potomac River between the foot of 23rd Street, NW and Arlington Cemetery. The centerpieces of Casey's design were two Roman triumphal arches that masked the working of its central draw. Three months after McKinley's death in 1901 an association was formed to erect a memorial arch to him in Washington.[73]

In his draft of the *Senate Park Commission Report*, Burnham wrote about the symbolic relationship between the Mall's major axis and its connection to Arlington Memorial Cemetery via Memorial Bridge:

> In honor of the great General [Grant] who led the armies of the Union to victory that meant the preservation of the Republic, and in memory of the brave soldiers who fought under him, what more appropriate site than one which holds vital relations on the one hand with the commander of the Revolutionary armies, and on the other hand with the last resting place of so many thousands of the brave men who gave their lives in battle for their country.
>
> …Moreover the sentiment in favor of a memorial bridge to connect the Potomac Park with Arlington is so strong that the project must soon be carried out. The memorial bridge plans sent to Congress, with the approval of the War Department, call for a more elaborate and costly structure than will be necessary or advisable in case a Grant Memorial arch is located as suggested.[74]

Burnham's admiration for Grant was shared by the majority of Americans who considered him the country's greatest nineteenth-century figure. Moreover, Burnham would have linked Grant to Washington because they were the only two American generals to have commanded all the Armies and both were elected President subsequent to their military victories. In 1895, a decade after his death and five years after Grant's Tomb was erected in New York's Riverside Park, the Society of the Army of the Tennessee, Grant's old command, began lobbying Congress for a national monument to Grant. Locating the Grant Memorial was one of the Park Commission's major charges in spite of its stipulated location south of the White House in the 1901 competition guidelines.[75]

In late August 1901, Burnham and McKim brought Root up to date concerning their progress in the Mall's design during their trip to Europe, of great concern to him because the War Department's Corps of Engineers would have to implement the commission's decisions. The architects hoped to

116 Scott

Digitized by  Google

Original from
UNIVERSITY OF MICHIGAN

convince Root to accept the arch, shown on an even larger scale on the 30 August drawing than on the 3 June one. "We entertain the hope that you will feel as we do regarding the site which was selected for the Grant Monument," Burnham wrote Root on 22 August. "Mr. McKim will explain to you that the site is one of the five great points of the design....We place the Grant Memorial Arch in the center of this concourse, from which point the Memorial Bridge should lead over the river to Arlington, where are the dead of Grant's old army, and the country in which he won those victories which made his name most famous." Root was the first executive officer to be shown the drawings, Senators McMillan and Allison being the only legislators to have seen them.[76]

Memorializing Grant at the west end of the Mall began with the suggestion in May 1886 that a "Grant Memorial Bridge" be erected "over the river which separates the National Capital from Virginia, the great battlefield of the war which he brought to a successful conclusion." The anonymous author "H" of this scheme envisaged the bridge as "a superb arch (or succession of arches) bridging the chasm—no longer bloody, thank God—between the North and the South." A week later Ohio Senator John Sherman introduced a resolution that directed the Secretary of War to report on building such a Potomac River bridge. The following year, Captain T.W. Symons of the Corps of Engineers and the architects John Smithmeyer and Paul Pelz presented to Congress their design for the Grant Memorial Bridge. Their design was based on London Bridge with two high double towers supporting a bascule, or moveable, draw. The high towers—"granite, quarry-faced and rugged, intended to express the character of Gen. Grant"—excited a lot of favorable comment and were revived several times during the next decade with both Union and Confederate veterans, the Grand Army of the Republic, and most Congressmen supporting the concept.[77]



Fig. 16 George Keller, proposed design for Memorial Bridge, 1900; perspective view from Washington side of the bridge. Library of Congress, General Collections

Scott    117

Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Generated through HathiTrust on 2026-06-17 22:01 GMT / Public Domain, Google-digitized
https://hdl.handle.net/2027/mdp.39015064990909

Although a bridge connecting Washington to Arlington Memorial Cemetery (a popular tourist destination) and Fort Myer was a business and military necessity, its final approval by Congress was repeatedly blocked, apparently because its major feature was a memorial to Grant. To break the impasse the National Memorial Bridge Association was formed early in 1899 and a competition organized by the Secretary of War limited to four invited New York engineers was held. In the draft letter sent to the competitors, "a memorial to General Grant" was replaced with "a Memorial to American patriotism," probably at Root's suggestion. The winning design by engineer William H. Burr and architect Edward P. Casey was based on the 1887 bascule model, but its classicizing towers "crowned by bronze statues of Victory" and bronze "statues of men of renown" punctuated its stone balustrade.[78]

In March 1901 Massachusetts Senator George F. Hoar prevented the bridge's passage because he "did not want the design for the structure to be limited to the plan which has been approved by the Secretary of War." The previous November an alternate, post-competition Memorial Bridge design proposed by Hartford architect George Keller went on display at the Hall of the Ancients in Washington. Keller argued that the high bascule draw was neither necessary nor desirable; his single-span Roman triumphal arch standing in the center of a circular esplanade functioned as the Washington approach to the bridge while a "column memorial of consolidation of the Union" marked the Virginia approach (fig. 16). In December 1900 Keller's design was published in the *American Architect and Building News* and he gave an illustrated lecture at the AIA's critical annual meeting in Washington which focused on the city's future development. In late December 1900 and early January 1901 two members of Congress from Connecticut introduced into the House and Senate resolutions to appoint a memorial bridge commission. When the Park Commission began its work, Keller's Memorial Bridge approached by a triumphal arch was the favored design. Immediately after McKinley's assassination in September 1901 either Memorial Bridge or a McKinley Memorial Arch associated with it changed the focus of the site's meaning from one commemorating the preservation of the Union to one dedicated to McKinley's progress in reconciling the North with the South.[79]

Burnham and McKim were apparently unaware of how politically inflammatory a huge Grant Memorial Arch—an architectural type that historically recorded the conquest of enemies—had become when they proposed it less than three weeks before McKinley's assassination. McKinley had included sectional reconciliation as a policy in his inaugural address and had subsequently been criticized by some Northern newspapers for his overtures to southern political and business interests. On 28 August, McKim reported to Burnham on his positive meeting with Root the

 Digitized by Google

Original from
UNIVERSITY OF MICHIGAN

Generated through HathiTrust on 2026-06-17 22:01 GMT
https://hdl.handle.net/2027/mdp.39015064990909 / Public Domain, Google-digitized