# EXHIBIT P

Proposed memorial bridge : a hearing before the Senate Committee on the District of Columbia, January 16, 1901

United States.

Washington : Govt. Print. Off., 1901.

Find this Book Online: https://hdl.handle.net/2027/hvd.hx7dv1

Digitized by Google

Original from
HARVARD UNIVERSITY



**Public Domain**

We have determined this work to be in the public domain, meaning that it is not subject to copyright. Users are free to copy, use, and redistribute the work in part or in whole. It is possible that current copyright holders, heirs or the estate of the authors of individual portions of the work, such as illustrations or photographs, assert copyrights over these portions. Depending on the nature of subsequent use that is made, additional rights may need to be obtained independently of anything we can address.

Generated through HathiTrust on 2026-06-17 22:42 GMT

Generated through HathiTrust on 2026-06-17 22:42 GMT / https://hdl.handle.net/2027/hvd.hx7dv1 / Public Domain

# SENATE.

*Complts . of Eugene Keller.*

# PROPOSED MEMORIAL BRIDGE.

## A HEARING

BEFORE THE

### SENATE COMMITTEE ON THE DISTRICT OF COLUMBIA,

JANUARY 16 1901.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1901.

Generated through HathiTrust on 2026-06-17 22:42 GMT
https://hdl.handle.net/2027/hvd.hx7dv1 / Public Domain

Digitized by Google

Original from
HARVARD UNIVERSITY

# CONTENTS.

| | Page. |
|---|---|
| Statement of— | |
| Gen. John M. Wilson, Chief of Engineers, U. S. A | 1 |
| Col. Charles J. Allen, Corps of Engineers | 3 |
| Mr. William H. Burr | 6 |
| Mr. George Keller | 11 |
| Prof. Franklin W. Smith | 32 |
| Mr. F. C. Warman, United States Assistant Engineer | 41 |
| Mr. George S. Morison | 45 |
| Mr. Edward P. Casey | 51 |
| Additional statement of Mr. F. C. Warman | 57 |
| Statement of— | |
| Mr. John Joy Edson, President of the Washington Board of Trade | 62 |
| Mr. Joseph J. Darlington | 63 |
| Gen. Floyd King | 63 |
| Mr. James L. Norris | 78 |
| Additional statement of— | |
| Mr. Franklin W. Smith | 79 |
| Mr. F. C. Warman | 86 |
| Letter of— | |
| Mr. William H. Burr | 92 |
| Maj. Gen. Daniel E. Sickles, U. S. A. (retired) | 95 |

III

Generated through HathiTrust on 2026-06-17 22:42 GMT
https://hdl.handle.net/2027/hvd.hx7dv1 / Public Domain

Digitized by Google

Original from
HARVARD UNIVERSITY



Generated through HathiTrust on 2026-06-17 22:42 GMT
https://hdl.handle.net/2027/hvd.hx7dv1 / Public Domain

Digitized by Google

Original from
HARVARD UNIVERSITY