# EXHIBIT Q



PERSPECTIVE OF DESIGN NO. 1.

L. L. Buck, Engineer.

Carrère & Hastings, }
Walker & Morris,  } Architects.