**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MICHAEL LEMMON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-cv-544 (TSC) |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER**

The Court, having reviewed Plaintiffs' Motion for Summary Judgment, Dkt. 36, and Defendants' Cross-Motion for Summar Judgment, Dkt. 44, it is **HEREBY ORDERED** that Plaintiffs' Motion is **DENIED** and Defendants' Motion is **GRANTED**.

SO ORDERED.


Dated: June _____, 2026

_____
United States District Judge

1