**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MICHAEL LEMMON, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 26-cv-544 (TSC) |
| DONALD J. TRUMP, et al., | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION TO CONSOLIDATE
PLAINTIFFS' SUMMARY JUDGMENT BRIEFING**

On May 27, 2026, Plaintiffs Michael Lemmon, Shaun Byrnes, Jon Gundersen, and Calder Loth filed a motion for summary judgment on their claims that Defendants President Donald J. Trump, Domestic Policy Council Director Vince Haley, Executive Office of the President, and National Park Service are acting unlawfully by working to build an unauthorized arch in Memorial Circle. On June 17, Defendants filed a cross-motion for summary judgment, accompanied by a combined memorandum in opposition to Plaintiffs' motion and in support of Defendants' cross-motion.

Under this Court's rules, Plaintiffs' reply (of up to 25 pages) in support of their summary judgment motion is due by June 24, and Plaintiffs' opposition to Defendants' cross-motion (of up to 45 pages) is due by July 1. *See* Local R. 7(b), (d)–(e). Plaintiffs move to consolidate their filings into a combined reply and opposition, not to exceed 45 pages, to be filed on or before July 1. Plaintiffs emailed counsel for Defendants at 9:36 AM this morning to seek Defendants' position on the motion. As of the time of filing, Defendants had not indicated their position.

1

Filing a combined opposition and reply will serve the interest of judicial economy without prejudicing the parties or compromising the motions' expeditious resolution. Defendants filed a combined memorandum in opposition to Plaintiffs' motion for summary judgment and in support of Defendants' cross-motion, reflecting that their arguments as to both motions are essentially identical. *Compare* ECF 44-1, *with* ECF 45. Separate briefing, on separate timelines, would generate unnecessary and duplicative filings. Authorizing Plaintiffs to file a combined memorandum that complies with the deadline and page limit for their opposition to Defendants' cross-motion for summary judgment will reduce the volume of briefing and will not delay the overall briefing schedule on the parties' cross-motions.

## CONCLUSION

This Court should grant Plaintiffs' motion to consolidate their summary judgment briefing and order Plaintiffs to file a combined reply in support of their summary judgment motion and response in opposition to Defendants' cross motion, not to exceed 45 pages, on or before July 1, 2026.

Dated: June 23, 2026                    Respectfully submitted,

                                        /s/ Nicolas A. Sansone
                                        Nicolas A. Sansone (DC Bar No. 1686810)
                                        Wendy Liu (DC Bar No. 1600942)
                                        Allison M. Zieve (DC Bar No. 424786)
                                        Public Citizen Litigation Group
                                        1600 20th Street NW
                                        Washington, DC 20009
                                        (202) 588-1000

                                        *Counsel for Plaintiffs*

2