**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

MICHAEL LEMMON, et al.,                )
                                       )
        Plaintiffs,                    )
                                       )
            v.                         )         Civil Action No. 26-cv-544 (TSC)
                                       )
DONALD J. TRUMP, et al.,               )
                                       )
        Defendants.                    )
_____ )

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION TO CONSOLIDATE PLAINTIFFS' SUMMARY JUDGMENT BRIEFING**

Upon consideration of Plaintiffs' motion to consolidate summary judgment briefing, it is hereby:

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Plaintiffs shall file a combined reply in support of their motion for summary judgment, ECF 36, and in opposition to Defendants' cross-motion for summary judgment, ECF 44, not to exceed 45 pages, on or before July 1, 2026.

**SO ORDERED**.

Date: _____, 2026

_____
U.S. District Judge