**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MICHAEL LEMMON, et al., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) Civil Action No. 26-cv-544 (TSC) |
|  | ) |
| DONALD J. TRUMP, et al., | ) |
|  | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO CONSOLIDATE**
**PLAINTIFFS' SUMMARY JUDGMENT BRIEFING**

Defendants do not oppose the relief requested in Plaintiffs' Motion to Consolidate

Plaintiffs' Summary Judgment Briefing, Dkt. 46.

DATE: June 23, 2026                    Respectfully submitted,

                                       ADAM R.F. GUSTAFSON
                                       Principal Deputy Assistant Attorney General

                                       BRADLEY CRAIGMYLE
                                       Deputy Assistant Attorney General

                                        /s/ Michael S. Sawyer
                                       MICHAEL S. SAWYER, Senior Attorney
                                       DANIEL LUECKE, Trial Attorney
                                       Environment and Natural Resources Division
                                       P.O. Box 7611
                                       Washington, D.C. 20044-7611
                                       Telephone: 202-353-5134
                                       E-mail: michael.sawyer@usdoj.gov
                                              daniel.luecke@usdoj.gov

                                       *Counsel for Defendants*

1