**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MICHAEL LEMMON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-cv-544 (TSC) |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER DENYING DEFENDANTS'
CROSS-MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Defendants' cross-motion for summary judgment, ECF 44,

Plaintiffs' opposition thereto, and the entire record in this case, it is hereby:

**ORDERED** that the motion is **DENIED**.

**SO ORDERED**.

Date: _____, 2026

_____
U.S. District Judge