**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Civil Action No. 26-cv-544 (TSC) |

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' motion for a temporary restraining order and accompanying memorandum of law, and the entire record in this case, it is hereby:

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that, for fourteen days following the date of this order, Defendants Vince Haley, Executive Office of the President, and National Park Service are **RESTRAINED** from taking any steps to construct or to direct or facilitate construction of any structure in Memorial Circle, absent congressional authorization, designation by Congress of a project sponsor, and compliance with all other statutory and regulatory prerequisites.

Within fourteen days, this Court will issue a briefing schedule for a preliminary injunction or rule on the parties' pending cross-motions for summary judgment.

**SO ORDERED**.

Date: _____________, 2026

_____________________________
U.S. District Judge