ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
Deputy Assistant Attorney General
Energy & Natural Resources Division
U.S. Department of Justice

MICHAEL S. SAWYER
Senior Attorney, Natural Resources Section
DANIEL LUECKE
Trial Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-5134
Email: michael.sawyer@usdoj.gov
daniel.luecke@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Civil Action No. 26-cv-544 (TSC) |

## CONSENT MOTION TO CLARIFY MINUTE ORDER

Defendants respectfully request that the Court clarify that its September 4, 2026, Minute Order fully resolved Plaintiffs' Motion for a Temporary Restraining Order (TRO motion), Dkt. 56. Plaintiffs consent to the requested relief and authorized Defendants to represent "that Plaintiffs understand the minute order to have fully resolved the TRO motion and do not seek

further relief in connection with that motion." In support of this motion, Defendants state as follows:

1. On September 4, 2026, Plaintiffs filed their TRO motion without conferring with Defendants' counsel, as required by Local Civil Rule 7(m). Declaration of Michael Sawyer (Sawyer Decl.) ¶¶ 2–3. Given the violation of Rule 7(m), Defendants requested that Plaintiffs withdraw their motion. *Id.* ¶ 5.
2. Seven hours after Plaintiffs filed their TRO Motion, the Court issued the Minute Order "[u]pon consideration of Plaintiff's [56] Motion for Temporary Restraining Order" and before Defendants could file an opposition to that motion. *Id.* ¶ 6. While the Minute Order imposed additional notice requirements on Defendants, it did not formally rule on Plaintiffs' TRO Motion.
3. Following the Court's Minute Order, Plaintiffs asserted that Defendants' withdrawal request was moot as "the Court's minute order was intended to fully resolve Plaintiffs' motion." *Id.* ¶¶ 7–9.
4. Plaintiffs "do not seek further relief in connection with that motion." *Id.* ¶ 9.
5. Because the Court's Minute Order did not formally rule on Plaintiffs' TRO motion, clarification is necessary to resolve whether a disputed motion for relief is pending on the docket.

Accordingly, Defendants respectfully ask the Court to enter an order clarifying that its September 4, 2026, Minute Order fully resolved Plaintiffs' TRO motion and that no further request for relief from that motion is pending before the Court.

Respectfully submitted this 10th day of September, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

BRADLEY CRAIGMYLE
Deputy Assistant Attorney General

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER, Senior Attorney
DANIEL LUECKE, Trial Attorney
Energy and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov
daniel.luecke@usdoj.gov

*Counsel for Defendants*