**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Michael Lemmon, *et al.*,<br>Plaintiffs,<br>v.<br>Donald J. Trump, *et al.*,<br>Defendants. | No. 1:26-cv-00544 |

**DECLARATION OF JENNIFER MADELLO,**
**NATIONAL PARK SERVICE SUPERINTENDENT,**
**GEORGE WASHINGTON MEMORIAL PARKWAY**

I, Jennifer Madello, declare as follows:

1. I am the Superintendent of the George Washington Memorial Parkway ("the Parkway"). The Parkway is a unit of the National Park Service ("NPS"), located within the National Capital Region ("NCR"). I have been in this position since December 2024. Before that time, I served as program administrator for the NPS Park Facility Management Division. I have worked for the NPS since 2003, and in management roles in the NPS since 2010. I report to the NPS's NCR Deputy Regional Director, Lisa Mendelson.
2. The Parkway honors the nation's first president and was designed for recreational and scenic driving along the Potomac River. It links sites that commemorate important eras in American history, preserves habitat for wildlife, and includes monuments and memorials, historic homes, and natural areas. Memorial Circle on Columbia Island is a designed cultural landscape and is managed as part of the Parkway, falling within the area of the Parkway known as Lady Bird Johnson Park.

3. As Superintendent, I manage and oversee the management, preservation, and protection of all the Parkway and its associated resources and supervise approximately 90 employees. I regularly coordinate with other NPS employees in the NCR, as well as with the U.S. Park Police, a component of the NPS.

4. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

5. I am aware of the order issued by the Court in this matter on September 4, 2026, to provide the Court with 48 hours' notice before engaging in any activity on Memorial Circle other than on-site information gathering regarding any archaeological resources that may be present at the site, below the level of the fill materials that make up the present-day surface of Columbia Island.

6. On September 8, 2026, I was informed by a U.S. Park Police lieutenant of a motor vehicle crash that occurred at Memorial Circle on September 7, 2026. U.S. Park Police shared with me photographs of the incident scene. Attached as Exhibits 1-5 are true copies of photographs taken by the U.S. Park Police as part of the investigation of this incident.

7. I have been informed that as part of the immediate response to the motor vehicle crash, officers of the U.S. Park Police entered onto Memorial Circle. In addition, because the crashed vehicle was abandoned, the U.S. Park Police engaged a private towing company to enter onto Memorial Circle and remove the vehicle.

8. Based on reports from my staff and the U.S. Park Police, including the photographs attached as Exhibits 1-5, I believe that there is damage to the grass area and curb of Memorial Circle, including spilled oil, rutted grass, scattered debris, and possible damage to curbstones. In addition, based on these photographs, I believe that there is damage to the

roadway immediately surrounding Memorial Circle, and to the traffic islands adjacent to the Circle. Further on-site investigation is needed to assess the damage.

9. In the ordinary course of business, the NPS would address damage of this kind as quickly as possible, including by cleaning the spilled oil, reseeding the grass, removing the debris, and making any needed repairs to the curbs and the roadway. These repairs are necessary to protect Parkway resources, public safety, and the environment, and require NPS employees or contractors to enter onto Memorial Circle, as well as the surrounding roadway and traffic islands.

10. The NPS frequently conducts activities of a similar nature in Memorial Circle following unplanned events like motor vehicle crashes or weather events, which may include activities such as clean-up and removal of car parts and crash debris, repairs to turf and curbs, and drainage repairs. Delaying these activities in order to provide 48 hours' notice could increase the risk of resource damage or other harms.

11. The NPS also conducts a variety of frequent, recurring maintenance activities in Memorial Circle. For example, the NPS mows the interior of the Circle and the grass areas adjacent to the Circle, as often as weekly during the growing season. NPS also conducts regular inspections and removes litter and debris from the Circle

12. In addition to these activities inside the Circle itself, the NPS also conducts regular inspections and maintenance actions within the roadway that surrounds Memorial Circle, including removing litter and debris; cleaning and maintaining curbs and drains; replacing damaged or missing roadway signs; addressing roadway and infrastructure issues associated with severe weather and other events; and removing snow and applying deicing materials to roadways and pedestrian surfaces during winter weather events.

13. Beyond the roadway, the NPS also conducts landscape maintenance activities in adjacent areas within Lady Bird Johnson Park, including mulching, seasonal planting, tree pruning, tree failure response, and other landscape maintenance work in the landscaped areas of Lady Bird Johnson Park.

14. On occasion, NPS management of resources located outside Memorial Circle also requires NPS personnel or contractors to enter onto the Circle itself. For example, in connection with a long-planned roadwork project located north of Memorial Circle, survey teams will need to enter onto the Circle to gather control points and for similar purposes.

15. This declaration does not list every activity that the NPS may need to carry out on or near Memorial Circle in the foreseeable future.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 10, 2026.

JENNIFER MADELLO
Digitally signed by JENNIFER MADELLO
Date: 2026.09.10 16:58:05 -04'00'

Jennifer Madello

# Exhibit 1


STOP
POLICE

# Exhibit 2



# Exhibit 3



# Exhibit 4


POLICE

# Exhibit 5

