**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON, et al., Plaintiffs, v. DONALD J. TRUMP, et al., Defendants. | Civil Action No. 26-cv-544 (TSC) |

**NOTICE**

Although the Court's Minute Order, which issued on September 4 and was clarified on September 17, does not require this notice, Defendants respectfully provide this notice of upcoming activity on or near Memorial Circle to avoid any potential confusion.

In response to comments received from the District of Columbia's Historic Preservation Office, the forthcoming archaeological excavation described in Defendants' previous filing, Nersesian Decl. ¶ 7, Dkt. 57-1, will also include "small-scale, temporary geoarchaeological investigation involving discrete borings within Memorial Circle." Ex. A, Categorical Exclusion Documentation Form – Triumphal Arch – Geoarchaeological Investigation. "The work would consist of nine geoarchaeological borings distributed within the interior of Memorial Circle" "to provide information on the configuration of buried land surfaces and to help determine whether evidence of a historically documented nineteenth-century channel extends beneath Memorial Circle." *Id.* "Upon completion of the investigation, boring locations would be closed and the affected surface areas restored to their pre-investigation condition." *Id.* "No construction of the

proposed Monumental Arch or permanent foundation system would be authorized under this permit or" categorical exclusion. *Id.*

Defendants also provide notice of anticipated forthcoming First Amendment activity concerning the proposed arch near Memorial Circle, currently planned for October 1, though subject to change by the organizers of the First Amendment activity.

Date: September 18, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ROBERT STANDER
Deputy Assistant Attorney General

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER, Senior Attorney
DANIEL LUECKE, Trial Attorney
Energy and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov
daniel.luecke@usdoj.gov

*Counsel for Defendants*