**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHAEL LEMMON, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 26-cv-544 (TSC) |
| DONALD J. TRUMP, et al., | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, and for the reasons set forth in the accompanying memorandum, Plaintiffs Michael Lemmon, Shaun Byrnes, Jon Gundersen, and Calder Loth move for a preliminary injunction to bar Defendants Vince Haley, Director of the White House Domestic Policy Council, Executive Office of the President, and National Park Service from taking any steps to construct, or to direct or facilitate construction, of any structure in Memorial Circle, absent congressional authorization, during the pendency of this litigation.

Yesterday, Defendants filed a notice stating that they may begin construction of the arch as soon as November 5, 2026. Accordingly, Plaintiffs respectfully request that the Court rule on this motion for a preliminary injunction no later than November 4, 2026. Defendants oppose this motion.

Dated: October 22, 2026

Respectfully submitted,

/s/ *Wendy Liu*
Wendy Liu (DC Bar No. 1600942)
Nicolas A. Sansone (DC Bar No. 1686810)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*