**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON, et al., Plaintiffs, v. DONALD J. TRUMP, et al., Defendants. | Civil Action No. 26-cv-544 (TSC) |

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' motion for a preliminary injunction, the accompanying memorandum of law, any opposition thereto, and the entire record in this case, it is hereby:

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that, until further order of this Court, Defendants Vince Haley, Executive Office of the President, and National Park Service are **ENJOINED** from taking any steps to construct, or to direct or facilitate construction of, any structure in Memorial Circle, absent congressional authorization, during the pendency of this litigation.

**SO ORDERED**.

Date: _____________, 2026

_______________________________
U.S. District Judge