**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHAEL LEMMON, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 26-cv-544 (TSC) |
| DONALD J. TRUMP, et al., | ) | |
| Defendants. | ) | |

**[PROPOSED] SCHEDULING ORDER**

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction [64], the parties' Joint Proposed Briefing Schedule, and the entire record in this case, it is hereby

**ORDERED** that Defendants' opposition to the Motion for a Preliminary Injunction is due on Wednesday, October 28, by 12:00 pm; and it is further

**ORDERED** that Plaintiffs may file a reply memorandum no later than Friday, October 30.

**SO ORDERED**.

Date: October ___, 2026

_______________________________
U.S. District Judge