Davis Wright Tremaine LLP

Suite 500 East
1301 K Street NW
Washington, D.C. 20005-3317

**David Gossett**
(202) 973-4216 tel
(202) 262-4156 Mobile
davidgossett@dwt.com

October 26, 2026

**VIA ECF**

Hon. Tanya S. Chutkan
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Re: *Lemmon v. Trump*, Case No. 1:26-cv-00544 (D.D.C.)

Dear Judge Chutkan,

The congressional amici who previously filed an amicus brief at an earlier stage in this matter (Dkt # 10) respectfully request that the Court consider that brief in addressing the Plaintiffs' October 22, 2026, motion for a preliminary injunction (Dkt # 64). Amici continue to agree with, and hereby renew their support for, Plaintiffs' position. In the interest of efficiency, amici simply refer the Court to their already-filed amicus brief but are happy to refile the brief in support of Plaintiff's motion for a preliminary injunction should the Court wish.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

David Gossett

David Gossett

cc: Counsel of record via ECF