**UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP *et al.*,<br><br>*Defendants*. | Civil Action No. 26-CV-544 (TSC) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* NATIONAL PARKS CONSERVATION ASSOCIATION *ET AL.* IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

This matter having come before the Court by motion of proposed *Amici Curiae* National Parks Conservation Association, National Parks Conservation Association, National Trust for Historic Preservation in the United States, the American Institute of Architects, the Coalition to Protect America's National Parks, the Committee of 100 on the Federal City, the Cultural Landscape Foundation, and the DC Preservation League seeking leave to file a brief *amicus curiae* in the above-captioned matter, the Court hereby finds good cause to allow *amici* participation. It is hereby

**ORDERED** that the Motion for Leave to File Brief of *Amici Curiae* National Parks Conservation Association *et al.* in Support of Plaintiff's Motion for Preliminary Injunction is **GRANTED**. It is further

**ORDERED** that the brief attached as Exhibit 1 to the motion is deemed filed with this Court upon entry of this Order.

Entered this ____ day of ________________, 2026.

______________________________
The Honorable Tanya S. Chutkan