**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON, et al.<br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.<br>Defendants. | No. 1:26-cv-544 |

**CONSENT MOTION OF VETERANS' ORGANIZATIONS FOR LEAVE TO FILE AN AMICUS BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Under Local Civil Rule 7(o)(2), the Vietnam Veterans of America, Korean War Veterans Association, Chosin Few, Military Order of the Purple Heart, National Vet Court Alliance, and Veterans for America First move for leave to file an amicus brief in support of Defendants and in opposition to Plaintiffs' motion for a preliminary injunction. "The Court has broad discretion to permit" outside organizations "to participate as amici curiae," particularly when they have "relevant expertise and a stated concern for the issues at stake in this case." *D.C. v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).

Movants' participation as amici is warranted here. All parties consent to it. As organizations that represent and serve veterans with tens of thousands of veteran members, Movants have expertise on the significance of the proposed Triumphal Arch for veterans and a significant interest in allowing its construction to go forward. Currently no party adequately represents Movants' interests, least of all Plaintiffs who claim that the arch is an "affront" to veterans. *E.g.*, Doc.7-3 ¶13. No existing party can speak for the great majority of veterans, who support the arch and believe that the arch is a fitting token of gratitude for the sacrifices made by veterans and fallen soldiers. Movants' proposed brief is relevant to the disposition of the case because it addresses how allowing construction will further the public's interest in honoring our nation's veterans, as well as why Plaintiffs likely lack standing and why their *ultra vires* claim likely lacks merit.

This motion is timely because it is being filed on the same day as Defendants' brief in opposition, giving Plaintiffs an adequate opportunity to respond to the arguments Movants make. Movants told the parties they would file their proposed brief today, and no party withdrew their consent based on that timeline.

Dated: October 28, 2026

Respectfully submitted,

*/s/ Cameron T. Norris*
Cameron T. Norris
(D.D.C. No. VA083)
Ryan M. Proctor
(D.C. Bar No. 1659619)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
ryan@consovoymccarthy.com

*Attorneys for Movants*

*Application to D.D.C. bar pending