**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON, et al.<br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.<br>Defendants. | No. 1:26-cv-544 |

**[PROPOSED] ORDER GRANTING CONSENT MOTION OF VETERANS' ORGANIZATIONS FOR LEAVE TO FILE AN AMICUS BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Having considered the consent motion of the Vietnam Veterans of America, Korean War Veterans Association, Chosin Few, Military Order of the Purple Heart, National Vet Court Alliance, and Veterans for America First ("Veterans' Organizations") for leave to file an amicus brief in opposition to Plaintiffs' motion for a preliminary injunction, the Court hereby

**GRANTS** leave to file an amicus brief. The Clerk of Court shall docket the attachment to the Veterans' Organizations' motion for leave as Amicus Brief of Veterans' Organizations.

Dated:

____________________________
District Court Judge