# EXHIBIT C

Lawrence Grant White.

COPY

McKim , Mead and White
101 Park Avenue

October 15, 1931.

Charles Moore, Esq.,
Commission of Fine Arts,
Washington, D.C.

Dear Mr. Moore:

I am greatly distressed by the proposal to abandon the Columns on Columbia Island, as they seem to me to be an essentil feature which is the very essence of the design. The strong vertical lines of the columns are vitally important in the composition, as they will afford an easy contrast to the horizontal lines of the Bridge, Esplanade and Water Gate. It seems hard to believe in these days of modern engineering, that the foundations should present a serious obstacle; and the hazards of flying, which I understand only affect a temporary air port, could be largely obviated by additional illumination and radio beacons. Would the air minded folk suggest raizing the Washington Monument and the dome of the Capitol?

This seems to be another case of traffic prevailing over artistic integrity. You will remember the question of the Railroad Station in the Mall, and the fight to preserve the Water Gate; and I feel sure that you will use your great influence to avert this threatened disaster to the scheme.

With kind regards,

Faithfully yours,

Lawrence Grant White.

LGW