# EXHIBIT D

17. Completion of Arlington Memorial Bridge Project, Columbia Island:

GENERAL GRANT explained that he had met with the Commission of Fine Arts two days previously and discussed several things of mutual interest to the two Commissions. One was that the Commission of Fine Art desired that the National Park Service complete the Arlington Memorial Bridge project as soon as possible and begin at once a restudy of the plan for the Columbia Island project. He explained that when the bridge and the approach to Arlington Cemetery were built, the part on Columbia Island was not constructed because that island had been dredged from the river and had to settle before final construction was undertaken. Since then Lee Highway has been brought in from Virginia and the approach roads to the Pentagon Building and to the Shirley Highway have been constructed, therefore considerably modifying the original layout. He recommended that this Commission request the National Park Service to restudy the plans and secure funds for the completion of the project.

GENERAL YOUNG felt that as Columbia Island is within the District of Columbia and traffic problems are involved, the D. C. Commissioners should also be included in the study.

MOTION unanimously carried recommending that the National Park Service, in cooperation with the District Commissioners and the Commission of Fine Arts, at the earliest possible date undertake a restudy of the plans for the treatment of Columbia Island under the Arlington Memorial Bridge Project, with a view to completion of the project by 1950.

545-700-95-5

Extract from minutes of the 232 meeting of the National Capital Park and Planning Commission held on Oct. 30-31, 1947