# EXHIBIT E

Deliv. to Rm 3104 11-18-47 10:15

The Director
National Park Service
Interior Building
Washington 25, D. C.

November 17, 1947

Subject: Completion of the Arlington Memorial Bridge Project.

My dear Mr. Drury:

At its last meeting the National Capital Park and Planning Commission gave consideration to certain projects which it feels should be completed or well on their way to completion by 1950, when the 150th anniversary of the occupation of the District of Columbia as the seat of the Federal Government will be celebrated.

Among those projects for which the National Park Service is responsible, the Arlington Memorial Bridge project is outstanding. Certain sculpture on the Washington end of the bridge and on the entrance to the Rock Creek and Potomac Parkway and some inscriptions and minor matters are still lacking to complete the bridge itself. It is understood that the completion of these items is actually on its way.

However, the central plaza on Columbia Island has never been undertaken and seems to be absolutely essential to link together the two parts of the project, namely, the main bridge itself and entrance to Arlington Cemetery. At present this link is entirely missing and a temporary road with an informal circle on Columbia Island serves the purposes of traffic even unsatisfactorily. Certainly it is entirely incongruous with the character of the rest of the project.

The Commission feels that it may be necessary to make modifications in the treatment proposed for Columbia Island in the original project as approved by law, because the traffic problem has been changed by the construction of the freeway road system around Arlington Cemetery and the Pentagon Building.

At its meeting on October 31, our Commission therefore instructed me to recommend to you that such parts of the Arlington Memorial Bridge project as approved by the Acts of March 4, 1913, and February 24, 1925 be restudied and that work on them be initiated promptly with a view to completion of the project by 1950.

Permit me to assure you that if this Commission or its staff can be of any assistance to your Service in carrying on the said work, we will be only too delighted to assist.

Sincerely yours,

U. S. Grant, 3rd
Major General, U.S.A.,Ret.
Chairman

USG:HM