# EXHIBIT F

145 East 32nd Street
New York 16, New York

November 22, 1947.

The Director
National Park Service
Interior Building
Washington 25, D. C.

Re: Completion of the Arlington Memorial Bridge Project.

My dear Director:

General Grant has sent me a copy of his letter to you of November 17th upon the subject related to the completion of the Arlington Memorial Bridge Project. The Commission of Fine Arts fully realize that the sculptural groups by Messrs. Fraser and Freedlander are practically completed and may be cast in bronze and put into place prior to the 150th Anniversary of the Occupation of the District of Columbia as the seat of the Federal Government in 1950, provided sufficient additional funds are made available by the Congress to help defray the cost of casting the groups in bronze. I have corresponded with Mr. Thompson concerning this problem and I know that he has it well in hand and is doing everything he can to interest certain members of the Congress in the need for this additional money before these groups may be completed.

The Commission of Fine Arts concur with the National Capital Park and Planning Commission that the Columbia Island Plaza and the approach road from the Plaza to the Arlington Memorial Cemetery should be completed. In this connection itwould be necessary to have studies made by competent people inasmuch as the

old original plans prepared by the architects of the bridge are no longer applicable. The Commission of Fine Arts would be very glad indeed to discuss this whole problem with your representatives and you may count upon us to render such assistance in the development of this work that may be appropriate. It might be well if we can have a joint meeting with members of the Planning Commission in order to initiate the work related to the studies. I wrote to Mr. Demaray on the same subject on October 31st, following a meeting of the Commission of Fine Arts on October 29th at which Brig. Gen. J.C. Mehaffey, a former Executive Assistant to the Arlington Memorial Bridge Commission, was present and raised this question with the Commission of Fine Arts.

Sincerely yours,

Gilmore D. Clarke
Chairman

cc: General Grant