AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Lemmon, et al.
*Plaintiff*
v.
Donald J. Trump, et al.
*Defendant*

Case No. 1:26-cv-00544-TSC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donald J. Trump; Vince Haley; Executive Office of the President; National Park Service .

Date: 10/28/2026

/s/ Robert N. Stander
*Attorney's signature*

Robert N. Stander (DC Bar 1028454)
*Printed name and bar number*

950 Pennsylvania Ave NW, Washington, DC 20530
*Address*

robert.stander@usdoj.gov
*E-mail address*

(202) 717-7067
*Telephone number*

*FAX number*