**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MICHAEL LEMMON *et al.*,**<br>*Plaintiffs*,<br>v.<br>**DONALD J. TRUMP *et al.*,**<br>*Defendants*. | ) | Case No. 1:26-cv-00544-TSC |

**MOTION OF *AMICI CURIAE* MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES AND UNITED STATES SENATE FOR LEAVE TO FILE *AMICUS* BRIEF IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Local Rule 7(o), *amici curiae* Members of the United States House of Representatives and United States Senate, whom this Court on March 5, 2026, allowed to appear as *amici* in this case (granting motion docketed as ECF No. 8), respectfully request leave to file a brief in support of Plaintiffs' renewed motion for a preliminary injunction (ECF No. 64). The proposed *amicus* brief, which is substantively identical to the *amicus* brief previously filed in support of Plaintiff's earlier motion for a preliminary injunction (ECF No. 10), is attached hereto. All parties consent to the filing of this amicus brief.[1]

The a*mici curiae* seeking leave to file this *amicus* brief are Members of the United States House of Representatives and United States Senate who serve as

[1] *Amici* previously sought to file a letter requesting that the Court consider their earlier *amicus* brief in conjunction with the renewed preliminary injunction motion (ECF No. 67), but the Clerk's office suggested that violated Local Civil Rule 5.1(a).

Ranking Members on committees or subcommittees with jurisdiction over the construction of monuments in the Nation's Capital, Washington, D.C. In particular, the *amici* are:

*House of Representatives*

- Representative Jared Huffman, who represents the Second Congressional District in California, serves as the Ranking Member on the House Committee on Natural Resources.
- Representative Yassamin Ansari, who represents the Third Congressional District in Arizona, serves as the Ranking Member of the Subcommittee on Energy and Mineral Resources of the House Committee on Natural Resources.
- Representative Maxine Dexter, who represents the Third Congressional District in Oregon, serves as the Ranking Member of the Subcommittee on Oversight and Investigations of the House Committee on Natural Resources.

*Senate*

- Senator Martin Heinrich, who represents New Mexico, serves as Ranking Member on the U.S. Senate Committee on Energy and Natural Resources.
- Senator Angus King, who represents Maine, serves as the Ranking Member of the Subcommittee on National Parks of the U.S. Senate Energy and Natural Resources Committee.
- Senator Jeff Merkley, who represents Oregon, serves as the Ranking Member of the Subcommittee on Interior, Environment, and Related Agencies of the U.S. Senate Committee on Appropriations.

District courts have "broad discretion to allow amicus briefs when they provide unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Johnson & Johnson Health Care Sys., Inc. v. Kennedy*, 2025 WL 1783901, at *5 n.6 (D.D.C. June 27, 2025) (quoting *Wash. All. of Tech. Workers v. U.S. Dep't of Homeland Sec.*, 50 F.4th 164, 193 (D.C. Cir. 2022)). Courts in this District generally permit parties to participate as *amici curiae*

when they have "relevant expertise and a stated concern for the issues at stake in th[e] case." *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011); *see also Jin v. Ministry of State Sec'y*, 557 F. Supp. 2d 131, 137–38 (D.D.C. 2008) (granting leave on these grounds). *Amici* satisfy this standard. Because the central issue in this case is whether Defendants may construct a monumental arch in Memorial Circle in Washington, D.C. without congressional authorization, members of Congress who risk being deprived of their oversight role have a "unique … perspective" and clear "concern for the issues at stake in [the] case."

## CONCLUSION

For the foregoing reasons, *amici* respectfully request that the Court grant this motion and accept the attached *amicus* brief.

Dated: October 28, 2026

Respectfully submitted,

*/s/ David M. Gossett*

David M. Gossett
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, D.C. 20005
202-973-4216
davidgossett@dwt.com

Alexandra Perloff-Giles (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
212-402-4043
alexandraperloffgiles@dwt.com

*Counsel for Amici Curiae*