**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MICHAEL LEMMON *et al.*,** | ) | |
| *Plaintiffs*, | ) | Case No. 1:26-cv-00544 |
| v. | ) | |
| **DONALD J. TRUMP *et al.*,** | ) | |
| *Defendants*. | ) | |

**[PROPOSED] ORDER ON MOTION OF MEMBERS OF THE UNITED STATES HOUSE OF REPRESENTATIVES AND UNITED STATES SENATE FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of Motion of Members of the United States House of Representatives and United States Senate for Leave to File Brief as *Amici Curiae* in Support of Plaintiffs' Motion for Preliminary Injunction, it is hereby ORDERED that the Motion is GRANTED, and the attached amicus brief shall be docketed.

Dated: ____________

______________________________
Hon. Tanya S. Chutkan
United States District Judge