AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

LEMMON et al
*Plaintiff*
v.
TRUMP et al
*Defendant*

Case No. 1:26-cv-00544

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
National Parks Conservation Association, National Trust for Historic Preservation in the United States, The American Institute of Architects, The Coalition to Protect America's National Parks, The Committee of 100 on the Federal City, The Cultural Landscape Foundation, and The DC Preservation League .

Date: 10/29/2026

/s/ Charles N. Curlett, Jr.
*Attorney's signature*

Charles N. Curlett, Jr., 497920
*Printed name and bar number*

1711 Pennsylvania Avenue NW
Suite 1025
Washington, D.C. 20006
*Address*

charles@culturalheritagepartners.com
*E-mail address*

(917) 667-0861
*Telephone number*

(866) 875-6492
*FAX number*