**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MICHAEL LEMMON**, *et al.*,

*Plaintiffs*,

v.

**DONALD J. TRUMP**, *et al.*,

*Defendants*.

Civil Action No. 26-cv-544 (TSC)

**DISTRICT OF COLUMBIA AND COMMONWEALTH OF VIRGINIA**,

*Plaintiffs*,

v.

**NATIONAL PARK SERVICE**, *et al.*,

*Defendants*.

Civil Action No. 26-cv-3838 (TSC)

**CONSOLIDATED CASES**

**JOINT PROPOSED BRIEFING SCHEDULE**

Pursuant to this Court's Minute Order of October 31, 2026, Plaintiffs the District of Columbia and the Commonwealth of Virginia and Defendants the National Park Service, Jessica Bowron, United States Department of the Interior, and Doug Burgum have conferred and jointly propose that the Court enter the following briefing schedule for Plaintiffs' Motion for a Temporary Restraining Order and Stay under 5 U.S.C. § 705:

- Defendants shall file a response by 5:00 p.m. on Tuesday, November 3; and
- Plaintiffs shall file a reply by 5:00 p.m. on Wednesday, November 4.

If the Court concludes that a hearing is necessary, the parties are available for a hearing on the morning of November 5.

A proposed order setting forth this schedule is attached.

Dated: October 31, 2026

Respectfully submitted,

JAY JONES
Attorney General of Virginia

/s/ Megan C. Keenan
MEGAN C. KEENAN (1672508)
MICHAEL K. PERLOFF (1601047)
Deputy Solicitors General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Tel: (804) 997-5222
Email: mkeenan@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

EMMA SIMSON (1026153)
ELIZA H. SIMON (90035651)
Senior Counsels to the Attorney General

/s/ Mitchell P. Reich
MITCHELL P. REICH (1044671)
Senior Counsel to the Attorney General

/s/ Karthik P. Reddy
KARTHIK P. REDDY (1048848)
Special Assistant Attorney General
NICOLE S. HILL (888324938)
JOHN B. LYMAN (156467)
SAMANTHA HALL (1014735)
Assistant Attorneys General
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, DC 20001
Tel: (202) 279-1261
Email: mitchell.reich@dc.gov

*Counsel for the District of Columbia*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ROBERT STANDER
Deputy Assistant Attorney General

BENJAMIN HAYES
Deputy Assistant Attorney General

*/s/ Marissa Piropato*
MARISSA A. PIROPATO, Deputy Chief

MICHAEL S. SAWYER, Senior Attorney
ALISON VICKS, Trial Attorney
DANIEL LUECKE, Trial Attorney
Energy and Natural Resources Division
P.O. Box 7611

Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov

alison.vicks@usdoj.gov
daniel.luecke@usdoj.gov

*Counsel for Defendants*