**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL LEMMON**, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants.* | Civil Action No. 26-cv-544 (TSC) |
| **DISTRICT OF COLUMBIA AND COMMONWEALTH OF VIRGINIA**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-3838 (TSC)<br><br>**CONSOLIDATED CASES** |

**REVISED JOINT PROPOSED BRIEFING SCHEDULE**

The parties in both consolidated cases have conferred in light of this Court's request for either an agreement by Defendants to refrain from construction until the DC and Virginia Plaintiffs' Motion for a Temporary Restraining Order and Stay under § 705 is resolved, or a revised joint briefing schedule in which briefing is complete before November 4, 2026.

Defendants have agreed that they will not start construction until the conclusion of the meeting of the National Capital Planning Commission on November 5, 2026, and the issuance of a permit authorizing construction by the National Park Service. ECF No. 63. That meeting is

not scheduled to begin until 1:00 p.m. on November 5,[1] and is expected to take several hours before a final vote occurs. Plaintiffs in both of the consolidated cases therefore agree that a decision on the Plaintiffs' respective motions for preliminary relief does not need to be issued prior to 12:00 p.m. on Thursday, November 5.

Accordingly, the parties in *District of Columbia v. National Park Service* propose the following revised briefing schedule for the DC and Virginia Plaintiffs' motion:

- Defendants shall file a response by 2:00 p.m. on Tuesday November 3; and
- Plaintiffs shall file a reply by 12:00 p.m. on Wednesday, November 4.

The parties defer to the Court on the need for a hearing on Plaintiffs' motion. If the Court concludes that one is necessary, the parties are available for a hearing at any time on Wednesday afternoon or Thursday morning.

The parties have conferred with the Plaintiffs in *Lemon v. Trump* and they have confirmed they do not object to this proposal. A proposed order reflecting the revised briefing schedule is attached.

Dated: November 1, 2026

Respectfully submitted,

JAY JONES
Attorney General of Virginia

/s/ Megan C. Keenan
MEGAN C. KEENAN (1672508)
MICHAEL K. PERLOFF (1601047)
Deputy Solicitors General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Tel: (804) 997-5222

BRIAN L. SCHWALB
Attorney General for the District of Columbia

EMMA SIMSON (1026153)
ELIZA H. SIMON (90035651)
Senior Counsels to the Attorney General

/s/ Mitchell P. Reich
MITCHELL P. REICH (1044671)
Senior Counsel to the Attorney General

/s/ Karthik P. Reddy

[1] Nat'l Capital Planning Commission, Commission Meeting: Open Session, https://www.ncpc.gov/review/meeting/.

Email: mkeenan@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

KARTHIK P. REDDY (1048848)
Special Assistant Attorney General
NICOLE S. HILL (888324938)
JOHN B. LYMAN (156467)
SAMANTHA HALL (1014735)
Assistant Attorneys General
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, DC 20001
Tel: (202) 279-1261
Email: mitchell.reich@dc.gov

*Counsel for the District of Columbia*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ROBERT STANDER
Deputy Assistant Attorney General

BENJAMIN HAYES
Deputy Assistant Attorney General

*/s/ Marissa Piropato*
MARISSA A. PIROPATO, Deputy Chief
MICHAEL S. SAWYER, Senior Attorney
ALISON VICKS, Trial Attorney
DANIEL LUECKE, Trial Attorney
Energy and Natural Resources Division
P.O. Box 7611

Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov

alison.vicks@usdoj.gov
daniel.luecke@usdoj.gov

*Counsel for Defendants*