UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MICHAEL LEMMON**, *et al.*,

*Plaintiffs*,

v.

**DONALD J. TRUMP**, *et al.*,

*Defendants*.

Civil Action No. 26-cv-544 (TSC)

**DISTRICT OF COLUMBIA AND COMMONWEALTH OF VIRGINIA**,

*Plaintiffs*,

v.

**NATIONAL PARK SERVICE**, *et al.*,

*Defendants*.

Civil Action No. 26-cv-3838 (TSC)

**CONSOLIDATED CASES**

**ORDER**

It is hereby **ORDERED** that Defendants shall provide notice within one hour of any decision by the National Capital Planning Commission, any decision by the National Park Service, and any decision by the Department of the Interior regarding an arch on Memorial Circle. The notice shall attach the decision or, if it is not yet available, describe it and state when it will be filed.

It is **FURTHER ORDERED** that Defendants shall file a notice on the docket within thirty minutes of any activity related to or in preparation for the construction of an arch on Memorial Circle.

The notice requirement in the preceding paragraph does not apply to (1) emergency response; (2) routine park maintenance unrelated to the arch; or (3) on-site information gathering regarding archaeological resources that may be present at the site.

Date: November 2, 2026

Tanya S. Chutkan
TANYA S. CHUTKAN
United States District Judge