# EXHIBIT D

Travis Voyles
Vice Chairman

Reid J. Nelson
Executive Director

September 24, 2026

Ms. Tammy Stidham
Associate Regional Director - Lands and Planning
National Park Service
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

Ref: *Triumphal Arch Project*
*Washington, DC and Virginia*
*ACHP Case #025123*

Dear Ms. Stidham:

On September 22, 2026, the National Park Service (NPS) forwarded a summary of its consultation efforts for the referenced undertaking to the Advisory Council on Historic Preservation (ACHP). The correspondence from NPS outlines the steps it has taken to comply with Section 106 of the National Historic Preservation Act (NHPA) and its implementing regulations, "Protection of Historic Properties" (36 CFR Part 800).

As you know, the ACHP has participated in the Section 106 consultation to seek ways to avoid, minimize, or mitigate adverse effects to historic properties that would result from this undertaking since June 15, 2026. We acknowledge the NPS's efforts to identify historic properties and assess effects to them, as well as to propose mitigation to resolve adverse effects as a result of the undertaking. The consideration of alternatives to avoid or minimize adverse effects is particularly important for the National Historic Landmarks within the undertaking's Area of Potential Effect, given the NPS's responsibility to meet the requirements of Section 110(f) of the NHPA.

It is clear that the proposed undertaking and its potential effects on historic properties have raised significant public interest, and the NPS stated in its September 22, 2026 correspondence that it believes additional consultation on the existing proposal is unlikely to result in agreement on an MOA to resolve adverse effects. Further, the NPS stated that implementation of alternatives to avoid or minimize the adverse effects would alter the fundamental nature of the proposed undertaking and fail to achieve its goals. In recognition of the public's significant concerns regarding the adverse effects the undertaking would pose to historic properties, we are hereby terminating consultation pursuant to 36 CFR § 800.7(a)(4).

In accordance with section 800.7(c), the ACHP will develop and transmit its final comments to the Secretary of Interior. While this section of the regulations affords the ACHP 45 days to develop and transmit our comments, we will endeavor to provide them by October 7, 2026. This timeline includes the regulatory requirement for the ACHP to provide an opportunity for the agency official, all consulting parties, and the public to provide their views. With this notice of termination, we are also requesting that

all consulting parties provide any views on this undertaking and proposed resolution of adverse effects to us by 11:59 p.m. ET on September 29, 2026. Additionally, consulting parties will be invited to participate in a meeting with the ACHP to verbally provide their comments; the invitation will be forthcoming shortly. Upon receipt of the ACHP's comments, the Secretary of the Interior shall take our comments into account and respond to them before reaching a final decision on the undertaking, as required by section 800.7(c)(4).

Should you have any questions or require additional assistance, please contact Jaime Loichinger, Director of the Office of Federal Agency Programs, at (202) 517-0219 or by e-mail at jloichinger@achp.gov and reference the ACHP Project Number above. We look forward to providing our comments to conclude the Section 106 process for this project.

Sincerely,



Travis Voyles
Vice Chair