# EXHIBIT H

# Triumphal Arch at Memorial Circle



*Arlington Memorial Bridge – Existing view from Lincoln Memorial*

# Triumphal Arch

**Proposed Undertaking**

- Construction of an Arch within Memorial Circle at the intersection of Arlington Memorial Bridge and Memorial Avenue
- Associated plaza and landscape improvements
- Supporting utility and stormwater infrastructure
- Traffic and pedestrian circulation modifications
- Security features
- Lighting
- Temporary staging and laydown areas required for construction.



# Triumphal Arch

## Proposed Undertaking

- Located within Memorial Circle and surrounding area within the George Washington Memorial Parkway
- Unit of the National Park System
- George Washington Memorial Parkway is 25-mile scenic and commemorative corridor along the Potomac River that integrates early twentieth century landscape design with transportation, cultural resources, and recreational access.
- Developed to honor President George Washington and to connect significant historic and cultural sites, it blends naturalistic plantings with sculptural features.



# Triumphal Arch

## Summary of Consultation

- **June 5–15, 2026 -** Preliminary Assessment of Effects and draft Programmatic Agreement released for public review through PEPC.
  - **100,936 comments received**
- **July 10–30, 2026:** Public comment period reopened in response to additional public interest.
  - **6,254 additional comments received**.
- **July 10–19, 2026:** Consulting parties were specifically asked to comment on the June 5 historic-property list.
- **July 28–August 6, 2026:** NPS circulated a revised APE and updated historic-property list for additional consulting-party review.
- **August 28 – September 16**: NPS circulated a revised Assessment of Effects

# Triumphal Arch

## APE - June 2026

- 43 historic properties



# Triumphal Arch

NATIONAL PARK SERVICE

## Viewshed Analysis

- Used **Digital Surface Models (DSM)** to model visibility based on **topography, vegetation, and structures**.
- Incorporated **tree canopy data** to remove false visibility from treetop elevations.
- Results identify where visibility is **possible**, not where an unobstructed view is guaranteed; viewpoints of concern require further verification.
- For buildings, modeled visibility may reflect **rooftops, terraces, or upper floors**.
- The analysis directly informed the **expansion of the APE and identification of additional historic properties requiring assessment**.



# Triumphal Arch

## Expanded APE

- The **3.5-mile limit** was selected because the urban, relatively flat landscape allows meaningful visibility through the middle-ground zone, while effects beyond that distance are substantially diminished.
- Historic properties within the 3.5-mile area that overlap the modeled viewshed were added to the **updated historic-property inventory and revised APE**.



# Triumphal Arch

## Historic Properties

| | Total Assessed | Adverse Effect | No Adverse Effect |
|---|---|---|---|
| **National Historic Landmarks** | **31** | **6** | 25 |
| **Historic Districts** | **53** | **8** | 45 |
| **Cultural Landscapes** | **10** | **8** | 2 |
| **Individual / Other Historic Properties** | **167** | **20** | 147 |
| **TOTAL** | **261** | **42** | **219** |

# Triumphal Arch

## Historic Properties – Adverse Effect

**National Historic Landmarks — 6**
- Fort Myer NHL District
- Georgetown Historic District
- National War College
- Old Naval Observatory
- Pentagon
- United States Capitol

**Historic Districts — 8**
- Arlington National Cemetery Historic District
- Arlington House Historic District
- Mount Vernon Memorial Highway Historic District
- National Mall Site and National Mall Historic District
- Washington Monument and Grounds Historic District
- Rock Creek and Potomac Parkway Historic District
- East and West Potomac Park Historic District
- Observatory Hill Historic District

**Cultural Landscapes — 8**
- Memorial Avenue Corridor Cultural Landscape
- Lady Bird Johnson Park Cultural Landscape
- Arlington House Cultural Landscape
- Lincoln Memorial Cultural Landscape
- The Mall Cultural Landscape
- Washington Monument and Grounds Cultural Landscape
- Thomas Jefferson Memorial Cultural Landscape
- Mount Vernon Memorial Highway North Cultural Landscape Inventory

**Individual / Other Historic Properties — 20**
- Arlington Memorial Bridge and Associated Features
- Arlington House (Robert E. Lee Memorial)
- Lyndon B. Johnson Memorial Grove
- Lincoln Memorial
- World War II Memorial
- Washington Monument
- L'Enfant Plan of the City of Washington, District of Columbia
- Arlington Ridge Park
- George Mason Memorial
- Thomas Jefferson Memorial
- Alban Towers Apartment Building
- American Institute of Pharmacy Building
- George Washington Memorial Parkway
- Halcyon House
- Francis Scott Key Bridge
- National Cathedral
- Vigilant Firehouse
- Bridge #5020 / State Bridge #5020
- Old Warehouse Area and Ground Maintenance Complex
- Frederick Douglass National Historic Site

# Triumphal Arch

## Section 110(f) – National Historic Landmarks

**Heightened Standard**

- Applies when a federal undertaking may directly and adversely affect a National Historic Landmark
- Requires the agency, “to the maximum extent possible,” to undertake planning and actions necessary to minimize harm to the NHL

**Determination of Effect**

- 31 NHL-designated properties were evaluated
- 6 NHLs were determined to have adverse effects
- Adverse effects are visual and spatial, including during  nighttime, rather than physical alteration
- Effects result from changes to contributing views, vistas, setting, feeling, association, and historic relationships within the monumental landscape

**NPS Avoidance / Minimization Analysis**

Considered:
- Smaller Arch heights
- Relocation
- No-build / elimination of the vertical feature

Determined those options either:
- would create greater impacts to historic properties, or
- would not meet the undertaking’s location-dependent purpose and need

**Minimizing Harm**

- Viewshed and cultural landscape documentation
- Lighting controls
- Construction-period protections
- Archeological investigation and treatment
- Landscape restoration
- Interpretation and visitor wayfinding
- Other NHL-specific mitigation commitments developed through consultation

# Triumphal Arch at Memorial Circle

## Archeological resources

- Phase 1A has been completed
- Phase 1B work plan is being discussed with DC SHPO

# Triumphal Arch

NATIONAL PARK SERVICE

## Summary of Adverse Effects to Historic Properties

- Introduces a prominent new vertical element into nationally significant historic and commemorative landscapes
- Alters character-defining views, vistas, axial relationships, and reciprocal sightlines
- Changes setting, feeling, association, spatial organization, and design continuity
- Affects historic circulation and contributing landscape features at Memorial Circle and Memorial Avenue
- Creates additional nighttime visual effects through illumination
- Most substantial effects occur along the Lincoln Memorial–Arlington Memorial Bridge–Arlington National Cemetery/Arlington House commemorative axis
- More distant adverse effects are primarily visual and related to changes in historic setting and viewsheds



MAY 7, 2026 | TRIUMPHAL ARCH - WASHINGTON, DC | VIEW FROM HEMICYCLE - AFTER | HARRISON DESIGN

# Avoidance

- Exploration of different heights
  - Smaller blocked views
- Arlington Memorial Bridge Act
  - Location specific
  - Vertical elements at Memorial Circle
  - Different location does not fulfill the same purpose
- Design changes
  - Elliptical plaza, cross-axes, monumental pavilions, and two columns representing national reunion were evaluated and never realized
  - Current design meets the project purpose and need and fulfilling the intentions of the Arlington Memorial Bridge Commission Report (1924)
- No reasonable avoidance alternative

# Minimization / Mitigation

| | Examples |
|---|---|
| **Construction Protection** | vibration monitoring, noise controls, temporary lighting, screening, work-hour limits, ceremonial-route protection, pedestrian access, dust/BMPs |
| **Archeological Resources** | Phase IB testing, geoarchaeology, utility corridor investigations, monitoring, treatment/data recovery, inadvertent discoveries |
| **Historic Landscape Improvements** | Memorial Avenue rehabilitation, Arlington Memorial Bridge approaches, visitor wayfinding |
| **Documentation** | HALS/HABS, historic viewshed documentation, LiDAR/3D model, archival photography, oral histories, LBJ Park history |
| **Interpretation** | Lincoln–Arlington House axis, viewshed exhibits, waysides, webpages, archaeology interpretation, Native peoples/Potomac interpretation |

# Resolution of Adverse Effects (Discussion)

- APE
- Historic Properties
- Effects Determination
- Avoidance / Minimization / Mitigation
- Resolution of Effects – Memorandum of Agreement

NATIONAL PARK SERVICE

## Discussion / Questions