**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Michael Lemmon, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Donald J. Trump, *et al.*,<br><br>Defendants. | No. 1:26-cv-00544 |
| District of Columbia and Commonwealth of Virginia,<br><br>Plaintiffs,<br><br>v.<br><br>National Park Service, *et al.*,<br><br>Defendants. | No. 1:26-cv-03838<br><br>**CONSOLIDATED CASES** |

**DECLARATION OF JENNIFER T. NERSESIAN,**
**REGIONAL DIRECTOR FOR THE NATIONAL PARK SERVICE**
**NATIONAL CAPITAL REGION**

I, Jennifer T. Nersesian, declare as follows:

1. I am the Regional Director for the National Park Service (NPS) National Capital Region (NCR). I have been in this position since December 2024. Before that time, I served as the Superintendent for Gateway National Recreation Area in New York and New Jersey. I have worked for the NPS since 2002, and in leadership roles in the NPS since 2009. I report to the NPS's Deputy Director, Operations.

2. The NCR comprises more than 79,000 acres of national parkland in the Washington, DC metropolitan area, including monuments and memorials, historic homes, Civil War battlefields, and natural areas.
3. As Regional Director, I oversee the NCR's regional office as well as all National Park System units within the region, including the George Washington Memorial Parkway (the Parkway). Memorial Circle on Columbia Island is managed as part of the Parkway. In all, I manage approximately one thousand employees who serve roughly 56 million visitors per year as well as preserve the nation's natural and historic resources under NPS jurisdiction in the NCR. This includes the historic preservation of monuments, memorials, and other structures, as well as administering the region's Facilities, Design, and Construction program, which coordinates and oversees projects in parks across the region.
4. I have knowledge of all facts stated in this declaration, including based on information I have received from NPS staff and management, and if called to testify, I could and would testify competently thereto. This information is current as of the time of this declaration.
5. I am aware of the proposal to construct a Triumphal Arch within Memorial Circle (the Arch), and I understand that the Department of the Interior (the Department) has submitted this proposal for consideration at the November 5, 2026, meeting of the National Capital Planning Commission (NCPC), with a request for final project approval.
6. If the NCPC provides final project approval for the Arch at its November 5, 2026, meeting, I understand that the Department may issue a final decision to approve the proposal as soon as that same day. After that, I understand that the NPS may issue a permit or other authorization, potentially as soon as November 5, 2026.

7. The following paragraphs describe the developments that may occur following the date, if any, on which the NPS would issue a permit or other authorization. I have described these developments to the best of my ability to anticipate at this time, based on information received from NPS staff and management, while recognizing that the specific sequence of events may change, and that other activities not listed here may occur concurrently with the activities described below.

8. Following the issuance of a permit or other authorization, I understand that a contractor would likely install fencing around the interior of Memorial Circle, and around the planned staging area south of Memorial Circle. At this time, the fenced-off area would likely not include the roadway separating the interior of the Circle from the staging area, which would remain open to traffic, nor the bicycle and pedestrian pathway south of the Circle. The following figure shows the planned location of the work area and staging area:



9. I understand that the contractor would also likely begin delivery of ground mats and gravel, and staging of job-site trailers, storage containers, light towers, and other equipment.

10. After, or concurrently with, these steps, I understand that the contractor would also likely begin to deliver on-site generators and water storage for temporary electric and water supply. The contractor may also begin working to provide utility connections to the construction and staging areas from nearby utility tie-ins.

11. Additional steps that the contractor may take on-site in the initial weeks include installing tree protection fencing.

12. The NPS will make every reasonable effort to minimize traffic impacts, particularly during peak hours. Any traffic impacts in the next two weeks will be temporary and will likely be limited to construction mobilization.

13. I understand that no final decision has been made at this time to authorize construction of the Arch, or any structure, in Memorial Circle.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 3, 2026.

JENNIFER NERSESIAN Digitally signed by JENNIFER NERSESIAN Date: 2026.11.03 13:19:39 -05'00'

Jennifer T. Nersesian