**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL LEMMON**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-544 (TSC) |
| **DISTRICT OF COLUMBIA AND COMMONWEALTH OF VIRGINIA**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-3838 (TSC)<br><br>**CONSOLIDATED CASES** |

**DEFENDANTS' NOTICE**

Consistent with the Court's Order of November 2, 2026, Dkt.90, Defendants respectfully provide notice of deliberations, meetings, and actions taking place "related to or in preparation for the construction of the Arch on Memorial Circle." These deliberations, meetings, and actions, which do not involve any on-site activities on Memorial Circle, may include: (1) participating in meetings and reviewing documents; (2) communicating with contractors; (3) arranging for security and law enforcement support; (4) preparing for and participating in the National Capital Planning Commission meeting; (5) preparing a decision package; (5) reviewing permits and awarding contracts; and (6) off-site construction mobilization.

Dated: November 3, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ROBERT STANDER
Deputy Assistant Attorney General

BENJAMIN HAYES
Deputy Assistant Attorney General

*/s/ Marissa Piropato*
MARISSA A. PIROPATO, Deputy Chief
MICHAEL S. SAWYER, Senior Attorney
ALISON VICKS, Trial Attorney
DANIEL LUECKE, Trial Attorney
Energy and Natural Resources Division
P.O. Box 7611

Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov
alison.vicks@usdoj.gov
daniel.luecke@usdoj.gov

*Counsel for Defendants*