**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL LEMMON**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-544 (TSC) |
| **DISTRICT OF COLUMBIA AND COMMONWEALTH OF VIRGINIA**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-3838 (TSC)<br><br>**CONSOLIDATED CASES** |

**ORDER**

The court grants in part and denies in part Defendants' Motion for Clarification and Modification of Order, ECF No. 96. The court hereby vacates its November 2, 2026 Order, ECF No. 90, and replaces it with the following.

It is hereby **ORDERED** that Defendants shall provide notice no later than one hour after any decision by the National Capital Planning Commission, any decision by the National Park Service, and any decision by the Department of the Interior regarding an arch on Memorial Circle. The notice shall attach the decision or, if it is not yet available, describe it and state when it will be filed.

A "decision" under the preceding paragraph means any decision by the National Capital Planning Commission, the National Park Service, or the Department of the Interior authorizing, approving, disapproving, conditioning, or otherwise resolving any matter concerning an arch on Memorial Circle, including votes, approvals, and notices to proceed. It does not include reviewing or drafting documents or litigation-specific decisions.

It is **FURTHER ORDERED** that Defendants shall file a notice on the docket within thirty minutes of any activity related to or in preparation for the construction of an arch on Memorial Circle. Such activity includes, whether on-site or off-site, directing personnel, contractors, or equipment to Memorial Circle, closing lanes or roads, and any physical work on Memorial Circle. It does not include internal planning or the preparation of compliance documents.

The notice requirement in the preceding paragraph does not apply to (1) emergency response; (2) routine park maintenance unrelated to the arch; or (3) on-site information gathering regarding archaeological resources that may be present at the site.

The obligations in this Order apply to all Defendants, and to their officers, agents, employees, and attorneys acting on their behalf. This includes the officers, agents, and employees of the Executive Office of the President and the officers, agents, and employees of the President himself.

Date: ___________________

_______________________________
TANYA S. CHUTKAN
United States District Judge