UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL LEMMON**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-544 (TSC) |
| **DISTRICT OF COLUMBIA AND COMMONWEALTH OF VIRGINIA**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-3838 (TSC)<br><br>**CONSOLIDATED CASES** |

**NOTICE**

Pursuant to the Court's Order, Dkt. 101, Defendants submit this notice regarding an application from Grunley Construction Company, Inc., for a special-use permit from National Park Service (NPS) authorizing construction mobilization for an arch on Memorial Circle. The application requests authorization to perform the construction mobilization steps outlined in Nersesian Declaration ¶¶ 8–11, Dkt. 95-9. Although NPS has not yet issued the permit (which is prerequisite for Grunley to begin work on and around Memorial Circle), Grunley may be—but is not necessarily—arranging off-site preparations for construction mobilization in anticipation of permit approval. Again, NPS has not yet approved the application and does not

anticipate doing so prior to the National Capital Planning Commission and the Department of the Interior issuing final decisions approving the arch.

Additionally, Defendants provide notice that NPS has issued a permit for a First Amendment demonstration near Memorial Circle to begin at 10:00 AM tomorrow morning. The application for that permit indicates that the demonstrators will be temporarily erecting a seventeen-foot-high scale arch model made from bamboo.

The foregoing information is based on the undersigned counsel's best efforts to verify information within the timeframe for reporting set out in the Court's Order. Dkt. 101. Given the limited time provided by the Court's Order, the undersigned counsel was unable to conduct a typical inquiry necessary to submit a regular paper under Federal Rule of Civil Procedure 11(b).

Date: November 4, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ROBERT STANDER
Deputy Assistant Attorney General

BENJAMIN HAYES
Deputy Assistant Attorney General

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER, Senior Attorney
ALISON VICKS, Trial Attorney
DANIEL LUECKE, Trial Attorney
Energy and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov
alison.vicks@usdoj.gov
daniel.luecke@usdoj.gov

*Counsel for Defendants*