UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL LEMMON**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-544 (TSC) |
| **DISTRICT OF COLUMBIA AND COMMONWEALTH OF VIRGINIA**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-3838 (TSC)<br><br>**CONSOLIDATED CASES** |

## NOTICE OF WITHDRAWAL OF COUNSEL

Defendants hereby give notice that Daniel Luecke will be leaving the United States Department of Justice on November 6, 2026, and is therefore withdrawing as counsel for Defendants in this case. Defendants will continue to be represented by Michael N. Stander, Marissa Ann Piropato, Michael Sean Sawyer, Alison Vicks, and Bradley Thomas Craigmyle.

DATE: November 5, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Daniel Luecke*
DANIEL LUECKE, Trial Attorney

Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
202-598-7863
daniel.luecke@usdoj.gov

*Counsel for Defendants*