AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

District of Columbia; Commonwealth of Virginia
*Plaintiff*
v.
National Park Service et al.
*Defendant*

Case No. 1:26-CV-03838
[Consolidated with 1:26-CV-00544]

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff District of Columbia in Member Case No. 1:26-CV-03838 .

Date: 11/05/2026

/s/ John B. Lyman
*Attorney's signature*

John B. Lyman (156467)
*Printed name and bar number*

Office of the Attorney General for the
District of Columbia
400 6th St. NW
Washington, DC 20001
*Address*

jack.lyman@dc.gov
*E-mail address*

(202) 890-9309
*Telephone number*

(202) 347-8922
*FAX number*