UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL LEMMON**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-544 (TSC) |
| **DISTRICT OF COLUMBIA AND COMMONWEALTH OF VIRGINIA**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-3838 (TSC)<br><br>**CONSOLIDATED CASES** |

**NOTICE**

Pursuant to the Court's Order, Dkt. 101, Defendants submit this notice regarding a decision of the National Capital Planning Commission (NCPC). According to an NCPC livestream watched by counsel at the Department of Justice, the NCPC has voted at approximately 10:28 PM today to approve final site and building plans for the proposed arch on Memorial Circle. Based on past practice, the undersigned counsel believes that the NCPC's decision will be memorialized in a written decision posted to NCPC's website. The undersigned counsel will periodically monitor that website for the written decision and file it when it becomes available.

The foregoing information is based on the undersigned counsel's best efforts to verify information within the timeframe for reporting set out in the Court's Order. Dkt. 101. Given the limited time provided by the Court's Order, the undersigned counsel was unable to conduct a typical inquiry necessary to submit a regular paper under Federal Rule of Civil Procedure 11(b).

Date: November 5, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ROBERT STANDER
Deputy Assistant Attorney General

BENJAMIN HAYES
Deputy Assistant Attorney General

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER, Senior Attorney
ALISON VICKS, Trial Attorney
Energy and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov
alison.vicks@usdoj.gov

*Counsel for Defendants*