UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL LEMMON**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-544 (TSC) |
| **DISTRICT OF COLUMBIA AND COMMONWEALTH OF VIRGINIA**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-3838 (TSC)<br><br>**CONSOLIDATED CASES** |

**NOTICE**

Pursuant to the Court's Order, Dkt. 101, Defendants submit this notice regarding a letter from the Secretary of the Interior to the Advisory Council on Historic Preservation containing a summary of the Secretary's decision on the undertaking, which has been previously described as "the proposed construction of the Triumphal Arch." Dkt. 95-2, at 4. The letter is attached to this notice.

The foregoing information is based on the undersigned counsel's best efforts to verify information within the timeframe for reporting set out in the Court's Order. Dkt. 101. Given the limited time provided by the Court's Order, the undersigned counsel was unable to conduct

a typical inquiry necessary to submit a regular paper under Federal Rule of Civil Procedure 11(b).

Date: November 5, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ROBERT STANDER
Deputy Assistant Attorney General

BENJAMIN HAYES
Deputy Assistant Attorney General

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER, Senior Attorney
ALISON VICKS, Trial Attorney
Energy and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov
alison.vicks@usdoj.gov
daniel.luecke@usdoj.gov

*Counsel for Defendants*