**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL LEMMON**, *et al.*,<br>*Plaintiffs*,<br>v.<br>**DONALD J. TRUMP**, *et al.*,<br>*Defendants*. | Civil Action No. 26-cv-544 (TSC) |
| **DISTRICT OF COLUMBIA** and **COMMONWEALTH OF VIRGINIA**,<br>*Plaintiffs*,<br>v.<br>**NATIONAL PARK SERVICE**, *et al.*,<br>*Defendants*. | Civil Action No. 26-cv-3838 (TSC)<br><br>**CONSOLIDATED CASES** |

**ORDER**

For the reasons set forth in the forthcoming Memorandum Opinion, the District of Columbia and the Commonwealth of Virginia's Motion for a Temporary Restraining Order, Case No. 26-cv-3838, ECF No. 2, is GRANTED. It is further

**ORDERED** that, for a period of fourteen (14) days starting from the issuance of this Order, Defendants in Case No. 26-cv-3838 ("Defendants") are enjoined from initiating, making, or otherwise effectuating any construction, excavation, demolition, land-disturbance, utility-installation, or roadway-closure activity, or any other construction-related activity at or near Memorial Circle in Washington, D.C., that is for the purpose of constructing an arch at Memorial Circle. It is further

**ORDERED** that Defendants shall, within 24 hours of the entry of this Order, serve a copy of this Order on all relevant individuals and entities, including Defendants' subordinates, employees, contractors, subcontractors, and agents not before the court, that are engaged in or have responsibilities for construction, site preparation, or related activities concerning the Arch at Memorial Circle, and shall inform each of them that the activities enjoined by this Order are prohibited by court order. Defendants shall file a notice by November 9, 2026, updating the court on the status of their obligation to inform all such individuals and entities. Defendants' prior notice obligations remain unchanged. It is further

**ORDERED** that Defendants shall file a status report by Monday, November 9, 2026, certifying their compliance with this Order. It is further

**ORDERED** that the District of Columbia and the Commonwealth of Virginia shall post a $1.00 bond in accordance with Federal Rule of Civil Procedure 65(c) by November 13, 2026.

The court DEFERS ruling on the District of Columbia and the Commonwealth of Virginia's Motion for Stay of Agency Action. Case No. 26-cv-3838, ECF No. 2. The court DENIES the request for an administrative stay. *Id.* The court will HOLD IN ABEYANCE the Second Motion for Preliminary Injunction in *Lemmon v. Trump*, Case No. 26-cv-544, ECF No. 64.

It is **SO ORDERED**.

Date: November 5, 2026

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge