**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Civil Action No. 26-cv-544 (TSC) |
| DISTRICT OF COLUMBIA and COMMONWEALTH OF VIRGINIA,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, et al.,<br><br>Defendants. | Civil Action No. 26-cv-3838 (TSC)<br><br>**CONSOLIDATED CASES** |

**LEMMON PLAINTIFFS' MOTION FOR**
**LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs Michael Lemmon, Shaun Byrnes, Jon Gundersen, and Calder Loth (hereafter, Lemmon Plaintiffs) hereby move for leave to file a supplemental complaint. The proposed supplemental complaint, which accompanies this motion, adds allegations and claims related to final agency action taken on November 5, 2026, by Defendant National Park Service (NPS) and the U.S. Department of the Interior, which the Lemmon Plaintiffs propose to add as a supplemental defendant. Specifically, on the evening of November 5, NPS and Department of the Interior issued an authorization for construction to begin in Memorial Circle on a triumphal arch that the Lemmon Plaintiffs challenge as unlawful.

In support of the motion, the Lemmon Plaintiffs submit the accompanying memorandum of law and state as follows:

1. On February 19, 2026, the Lemmon Plaintiffs filed their original complaint, alleging that Defendants President Donald J. Trump, White House Domestic Policy Council Director Vince Haley, Executive Office of the President, and NPS acted ultra vires—and, in the case of President Trump, unconstitutionally—by deciding to construct a commemorative arch in Memorial Circle without congressional authorization and by taking steps to effectuate that unlawful decision. *See* Compl., ECF 1.

2. In the intervening months, NPS and Department of the Interior have taken numerous further steps toward construction of the arch, including by submitting design, site, and building plans to the Commission of Fine Arts and the National Capital Planning Commission for approval and by purporting to undertake review of those plans pursuant to the National Environmental Policy Act and Section 106 of the National Historic Preservation Act.

3. On the evening of November 5, 2026, NPS and Department of the Interior issued an authorization for construction to begin on the arch in accordance with those plans.

4. The Lemmon Plaintiffs now move for leave to supplement their complaint pursuant to Rule 15(d) to add Department of the Interior as a defendant in the case, to address the actions that NPS and Department of the Interior have taken since the Lemmon Plaintiffs filed their original complaint, and to add claims under the Administrative Procedure Act that were not previously available.

5. Counsel for the Lemmon Plaintiffs emailed counsel for Defendants pursuant to Local Civil Rule 7(m) at 1:09 PM on November 6 to seek Defendants' position on this motion. As of the time of filing, Defendants have not communicated a position but have indicated that they

intend to take a position. Counsel for the Lemmon Plaintiffs also conferred with counsel for the plaintiffs in the consolidated case, *District of Columbia v. NPS*, No. 26-3838 (D.D.C.), prior to filing this motion.

For these reasons, and the reasons set forth in the accompanying memorandum of law, the Lemmon Plaintiffs respectfully request that the Court grant them leave to file the supplemental complaint that accompanies this motion.

Dated: November 7, 2026

Respectfully submitted,

/s/ Nicolas A. Sansone
Nicolas A. Sansone (DC Bar No. 1686810)
Wendy Liu (DC Bar No. 1600942)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs Michael Lemmon, et al.*