**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL LEMMON**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-544 (TSC) |
| **DISTRICT OF COLUMBIA AND COMMONWEALTH OF VIRGINIA**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-3838 (TSC)<br><br>**CONSOLIDATED CASES** |

**NOTICE**

Pursuant to the Court's Order, Dkt. 110, Defendants in Case No. 26-cv-3838 ("Defendants") submit this notice updating the Court on the status of their obligation to inform "all relevant individuals and entities, including Defendants' subordinates, employees, contractors, subcontractors, and agents not before the court, that are engaged in or have responsibilities for construction, site preparation, or related activities concerning the Arch at Memorial Circle, and shall inform each of them that the activities enjoined by this Order are prohibited by court order." On November 6, 2026, Defendants prepared a list of all relevant individuals and entities. Defendants distributed the Court's Order to those individuals and entities informing them that the Court's Order enjoined "initiating, making, or otherwise

effectuating any construction, excavation, demolition, land-disturbance, utility-installation, or roadway-closure activity, or any other construction-related activity at or near Memorial Circle in Washington, D.C., that is for the purpose of constructing an arch at Memorial Circle." While nearly all individuals and entities on the list were served on November 6, 2026, five individuals that were newly identified today or whose contact information was unavailable on November 6, 2026, were served with the Court's Order today. Additionally, one individual was inadvertently omitted from the November 6, 2026, distribution; he received notice of the Court's Order today.

Date: November 9, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ROBERT STANDER
Deputy Assistant Attorney General

BENJAMIN HAYES
Deputy Assistant Attorney General

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER, Senior Attorney
ALISON VICKS, Trial Attorney
Energy and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov
alison.vicks@usdoj.gov
daniel.luecke@usdoj.gov

*Counsel for Defendants*