**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Civil Action No. 26-cv-544 (TSC) |
| DISTRICT OF COLUMBIA and<br>COMMONWEALTH OF VIRGINIA,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL PARK SERVICE, et al.,<br><br>Defendants. | Civil Action No. 26-cv-3838 (TSC)<br><br>**CONSOLIDATED CASES** |

**LEMMON PLAINTIFFS' MOTION**
**FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(a), and for the reasons set forth in the accompanying memorandum of law, Plaintiffs Michael Lemmon, Shaun Byrnes, Jon Gundersen, and Calder Loth (Lemmon Plaintiffs) move for a preliminary injunction to bar Defendants National Park Service and U.S. Department of the Interior (Agency Defendants) from taking any steps to construct, or to direct, facilitate, or authorize construction of, any structure in Memorial Circle, absent congressional authorization, during the pendency of this litigation. Because the Court's

temporary restraining order barring construction will expire on November 19, the Lemmon Plaintiffs request a ruling on this motion no later than **midnight on Thursday, November 19**.[1]

The Commemorative Works Act and 40 U.S.C. § 8106 forbid the construction of commemorative works and other structures on certain federally administered land in the District of Columbia—including Memorial Circle—absent prior congressional authorization and, in the case of the Commemorative Works Act, the designation of a project sponsor and the fulfillment of various consultation and approval requirements. Despite having received no congressional authorization and having failed to satisfy further requirements stated in the Commemorative Works Act, Agency Defendants issued an authorization on November 5, 2026, to allow construction of an arch in Memorial Circle in accordance with Agency Defendants' design, site, and building plans. This authorization is final agency action within the meaning of the Administrative Procedure Act, and it is contrary to law, as set forth in counts three and four of the Lemmon Plaintiffs' proposed supplemental complaint. *See* Proposed Suppl. Compl., ECF 112-2, ¶¶ 48–60.[2]

A proposed order accompanies this motion.

[1] The Lemmon Plaintiffs' October 22 motion for a preliminary injunction, based on a different (but related) set of legal claims against an overlapping set of defendants, *see* ECF 64, is pending before the Court. If this Court grants that motion by November 19, a ruling on the present motion will not be necessary by that date. Because of the overlap in the issues presented by the respective preliminary injunction motions, however, the Court may wish to resolve both motions together.

[2] The Lemmon Plaintiffs' motion for leave to file a supplemental complaint, ECF 112, is pending before the Court. This Court should grant that motion for the reasons given in the memorandum of law accompanying that motion, *see* ECF 112-1, prior to granting the present motion.

Dated: November 10, 2026

Respectfully submitted,

/s/ Nicolas A. Sansone
Nicolas A. Sansone (DC Bar No. 1686810)
Wendy Liu (DC Bar No. 1600942)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs Michael Lemmon, et al.*