**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MICHAEL LEMMON**, *et al.*,

*Plaintiffs,*

v.

**DONALD J. TRUMP**, *et al.*,

*Defendants.*

Civil Action No. 26-544 (TSC)

**DISTRICT OF COLUMBIA AND COMMONWEALTH OF VIRGINIA**,

*Plaintiffs*,

v.

**NATIONAL PARK SERVICE**, *et al.*,

*Defendants*.

Civil Action No. 26-3838 (TSC)

**CONSOLIDATED CASES**

**DISTRICT AND VIRGINIA PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND 5 U.S.C. § 705 STAY**

Plaintiffs the District of Columbia and the Commonwealth of Virginia bring this action to prevent construction of a 250-foot triumphal arch in Memorial Circle. As set out in the District's and Virginia's Motion for a Temporary Restraining Order, Defendants have no authority to construct the Arch, and its construction violates numerous federal statutes. But Defendants have made clear that—barring injunctive relief from this Court— they will construct their Arch anyway, and have signaled that they will start construction as soon as possible.

On November 5, 2026, this Court granted a temporary restraining order enjoining construction of the Arch. In issuing this order, the Court found that the District and Virginia likely have standing, that they are likely to succeed on the merits of their argument that the Arch violates the Commemorative Works Act, that they would suffer irreparable harm absent an injunction, and that the equities weigh in favor of relief. ECF Nos. 110, 111. The temporary restraining order is set to expire on November 19, 2026.

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Local Civil Rule 65.1, 5 U.S.C. § 705, and 28 U.S.C. § 1651, and to further protect their interests from irreparable harm, the District and Virginia now move the Court to issue a preliminary injunction and a stay under 5 U.S.C. § 705 against Defendants National Park Service, Jessica Bowron, the Department of the Interior, and Doug Burgum, prohibiting Defendants from proceeding with construction of the Arch.

The District and Virginia also respectfully request that the Court dispense with the security requirement referenced in Federal Rule of Civil Procedure 65(c), pursuant to the Court's "broad discretion" to determine whether an injunction bond is appropriate. District courts can and should "dispense with any security requirement whatsoever" where, as here, "the restraint will do the defendant no material damage" and "there has been no proof of likelihood of harm." *Am. First*

*Legal Found. v. Becerra*, No. 24-cv-1092, 2024 WL 3741402, at *16 n.11 (D.D.C. Aug. 9, 2024) (quoting *Fed. Prescription Serv., Inc. v. Am. Pharm. Ass'n*, 636 F.2d 755, 759 (D.C. Cir. 1980)).

The grounds for this Motion are set forth in the attached memorandum of law and its supporting declarations and exhibits. A proposed order for a preliminary injunction and Section 705 stay is attached hereto.

Dated: November 10, 2026

Respectfully submitted,

JAY JONES
Attorney General of Virginia

/s/ Megan C. Keenan
MEGAN C. KEENAN (1672508)
MICHAEL K. PERLOFF (1601047)
Deputy Solicitors General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Tel: (804) 997-5222
Email: mkeenan@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

EMMA SIMSON (1026153)
ELIZA H. SIMON (90035651)
Senior Counsels to the Attorney General

/s/ Mitchell P. Reich
MITCHELL P. REICH (1044671)
Senior Counsel to the Attorney General

/s/ Karthik P. Reddy
KARTHIK P. REDDY (1048848)
Special Assistant Attorney General
NICOLE S. HILL (888324938)
JOHN B. LYMAN (156467)
SAMANTHA HALL (1014735)
Assistant Attorneys General
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, DC 20001
Tel: (202) 279-1261
Email: mitchell.reich@dc.gov

*Counsel for the District of Columbia*