# DECLARATION OF ROBERT BENJAMIN MANNELL

I, Robert Benjamin Mannell, declare under penalty of perjury that the following statements are true and correct:

1. I am a resident of the Commonwealth of Virginia. I am over the age of 18 and have personal knowledge of all the facts stated herein, based on my experience, review of agency records, and information provided to me by agency staff. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently the Director of Planning at the Virginia Department of Transportation, a position I have held since June 2025. My job duties include traffic forecasting and conceptual planning, highway capacity evaluation, and safety impact analysis for interstates and National Highway System facilities, and interagency coordination with Federal Highways Administration and Virginia Metropolitan Planning Organizations.

3. The Virginia Department of Transportation ("VDOT") is responsible for building, maintaining and operating the state's roads, bridges and tunnels. Since its formation in 1906 as the State Highway Commission, VDOT has been committed to operating, maintaining and continuously improving Virginia's state transportation system. Today, Virginia has the third-largest state-maintained highway system in the country.

4. I am aware that the Defendants in this lawsuit are planning to initiate construction of a Triumphal Arch at Memorial Circle.

5. Based on NPS's assessment of traffic impacts and the additional questions that VDOT has identified in further detail below, VDOT will need to expend resources toward the resulting traffic management needs if construction of the Arch is permitted to proceed. In particular, the impacts discussed below would require the reprioritization of VDOT resources toward assessing and studying the potential impacts and any necessary mitigation responses.

## NPS's Assessment of Traffic Impacts

6. I have reviewed the publicly available NPS Triumphal Arch Revised Environmental Assessment ("EA") and Finding of No Significant Impact ("FONSI") dated October 2026,

particularly Chapter 2, Section 3.7 and Appendix B of the EA. I have also reviewed the earlier June 2026 versions of NPS's Triumphal Arch Environmental Assessment and Finding of No Significant Impact.

7. Based on VDOT's review of the above analyses of the traffic impacts of the planned Arch, VDOT has determined that the construction of the Triumphal Arch will directly impact VDOT-controlled roadways.

8. NPS's publicly available plans for construction of the Arch explain that construction of the Arch would take place over two to three years and proceed in several phases. In addition to construction of the Arch structure itself, the project involves redesign of the plaza and landscape within and around the Memorial Circle traffic circle, installation of utility and stormwater infrastructure, traffic and pedestrian circulation modifications, incorporation of security features, installation of lighting, and use of temporary staging and laydown areas. The Administration plans for work to occur in two 10-hour shifts per day—totaling 20 hours per day, year-round—for the duration of construction of the Arch.

9. NPS has acknowledged that "Memorial Circle functions as a major traffic rotary and heavily used multimodal hub," that connects to several crucial arteries that are owned, maintained, and managed by Virginia to Arlington Memorial Bridge, including Arlington Boulevard, Washington Boulevard, and Richmond Highway. FONSI 10; EA 50. Likewise, NPS has acknowledged that "[t]he area accommodates consistently high levels of vehicular traffic, particularly during weekday commuting periods, creating a busy and complex circulation traffic circulation for all users." FONSI 10; EA 50.

10. Planning documents indicate that the south side of Memorial Circle would remain closed for the majority of construction, shifting two-way traffic to the north side of the circle. NPS has also planned for additional restrictions or detours of vehicle movements, such as the loss of eastbound movement from Memorial Avenue to northbound Arlington Boulevard and the northbound movement from Washington Boulevard into the circle, both of which will be redirected onto Arlington Memorial Bridge. They also plan to reduce westbound traffic from Arlington

Memorial Bridge to two lanes during construction. Planning documents also note that there may be "[a]dditional short-term closures and detours…at the beginning of construction to establish the maintenance of traffic configuration, and again near the end of construction to complete final transportation-related elements and utility installation." EA 13. Pedestrian traffic will also be redirected during construction, with the sidewalk on the south side of the circle to be rerouted to the north side.

11. NPS also plans to make permanent modifications to traffic patterns around Memorial Circle. As described in planning documents, Memorial Circle will be "fully signalized," with the installation of four full pedestrian-activated traffic signals at each of the eight pedestrian crossings. This represents a marked contrast to the current configuration and use of Memorial Circle—at present, Memorial Circle is signal-free, allowing vehicles to circulate freely.

12. With construction of the Arch and integration of the pedestrian crossings and pedestrian-activated traffic signals, NPS further projects that "[v]isitation to Memorial Circle would increase substantially above current conditions." EA 51. NPS's visitation projections predict that "peak season daily visitation could range from approximately 2,000 visitors per day under a low scenario to more than 22,000 visitors per day under a high scenario," representing "a 40 to 1,500 percent increase over existing conditions, depending on the season." EA 51.

13. NPS has acknowledged that, following construction, reopening Memorial Circle with a series of signalized pedestrian crosswalks will "notably constrain[]" traffic entering Memorial Bridge from Arlington Boulevard and cause "significant delay, reduced maneuverability, and limited ability to recover" from traffic disruptions. EA 54.

14. Despite its finding of no significant impact, NPS clearly anticipates impact to traffic patterns following the construction of the Arch. For example, Appendix B of the EA includes "[p]reliminary traffic operations" analysis, which contains charts confirming that NPS projects greater delays under the "future build" scenario (under which the Arch has been constructed) than the "future baseline" scenario (under which no Arch has been constructed) in multiple intersections or approaches in Virginia during the weekday a.m. peak hour (per EA Appendix B, Table 7).

15. Per NPS's analysis, at least one of these intersections/approaches would degrade by multiple Levels of Service. Levels of Service range from A through F grades, as NPS's report indicates in the below table (drawn from EA B-21):

Table 6. Vehicle Level of Service Criteria

Source: 2022 Highway Capacity Manual, Transportation Research Board, 7th Ed.

| Level of Service | Average Stopped Delay (seconds/vehicle) at Signalized Intersection | Average Stopped Delay (seconds/vehicle) at Unsignalized Intersection |
|---|---|---|
| A | ≤10 | ≤10 |
| B | >10 – ≤20 | >10 – ≤15 |
| C | >20 – ≤35 | >15 – ≤25 |
| D | >35 – ≤55 | >25 – ≤35 |
| E | >55 – ≤80 | >35 – ≤50 |
| F | ≥80 | ≥50 |

16. Per NPS's analysis (EA B-30), the Level of Service at the "Richmond Highway NB off-ramp northbound left-turn movement to Memorial Avenue" (also referred to in the corresponding chart at EA B-24 at "Memorial Ave at Richmond Hwy Off-Ramp," "Ramp NB L") would drop from a C to an E, with a projected increase from 15.1 seconds under existing conditions, or 17.1 seconds under future baseline conditions, to 44.5 seconds/vehicle under the future build scenario, according to the table at EA B-24 and NPS's finding at EA B-30. An impact of this magnitude would require VDOT to take steps to study and mitigate the resulting traffic effects.

**VDOT's Questions About NPS's EA**

17. Having reviewed NPS's EA, VDOT has identified additional questions and concerns about NPS's projected traffic impacts.

18. For example, the NPS EA relies on traffic volume data collected between June 10 and June 17, 2026 (EA B-3). This period occurs outside the regular academic school year, when regional travel demand is seasonally depressed. Consequently, the EA likely understates baseline commuting demand, undercalculating the true congestion impacts that will occur during normal school-year traffic conditions.

19. Moreover, the EA's limited study area (drawn from EA B-4) is depicted below:

Figure 1: Study Area Intersections




20. After reviewing this study area, VDOT conducted an initial scan using Google Maps' Typical Weekday AM period (a screenshot of which is depicted below), which indicated that reduced speeds during that period on Washington Boulevard (also known as VA-27) typically extend back to I-395 today, as shown in the image titled "Location 1" below. Additionally, during that period, the same tool indicated that there are reduced speeds on Route 110 (Richmond Highway) at Memorial Drive ("Location 2" below).

Google Maps - Typical Weekday AM depiction, with Locations 1 and 2 marked




Location 1



Location 2




21. Having identified this question about whether NPS's EA included an adequate study area, VDOT reviewed data from INRIX. INRIX provides traffic travel-time data that is widely used as a reliable and accurate source in the transportation industry, including by state departments of transportation. INRIX data has also been integrated into the U.S. Federal Highway Administration's National Performance Management Research Data Set, which the federal government makes available for use by the U.S. Department of Transportation, state DOTs, and Metropolitan Planning Organizations.[1]

22. VDOT analyzed the same segments identified above as "Location 1" and "Location 2" in INRIX, using INRIX speed data for the January to October 2026 time period. The INRIX segments analyzed are depicted below in two formats:

[1] INRIX's website describes its partnerships with the U.S. Federal Highway Administration and state departments of transportation, including VDOT. *See* https://inrix.com/press-releases/npmrds/; https://inrix.com/press-releases/usdot-npmrds/; https://inrix.com/blog/how-virginia-dot-uses-inrix-data-to-keep-traffic-moving/.

# Location 1




**Speed for 8B Va-27/washington blvd northbound to VA-27 Northbound using INRIX data**

**Averaged by 1 hour for January 01, 2026 through October 01, 2026 (Every Tuesday, Wednesday, and Thursday)**



Location 2







23. In NPS's EA, Figure 20 of Appendix B indicates that existing morning peak queues on northbound Washington Boulevard (VA-27) terminate near the Route 110 interchange. VDOT's initial review of INRIX data brings this assumption into question:

a. VDOT analyzed INRIX corridor speed data for northbound VA-27 between I-395 (Exit 8B) and Boundary Channel Drive, as well as northbound Route 110 to

Memorial Drive, covering Tuesdays, Wednesdays, and Thursdays from January 1, 2026, to October 1, 2026.

b. INRIX data confirms severe existing morning peak congestion, with average speeds dropping below 10 mph in a 45 mph zone on VA-27. This level of performance would be "excessive" peak hour congestion using the U.S. Federal Highway Administration's performance measure for traffic congestion, which defines anything as below 60% of the posted speed limit as "excessive delay" in 23 CFR § 490.705. These speeds indicate that queueing extends far past the Route 110 interchange, reaching back toward the I-395 interchange.

c. VDOT's review of INRIX data alongside the EA indicates that added signal delay at Memorial Circle would likely exacerbate existing morning peak bottlenecks on northbound VA-27 and Route 110. Driver rerouting will shift heavy traffic onto alternative VDOT corridors, including Columbia Pike (VA-244), Richmond Highway (Route 110), and Memorial Drive via Route 110.

d. The resulting queue backups could spill backward through the VA-27/Route 110 interchanges and onto the mainlines of I-395 and Route 110. High-speed, high-density mainline queuing creates severe speed differentials and elevated crash risks for highway traffic.

24. The INRIX data suggests that congestion originating from the northbound right turns from Washington Blvd to Arlington Memorial Bridge at Memorial Circle is more significant than the EA indicates in Figure 20 at B-31, which is depicted below:

Figure 20: Washington Boulevard Average Queue Length, Weekday a.m. Peak Hour




25. Additional congestion on VA-27 beyond NPS's projections would further impact Virginia's roadways. For example, such additional congestion would likely require diversion of traffic to an alternative route across the Arlington Memorial Bridge, including the use of already-congested Route 110 to access Memorial Drive.

I declare under penalty of perjury that the foregoing is true and correct and to the best of my knowledge.

Executed on November 9, 2026, in Richmond, Virginia.

R. Ben Mannell

Robert Benjamin Mannell
Director of Planning
Virginia Department of Transportation