# EXHIBIT 34

National Capital Planning Commission

# Submission Guidelines

**Final – January 2026**



Note: The Antennae Submission Guidelines (Chapter 5) were updated in February 2021.

Concept Master Plan Guidelines were updated May 2021.

# Overview of the Submission Guidelines Update

NCPC's Submission Guidelines are critical to the Commission's ability to carry out its congressionally mandated planning and review authorities. Agencies that are subject to plan and project review must submit development proposals in accordance with the Submission Guidelines process. NCPC last updated the Guidelines in October 3, 1991. In 2016, NCPC staff engaged a consultant to help streamline the submission process and prepare this update of the Guidelines. To accomplish these objectives, staff and the consultant team identified four areas for improvement: Organization & Textual Clarity; Stages of Review and Submission Requirements; Alignment with Existing Commission Tools; and Applicable Guidance, Laws, and Regulations. The updated Guidelines are based on a detailed assessment of the existing guidelines and significant outreach to applicants and the public.

In parallel with the Guidelines update, staff undertook an update of NCPC's *Environmental Policies and Procedures,* which set forth the rules that NCPC and applicants follow to ensure compliance with the National Environmental Policy Act (NEPA). The update of the Guidelines and Policies and Procedures are proceeding concurrently to ensure that they are coordinated, thereby improving the applicant experience and providing the Commission the information necessary to support its decision-making. Further, the recommendations respond to the Presidential Executive Order on a *Comprehensive Plan for Reorganizing the Executive Branch* by increasing the efficiency and effectiveness of the agency through an improved plan review process. NCPC staff have proactively identified opportunities to streamline procedures and realign activities that are more appropriately managed at the local level. The two-part analysis that follows describes the proposed updates to both the Guidelines and the Policies and Procedures consistent with these goals.

***The updated Guidelines accomplish three primary objectives:***

1) They create clear, accessible, and efficient guidelines that respond to applicant needs. The Guidelines explain what is expected at each stage of the project review cycle in terms of what to submit and the level of review provided by the Commission. Guidelines for different types of projects are clearly distinguished in individual chapters.

2) They align NCPC's review stages and NEPA requirements with those of applicant agencies to save time and money in the planning process. The most significant change is that NEPA does not need to be complete until the final submission.

3) They allow staff to exempt certain projects from Commission review based on specific criteria when there is no federal interest.

***The updated Guidelines result in several positive outcomes for those involved in the review process:***

1) **Applicants**: The Guidelines are clear and easy-to-use. Clarification of the review stages and better alignment of NCPC's NEPA requirements with those of applicant agencies will allow applicants to make project improvements before more substantial commitments of time and money are made.

2) **Staff**: Distinct review stages will provide better guidance to the applicant and focus staff analysis, resulting in more informative recommendations to the Commission. The expanded list of exceptions will focus staff's review on projects with a federal interest.

3) **Commission**: Distinct review stages will allow the Commission to provide more substantive and meaningful guidance earlier in the review process.

4) **Public**: The Guidelines provide an overview of NCPC's authorities and review process in greater detail. Distinct review stages will allow for appropriate public input at the relevant review stages.

In addition to the print version, staff will develop a digital version as part of an update to NCPC's website. The web format will provide an enhanced user experience and applicant interface, allowing applicants to submit projects online.

# Table of Contents

**Table of Contents** ... iii

**Chapter 1. Submission Process Overview** ... 1

**Chapter 2. Site, Building and Park Project Submission Guidelines** ... 5

**Chapter 3. Master Plan Submission Guidelines** ... 23

**Chapter 4. Commemorative Works Submission Guidelines** ... 40

**Chapter 5. Antenna Submission Guidelines** *(updated February 2021)* ... 56

**Chapter 6. Transfers of Jurisdiction Submission Guidelines** ... 68

**Chapter 7. Foreign Missions Submission Guidelines** ... 70

**Chapter 8. Exceptions and Project Changes** ... 85

**Appendix A – Acronyms** ... 88

**Appendix B – Glossary** ... 90

**Appendix C - Endnotes** ... 95

1

# Chapter 1. Submission Process Overview

NCPC's Submission Guidelines are critical to the Commission's ability to carry out its congressionally mandated planning and review authorities. The purpose of this document is to describe the submission process and specific requirements for each stage of review. NCPC has also developed several resource guides (referenced throughout this document) that are related to the plan review process and explain particular topics in more detail. These are available on NCPC's website and include the following:

- NCPC's Mission and Authorities
- Intergovernmental Referral for Projects/Master Plans
- National Environmental Policy Act
- National Historic Preservation Act
- Capper Cramton Lands
- Private Contributor Policy
- Foreign Missions
- Stormwater Management
- Flooding
- Transportation Management Plans
- Public Process
- Classified Materials Policy
- Coordinating Committee

The submission process serves as NCPC's basic planning tool for projects that the Commission reviews and approves. Agencies that are subject to plan and project review must submit development proposals in accordance with the Submission Guideline process. While there are unique requirements for individual project types, the review process generally follows four basic steps. Each step is designed to provide NCPC staff and the Commission with increasingly detailed information as the project and any related National Environmental Policy Act (NEPA) and National Historic Preservation Act (NHPA) Section 106 analyses progress. Understanding NCPC's submission process and completing timely submissions are important to avoiding costly delays and revisions later in the project's design.




*Figure 1: NCPC General Submission Stages*

**Information Presentations**

Information Presentations are distinct from the formal review stages described in the guidelines. They are reserved for introducing large or complex sites or projects before a formal submission is made to the Commission, or to provide an update on specific topics related to projects the Commission has previously reviewed. These presentations occur by recommendation of NCPC staff, and the Commission does not take an action. Information Presentations are also used by NCPC staff or another entity to brief the Commission on planning-related topics that will not come before the Commission for review in the future. Examples include NCPC studies or initiatives or an update on studies in the region. NCPC staff may also brief the Commission on staff-level comments related to environmental reviews. The Commission as a whole does not provide a formal response, but individual Commissioners may provide input which is captured in the Commission meeting minutes.

## 1.1 Project Types

The specific submission and review process depends on the type of project. The process does not change whether NCPC has an approval or advisory review of a project (the underlying ownership of land and the project's location largely determine NCPC's authority for review of projects). The term "project" is broad and refers to the many types of submissions that NCPC reviews: building and site improvements, parks and open space acquisition/disposition/improvements, site acquisition, commemorative works, master plans, transfers of jurisdiction, and foreign missions. This document includes the submission guidelines for all project types with the exception of zoning referrals from the District of Columbia, which are referred to NCPC by the District of Columbia Zoning Commission.

**Building, Site, and Park Projects:**

Chapter 2 discusses the submission process for building, site and park projects. These are the most common types of projects submitted to NCPC for review. They include:

- **Building and Site Improvements:** These projects include 1) building construction or renovation, with or without site improvements, 2) site improvements such as grading, landscaping, and street and road construction or improvements, and 3) perimeter security.
- **Parks and Open Space Acquisition/Disposition/Improvements:** These are projects to acquire, dispose, develop, or improve parks and open spaces. Examples of parks and open space include natural areas, parks, trails, greenbelts and greenways, community gardens, and cemeteries, schoolyards, playgrounds, public seating areas, public plazas, and vacant lots. This also includes Capper-Cramton projects which are projects on park land purchased through the Capper-Cramton Act.[1]
- **Site Acquisition**: These projects are commitments for the acquisition of land paid for fully or in part with federal or District funds (regardless of development) in the National Capital Region (NCR).[2]

**Other Projects:**

NCPC has separate submission requirements for master plans, commemorative works, antennas, transfers of jurisdictions, foreign missions, and projects requiring referral for intergovernmental review and comment. Refer to the cited chapters for additional details of what is required for these submissions:

- **Master Plans (Chapter 3)**: NCPC requires master plans for campus developments or military installations with more than one principal building. Approved master plans are required prior to the development of individual building and site projects. The Planning Act requires that NCPC use master plans as a guide for reviewing development on campuses/institutions. New and major modifications to master plans are subject to intergovernmental referral, meaning they are transmitted to local and state government agencies for input (see the Intergovernmental Referral Resource guide on NCPC's website). Master plans generally follow the same stages of review as other projects discussed in these guidelines. However, the information required for master plans is different from what is required for specific projects due to the scope and long-term nature of master planning. Therefore, NCPC has developed separate submission guidelines specifically for master plans.

- **Commemorative Works (Chapter 4)**: These projects extend to any statue, monument, sculpture, memorial, plaque, inscription, or other structure or landscape feature, including a garden or memorial grove, designed to perpetuate in a temporary or permanent manner the memory of an individual, group, event, or other significant element of American history. The Commemorative Work is constructed on lands and properties administered by the National Park Service and the General Services Administration in the District of Columbia and the Environs. The term does not include any such item which is located within the interior of a structure or a structure which is primarily used for other purposes.[3]

- **Antennas (Chapter 5)**: These projects include 1) antennas and antenna support structures (such as towers, monopoles, and equipment shelters), whether federally owned or leased, on federal property; 2) antennas moved or relocated to another location on a federal facility; and 3) any change to a previously approved antenna that affects the public health or welfare, the skyline or scenic character of the nation's capital, or is contrary to the intent of the Commission's guidelines on antennas (see Chapter 5).

- **Transfers of Jurisdiction (Chapter 6)**: These projects include transfers of jurisdiction of federally owned property within Washington, DC between federal agencies, federal agencies and the District government, and/or between District government agencies. Notwithstanding the transfer of jurisdiction, the land remains federally owned, and the transfer only affects the government entity with custody and control over the federal land.

- **Foreign Missions (Chapter 7)**: These projects include applications for foreign mission development or modifications to an existing foreign mission at the International Chancery Center or Foreign Mission Center.

## 1.2 Applicant Form and Project Report

Submissions for Commission review require a standard application form and a project report. The application form can be downloaded from NCPC's website. The application form collects information on applicants and projects. Project reports are required at the various submission stages and generally include a project narrative, studies, and exhibits (e.g. maps, renderings, studies, and/or figures) to provide more specific project information. Examples of effective project submissions are on NCPC's website.

**TIP**
A submission consists of a standard application form and a project report with supporting materials.

Before preparing a submission, applicants should review NCPC's Environmental and Historic Preservation Policies and Procedures (located on NCPC's website.). The applicable policies and procedures are outlined for each project type in subsequent chapters.

# Chapter 2. Building, Site, and Park Project Submission Guidelines

## 2.1 Introduction

Chapter 2 discusses the submission guidelines for building, site, and park projects. These encompass the types of projects most often submitted to NCPC for review. While there are several types of projects in this category, the submission process and guidelines are the same. The projects include:

- **Building and Site Improvements:** These projects include 1) building construction or renovation, with or without site improvements, 2) site improvements such as grading, landscaping, and street and road construction or improvements. 3) perimeter security.
- **Parks and Open Space Acquisition/Disposition/Improvements:** These are projects to acquire, dispose, develop, or improve parks and open spaces. Examples of parks and open space include natural areas, parks, trails, greenbelts and greenways, community gardens, and cemeteries, schoolyards, playgrounds, public seating areas, public plazas, and vacant lots. This also includes Capper-Cramton projects which are projects on park land purchased through the Capper-Cramton Act[4]. More information about NCPC's review of Capper Cramton projects can be found on NCPC's website.
- **Site Acquisition**: These projects are commitments for the acquisition of land paid for fully or in part with federal or District funds (regardless of development) in the National Capital Region (NCR).[5] Location and program submissions must precede commitments for the acquisition of land to be paid for in whole or in part from Federal or District funds.

## 2.2 Pre-Submission Briefing




*Figure 2: Building, Site, and Park Project Submission Stages: Pre-Submission Briefing*

Pre-Submission Briefings provide NCPC staff and the applicant an opportunity to informally discuss the proposed project, identify potential issues, and establish coordination for the planning/environmental/historic preservation review stages prior to Commission review.

During the Pre-Submission Briefing, NCPC staff and applicants should discuss the following:

- Determine if the project requires Commission review or if the project meets one of the exceptions discussed in Chapter 8.
- Determine which review stages are necessary.
- Address the level of security classification for the project.
- Identify unique or complex issues applicable to the project.
- Discuss whether the project involves confidential, or for official use only, information.
- Determine plans and policies applicable to the project.

- Establish a submission schedule.
- Identify if additional information is needed in the submission.
- Identify other agency reviews and approvals.
- Determine National Environmental Policy Act (NEPA)/National Historic Preservation Act (NHPA) Section 106 implications (if applicable).

Applicants should contact the Director of the Urban Design and Plan Review Division, or the assigned NCPC staff member, if known, by phone or email, to request a briefing. Contact information is available on [NCPC's website](#).

*Table 2: Pre-Submission Briefing Requirements for Building, Site, and Park Projects*

| Pre-Submission Briefing Requirements for Building, Site, and Park Projects | |
|---|---|
| **Required?** | Yes. At the discretion of NCPC staff, Pre-Submission Briefings may be conducted via phone or email for small and less complex projects. For particularly large, complex, or long-term projects, additional consultations may be necessary. |
| **Timing** | Briefings occur early in project development (e.g., 0-15 percent design development[6]), prior to the initiation of NEPA/Section 106, substantial design, or location decisions. |
| **Submission Content** | Applicants are not required to submit any information to NCPC staff prior to Pre-Submission Briefings. However, applicants should be prepared to discuss the subject matter identified above. Any information that can be shared in advance will better prepare NCPC staff for the briefing. |

## 2.3 Concept Review




*Figure 3: NCPC Submission Stages - Concept Review*

**TIP**

Concept Review is required for:

- Commemorative works;
- Complex projects.

For all other projects and master plans, NCPC staff will work with applicants to determine if a Concept Review will be beneficial.

Concept Review enables the Commission to provide input into the range of project alternatives considered, and the general consistency of the alternatives with NCPC policies (e.g., the general location, type of development, land use, etc.). This stage of review is important to identify potential issues as early in the project development process as feasible and prior to the expenditure of substantial funds for more detailed project design.

Concept Review is required for commemorative works, and complex projects. For all other projects, NCPC staff reserves the right to require Concept Review. NCPC staff will require Concept Review for these types of complex planning and development projects:

- Project involving the acquisition of land;
- Projects where there are concerns related to the potential suitability of a proposed site;
- Projects where several alternatives are under consideration;

- Projects expected to have significant historic resource or environmental impacts;
- Projects that are expected to have substantial offsite effects;
- Projects affecting multiple jurisdictions; and
- Projects where community concern or controversy is anticipated.

Any applicant may also request Concept Review to solicit the Commission's input or other stakeholder input prior to preparation of the Preliminary Review submission. Concept Review includes a staff presentation of the project to the Commission and an opportunity for the Commission to provide comments to the applicant. During Concept Review, the Commission generally focuses their review on the following:

- Is the plan or project consistent with the Comprehensive Plan's Federal Elements and other NCPC policies and plans?
- Is the plan or project appropriate for the site, given the site's context?
- If more than one alternative is under consideration, are there meaningful differences (or preferences) from NCPC's perspective?
- Are there particularly unique and/or complex issues?
- Are there relevant stakeholders that should be involved?

## 2.4 Submission Content for Concept Reviews

The table provided below is a complete summary of the submission content required during Concept Review.

*Table 3: Concept Review Requirements for Building, Site, and Park Projects*

| Concept Review Requirements for Site, Building, and Park Projects | |
|---|---|
| **Required?** | Concept review is required for complex projects. NCPC staff will discuss whether Concept review is required at the Pre-Submission Briefing. |
| **Timing** | Concept Review occurs at the early stages of environmental review and public coordination for the project (e.g., 10-25 percent design development). |
| **Application Form** | The application form is required. |
| **NEPA** | At Concept Review the NEPA Public Scoping process shall have been initiated by the Federal Agency applicant or NCPC for a Non-federal Agency applicant. Alternatively, if the Federal Agency applicant or NCPC is contemplating the use of a CATEX, the initiation of the Public Scoping Process may be deferred until the final decision on use of a CATEX is made. |
| **NHPA Section 106** | If the applicant has a Section 106 responsibility, the applicant should have initiated the Section 106 consultation process. No other Section 106 documents are due at this time. If only NCPC has a Section 106 responsibility, NCPC will work with the applicant to initiate the consultation process. |
| **Project Report (content listed below)** | Required. If the information below is not available, please describe why and whether it is forthcoming.<br><br>Note: All documents should be accessible and adhere to Section 508 of the Rehabilitation Act of 1973, as amended in 1998 (29 U.S.C. § 794 (d)). |

*Table 4: Project Report Content for Building, Site, and Park Projects*

| Project Report Content for Building, Site, and Park Projects | |
|---|---|
| **Project Overview** | |
| **Description of Agency/Mission** | Describe the agency, its mission, and existing employment numbers. |
| **Description of Project Area** | Describe the project area (including surrounding areas) and existing site conditions, including sensitive environmental resources onsite (e.g., natural habitat areas, wetlands, trees, etc.). |
| **Description of the Proposed Development and Development Alternatives** | Describe what is proposed for the project site including the total area of the site to be developed (if applicable) and allocation of land to proposed uses. Describe what other alternatives have or are being considered for the project. |
| **Master Plan Alignment** | If the project is part of a master plan, describe any discrepancies between the master plan and what is currently proposed. |
| **Site Acquisition Information** | If the submission is for review of a site acquisition project, provide information regarding the location under consideration (i.e. transit accessibility, proximity to federal agencies and amenities, etc.) and the proposed program for the site. |
| **Schedule** | Provide a schedule for project construction and occupancy (if applicable). |
| **Project Cost Estimate** | Provide a total estimated cost of the project and its funding status. |
| **Outreach and Coordination** | |
| **Public Engagement** | Describe the project's public outreach component and whether any community or local coordination has been initiated. This should include a summary of community views, if available. |
| **Coordination with Federal, State, and Local Jurisdictions** | Provide the status of coordination with affected federal agencies and state and local governments. If known, describe what coordination with federal, state, and local jurisdictions will be required or conducted voluntarily. |
| **Project Information and Drawings** | |
| **Site Plan** | Provide schematic site plans to depict the relationships of proposed improvements and existing site features. Site plans should include the following information:<br>▪ Site boundaries, including dimensions; and<br>▪ Existing and proposed topography of the site (preferably at 1–2-foot contour intervals). |

| Project Report Content for Building, Site, and Park Projects | |
|---|---|
| | ▪ Existing man-made features to remain and all proposed buildings, structures, and related improvements on and immediately adjacent to the site, including, but not limited to access ways, driveways. |
| **Transportation and Circulation** | Analysis of existing and proposed transportation and circulation systems, as well as parking supply and needs. |
| **Photographs** | Provide photographs and aerial imagery of proposed project site and impacted project areas. |
| **Environmental and Historical Considerations (may be cross-referenced with any NEPA/NHPA documentation)** | |
| **Historic Preservation** | Identify whether any historic resources are located within the project area or could be affected by the project. If known resources are present, describe the project's approach to addressing the resource (e.g., avoidance, rehabilitation, preservation, restoration, or demolition). |
| **Natural Resources** | Describe the project's anticipated effect on natural resources that could be present in the project area such as wetlands and waters, endangered and threatened species, unique or critical habitat, trees, migratory birds, etc. |
| **Flooding** | Describe any existing and future flood risks and identify floodplains.<br><br>If available:<br><br>▪ Describe if the project is a critical action and how the proposed action will generally (in terms of flooding) affect, or be affected by, neighboring properties. Describe how the proposed design will minimize flood risk to the proposed action and the operations it supports. Describe how the proposed design will minimize impacts to the floodplain.<br><br>If the project involves site selection:<br><br>▪ Describe the site selection process and the role that floodplain risk management played in decision-making. If sites outside the floodplain were not considered, or a site outside the floodplain was considered and rejected, please explain why.<br><br>If the project involves investment in existing facilities:<br><br>▪ Describe if the applicant considered relocation of existing functions Does the proposed design make the existing facility and its operations more resilient to flood impacts, and if so, describe how. |
| **Stormwater Management** | Include a description of existing characteristics of the site and unique features or conditions that would affect stormwater management. Describe the conceptual approach to managing stormwater on the project site. Identify which federal, state, and local regulations and guidance will be applied to the project and which jurisdiction will approve the stormwater management plan and erosion and sediment control plan. |

## 2.5 Preliminary Review




*Figure 4: Building, Site, and Park Project Submission Stages: Preliminary Review*

At Preliminary Review, the Commission will take an approval action on the submission and may provide comments, requests, or recommendations that the applicant should address for the Commission's Final Review.

Preliminary Review is required for all projects and generally is the most extensive review stage. It is the best opportunity for the Commission to provide feedback on a project developed to a reasonable degree of certainty (25-35 percent design development), but prior to the point where project decisions or direction are permanently set. During Preliminary Review, the Commission focuses their review on questions and issues such as:

**TIP**
NCPC's Preliminary Review aligns most closely with the U.S. Commission of Fine Arts' Concept Review.

- Is the proposed project consistent with the Comprehensive Plan's Federal Elements and other Commission plans including elements of massing, placement, parking, building height, and site design?
- Is the plan or project appropriate for the site, given the site context? Does it preserve natural areas?
- How do the site's various elements relate to one another?
- What are the streetscape and/or landscape strategies?
- Does the proposed design address flooding and/or stormwater concerns?
- Does the project address sustainability goals and objectives?
- If the project is an open space plan, what is the planned programming (passive, active, natural)? Is the project linked to larger open space networks?
- How will the project affect views/viewsheds?
- How will site access, circulation, and linkages be achieved? Does the project support alternative modes of transportation?
- What is the parking strategy and what parking ratio is proposed?
- What is the architectural strategy (fenestration, materials, transparency)?
- If more than one alternative is under consideration, what is the applicant's preferred alternative?
- Who are the relevant stakeholders for the project and what are their interests?

## 2.6 Intergovernmental Referrals

Certain projects submitted to NCPC for review will also be transmitted by NCPC to other local and state government agencies for input. Projects that are referred for intergovernmental review include:

1) Master plans (new plans and major modifications)

2) U.S. Postal Service projects in the NCR

3) Any projects on installations/campuses that are not included within the most current master plan approved by NCPC.

Projects on installations/campuses where there is no approved master plan require an intergovernmental review and extended review time of 30–60 days. Master plans require and extended review time of 90 days. See the Intergovernmental Referral Resource Guide on NCPC's website for more information.

## 2.7 Submission Content for Preliminary Reviews

*Table 5: Preliminary Review Requirements for Building, Site, and Park Projects*

| Preliminary Review Requirements for Building, Site, and Park Projects | |
|---|---|
| **Required?** | Preliminary Review is required for all projects. NCPC staff may decide to combine Preliminary and Final Review for less complex projects. |
| **Timing** | Preliminary review occurs after tentative design decisions have been made but well before detailed design work begins (e.g., 25-35 percent design development). Preliminary Review should be completed prior to the issuance of design build contracts. |
| **Application Form** | The application form is required. |
| **NEPA** | If the applicant has a NEPA responsibility, submit the draft NEPA document (Environmental Assessment (EA)/Environmental Impact Statement (EIS)) or the selection of a Categorical Exclusion (CATEX) applicable to the project (if not already selected during Concept Review). If only NCPC has a NEPA responsibility, NCPC will work with the applicant to develop this information. |
| **NHPA Section 106** | If the applicant has a Section 106 responsibility, include the Assessment of Effects for the Section 106 if relevant or documentation of the consultation process. If only NCPC has a Section 106 responsibility, NCPC will work with the applicant to develop this information. |
| **Transportation Management Plan** | A Transportation Management Plan (TMP) will be required for any project anticipated to have transportation implications, including those resulting from a change in use, increase in federal employees or visitors travelling to a workplace or other destination, increase in parking, or physical alterations or improvements that cause circulation impacts. If a TMP is required, a draft is due at Preliminary Review. Refer to the addendum of the Comprehensive Plan's Transportation Element for more information. |
| **Project Report (content listed below)** | Required. If the information below is not available, please describe why and whether it is forthcoming.<br><br>Note: All documents should be accessible and adhere to Section 508 of the Rehabilitation Act of 1973, as amended in 1998 (29 U.S.C. § 794 (d)). |

*Table 6: Project Report Content for Preliminary Review of Building, Site, and Park Projects*

| Project Report Content for Preliminary Review of Building, Site, and Park Projects | |
|---|---|
| **Project Overview** | |
| **NCPC Plans and Policies** | Describe the proposed project and provide a general summary of compliance with NCPC plans and policies. Staff can provide relevant plans and policies to the applicant. |
| **Description of Project Area** | Describe the project area (including surrounding areas) and existing site conditions, including sensitive environmental resources onsite (e.g., natural habitat areas, wetlands, trees, etc.). |
| **Description of the Proposed Development and Alternatives** | Describe what is proposed for the project site including the total area of the site to be developed (if applicable) and allocation of land to proposed uses. Describe what other alternatives have or are being considered for the project. |
| **Master Plan Alignment** | If the project is part of a master plan, describe any discrepancies between the master plan and what is currently proposed. |
| **Schedule** | Provide a schedule for project construction and occupancy (if applicable). |
| **Proposed Schedule / Project Cost Estimate** | Provide a total estimated cost of the project and its funding status. |
| **Outreach and Coordination** | |
| **Public Engagement** | Describe community and local coordination conducted for the project, what concerns, or issues were raised, and future plans for ongoing coordination. |
| **Coordination with Federal, State, and Local Jurisdictions** | Provide the status of coordination with affected federal agencies and state and local governments. Identify concerns or issues that were raised and future plans for ongoing coordination. |
| **Detailed Project Information and Drawings** | |
| **Description of Buildings (if applicable)** | Describe existing and proposed buildings including mass, height, and bulk. |
| **Site Plan** | Provide a site plan that shows the relationship of proposed improvements to existing site features. The site plan should include:<br>▪ Site boundaries, including dimensions<br>▪ Buildings to remain and be demolished<br>▪ Roadways entrances, and parking areas<br>▪ Major utilities<br>▪ Walkways<br>▪ Fences<br>▪ Walls and other man-made improvements<br>▪ Substantial groupings of trees and shrubs |

| Project Report Content for Preliminary Review of Building, Site, and Park Projects | |
|---|---|
| **Vicinity Map** | ▪ Show the project in its surrounding context. The vicinity map should contain:<br>▪ Boundaries of proposed site, existing uses, building outlines, streets, and other physical features, both within the site and in the surrounding area extending at least 500 feet in all directions.<br>▪ Existing zoning on non-federal lands surrounding the site and related master plans or proposals for the area if applicable. |
| **Architectural and Design Program (if applicable)** | Describe the site's existing architectural and design characteristics and the proposed architectural and design program and features proposed, including a description of the signage proposed. The architectural program should be a general summary of major uses and allocation of space. Provide images or drawings, if available. |
| **Existing Tree Survey and Inventory** | Provide a survey plan prepared by an Arborist of existing trees located on and within 15 feet of the project site. The survey should document the location, size, species, critical root zone, and the species and condition ratings of individual trees and identify areas where natural regrowth is present. The survey and inventory should analyze existing and proposed grade changes and include notations indicating the likelihood of the tree's ability to survive construction activity.<br><br>Provide a Forest Stand Delineation (FSD) plan prepared by an Arborist or Forester for forests and stands of trees located on and within 15 feet of the project site. A FSD plan identifies existing forest cover and environmental features on a proposed development site. The FSD plan includes an accurate depiction of the forest species, composition, age, condition, location, acreage, and areas of natural regrowth that exist on a property. |
| **Tree Preservation and Replacement Plan** | Identify trees to be preserved and trees to be removed on the plan. Describe the tree preservation and replacement plan for the proposed project. The description should include the following:<br>• If the project is part of a master plan, describe how the project supports and is consistent with the master plan's tree preservation and protection plan. Explain and justify any deviations from the approved master plan.<br>• Identification of preservation areas and areas for replanting.<br>• Description of methods to protect trees, the approach to replace trees that are removed, and any deviations from the policies set forth in Section G of the Comprehensive Plan's Federal Environment Element. |
| **Landscape and Streetscape Plan (if applicable)** | Describe the existing site landscaping and streetscape and the improvements proposed, including landscaping, perimeter security features, lighting, and signage and discussion of how the proposed improvements will relate to the adjacent public areas (e.g., streets). Provide images or drawings if available. |
| **Transportation and Circulation** | Describe the transportation and circulation plan for the proposed site. The description should include the following:<br>▪ Analysis of existing and proposed transportation access to the site (including roads, transit, bicycle, and pedestrian), including expected |

| Project Report Content for Preliminary Review of Building, Site, and Park Projects | |
|---|---|
| | changes in volumes and impact those changes are likely to have on existing infrastructure and mode share.<br>▪ If the project is part of a master plan, describe how the project supports and is consistent with the master plan's transportation and circulation elements. Explain and justify any deviations from the approved master plan.<br>▪ Describe planned onsite circulation improvements (walkways, access corridors).<br>▪ Describe approach or strategies to encourage transit use and alternative modes of transportation to access the site.<br>▪ Describe the parking ratios proposed for the project. Explain any inconsistencies between the ratios proposed, and 1) the approved master plan (if applicable) and 2) the requirement set forth in Section D of the Comprehensive Plan's Transportation Element.<br>▪ If a deviation is sought from Comprehensive Plan's parking policies, the applicant should provide a narrative that explains how the project meets one or more of the criteria described in Table 7, including data and analysis as applicable, along with a discussion of why the project cannot implement strategies to adequately reduce transportation demand. |
| **Perimeter Security** | If applicable, discuss the perimeter security requirements of the proposed project, justification for the proposed security, and any improvements that will be necessary. Discuss any impacts the security infrastructure may have on the public realm (sidewalks, streets, landscaping, access/circulation for all modes). Include the security requirements on the site plan and show diagrams/illustrations as necessary. |
| **Photographs** | Photographs and aerial imagery of proposed project site and impacted project areas. |
| **Environmental and Historical Considerations (may be cross-referenced with any NEPA/NHPA documentation)** | |
| **Historic Preservation** | Identify the Area of Potential Effect (APE), historic resources within the APE, and any potential impacts. If known resources are present, describe the project's approach to addressing the resource (e.g., avoidance, rehabilitation, preservation, restoration, or demolition). |
| **Natural Resources** | Describe natural resources on or near the project area, and the project's anticipated effect on these natural resources such as wetlands and waters, endangered and threatened species, unique or critical habitat, trees, migratory birds, etc. |
| **Energy and Sustainability** | Describe how the project's design meets energy conservation and sustainability objectives. |
| **Public Realm and View Sheds (if applicable)** | In addition to the Landscape and Streetscape Plan, describe how the project would generally affect the public realm in the project area including a description of the addition or removal of trees; existing view sheds and how the project would affect views; and anticipated changes in light and shadow. |

| Project Report Content for Preliminary Review of Building, Site, and Park Projects | |
|---|---|
| **Flooding** | Describe if the project is a critical action and how the proposed action will generally (in terms of flooding) affect, or be affected by, neighboring properties. Describe how the proposed design will minimize flood risk to the proposed action and the operations it supports. Describe how the proposed design will minimize impacts to the floodplain.<br><br>Describe the applicant's floodplain management compliance achieved to date. Note: For federal applicants, this refers to compliance with NEPA and/or their own agency floodplain guidance. For other applicants, this refers to NCPC's NEPA requirements and floodplain guidance.<br><br>If the project involves site selection:<br><br>▪ Describe the site selection process, including an explanation of the factors used in decision-making. If sites outside the floodplain were not considered, or a site outside the floodplain was considered and rejected, please explain why.<br><br>If the project involves investment in existing facilities:<br><br>▪ Describe if the applicant considered relocation of existing functions. Does the proposed design make the existing facility and its operations more resilient to flood impacts, and if so, describe how. |
| **Stormwater Management (if applicable)** | Describe the overall stormwater management approach and indicate whether the physical features of the stormwater management approach are sufficiently sized and located so that the site plan doesn't change. Confirm coordination with the applicable permitting agency. |

*Table 7: Criteria for Deviations from Parking Policies*

| Criteria for Parking Deviations | |
|---|---|
| **If a project deviates from NCPC's parking policies, the applicant should provide a narrative that explains how the request meets one or more of the criteria outlined below, including data and analysis as applicable.** | |
| **Criterion 1** | Agency mission requires that a majority of employees commute when multimodal access is a challenge, such as times when transit is unavailable or bike/pedestrian travel is unsafe, work in overlapping shifts, or are not allowed to telework or use alternative work schedules. |
| **Criterion 2** | A lack of bicycle and pedestrian infrastructure makes access to the facility from transit stations a challenge, and local/regional plans do not anticipate area improvements to the bicycle/pedestrian network or an expansion of high-capacity transit access (i.e., BRT, LRT, rapid bus). |
| **Criterion 3** | The distance from the nearest major transit stop to core work areas exceeds a half mile measured by pedestrian infrastructure, or an approximately 10-minute walk. This should include any distance traveled across an installation or campus to worksites for employees. |

| Criteria for Parking Deviations | |
|---|---|
| **Criterion 4** | Commute times via public transportation versus personal vehicle are a hardship for a majority of the employees at a particular facility. For example, if the average one-way commute for most employees via public transportation exceeds 1.5 hours, but the average drive time is 30 minutes, a deviation may be considered. |

*Table 8: Criteria for Deviations from Tree Preservation and Replacement Policies*

| Criteria for Tree Preservation and Replacement Policy Deviations | |
|---|---|
| **If a project deviates from NCPC's tree preservation and replacement policies, the applicant should provide a narrative that explains how the request meets one or more of the criteria outlined below, including data and analysis as applicable.** | |
| **Criterion 1** | The project cannot provide the total quantity of replacement trees required and the balance of replacement tree(s) is offset with sustainable, low impact development (LID) practices on the project site or property. The LID practices proposed are in addition to those necessary for compliance with other regulations (e.g. stormwater regulations). These practices must provide equal environmental benefits to those of canopy trees such as stormwater capture and treatment, reduced urban heat island effect, air pollution mitigation, and/or carbon sequestration.<br><br>One or more of the following LID practices are proposed:<br><br>• Bioretention<br>• New plantings<br>• Tree preservation<br>• Vegetated walls<br>• Vegetated roofs<br>• Permeable paving<br>• Renewable energy<br>• Harvested stormwater irrigation<br>• Other practices not listed above must be approved by NCPC<br><br>Provide documentation with metrics that demonstrate how the LID practice(s) selected will equate to at least one of the benefit(s) that the remaining quantity of replacement trees would have provided annually. For purposes of calculating the environmental benefit(s) of the remaining trees, mature, large canopy tree species, in good condition must be used. Location and sun exposure factors should be consistent with project site conditions. |

| | |
|---|---|
| **Criterion 2** | The project is an ecological restoration or management project (e.g.; stream restoration, forest management) where tree removal is necessary to implement the restoration or management of a natural resource. A comprehensive re-vegetation plan, which may include natural regeneration, is included in the restoration project and the impacted or disturbed area is restored to an equal or improved ecological structure and function. A narrative that describes the ecological benefit provided and demonstrates that the functions are equal to, or greater than, the prior conditions is provided. |
| **Criterion 3** | The project is a restoration of a cultural landscape that requires removal of existing tree(s) and vegetation to return it to its original historic character, and the addition of new trees or LID practices on the site is not appropriate. The restoration plan includes trees and other vegetation in the appropriate places and quantities to serve the environmental and cultural landscape function of that site, such as forest canopy, floodplain, historic landscape, etc. |
| **Criterion 4** | The project is located in the Monumental Core and there is limited space available for planting or additional LID practices on the project site or on nearby sites within the agency's jurisdiction. The proposed plan maximizes tree preservation and planting and other vegetation to the extent practical, and installs larger caliper trees, in lieu of a higher quantity of small trees, where appropriate. |

## 2.8 Final Review Description




*Figure 5: Building, Site, and Park Project Submission Stages: Final Review*

The purpose of the Final Review is for the Commission to confirm the design details developed since Preliminary Review and understand how the applicants have responded to the Commission's previous comments. Final Review completes NCPC's review of a project.

> **TIP**
> Final Review approval expires after five years.

During Final Review, the Commission generally focuses their review on questions and issues like:

- Were the comments provided during Preliminary Review adequately addressed?
- What does the landscaping plan include?
- How has the applicant addressed applicable Stormwater Management Permit requirements?
- What are the streetscape, lighting, signage, and perimeter security design details?
- Does the site plan address the project's relationship to open spaces and adjacent uses?
- What is the site's final circulation and parking plan?

- Is the applicant confident that the site layout and design is not going to substantially change?

## 2.9 Commission Final Approvals

Applicants may not lawfully deviate from final plans approved by the Commission when the Commission has an approval authority.[7] Therefore, applicants are urged to resolve all outstanding planning and design issues with affected agencies and organizations prior to the submission for Final Review. Final Review approval expires after five years. If the applicant has not started construction during this time, they must resubmit the project. If substantial changes (see Chapter 8) must be made to approved final plans after the Commission has taken action, applicants are required to submit revised plans for Commission review and action.

## 2.10 Submission Content for Final Reviews

*Table 9: Final Review Requirements for Building, Site, and Park Projects*

| Final Review Requirements for Building, Site, and Park Projects | |
|---|---|
| **Required?** | Final Review is required for all projects. |
| **Timing** | Final Review occurs when the applicant has made all design decisions (including building and landscaping materials) and prior to advertisement and award of construction contracts (e.g., 50-70 percent design development). |
| **Application Form** | The application form is required. |
| **NEPA** | Provide a copy of the final NEPA documentation (Categorical Exclusion determination, Environmental Assessment or Environmental Impact Statement) and the related Finding of No Significant Impact or Record of Decision. Refer to NCPC's NEPA regulations for more information. Note: the MOA for Section 106 must be signed before a FONSI/ROD is issued.<br><br>If only NCPC has a NEPA requirement, NCPC will work with the applicant to complete the final NEPA documentation. |
| **NHPA** | If National Historic Preservation Act (NHPA) Section 106 consultation is required for the project, provide final executed documentation (e.g., Statement of Effects, Memorandum of Agreement or Programmatic Agreement). |
| **Transportation Management Plan** | A Transportation Management Plan (TMP) will be required for any project anticipated to have transportation implications, including those resulting from a change in use, increase in federal employees or visitors travelling to a workplace or other destination, increase in parking, or physical alterations or improvements that cause circulation impacts. If a TMP is required, a draft is due at Preliminary Review. Refer to the addendum of the Comprehensive Plan's Transportation Element for more information. |
| **Project Report (content listed below)** | Required. If the information below is not available, please explain why.<br><br>Note: All documents should be accessible and adhere to Section 508 of the Rehabilitation Act of 1973, as amended in 1998 (29 U.S.C. § 794 (d)). |

*Table 10: Project Report Content for Final Review of Building, Site, and Park Projects*

| Project Report Content for Final Review of Building, Site, and Park Projects | |
|---|---|
| **Project Overview** | |
| **NCPC Plans and Policies** | Describe the proposed project and provide a general summary of compliance with NCPC plans and policies. Staff can provide relevant plans and policies to the applicant. |

| Project Report Content for Final Review of Building, Site, and Park Projects | |
|---|---|
| **Description of Project Area** | Describe the project area (including surrounding areas) and existing site conditions, including sensitive environmental resources onsite (e.g., natural habitat areas, wetlands, trees, etc.). |
| **Description of the Proposed Development and Alternatives** | Describe what is proposed for the project site including the total area of the site to be developed (if applicable) and allocation of land to proposed uses. Describe what other alternatives were considered for the project. |
| **Master Plan Alignment** | If the project is part of a master plan, describe any discrepancies between the master plan and what is currently proposed. |
| **Schedule** | Provide a schedule for project construction and occupancy (if applicable). |
| **Proposed Schedule / Project Cost Estimate** | Provide a total estimated cost of the project and its funding status. |
| **Updates to Previous Submissions** | |
| **Updates** | Applicants should update the following items to capture changes and the development of more detailed information since the Concept and/or Preliminary Review and whether they were made in response to the Commission's comments:<br>▪ Project Description<br>▪ Employment<br>▪ Schedule and Cost Estimate<br>Transportation and Circulation, including TMP When Applicable<br>▪ Site Plan, Boundary Map and/or Vicinity Map<br>▪ Tree Preservation and Replacement Plan<br>▪ Building Description<br>▪ Viewsheds Description<br>▪ Lighting and Streetscape Plan<br>▪ Architectural and Design Program<br>▪ Photographs<br>▪ Energy and Sustainability<br>▪ Flooding |
| **Outreach and Coordination** | |
| **Public Engagement** | Provide an update on public engagement activities, including a summary of public comments received on the draft NEPA document (if applicable) and other comments or issues raised by the public since Preliminary Review. |
| **Coordination with Federal, State, and Local Jurisdictions** | Provide the current status of coordination with other federal, state, and local agencies and jurisdictions including a summary of received comments. Provide a high level schedule for additional permits and approvals. |
| **Detailed Project Information and Drawings** | |
| **Landscape and Grading Plan** | ▪ The landscape and grading plan must contain the following information: |

| Project Report Content for Final Review of Building, Site, and Park Projects | |
|---|---|
| | ▪ General locations of all existing-to-remain, existing-to-be-removed, and proposed tree shrubs, and other plant materials;<br>▪ A chart that demonstrates the required quantity or acreage of replacement trees and the quantity or acreage of trees proposed;<br>▪ General identification of proposed plant materials, and, at the final stage, a list of the genus, species, quantity, and size of proposed plant materials; and<br>▪ Depiction of the final site grading plan.<br><br>Although a separate landscape and grading plan is preferable, it may be combined with the site plan if proposals are clear and readable. If submitted as a separate plan, the landscape and grading plan must be at the same scale as the site plan. |
| **Forest Management Plan** | When reforestation or afforestation is required as a result of forest clearing, provide a forest management plan prepared by a licensed forester. The forest management plan must describe the initial planting procedures and the year-by-year maintenance procedures that will be implemented for a minimum of five years following the initial forest planting to ensure the forest's successful establishment, preservation, and longevity.<br><br>If the project is part of a master plan, the project should describe how it will comply with the master plan's forest management plan. |
| **Floor Plans** | Must be submitted for each floor of proposed buildings (a single drawing is sufficient for identical floors). Floor plans must contain the following information:<br><br>▪ Uses allocated to all interior space<br>▪ Interior partitions, stairs, and elevators<br>▪ Overall dimensions, including interior spaces<br>▪ Elevation of each floor level |
| **Elevation** | Elevation of all sides (facades) of proposed buildings or structures must indicate the following:<br><br>▪ Height, bulk, and massing of building or structure<br>▪ Pedestrian and vehicular entrances<br>▪ Fenestration<br>▪ Identification of materials<br>▪ Treatment of the roof and all related appurtenances, including features such as penthouses, ventilation shafts, chimneys, smoke stacks, antennas, and related screening. |
| **Cross Sections** | Cross sections of proposed buildings and one or more exterior wall sections showing the proposed installation of principal exterior materials. |
| **Roof Plans** | Proposed building roof plans must indicate the following:<br><br>▪ Roof design, including materials and finishes to be used<br>▪ Any mechanical equipment, solar arrays or other roof appurtenances in addition to proposed screening. |

| Project Report Content for Final Review of Building, Site, and Park Projects | |
|---|---|
| **Construction and Equipment Drawings** | For exterior building features, site work, and any other proposals requiring coordination with offsite facilities and activities. |
| **Environmental and Historical Considerations (may be cross-referenced with NEPA/NHPA documentation)** | |
| **Historic Preservation** | Provide any updates to the previously submitted information regarding historic resources within the Area of Potential Effect, and any potential impacts. Describe the project's approach to addressing the resource (e.g., avoidance, rehabilitation, preservation, restoration, or demolition). |
| **Natural Resources** | Describe natural resources on or near the project area, and the project's anticipated effect on these natural resources such as wetlands and waters, endangered and threatened species, unique or critical habitat, trees, migratory birds, etc. Describe the project's strategies for minimizing/avoiding impacts to these resources. |
| **Public Realm and View Sheds** | Based on a more developed project design, provide an updated description of the project's effect on the public realm in the project area, including:<br>▪ The addition or removal of trees<br>▪ Impacts on viewsheds<br>▪ Changes in light and shadow<br>▪ Addition of perimeter security features |
| **Flooding** | Describe any changes to previously provided information, changes to the action since the preliminary review and steps taken to address issues raised by the Commission.<br><br>Describe the applicant's floodplain management compliance achieved to date. Note: For federal applicants, this refers to compliance with NEPA and/or their own agency floodplain guidance. For other applicants this refers to NCPC's NEPA requirements and floodplain guidance. |
| **Stormwater Management (if applicable)** | Provide the following:<br>▪ A stormwater management narrative explaining how the master plan complies with all applicable federal (1.7" of rain per Section 438 of the Energy, Independence and Security Act), state, and local requirements (varied based on jurisdiction).<br>▪ General calculations including required and provided volume.<br>▪ Description/illustration of the reduction in impervious area.<br>▪ Description of low impact development strategies, including capacity and size. |

# Chapter 3. Master Plan Submission Guidelines

## 3.1 Introduction

A master plan is a comprehensive development proposal for federal installations or campuses on which more than one building, structure, or activity is located or is proposed to be located. Master plans consider mission needs and anticipate new or changing activities, workforce and visitor projections, and facility conditions, typically over a 20 year planning horizon. They consider complex planning issues related to accommodating future changes in urban design, perimeter security, landscape, visual and cultural resources, stormwater management, flood protection, transportation, and sustainability. NCPC, the sponsoring agency, and local planning departments use master plans to understand future building and site development projects and potential impacts on and off-site.

## 3.2 Overview of the Submission Process

Master plans should be regularly updated and reviewed[8] by the Commission before an agency designs and funds future development. A master plan should be a "living" document that helps guide a federal campus/installation's transition from its current condition into the future. It should address how the proposed plan will serve the agency mission, meet local and federal planning goals, address changes in number of employees, and protect the natural and built environment. Applicants should use the following guidance to ensure that a final master plan has been developed in a collaborative, effective manner with federal and local stakeholders. Unlike the submission guideline process for individual projects, there are typically only two stages for the review of master plans. These include Draft Review, and Final Review. In some cases, staff may suggest a Concept Review in addition to Draft and Final when a master plan is unusually complex or controversial.




*Figure 6: Master Plan Submission Stages*

There is also some flexibility with regard to submission requirements for master plans. NCPC's Executive Director may extend, modify, or waive a requirement pertaining to the scope and content of a master plan on sites when certain requirements cannot be met because of the unique characteristics or quality of the affected federal property. In this circumstance, the Executive Director shall provide notice to potentially affected public agencies and, if appropriate, provide opportunity for consultation.

## 3.3 Master Plan Updates and Amendments

Agencies are required to review master plans at least every five years to ensure they accurately reflect anticipated changes to the campus/installation. Applicant agencies should advise the Commission of the results of such reviews and provide the Commission a proposed schedule to update a master plan if the applicant has determined an update is necessary.

**TIP**
Applicants benefit by maintaining up-to-date, Commission-approved master plans since projects that are included in the master plans do not undergo referral to local/state agencies, which adds 60 days to a project's review process.

Up-to-date master plans which have fully completed NCPC's review process, provide several benefits to applicants:

- Serve as a valuable planning tool for applicants, NCPC, and state and local jurisdictions.
- Allow applicant agencies to forego the 60-day referral process to state and local agencies for individual projects prior to NCPC's regular 35-day review period;
- Result in favorable assessments of projects in NCPC's *Federal Capital Improvement Program*, which is used by the Office of Management and Budget to prepare the President's annual budget;
- Reduce the amount of information needed to review specific projects since the more contextual information is already included in the up-to-date master plan for the federal property.

The process outlined above may also apply to master plan modifications; however, a modification may only require an abbreviated process compared to a complete update of the master plan, depending on the nature of the change, scale, and its anticipated environmental impacts. The two factors that would likely warrant a modification include:

1. A major change in the character or intensity of an existing or proposed use on the campus.
2. A change within the campus that creates off-site impacts.

**2020 Update to the Federal Transportation Element**

On July 9, 2020 the Commission adopted the Transportation Element and policies, which include an update to the Federal parking ratios. This policy and supporting maps can be found in the Element on page 20.

Many installations in the L'Enfant city already meet the 2016 parking ratios and should therefore prepare a new Transportation Management Plan in accordance with the 2020 parking ratios at the time of their next master plan update.

The majority of installations in the region where the parking ratio is proposed to increase are working towards meeting their 2016 parking ratio per their Transportation Management Plan (TMP). At the next master plan update, such installations should build on their existing TMP and detail how the 2020 parking ratio goal can be met over additional time.

## 3.4 Master Plan Intergovernmental Referrals

NCPC refers all master plans for an intergovernmental review to affected local planning agencies and regional and state clearinghouses for review. This intergovernmental review process for master plans typically requires 90 days. Referrals generally occur at the draft review stage to obtain comments and feedback from state and local stakeholders. NCPC may notify interested stakeholders at other stages of review as necessary. If an affected stakeholder identifies an issue of concern, NCPC staff will engage all parties, including the applicant, to resolve the issue. See the Intergovernmental Referral Resource Guide on NCPC's website for more information.

## 3.5 Pre-Submission Briefing




*Figure 7: Master Plan Submission Stages: Pre-Submission Briefing*

Pre-Submission Briefings provide NCPC with information about the facility and any anticipated changes in development and activities. They also facilitate early identification of issues and concerns and establish coordination for later development stages. Briefings are informal and should be scheduled as early in the master planning process as possible. At this stage, NCPC staff will work with the applicant to determine whether an information presentation or concept review would be beneficial. The following topics are typically discussed at the briefing:

- The NCPC review process
- Agency mission and campus/installation mission
- Existing campus/installation conditions
- Planning constraints/opportunities
- Existing workforce/visitor characteristics
- Relevant agency policies/goals
- Future campus plans/projects
- Anticipated change in campus population
- Anticipated transportation, environmental, and historic preservation impacts
- Coordination with local jurisdictions

**TIP**

Although not required, planning staff from the local host jurisdiction should be consulted at an early phase of development, either separately or at the initial briefing with NCPC staff.

*Table 11: Pre-Submission Briefing Requirements for Master Plans*

| Pre-Submission Briefing Requirements for Master Plans | |
|---|---|
| **Required?** | A Pre-Submission Briefing is required for all Master Plans. |
| **Timing** | The Pre-Submission Briefing should occur before the draft master plan is developed when the applicant is considering the needs of the agency over the next 20 years; the anticipated growth of the campus/installation; and the location of different uses. |
| **Submission Content** | Applicants are not required to submit any information to NCPC staff prior to Pre-Submission Briefings. However, applicants should be prepared to discuss the topics identified above. Any information that can be shared in advance will better prepare NCPC staff for the briefing. |

## 3.6 Master Plan Concept Review




*Figure 8: NCPC Submission Stages - Concept Review*

Concept Review enables the Commission to provide input into the range of master plan alternatives considered, and the general consistency of the alternatives with NCPC policies (e.g., the general layout, type of development, land use, etc.). This stage of review is important to identify potential issues as early in the master planning process as feasible and prior to further development of the plan details.

This review stage is not mandatory, however NCPC staff will work with applicants early in the planning process to determine if a Concept Review may be helpful for certain master plans. For example, Concept Review may be recommended in these cases:

- Plans where the installation mission or program requirements may be complex and require additional description or explanation.
- Plans where there are concerns related to the potential suitability of proposed sites;
- Plans where several alternatives are under consideration;
- Plans expected to have significant historic resource or environmental impacts;
- Plans that are expected to have substantial offsite effects;
- Plans affecting multiple jurisdictions; and
- Plans where community concern or controversy is anticipated.

**TIP**

Examples of master plans where a Concept Review may be beneficial:

- Greenfield sites
- Sites without any master plan or a master plan that is significantly out of date
- Plans where multiple alternatives are under consideration and the applicant seeks Commission guidance

An applicant may also request Concept Review to solicit the Commission's input or other stakeholder input prior to preparation of the Draft Master Plan. Concept Review includes a staff presentation of the project to the Commission and an opportunity for the Commission to provide comments to the applicant. During Concept Review, the Commission generally focuses their review on the following:

- Are the master plan goals and objectives consistent with the Comprehensive Plan's Federal Elements and other NCPC policies and plans?
- If more than one alternative is under consideration, are there meaningful differences (or preferences) from NCPC's perspective?
- How is the master plan addressing historic preservation or environmental considerations?
- Are there particularly unique and/or complex issues?
- Are there relevant stakeholders that should be involved?

## 3.7 Submission Content for Master Plan Concept Reviews

The table provided below is a complete summary of the submission content required during Concept Review.

*Table 12: Submission Requirements for Concept Master Plans*

| Concept Master Plan Submission Requirements | |
|---|---|
| **Required?** | Concept Review is recommended for complex master plans. NCPC staff will discuss the appropriateness of Concept Review with the applicant at the pre-submission briefing. |
| **Timing** | Concept Review should occur early in the master planning process and prior to selection of a preferred alternative. If NEPA is being addressed during the master planning process, Concept Review would generally occur between Public Scoping and before the issuance of the draft EA or EIS. |
| **Application Form** | The Application Form is required. |
| **NEPA** | Not required. If NEPA is being addressed during the master planning process, the Public Scoping process should be initiated. |
| **NHPA Section 106** | Not required. If NHPA is being addressed during the master planning process, the Section 106 consultation process should be initiated. |
| **Transportation Management Plan** | Not required at this stage, however, applicants should begin considering how transportation will be addressed in the master plan. |
| **Concept Master Plan** | Concept Master Plan content should be provided per below.<br><br>Note: All documents should be accessible and adhere to Section 508 of the Rehabilitation Act of 1973, as amended in 1998 (29 U.S.C. § 794 (d)). |

*Table 13: Project Report for Concept Master Plans*

| Project Report for Concept Master Plan | |
|---|---|
| **Project Overview** | |
| **Description of Agency/Mission** | Describe the agency, its mission, and existing employment and parking amounts. |
| **Master Plan Goals and Objectives** | Provide an overview of the master plan goals and objectives. |
| **Description of Master Plan Area** | Describe the master plan area (including surrounding context) and existing site conditions, including sensitive environmental resources onsite (e.g., natural habitat areas, wetlands, forested areas, etc.). |
| **Description of the Proposed Program and Master Plan Alternatives** | Describe what is proposed for the master plan, including the program needs, employment changes over time, land uses, as well as parking amounts. Describe the alternatives that have been or are being considered for the project. |

| Project Report for Concept Master Plan | |
|---|---|
| **Implementation Schedule and Phasing** | Provide a general schedule for implementing the master plan as well as any phasing. |
| **Outreach and Coordination** | |
| **Public Engagement** | Describe the project's public outreach component and whether any community or local coordination has been initiated. This should include a summary of community views, if available. |
| **Coordination with Federal, State, and Local Jurisdictions** | Provide the status of coordination with affected federal agencies and state and local governments. If known, describe what coordination with federal, state, and local jurisdictions will be required or conducted voluntarily. |
| **Project Information and Drawings** | |
| **Regional Context** | Provide an overview of the surrounding area and the region in terms of local plans and requirements; land use and development; and natural features |
| **Campus and Facilities Overview** | Describe the campus/installation's mission, land uses, historic structures, and the different agencies/facilities that operate within the campus. This can be a combination of narrative, photos and drawings. |
| **Existing Conditions** | Describe existing conditions through plans and narrative, to include:<br>▪ Natural resources, including topography; ecological habitats; vegetation (including trees and forests); water features (wetlands, streams, floodplains); viewsheds; and historic landscapes (individual trees and forests)<br>▪ The existing transportation and circulation network, including the transit and road network; site access and circulation (bike, auto, pedestrian, shuttle within the campus); and existing parking<br>▪ Other existing infrastructure, including stormwater management, security and other critical systems |
| **Master Plan Alternatives** | Describe the master plan alternatives, if applicable. This should include plans and narrative for each; renderings or massing diagrams may be helpful in conveying the proposed master plan approach. |
| **Proposed Development/ Land Use Plan** | ▪ Illustrate/describe proposed development/redevelopment on the campus.<br>▪ Discuss the overall land use plan.<br>▪ Identify change in the agency's mission, uses, number of employees and visitors, and operations. |
| **Phasing and Implementation Plan** | Provide an overview of the phasing and implementation of projects within a 20-year timeframe. Master plans are typically divided into short-term (approximately five years) and long-term (20-plus years) components, with more probable, funded projects contained within the short-term component and more aspirational, unfunded projects in the long-term component. |

| Project Report for Concept Master Plan | |
|---|---|
| | |
| **Sustainability Approach** | ▪ Describe how energy conservation and sustainability objectives are incorporated into the plan and the design and construction of proposed projects. |
| | |
| **Environmental and Historical Considerations (may be cross-referenced with any NEPA/NHPA documentation)** | |
| **Historic Preservation** | Identify whether any historic resources are located within the project area or could be affected by the project. |
| **Natural Resources** | Describe natural resources that could be present in the project area such as wetlands and waters, endangered and threatened species, unique or critical habitat, trees, migratory birds, etc. |
| **Flooding** | Describe any existing and future flood risks and identify floodplains. |
| **Stormwater Management** | Include a description of existing characteristics of the site and unique features or conditions that would affect stormwater management. |

## 3.7 Draft Master Plan Review




*Figure 9: Master Plan Submission Stages: Draft Master Plan Review*

Draft Review offers the Commission the opportunity to critique and evaluate the plan in detail. This stage should also provide responses to Commission comments provided during the concept master plan review, if applicable. The Commission will provide comments and recommendations on the draft, intended to help guide the applicant agency in the development of the final plan. The applicant should develop general massing for future buildings and a general landscape plan from the "preferred" alternative to allow meaningful Commission comment. The submission should highlight how future development will attain federal and local goals, objectives, and policies, with metrics/performance measures, if possible. During Draft Review, the Commission will analyze the master plan based on the following questions:

**TIP**

Design and location decisions may be relatively finalized at this point as reflected in the "preferred" development scenario of the NEPA analysis.

- Are the master plan's assumptions valid?
- What is the land ownership; are there any acquisition, transfer, or disposition needs?
- What are the general program needs, proposed uses, and number of employees?
- What is the campus' general form and architecture?
- Are the scale, bulk, and height of buildings appropriate given the site and surrounding context?
- Is there a good understanding of site circulation, and linkages to the context?
- Are historic and environmental elements or issues informing the design?
- Are prominent views/viewsheds identified and addressed in the design?
- Have general stormwater/sustainability strategies been described?
- What is the transportation network and how does it link to the master plan?
- What is the parking strategy and proposed ratio?
- Does the proposed master plan create off-site impacts and are these mitigated?

## 3.8 Submission Content for Draft Master Plan Review

*Table 14: Draft Master Plan Submission Requirements*

| Draft Master Plan Submission Requirements | |
|---|---|
| **Required?** | Review of a draft master plan is required. |
| **Timing** | The applicant should submit the draft master plan approximately mid-way through the development process. This stage generally aligns with the issuance of the draft EA or EIS, if NEPA is being addressed during the master planning process. |
| **Application Form** | The Application Form is required. |
| **NEPA** | If applicable, a copy of the draft NEPA document (Environmental Assessment (EA)/Environmental Impact Statement (EIS)) should be included. |
| **NHPA Section 106** | If applicable. a copy of the Assessment of Effects for the Section 106 consultation process should be included. |
| **Transportation Management Plan** | A Transportation Management Plan (TMP) is required for all master plans and updates. A draft of the TMP is due for the draft master plan submission. Refer to the addendum of the Comprehensive Plan's Transportation Element for more information. |
| **Draft Master Plan** | A draft master plan is required. See content below.<br><br>Note: All documents should be accessible and adhere to Section 508 of the Rehabilitation Act of 1973, as amended in 1998 (29 U.S.C. § 794 (d)). |

*Table 15: Draft Master Plan Content*

| Draft Master Plan Content | |
|---|---|
| **Overview and Existing Conditions** | |
| **Executive Summary** | The Executive Summary includes the highlights of all chapters below. |
| **Introduction** | The introduction should include the following:<br>▪ A description of the project area (including surrounding areas)<br>▪ Background/campus history<br>▪ The intent and purpose for the master plan<br>▪ The applicant agency's policies that guide the plan's development of the Plan<br>▪ The planning process<br>▪ Related studies |
| **Goals and Objectives** | Describe the plan's goals and objectives, and agency performance measures. |
| **Master Plan Compliance** | Describe the plan's compliance with the *Comprehensive Plan for the National Capital*, relevant regulations, and Executive Orders. |
| **Regional Context** | Provide an overview of the surrounding area and the region in terms of:<br>▪ Local plans and requirements<br>▪ Land use and development |

| Draft Master Plan Content | |
|---|---|
| | ▪ Natural features<br>▪ Coordination |
| **Campus and Facilities Overview** | Describe the campus/installation's mission, land uses, historic structures, and the different agencies/facilities that operate within the campus. |
| **Existing Natural Resources** | Describe the campus' natural features:<br>▪ Topography<br>▪ Ecological habitats<br>▪ Vegetation (individual trees and forests)<br>▪ Hydrology/watersheds/floodplains/wetlands<br>▪ Views and landscape character<br>▪ Historic landscape |
| **Existing Campus Circulation** | Describe the existing campus circulation related to:<br>▪ Regional transportation infrastructure such as access to public. transportation, and the street and highway network.<br>▪ Site access and all circulation (bike, auto, pedestrian, shuttle) within the campus<br>▪ Existing parking<br>▪ Building connectivity, such as how existing buildings relate to the campus transportation network. |
| **Existing Utility Infrastructure** | Provide an overview of the existing utility infrastructure including the:<br>▪ Power system<br>▪ Stormwater system<br>▪ Security |
| **Outreach and Coordination** | |
| **Public Engagement** | Describe community and local coordination conducted for the master plan, what concerns, or issues were raised, and future plans for ongoing coordination. |
| **Coordination with Federal, State, and Local Jurisdictions** | Provide the status of coordination with affected federal agencies and state and local governments. Identify concerns or issues that were raised and future plans for ongoing coordination. |
| **Draft Master Plan Information and Drawings** | |
| **Master Plan Development** | Describe the alternative development concepts that were considered. |

| Draft Master Plan Content | |
|---|---|
| **Proposed Development/ Land Use Plan** | ▪ Illustrate/describe proposed development/redevelopment on the campus.<br>▪ Discuss the overall land use plan.<br>▪ Identify change in the agency's mission, uses, number of employees and visitors, and operations. |
| **Phasing and Implementation Plan** | Describe the phasing and implementation of projects within a 20-year timeframe. Master plans are typically divided into short-term (approximately five years) and long-term (20-plus years) components, with more probable, funded projects contained within the short-term component and more aspirational, unfunded projects in the long-term component. |
| **Design Guidelines** | Describe existing architectural and design characteristics of the site and the proposed architectural and design program, including a description of the signage proposed. The architectural program should be a general summary of major uses and allocation of space. Provide images or drawings if available. |
| **Tree Preservation and Replacement Plan** | Tree Preservation and Replacement Plans should generally include the following:<br>• Stated goals for tree preservation and replacement.<br>• Firm commitments to strategies that maximize tree preservation and replace trees that are removed.<br>• Identification of any known critical habitat areas or old growth forests.<br>• Identification of preservation areas and areas for replanting.<br>• Description of the trees to be removed. The description should include the general character, age, size, and species of trees anticipated for removal.<br>• Description of methods to replace trees that are removed (e.g.; afforestation, reforestation, individual tree replacement, etc.)<br><br>Note that deviations from NCPC's Tree Preservation and Replacement policies will not be considered at the master plan level and may be considered for individual projects. For more information, NCPC's Tree Preservation and Replacement Policy Resource Guide summarizes the Comprehensive Plan policies, provides key definitions, and additional resources. |
| **Streetscape and Landscape Plan** | ▪ Describe the existing site landscape and streetscape and the improvements proposed, including landscaping, perimeter security features, lighting, and signage.<br>▪ Discuss how the proposed improvements will relate to the adjacent public areas (e.g., streets) |
| **Parking and Circulation Plan** | ▪ Describe who uses the campus and at what time of day?<br>▪ Describe existing and proposed transportation access to the site (including roads, transit, shuttles, bicycle, and pedestrians).<br>▪ Include expected changes in volumes and the impact those changes are likely to have on existing infrastructure on and off-site.<br>▪ Describe planned onsite circulation improvements (e.g. walkways, access corridors). |

| Draft Master Plan Content | |
|---|---|
| | ▪ Describe approach or strategies to encourage transit use and alternative modes of transportation to access the site.<br>▪ Describe the parking ratios proposed for the plan. Explain any inconsistencies in the ratios proposed, and the requirement set forth in Section D of the Comprehensive Plan's Transportation Element. Deviations will not be allowed for the master plan but may be considered at the individual project level.<br><br>As a reminder, a Transportation Management Plan (TMP) is required for all master plans and updates. A draft of the TMP is due for the draft master plan submission. Refer to the addendum of the Comprehensive Plan's Transportation Element for more information. |
| **Sustainable Design Plan** | ▪ Describe how energy conservation and sustainability objectives are incorporated into the plan and the design and construction of proposed projects.<br>▪ Describe proposed strategies to reduce energy use, promote resource conservation and recycling and/or meet sustainability standards such as LEED.<br>▪ Describe energy conservation and sustainability plans and policies that apply to the project (e.g., EOs or applicant agency guidance and standards). |
| **Perimeter Security Plan** | Describe any proposed perimeter security infrastructure and its relationship to the public realm. |
| **Environmental and Historical Considerations (may be cross-referenced with any NEPA/NHPA documentation)** | |
| **Historic Preservation** | Identify the Area of Potential Effect (APE) and whether any historic resources are located within the APE and could be affected by the project. If known resources are present, describe the project's approach to addressing the resource (e.g., avoidance, rehabilitation, preservation, restoration, or demolition). |
| **Natural Resources** | Describe the project's anticipated effect on natural resources that could be present in the project area such as wetlands and waters, endangered and threatened species, unique or critical habitat or ecosystems, trees, old growth forests, migratory birds. |
| **Public Realm and View Sheds** | In addition to the Landscape and Streetscape Plan, describe how the project would generally affect the public realm in the project area, including:<br><br>▪ A description of the addition or removal of trees;<br>▪ Existing view sheds and how the project would affect views<br>▪ Anticipated changes in light and shadow. |
| **Flooding** | Describe any existing and future flood risks, identify floodplains within the master plan area, and explain campus/installation-wide actions taken to minimize flood risk to the campus/installation and the operations it supports. Describe the floodplain elevation used to determine developmental and environmental |

| Draft Master Plan Content | |
|---|---|
| | constraints for the master plan. Describe the role that floodplain risk management played in decision-making when selecting potential development sites.<br><br>Describe the applicant's floodplain management compliance achieved to date. Note: For federal applicants, this refers to compliance with NEPA and/or their own agency floodplain guidance. For other applicants this refers to NCPC's NEPA requirements and floodplain guidance. |
| **Stormwater Management Plan** | Provide a draft stormwater management plan explaining the overall stormwater management approach and indicate whether the physical features of the stormwater management approach are sufficiently sized and located so that the site plan does not change. Confirm coordination with the applicable permitting agency. |

**Transportation Management Plans (TMPs)**

Transportation Management Plans (TMPs) should generally incorporate the following:

- Stated goals for trip reduction, mode split, and vehicle occupancy.
- Firm commitments to strategies, and a timetable to minimize vehicle work trips and discourage single-occupant travel during peak and off-peak hours.
- Description of measures to monitor achievement goals and to adjust trip reduction strategies, as needed.
- Description of existing and projected peak hour traffic by mode and a summary of existing and proposed parking by type of assignment (official cars, vanpools, carpools, single occupant vehicles, handicapped persons, visitors, etc.).
- Evaluation of projected transportation impacts and description of proposed mitigation measures.
- Summary of the relationship of the TMP provisions to transportation management requirements of local, state and regional agencies, including provisions for working cooperatively with affected agencies to address those requirements.

For more information, the Transportation Element's Addendum details the requirements for Transportation Management Plans and Transportation Demand Management. The addendum discusses the purpose of TMPs, and their use by the Commission in the review of master plans and projects. Guidance on developing TMPs and a general outline of TMPs is provided. Typically, TMPs will include information on the existing transportation system, future conditions such as infrastructure improvements and workplace demographics, an implementation section with transportation demand management strategies, and a monitoring and evaluation process. The addendum also explains the role of TDM in meeting transportation goals and managing the impact of federal government operations on the region's transportation system.

## 3.9 Final Review




*Figure 10: Master Plan Submission Stages: Final Review*

The purpose of Final Review is for NCPC to review any changes based on previous Commission comments and any developments since the Draft Review. Following the Commission's final review, the master plan will be used as a planning tool as part of NCPC's review process for future projects. Typically, the Final Master Plan will include proposed building sites and development envelopes, along with design standards/policies, which will ensure that future development is coordinated in its design.

During Final Review, the Commission will analyze the Master Plan based on the following questions:

- Has the applicant addressed previous Commission comments?
- Are there any unresolved issues with the final plan?
- Are there any off-site impacts?
- What is the phasing of the Master Plan?
- Is the Transportation Management Plan complete?
- Are the Landscape/Stormwater Plans complete?

*Table 16: Final Master Plan Submission Requirements*

| Final Master Plan Submission Requirements | |
|---|---|
| **Required?** | Review of a final master plan is required. |
| **Timing** | The timing of the Final Review should coincide with the adoption of a NEPA document (Environmental Assessment (EA)/Environmental Impact Statement (EIS)) and the conclusion of the Section 106 consultation process, if NEPA is being addressed during the master planning process. |
| **Application Form** | The Application Form is required. |
| **NEPA** | If applicable, provide a copy of the final NEPA documentation (Categorical Exclusion determination, Environmental Assessment or Environmental Impact Statement) and the related Finding of No Significant Impact or Record of Decision. Refer to NCPC's NEPA regulations for more information. Note: the MOA for Section 106 must be signed before a FONSI/ROD is issued. |
| **NHPA Section 106** | If applicable, a copy of the final executed documentation (Statement of Effects or Memorandum of Agreement or Programmatic Agreement) for the Section 106 Process is required. |
| **Transportation Management Plan** | A Transportation Management Plan (TMP) is required for all master plans and updates. A final version of the TMP is due for the final master plan submission. Refer to the addendum of the Comprehensive Plan's Transportation Element for more information. |
| **Final Master Plan** | A final master plan is required. See content below.<br><br>Note: All documents should be accessible and adhere to Section 508 of the Rehabilitation Act of 1973, as amended in 1998 (29 U.S.C. § 794 (d)). |

*Table 17: Final Master Plan Content*

| Final Master Plan Content | |
|---|---|
| **Updates to the Previous Submission** | |
| **Updates** | Applicants should provide any updates to the following items and address how the Final Master Plan has addressed the Commission's earlier comments:<br>▪ Outreach and coordination<br>▪ Proposed development/land use plan<br>▪ Phasing and implementation<br>▪ Design Guidelines<br>▪ Tree Preservation and Replacement Plan<br>▪ Streetscape and landscape plan<br>▪ Sustainable design plan<br>▪ Perimeter security plan<br>▪ Transportation and circulation plan, including TMP |
| **Environmental and Historical Considerations (may be cross-referenced with NEPA/NHPA documentation)** | |

| Final Master Plan Content | |
|---|---|
| **Historic Preservation** | Provide any updates to the previously submitted information regarding historic resources within the Area of Potential Effect, and any potential impacts. Describe the project's approach to addressing the resource (e.g., avoidance, rehabilitation, preservation, restoration, or demolition). |
| **Natural Resources** | Describe natural resources on or near the project area, and the project's anticipated effect on these natural resources such as wetlands and waters, endangered and threatened species, unique or critical habitat or ecosystems, trees, old growth forests, migratory birds, etc. Describe the project's strategies for minimizing/avoiding impacts to these resources. |
| **Tree Preservation and Replacement Plan** | Refine the Tree Preservation and Replacement Plan based on a more developed master plan. Provide any updated information requested with the draft master plan and describe any changes to the previously provided information. |
| **Forest Management Plan** | When reforestation or afforestation is required as a result of forest clearing, provide a forest management plan prepared by a licensed forester. The forest management plan must describe the initial planting procedures and the year-by-year maintenance procedures that will be implemented for a minimum of five years following the initial forest planting to ensure the forest's successful establishment, preservation, and longevity. |
| **Public Realm and View Sheds** | Based on a more developed master plan, provide an updated description of the project's effect on the public realm in the project area, including:<br>▪ The addition or removal of trees<br>▪ Impacts on viewsheds<br>▪ Changes in light and shadow<br>▪ Addition of perimeter security features and antennas |
| **Flooding** | Describe any changes to previously provided information, changes to the action since the preliminary review and steps taken to address issues raised by the Commission.<br><br>Describe the applicant's floodplain management compliance achieved to date. Note: For federal applicants, this refers to compliance with NEPA and/or their own agency floodplain guidance. For other applicants this refers to NCPC's NEPA requirements and floodplain guidance. |
| **Stormwater Management Plan** | Provide the following:<br>▪ A stormwater management narrative explaining how the master plan complies with all applicable federal (1.7" of rain per Section 438 of the Energy, Independence and Security Act), state, and local requirements (varied based on jurisdiction).<br>▪ General calculations including required and provided volume.<br>▪ Description/illustration of the reduction in impervious area.<br>▪ Description of low impact development strategies, including capacity and size. |

## 3.10 Post-Review: Transportation Management Plan Monitoring

The 2020 Transportation Element introduces an additional element following the final review and approval of a Transportation Management Plan. As individual agencies evaluate projected transportation impacts and mitigation measures, NCPC requests this information to be provided on a biennial basis. NCPC Staff will conduct external outreach and will request applicant agencies to complete a short series of questions, providing a status update on mode split and select transportation demand management strategies. A short question form will be completed through the online Submission Portal and sent to NCPC. This regular reporting assists NCPC in the review of master plan and TMP updates, as well as determining TDM strategy trends. This information is further detailed in the Transportation Element Addendum.

# Chapter 4. Commemorative Works Submission Guidelines

## 4.1 Introduction

The Commemorative Works Act (CWA) of 1986 (40 U.S.C. §§8901 et seq.) governs the process for establishing commemorative works on National Park Service (NPS) and General Service Administration (GSA) lands in Washington, DC and the environs. There are more than 113 commemorative works on federal land in the National Capital Region (NCR), representing a number of themes, from military events to presidents. Congress authorizes each new work subject by separate law, usually in response to a request by a committed citizens group organized to honor an event or individual. The law authorizes the group to become the memorial sponsor and establish the memorial. Only Congress—not federal agencies—authorizes new commemorative works on NPS and GSA land.

The CWA assigns responsibility for approving and coordinating design, issuing construction permits, and conducting long-term maintenance to the Secretary of the Interior or the Administrator of General Services, and review and approval roles to NCPC, the National Capital Memorial Advisory Commission (NCMAC), and the U.S. Commission of Fine Arts (CFA). In general, NCPC's review focusses on site planning and development implications whereas CFA's review focusses on the aesthetic and design aspects of the commemorative work. When a memorial is proposed for federal land outside of the CWA process, such as the U.S. Air Force Memorial or the National 911 Pentagon Memorial, it follows the same review process for Building, Site, and Park Projects discussed in Chapter 2.

## 4.2 Overview of NCPC's Submission Process

While the larger review process for commemorative works involves NCMAC and CFA, the purpose of these guidelines is to describe NCPC's review process and the related submission guidelines. The submission guidelines for commemorative works share similarities with the guidelines for a typical project review; however, the overall process differs in that there are two main decision points: site selection and site design. NCPC is responsible for reviewing both. GSA or NPS will serve as the applicant depending on whether the commemorative work is on GSA or NPS land. NCPC's review process for commemorative works includes five steps:

1) Pre-Submission Briefing with staff
2) Concept Review of Site Selection
3) Concept Review of Commemorative Design
4) Preliminary Review of Site Selection and Commemorative Design
5) Final Review of Site Selection and Commemorative Design

## 4.3 Pre-Submission Briefing




*Figure 11: Commemorative Works Submission Stages: Pre-Submission Briefing*

The Pre-Submission Briefing provides NCPC staff, the commemoration sponsor, and GSA or NPS, with an opportunity to informally discuss the site options and initial program, and identify potential issues and concerns early in project development. The Pre-Submission Briefing is also an opportunity to discuss anticipated environmental and historic preservation requirements, coordination with the Commission, and the project report submissions. Pre-Submission Briefings are informal and are required for all projects. GSA or NPS should contact the Director of the Urban Design and Plan Review Division, or the assigned NCPC staff member, if known, by phone or email, to request a briefing. Contact information is available on NCPC's website. For particularly large and/or complex commemorative works projects, multiple briefings may be necessary.

During the Pre-Submission Briefing, NCPC staff, the commemoration sponsor, and NPS and/or GSA should discuss the following:

- Initial site options and program.
- Unique or complex issues applicable to the project.
- Plans and policies applicable to the project.
- Submission schedule.
- Standard submission materials and any additional information needed.
- NEPA/Section 106 processes.

*Table 18: Pre-Submission Briefing Requirements for Commemorative Works*

| Pre-Submission Briefing for Commemorative Works | |
|---|---|
| **Required?** | A Pre-Submission Briefing is required. |
| **Timing** | Briefings occur early in project development prior to site selection, design development, and the initiation of the National Environmental Policy Act (NEPA)/National Historic Preservation Act Section 106 (NHPA Section 106). |
| **Submission Content** | Applicants are not required to submit any information to NCPC staff prior to Pre-Submission Briefings. However, applicants should be prepared to discuss the subject matter identified above. Any information shared in advance will better prepare NCPC staff for the briefing. |

## 4.4 Concept Review of Site Selection




*Figure 12: Commemorative Works Submission Stages: Concept Review of Site Selection*

Concept Review enables the Commission to provide input into the range of proposed sites and potential design concepts and analyze the general consistency of the alternative sites with NCPC policies. During this stage of review is important to identify potential issues as early in the project development process as feasible and prior to the expenditure of substantial funds for more detailed project design. There are two concept reviews for memorial submissions.

The first Concept Review is for Site Selection. During this review the Commission will review the alternative sites and identify any major issues of concern (e.g. site suitability and any conflicts with plans and policies for the area). During Concept Review of Site Selection, the Commission focusses their review on questions such as:

- How do the alternative sites comply with the decision criteria outlined in the CWA?
- What are alternative site's existing features and natural conditions?
- What are the opportunities and challenges of a commemorative work at each site?
- What is the tentative program for the commemorative work?
- What are the surrounding land uses?
- What are the transportation options for each site?

The following table summarizes the type of information that is useful for Concept Review of Site Selection.

*Table 19: Concept Review of Site Selection Requirements for Commemorative Works*

| Concept Review of Site Selection Requirements for Commemorative Works | |
|---|---|
| **Required?** | Concept Review of Site Selection is required. |
| **Timing** | Concept Review of Site Selection occurs early in the environmental and historic preservation review, well before making substantive design and location decisions. |
| **Application Form** | The application form is required. |
| **NEPA** | GSA or NPS should have initiated the public scoping process (which is focused on site selection at this stage). |
| **NHPA Section 106** | GSA or NPS should have initiated the consultation process for Section 106. |
| **Project Report (content listed below)** | A project report (which will include a site selection analysis) is required. If the information below is not available, please describe why and whether it is forthcoming.<br>Note: All documents should be accessible and adhere to Section 508 of the Rehabilitation Act of 1973, as amended in 1998 (29 U.S.C. § 794 (d)). |

*Table 20: Project Report Content for Concept Review of Site Selection*

| Project Report Content for Concept Review of Site Selection | |
|---|---|
| **Project Overview** | |
| **Description of the Project** | Describe the tentative program for the commemorative work, the history of the project, the goals and objectives. |
| **Description of the Alternative Sites** | Provide a site selection analysis of multiple sites. Indicate the preferred alternative if one has been selected. For each site describe the overall context, location, opportunities and challenges, total area of the site to be impacted, and allocation of land to proposed uses/programming. |
| **Conformance** | Describe each site's conformance with the policies in the *Comprehensive Plan for the Nation's Capital* and the *Memorials and Museums Master Plan* located on NCPC's website. |
| **Schedule** | Provide a tentative schedule for NEPA, NHPA and the project design. |
| **Project Cost** | Provide a total estimated cost of the project and its funding status. |
| **Outreach and Coordination** | |
| **Public Engagement** | Describe the project's public outreach component and whether any community or local coordination has been initiated. |
| **Project Information and Drawings** | |
| **General Site Plan** | Provide a conceptual site plan for the alternative sites to depict the relationships of proposed improvements and existing site features. Site plans should include the following information:<br>▪ Approximate site boundaries;<br>▪ Existing man-made features to remain and related improvements immediately adjacent to each site, including, but not limited to access ways, driveways. |
| **Surrounding Context** | Describe the surrounding land uses, development, and the transportation network available for accessing the site. |
| **Photographs** | Provide photographs and aerial imagery of the alternative sites and impacted project areas. |
| **Environmental and Historical Considerations (may be cross-referenced with any NEPA/NHPA documentation if available)** | |
| **Historic Preservation** | Identify historic resources located within the project area for the alternatives, if known at this time. |
| **Natural Resources** | Identify natural resources the project area for the alternatives, if known at this time. |
| **Flooding** | Describe any existing and future flood risks and identify floodplains. Describe the site selection process and the role that floodplain risk management played in decision-making. If sites outside the floodplain were not considered, or a site outside the floodplain was considered and rejected, please explain why. |

## 4.5 Concept Review of Commemorative Design




*Figure 13: Commemorative Works Submission Stages: Concept Review of Commemorative Design*

The purpose of Concept Review of Commemorative Design is to ensure that the Commission understands the general design direction at any particular site before approving the preferred site. At this stage in the process, the memorial sponsor has narrowed its selection to one or more preferred sites and has developed at least one and preferably multiple design alternatives.

During Concept Review of Commemorative Design, the Commission focusses their review on questions and issues such as:

- How do the alternative designs comply with the decision criteria in the CWA?
- What are the individual elements of the proposed program?
- Which site better accommodates the proposed program?
- What are the opportunities and challenges of the proposed program at each site?
- Does the program need to change for each alternative to work?

The following table summarizes the type of information that is useful for Commission Review of Commemorative Design for the alternative sites.

*Table 21: Requirements for Concept Review of Site Selection*

| Requirements for Concept Review of Commemorative Design | |
|---|---|
| **Required?** | Concept review of Commemorative Design is required. |
| **Timing** | Concept Review of Commemorative Design occurs early in the environmental and historic preservation review, well before making substantive design and location decisions. |
| **Application Form** | The application form is required. |
| **NEPA** | GSA or NPS should have initiated the public scoping process (which is focused on commemorative design and the preferred site). |
| **NHPA Section 106** | GSA or NPS should have initiated the consultation process for Section 106. Submit the Area of Potential Effect (APE) if it is available. |
| **Project Report (content listed below)** | A project report is required. If the information below is not available, please describe why and whether it is forthcoming.<br><br>Note: All documents should be accessible and adhere to Section 508 of the Rehabilitation Act of 1973, as amended in 1998 (29 U.S.C. § 794 (d)). |
| **Additional Requirements** | In some instances, NCPC may require additional information/work such as models, durability testing, etc. |

*Table 22: Project Report Content for Concept Review of Commemorative Design*

| Project Report Content for Concept Review of Commemorative Design | |
|---|---|
| **Project Overview** | |
| **Description of the Project** | Describe the tentative program for the commemorative work, the history of the project, the goals, objectives, and proposed timeline. |
| **Description of the Alternative Sites** | Describe the alternative sites, including the total area of the site to be impacted and allocation of land to proposed uses/programming. |
| **Commemorative Work Program in Relation to Each Site** | Describe the commemorative work program in relation to each site and how the program/design may change depending on which site is selected. See Concept Design below. |
| **Schedule** | Provide a tentative schedule for NEPA, NHPA and the project design. |
| **Project Cost** | Provide a total estimated cost of the project and its funding status. |
| **Outreach and Coordination** | |
| **Public Engagement** | Describe the project's public outreach component and whether any community or local coordination has been initiated. |
| **Project Information and Drawings** | |
| **Concept Design** | Provide concept designs for the commemorative work site or sites. Staff and the applicant will discuss the number of designs required at the Pre-Submission Briefing. The designs should depict the relationships of proposed improvements and existing site features and include the following:<br>▪ Site boundaries and approximate dimensions<br>▪ Existing and proposed topography of each design alternative<br>▪ Proposed commemorative work program<br>▪ Additional information as requested by staff |
| **Surrounding Context** | Describe the surrounding land uses, development, and the site's transportation network. |
| **Photographs** | Provide photographs and aerial imagery of alternative sites and impacted project areas. |
| **Environmental and Historical Considerations (may be cross-referenced with any NEPA/NHPA documentation if available)** | |
| **Historic Preservation** | Identify historic resources located within the project area for the alternatives, if known at this time. |
| **Natural Resources** | Identify natural resources the project area for the alternatives, if known at this time. |
| | <u>If available:</u> |

| Project Report Content for Concept Review of Commemorative Design | |
|---|---|
| **Flooding** | Describe if the project is a critical action and how the proposed action will generally (in terms of flooding) affect, or be affected by, neighboring properties. Describe how the proposed design will minimize flood risk to the proposed action and the operations it supports. Describe how the proposed design will minimize impacts to the floodplain. Does the proposed design make the project and its operations more resilient to flood impacts, and if so, describe how. |

## 4.6 Preliminary Review of Site and Design Approval




*Figure 14: Commemorative Works Submission Stages: Preliminary Review of Site Selection and Commemorative Design*

The purpose of Preliminary Review of Site Selection and Commemorative Design is for the NCPC to review the commemorative works project for consistency with the CWA criteria and Commission plans and policies including elements of massing, placement, parking, building heights, and site design. The Commission reviews and approves Preliminary Review submissions and often provides comments, requests, or recommendations to be addressed in the Final Review and approval. At this stage the Commission gives preliminary approval of the preferred site and proposed design.

The Preliminary Review is required for all projects and generally is the most extensive stage of review because the Commission can provide feedback on a project that has been developed to a reasonable degree of certainty, but also prior to the point where project decisions or direction are set. During Preliminary Review, the Commission focuses their review on questions and issues such as:

- How does the preferred site and design meet the CWA criteria?
- What is the preferred site and how does the proposed program work within the site?
- Is the plan or project appropriate for the site, given the site context? What is the overall footprint (building height and bulk, site elements)?
- How do the site's various elements relate to one another, e.g., open spaces, buildings, and adjacent development?
- What is the landscape design strategy?
- Is the project consistent with the Comprehensive Plan's Federal Elements, the Memorials and Museums Master Plan, and other NCPC plans?
- Does the proposed design address flooding and/or stormwater concerns?
- How will the project affect views/viewsheds?
- Does the commemorative work include placemaking elements or strategies?
- How will visitors access the site? Does the site selection support alternative modes of transportation?
- How will site circulation and linkages be constructed?

The submission guidelines for Preliminary Review of Site Selection and Commemorative Design are listed below.

*Table 23: Requirements for Preliminary Review of Site Selection and Commemorative Design*

| Requirements for Preliminary Review of Site Selection and Commemorative Design | |
|---|---|
| **Required?** | Preliminary Review of Site Selection and Commemorative Design is required. |
| **Timing** | Preliminary Review occurs when a preferred site has been identified and after tentative design decisions have been made but well before detailed design work begins (e.g., 25-35 percent complete development). |
| **Application Form** | The application form is required. |
| **NEPA** | At the time of Preliminary Review, applicant agencies (or NCPC if acting as the lead agency) must have issued or published a draft NEPA document (EA/Draft EIS) and initiated the required public comment period. Provide the draft NEPA document (EA or Draft EIS) with the submission. |
| **NHPA** | The applicant agency (or NCPC if acting as the lead agency) also must have issued its Assessment of Effects for the National Historic Preservation Act Section 106 (Section 106) consultation process. Provide the Assessment of Effects with the submission. |
| **Project Report** | The project report is required. See content below.<br><br>Note: All documents should be accessible and adhere to Section 508 of the Rehabilitation Act of 1973, as amended in 1998 (29 U.S.C. § 794 (d)). |

*Table 24: Project Report Requirements for Preliminary Review of Site Selection and Commemorative Design*

| Project Report Content for Preliminary Review of Site Selection and Commemorative Design | |
|---|---|
| **Project Overview** | |
| **Project Area** | ▪ Describe the existing conditions and the project area (including surrounding area) of the preferred alternative.<br>▪ Describe how the project relates to the surrounding area/neighborhood. |
| **Proposed Program** | ▪ Describe the proposed program for the commemorative work, the history of the project, the goals and objectives.<br>▪ Discuss the design and scale of the commemorative work in the context of the project area.<br>▪ Describe the extent of the improvements for the commemorative work related to other proposed improvements for the site.<br>▪ Delineate the area for the commemorative work and the area for more general public use if applicable. |
| **Schedule** | Provide a tentative schedule for NEPA, NHPA and the project design. |

| Project Report Content for Preliminary Review of Site Selection and Commemorative Design | |
|---|---|
| **Proposed Schedule / Project Cost Estimate** | Provide a proposed schedule and total estimated cost of the project and funding status. |
| **Outreach and Coordination** | |
| **Public Engagement** | Describe the project's public outreach component and whether any community or local coordination has been initiated. This should include a summary of community views, if available. |
| **Detailed Project Information and Drawings** | |
| **Site Plan** | Provide a site plan that shows the relationship of proposed improvements to existing site features. The site plan should include:<br>▪ Site boundaries, including dimensions<br>▪ Buildings to remain and be demolished<br>▪ Proposed improvements part of the commemorative work<br>▪ The area for the commemorative work and the area for more general public space.<br>▪ Roadways entrances, and parking areas<br>▪ Major utilities<br>▪ Walkways<br>▪ Fences<br>▪ Walls and other man-made improvements<br>▪ Substantial groupings of trees and shrubs |
| **Vicinity Map** | Show the project in its surrounding context. The vicinity map should contain:<br>▪ Boundaries of proposed site, existing uses, building outlines, streets, and other physical features, both within the site and in the surrounding area extending at least 500 feet in all directions.<br>▪ Existing zoning on non-federal lands surrounding the site and related master plans or proposals for the area if applicable. |
| **Architectural and Design Program** | Describe the site's existing architectural and design characteristics and the proposed architectural and design program and features proposed. The architectural program should be a general summary of major uses and allocation of space. Provide images or drawings, if available. |
| **Landscape and Streetscape Plan** | Describe the existing site landscaping and streetscape and the improvements proposed, including landscaping, perimeter security features, lighting, and signage and discussion of how the proposed improvements will relate to the adjacent public areas (e.g., streets). Provide as much detail as is currently available and images, or drawings if available. |
| **Transportation and Circulation** | Describe the transportation and circulation plan for the proposed site. The description should include the following:<br>▪ Analysis of existing and proposed transportation access to the site (including roads, transit, bicycle, and pedestrian), including expected changes in volumes |

<table>
<tr><th colspan="2">Project Report Content for<br>Preliminary Review of Site Selection and Commemorative Design</th></tr>
<tr><td></td><td>and impact those changes are likely to have on existing infrastructure and mode share.<br>▪ Describe planned onsite circulation improvements (walkways, access corridors).<br>▪ Describe approach or strategies to encourage transit use and alternative modes of transportation to access the site.</td></tr>
<tr><td>Security</td><td>Discuss the security requirements of the commemorative work, justification, and any improvements that will be necessary. Discuss any impacts the security infrastructure may have on the public realm, sidewalks, etc. Include the security requirements on the site plan and show diagrams/illustrations as necessary.</td></tr>
<tr><td>Photographs</td><td>Provide photographs and aerial imagery of proposed project site.</td></tr>
<tr><td colspan="2">Environmental and Historical Considerations<br>(may be cross-referenced with any NEPA/NHPA documentation if available)</td></tr>
<tr><td>Historic Preservation</td><td>Identify the Area of Potential Effect (APE) and whether any historic resources are located within the APE and could be affected by the project. If known resources are present, describe the project's approach to addressing the resource (e.g., avoidance, rehabilitation, preservation, restoration, or demolition).</td></tr>
<tr><td>Natural Resources</td><td>Describe the project's anticipated effect on natural resources that could be present in the project area such as wetlands and waters, endangered and threatened species, unique or critical habitat, trees, migratory birds, etc.</td></tr>
<tr><td>Energy and Sustainability</td><td>Describe how the proposed project will be designed and constructed to meet energy conservation and sustainability objectives. Include a description of the proposed strategies to reduce energy use, promote resource conservation and recycling and/or meet sustainability standards such as LEED.</td></tr>
<tr><td>Public Realm and View Sheds</td><td>In addition to the Landscape and Streetscape Plan, describe how the project would generally affect the public realm in the project area including a description of the addition or removal of trees; existing view sheds and how the project would affect views; and anticipated changes in light and shadow.</td></tr>
<tr><td>Flooding</td><td>If any information has changed from previous review stages, provide an update.<br>▪ Describe if the project is a critical action and how the proposed action will generally (in terms of flooding) affect, or be affected by, neighboring properties. Describe how the proposed design will minimize flood risk to the proposed action and the operations it supports. Describe how the proposed design will minimize impacts to the floodplain.<br>▪ Describe the applicant's floodplain management compliance achieved to date.<br><u>If the project involves investment in existing facilities:</u><br>▪ Describe if the applicant considered relocation of existing functions. Does the proposed design make the existing facility and its operations more resilient to flood impacts, and if so, describe how.</td></tr>
</table>

| Project Report Content for<br>Preliminary Review of Site Selection and Commemorative Design | |
|---|---|
| **Stormwater Management** | Describe the overall stormwater management approach and indicate whether the physical features of the stormwater management approach are sufficiently sized and located so that the site plan doesn't change. Confirm coordination with the applicable permitting agency. |

## 4.7 Final Review of Site and Design




*Figure 15: Commemorative Works Submission Stages: Final Review of Site Selection and Commemorative Design*

The purpose of the Final Review is for the Commission to confirm the design details developed since Preliminary Review and understand how GSA or NPS have responded to comments at the Preliminary Review.

During Final Review, the Commission generally focuses their review on questions and issues such as:

- Does the final site selection and commemorative work design meet the CWA decision criteria?
- Has the applicant adequately addressed the Commission's previous comments?
- Does the commemorative work meet accessibility requirements?
- What pedestrian and bicycle amenities will be provided?
- What does the landscaping plan include?
- Has the applicant addressed applicable stormwater management requirements?
- What are the streetscape, lighting, signage, and security design details?
- Does the site plan address the project's relationship to open spaces and adjacent uses?
- What is the site's final circulation and parking plan?
- Is the applicant confident that the site layout and design is not going to substantially change?

*Table 25: Requirements for Final Review of Site Selection and Site Design*

| Requirements for Final Review of Site Selection and Commemorative Design | |
|---|---|
| **Required?** | Final Review is required. |

| Requirements for Final Review of Site Selection and Commemorative Design | |
|---|---|
| **Timing** | Final Review occurs when design decisions have been made (including building and landscaping materials) and prior to advertisement and award of construction contracts (e.g., 50-70 percent design development). |
| **NEPA** | Provide a copy of the final NEPA documentation (Categorical Exclusion determination, Environmental Assessment or Environmental Impact Statement) and the related Finding of No Significant Impact or Record of Decision. Refer to NCPC's NEPA regulations for more information. Note: the MOA for Section 106 must be signed before a FONSI/ROD is issued. |
| **NHPA** | Provide a copy of the final executed documentation (e.g. Statement of Effects, memorandum of Agreement or Programmatic Agreement). |
| **Application Form** | The application form is required. |
| **Project Report** | The project report is required. See the project report content below.<br><br>Note: All documents should be accessible and adhere to Section 508 of the Rehabilitation Act of 1973, as amended in 1998 (29 U.S.C. § 794 (d)). |

*Table 26: Project Report Requirements for Final Review of Site Selection and Site Design*

| Project Report Content for Final Review of Site Selection and Commemorative Design | |
|---|---|
| **Project Overview** | |
| **Project Area** | ▪ Describe the existing conditions and the project area (including surrounding area) of the preferred alternative.<br>▪ Describe how the project relates to the surrounding area/neighborhood. |
| **Proposed Program** | ▪ Describe the proposed program for the commemorative work, the history of the project, the goals and objectives.<br>▪ Discuss the design and scale of the commemorative work in the context of the project area.<br>▪ Describe the extent of the improvements for the commemorative work related to other proposed improvements for the site.<br>▪ Delineate the area for the commemorative work and the area for more general public use if applicable. |
| **Previous Commission Contents** | Address how any changes incorporate the Commission's comments from Preliminary Review. If the comments were not addressed, explain why. |
| **Schedule** | Provide a schedule for project construction and occupancy (if applicable). |
| **Proposed Schedule / Project Cost Estimate** | Provide a proposed schedule and total estimated cost of the project and funding status. |

| Project Report Content for Final Review of Site Selection and Commemorative Design | |
|---|---|
| **Outreach and Coordination** | |
| **Public Engagement** | Provide an update on public engagement activities, including a summary of public comments received on the draft NEPA document (if applicable) and Section 106 document and other comments or issues raised by the public since Preliminary Review. |
| **Detailed Project Information and Drawings** | |
| **Buildings** | Describe existing and proposed buildings, if any, including mass, height, and bulk. |
| **Site Plan** | Provide a site plan that shows the relationship of proposed improvements to existing site features. The site plan should include:<br>▪ Site boundaries, including dimensions<br>▪ Buildings to remain and be demolished<br>▪ Proposed improvements part of the commemorative work<br>▪ The area for the commemorative work and the area for more general public space.<br>▪ Roadways entrances, and parking areas<br>▪ Major utilities<br>▪ Walkways<br>▪ Fences<br>▪ Walls and other man-made improvements<br>▪ Substantial groupings of trees and shrubs |
| **Vicinity Map** | Show the project in its surrounding context. The vicinity map should contain:<br>▪ Boundaries of proposed site, existing uses, building outlines, streets, and other physical features, both within the site and in the surrounding area extending at least 500 feet in all directions.<br>▪ Existing zoning on non-federal lands surrounding the site and related master plans or proposals for the area if applicable. |
| **Architectural and Design Program** | Describe the site's existing architectural and design characteristics and the proposed architectural and design program and features proposed. Provide as much detail as is currently available and images or drawings, if available. |
| **Landscape and Grading Plan** | The landscape and grading plan must contain the following information:<br>▪ Landscape and streetscape improvements, including, perimeter security features, lighting, and signage.<br>▪ General locations of all existing-to-remain, existing-to-be-removed, and proposed tree shrubs, and other plant materials.<br>▪ General identification of proposed plant materials, and, at the final stage, a list of the type, quantity, and size of proposed plant materials.<br>▪ Depiction of the final grading plan for the site.<br>▪ A description of how the proposed improvements will relate to the adjacent public areas/streets. |

| Project Report Content for Final Review of Site Selection and Commemorative Design | |
|---|---|
| | Although a separate landscape and grading plan is preferable, it may be combined with the site plan if proposals are clear and readable. If submitted as a separate plan, the landscape and grading plan must be at the same scale as the site plan. |
| **Elevation** | Indicate the elevation of all sides (facades) of proposed buildings or structures including:<br>▪ Height, bulk, and massing of building or structure<br>▪ Pedestrian and vehicular entrances<br>▪ Fenestration<br>▪ Identification of materials<br>▪ Treatment of the roof and all related appurtenances, including features such as penthouses, ventilation shafts, chimneys, smoke stacks, antennas, and related screening. |
| **Cross Sections** | Provide cross sections of proposed buildings and one or more exterior wall sections showing the proposed installation of principal exterior materials. |
| **Security** | Discuss the security requirements of the commemorative work, justification, and any improvements that will be necessary. Discuss any impacts the security infrastructure may have on the public realm, sidewalks, etc. Include the security requirements on the site plan and show diagrams/illustrations as necessary. |
| **Photographs** | Provide photographs and aerial imagery of proposed project site. |
| **Transportation and Circulation** | Describe the transportation and circulation plan for the proposed site. The description should include the following:<br>▪ Analysis of existing and proposed transportation access to the site (including roads, transit, bicycle, and pedestrian), including expected changes in volumes and impact those changes are likely to have on existing infrastructure and mode share.<br>▪ Any parking proposed for the site.<br>▪ Describe planned onsite circulation improvements (walkways, access corridors).<br>▪ Describe approach or strategies to encourage transit use and alternative modes of transportation to access the site. |
| **Environmental and Historical Considerations (may be cross-referenced with any NEPA/NHPA documentation if available)** | |
| **Historic Preservation** | ▪ Provide any updates to the previously submitted information regarding historic resources within the Area of Potential Effect, and any potential impacts.<br>▪ Describe the project's approach to addressing the resource (e.g., avoidance, rehabilitation, preservation, restoration, or demolition). |
| **Natural Resources** | ▪ Provide any updates to the previously submitted information regarding the project's anticipated effect on natural resources that could be present in the project area such as wetlands and waters, endangered and threatened species, unique or critical habitat, trees, migratory birds, etc. |

| Project Report Content for Final Review of Site Selection and Commemorative Design | |
|---|---|
| | ▪ Describe the project's strategies for minimizing avoiding impacts to these resources. |
| **Energy and Sustainability** | Describe how the proposed project will be designed and constructed to meet energy conservation and sustainability objectives. Include a description of the proposed strategies to reduce energy use, promote resource conservation and recycling and/or meet sustainability standards such as LEED. |
| **Public Realm and View Sheds** | Based on a more developed project design, provide an updated description of the project's effect on the public realm in the project area, including:<br>▪ Addition or removal of trees<br>▪ Impacts on viewsheds<br>▪ Changes in light and shadow<br>▪ Addition of security features |
| **Flooding** | ▪ Describe any changes to previously provided information, changes to the action since the preliminary review and steps taken to address issues raised by the Commission.<br>▪ Describe the applicant's floodplain management compliance achieved to date. |
| **Stormwater Management** | Provide the following:<br>▪ A stormwater management narrative explaining how the master plan complies with all applicable federal (1.7" of rain per Section 438 of the Energy, Independence and Security Act), state, and local requirements (varied based on jurisdiction).<br>▪ General calculations including required and provided volume.<br>▪ Description/illustration of the reduction in impervious area.<br>▪ Description of low impact development strategies, including capacity and size. |

# Chapter 5. Antenna Submission Guidelines

## 5.1 Introduction

In accordance with federal law and the D.C. Code, the Commission has the authority to review and approve the placement of antennas and their structures, including monopoles, towers, equipment buildings, and shelters located on federal land in the National Capital Region and on District-owned land in the District of Columbia.[1]

Similar to the Commission's review of site and building plans, the Commission exercises an approval authority for its review of antennas on federal land within the District of Columbia or on District-owned land in the Central Area. The Commission has an advisory authority for antenna projects located on federal land outside of the District in the National Capital Region or on District-owned land outside the Central Area. In general, the Commission's review focuses on:

- Protecting the skyline, historic resources, and scenic character of the nation's capital.
- Preserving the general appearance of federal buildings.
- Providing employees, visitors, and residents with a healthy and safe environment.

The Commission reviews three categories of antennas: permanent, temporary, and those associated with small cell infrastructure. The following sections describe the different antennas and their relative review processes, in addition to the specific criteria which guide NCPC's review. The applicant for antenna submissions is a federal or District of Columbia agency with jurisdiction over the property for which an antenna is proposed. Service providers are private companies that usually own and install the antennas. While agencies may work with the service provider to develop the submission, the agencies are the applicant.

## 5.2 Small Cell Infrastructure Antennas

**Small cell antennas** are smaller, low-power cell antennas usually attached to existing streetlight poles or placed on new poles. These antennas are the main infrastructure of an emerging, integrated telecommunications system that is currently being used to deploy the 5th generation, or 5G, networks. The service providers note these smaller, lower-power cell antennas need to be deployed close to users along the street at more frequent intervals because the signals do not travel as far as previous generations due to the large amounts of data that they are able to handle.

Small cell antennas proposed on federal or District of Columbia property, and open space in and around this property, are reviewed in accordance with the submission guidelines for permanent antennas in the next section. Small cell antennas proposed on public rights-of-way in the District of Columbia follow the District's review process. In 2018, NCPC worked with the District Department of Transportation to develop a federal interest map for the area around the monumental core in downtown Washington. Click here to see the federal interest map on page 14 of the Small Cell Design Guidelines. The map identifies specific locations where small cell antennas are permitted on new and existing light poles. NCPC will review any proposed deviations to this map, as well as any installations in public rights-of-way adjacent to federal buildings or sites.

[1] The review authority is based on provisions in Section 5 of the National Capital Planning Act of 1952, as amended, 40 USC § 8722(b) (1) and (d); D.C. Code § 6-641; and the International Center Act of 1968, as amended, P.L. 90-553(1968), Public Law 97-186 (1982) at Section 3, and the Telecommunications Act of 1966.

## 5.3 Temporary and Permanent Antennas

NCPC's Submission Guidelines categorize antennas as either temporary or permanent.

### Temporary Antennas

Temporary antennas refer to antenna infrastructure, most often installed on the roof or side of a building, that are in place for a period of less than three months. Temporary antennas can also be located in the public right-of-way. These are known as cell-on-wheels (COWs); however, COWs are not reviewed by NCPC.

The installation of temporary antennas has increased significantly with the use of cell phones and requires a different review process given the limited duration of their installation. Since the Commission's review cycle can sometimes be longer than 30 days and there are several recurring events/festivals requiring the same antennas infrastructure every year, NCPC does not require the submission of temporary antennas that are installed for 90 days or less for large scale event such as the Smithsonian Folklife festival or a Presidential Inauguration. In lieu of a submission, NCPC requests notification of the proposed infrastructure and duration of installation. Agencies installing temporary antennas will need to meet all other regulations, such as the National Historic Preservation Act and Federal Communications Commission (FCC) guidelines, as required. All other antenna installations for greater than 90 days will follow the permanent antenna process. See Section 5.6 for more detail.

**TIP**

***Temporary Antenna Review Process***

Antennas installed for 90 days or less do not need to be reviewed by the Commission. The purpose of temporary antennas is most often to provide greater coverage for the public and support emergency responders during individual events that occur throughout the year. When a temporary antenna is to be located on a building rooftop, the applicant shall submit a temporary antenna notification to the Commission. This should include the following information:

- Duration of the installation
- Location
- Removal date
- Certification in accordance with FCC guidelines.

Along with this notification, the agency will also need to submit a site drawing or site photograph indicating the temporary antenna location. The form can be found here.

### Permanent Antennas

For the purpose of the submission guidelines, NCPC defines permanent antennas as antenna infrastructure located on a building, monopole, or tower for a period greater than three months. The infrastructure may either be permanently affixed to, or free standing, on a building. Submissions for review of permanent antennas may include the relocation of an existing antenna, an addition to an existing antenna, or a replacement antenna, in addition to proposals for entirely new antenna equipment.

## 5.4 Review Criteria

All proposals for the installation of permanent antennas and their support structures on federal property shall be consistent with the applicable policies contained in the *Comprehensive Plan for the National Capital's* Federal Elements. Policies specific to antenna installations are located in the Federal Environment Element (Section M) and the Parks & Open Space Element. Furthermore, all antennas and support structures erected within the District of Columbia shall be consistent with provisions of the Height of Buildings Act of 1910.

In addition to the policies listed above, antenna installations must meet criteria related to visibility, viewsheds, location/siting, safety, and materials listed in Table 23. For decades, NCPC has reviewed antennas in accordance with design and safety criteria; however, the recent increase in antenna installations has resulted in the need for additional criteria to address cumulative impacts of multiple antennas in one location and potential impacts to significant viewsheds.

## Protecting Preeminent Viewsheds

While it is important to minimize the visibility impacts of antennas on all buildings in the city, NCPC recognizes a hierarchy of streets in the monumental core that deserve even greater protection given their importance in the nation's capital. As shown in the Preeminent Viewsheds Map (below) from the Comprehensive Plan's Federal Urban Design Element, there are a series of priority streets identified as preeminent streets/viewsheds where the siting of antennas should be carefully considered.

*Figure 16: Preeminent Viewsheds*




In order to protect these views, any new antennas placed on building rooftops in preeminent viewsheds need to adhere to the Design and Safety Criteria, including the Preeminent Viewshed Criteria #3 in Table 23.

*Cumulative Impacts of Several Antennas on A Single Building*

While a single antenna on a building may not have a significant impact on its view from the street, multiple visible antennas will. As the need for more antenna infrastructure increases, the issue of cumulative impacts

of multiple antennas is a growing concern. The best solution is identifying an overall rooftop strategy for buildings in high demand. For new buildings this should be done during the design phase. For existing buildings, the applicant shall catalog the number and location of rooftop antennas and develop an effecting screening strategy if they are visible from the ground or other important viewsheds. See Table 23 for specific criteria.

*Table 27: Design and Safety Criteria*

| **Design and Safety Criteria** |
| --- |
| 1. *New building design* – Federal agencies should anticipate the need for antennas on all new buildings and incorporate, as necessary, any screening or other components into the building's design to reduce their visibility. As much as they may be anticipated, locations or zones on installations that permit antennas should be considered, identified, and included as part of federal agency master plans. |
| 2. *General rooftop antenna siting* – Consistent with technical communications requirements, rooftop antennas should be:<br>a) Installed at the lowest possible elevation above the roof line or, as a last resort, located on top of any penthouse structure.<br>b) Set back from the edge of the building at a minimum distance at least equal to the antenna's height above the roof (1:1 ratio). See illustration below.<br>c) Screened as appropriate from any public views in a manner that is sensitive to the building's architectural character unless the screening results in a greater impact on public views.<br>d) Placed so the antennas do not exceed the wall height, when they are mounted on an existing mechanical penthouse. (see illustration below)<br>e) No taller than the highest part of the enclosed equipment, if a stealth enclosure is used.<br><br><br>**Antenna Setback Illustration**<br>*Setback is, at a minimum, equal to the height of the sled-mounted antenna (1:1).* |
| 3. *Preeminent viewshed siting* – Rooftop antennas on buildings within these viewsheds (as seen in Figure 8): In consultation with NCPC staff, the applicant shall provide a viewshed analysis indicating how the proposal will minimize viewshed impacts through antenna location, screening, and/or material color that camouflages with the building. The analysis shall include photo simulations of the proposed equipment from the preeminent viewsheds/streets. |
| 4. *Multiple antennas on a single building* – The applicant is required to submit a rooftop antenna plan when multiple antennas on a building rooftop are visible from the street. The plan should include a coverage impact analysis indicating how antenna placement on the rooftop will affect coverage, in |

| Design and Safety Criteria |
|---|
| addition to the analysis of the cumulative visual impacts of several antennas on the building and mitigation strategies (greater setbacks or a screening solution, etc.) |
| 5. *Ground level antennas, including small cell siting* - Consistent with technical communications requirements, ground level antennas should be: a) Sited in locations that minimize public views. b) Installed at the lowest possible elevation above grade where appropriate. c) Screened to the extent practicable by landscaping to reduce visual impacts. |
| 6. *Materials* - Antennas on existing federal buildings or ground level installations should not be bright, shiny, or reflective but should consist of materials that minimize their appearance from adjacent/nearby properties and public rights-of-way. Antennas on the side of a building or penthouse should be painted the same color as the building. When antennas are located on building rooftops such that the sky is the background, the antenna and related equipment should be painted light grey in color to minimize visibility.   |
| 7. *Lighting* - Maintenance lights, or illumination, shall only be permitted on antennas and support structures for the purpose of safe access to these facilities. This lighting shall remain off until access is needed. Illumination required by the Federal Communications Commission, the Federal Aviation Administration, or another federal government agency may also be permitted. |
| 8. *Advertisement* - No commercial advertising shall be allowed on an antenna or support structures. |
| **9.** *Health* – Applicants must provide a certification that proposed antennas are in compliance with radio frequency (RF) radiation emission guidelines established by the FCC and the Occupational Safety and Health Administration. If other emission sources are nearby, the cumulative effect of the additional proposed antenna must also follow the FCC guidelines. |
| 10. *Safety* – Antennas must be clearly marked and include screening, fencing, and/or another deterrent, to restrict public access and ensure safety. |

## 5.5 Review Process for Permanent Antennas

The submission process for permanent antenna projects generally follows the same process for site and building plans with the exception that there is rarely a concept review. Depending on the scale and impact of the project, staff may decide to combine preliminary and final review into a single review. In some instances, the Commission may also delegate review to the Executive Director or except it from review. In accordance with Public Law 106-113, § 174 and NCPC's submission guidelines, the Commission will complete its full review process and take preliminary and final action on each proposed telecommunication facility no later than 120 days after receiving a complete project submission from the applicant. Small cell antenna review is slightly different, pursuant to FCC guidelines, which includes a 60-day review period for an application to collocate small wireless facilities on an existing structure and 90 days for review of an application for the attachment of small wireless facilities using a new structure. If the Commission does not take action within the mandated time frame it will constitute a failure to act and require an immediate issuance of an approval.

### Pre-Submission Briefing




*Figure 17: Submission Stages for Antennas: Pre-Submission Briefing*

Pre-Submission Briefings, which occur prior to Commission review, provide NCPC staff and the applicant an opportunity to informally discuss the proposed project, identify potential issues, and establish coordination for planning/environmental/historic preservation review stages.

**TIP**
Pre-Submission Briefings are required for all projects. At the discretion of staff, Pre-Submission Briefings may be conducted via phone or email for small and less complex projects. For particularly large, complex, or long-term projects, additional consultations may be necessary.

During the Pre-Submission Briefing, NCPC staff and applicants should discuss the following:

- Determine if the project requires Commission review.
- Determine which review stages are necessary.
- Identify whether the project meets the antenna criteria and the policies in the Comprehensive Plan.
- Establish a submission schedule.
- Identify if additional information is needed in the submission.
- Determine NEPA/Section 106 implications.

Applicants should contact the Director of the Urban Design and Plan Review Division, or the assigned NCPC staff member, if known, by phone or email, to request a briefing. Contact information is available at www.ncpc.gov.

*Table 28: Pre-Submission Briefing Requirements for Antennas*

| Pre-Submission Briefing Requirements for Antennas | |
|---|---|
| **Required?** | A Pre-Submission Briefing is required for antenna submission. This may be conducted by phone or email. |

| Pre-Submission Briefing Requirements for Antennas | |
|---|---|
| **Timing** | Briefings occur early in project development (e.g., 0-15 percent design development), prior to the initiation of NEPA/Section 106, substantial design, or location decisions. |
| **Submission Content** | Applicants are not required to submit any information to NCPC staff prior to Pre-Submission Briefings. However, applicants should be prepared to discuss the subject matter identified above. Any information that can be shared in advance will better prepare NCPC staff for the briefing. |

## Preliminary Review




*Figure 18: Submission Stages for Antennas: Preliminary Review*

The following table includes information that should be submitted with each antenna installation proposal at Preliminary Review, unless it is determined through the Commission's early consultation process that such information is not needed:

*Table 29: Preliminary Review Requirements for Antenna Projects*

| Preliminary Review Requirements for Antenna Projects | |
|---|---|
| **Required?** | Preliminary Review is required. Staff may decide to combine Preliminary and Final Review for antenna projects. |
| **Timing** | Preliminary review occurs after tentative design decisions have been made but well before detailed design work begins (e.g., 25-35 percent design development). |
| **Application Form** | The application form is required. |
| **NEPA** | If the applicant has a NEPA responsibility, submit the draft NEPA document (Environmental Assessment (EA)/Environmental Impact Statement (EIS)) or the selection of a Categorical Exclusion (CATEX) applicable to the project. If only NCPC has a NEPA responsibility, NCPC will work with the applicant to develop this information. |
| **NHPA Section 106** | If the applicant has a Section 106 responsibility, include the Assessment of Effects for the Section 106 if relevant or documentation of the consultation process. If only NCPC has a Section 106 responsibility, NCPC will work with the applicant to develop this information. |

| Preliminary Review Requirements for Antenna Projects | |
|---|---|
| **Project Report (content listed below)** | Required. If the information below is not available, please describe why and whether it is forthcoming.<br><br>Note: All documents should be accessible and adhere to Section 508 of the Rehabilitation Act of 1973, as amended in 1998 (29 U.S.C. § 794 (d)). |

*Table 30: Project Report Content for Preliminary Review*

| Project Report Content for Preliminary Review | |
|---|---|
| **Project Overview** | |
| **Project Description** | Describe, the proposed antenna installation in plain, non-technical language, including information for all of the proposed elements such as towers, monopoles, and equipment buildings and shelters (if applicable). The description should include:<br>▪ Information on the building or site location;<br>▪ The tenant agency where the antenna or tower is located;<br>▪ The proposed antenna's physical dimensions and the dimensions of existing antennas if the proposed antennas are replacements;<br>▪ Transmitting frequency and frequency of operation;<br>▪ The potential for accommodating additional antennas on the support structure; and<br>▪ Any other appropriate data regarding the particular installation consistent with security considerations. |
| **Description of Existing Antennas (if applicable)** | Describe any existing antennas located on the building and/or site, structure, or tower. The description should state the functional relationship of the proposed antenna (if applicable) to existing antennas as well as the status of any existing antennas proposed to remain. |
| **Alternatives** | Discuss the alternatives that were considered to meet the telecommunications needs of the applicant or the service provider and include a cell coverage map for the immediate vicinity of the proposed antenna showing the area that will be affected |
| **Schedule** | Describe the amount of time the antenna will be operational and in place. |
| **Public Engagement** | Describe the plan and status for engagement with the public for the project. Identify any community or local coordination initiated for the project, and include a summary of community comments and concerns, if available. |
| **Coordination with Federal, State, and Local Jurisdictions** | Describe the plan and status of coordination with affected federal agencies and state and local governments. If known, describe what coordination with federal, state, and local jurisdictions will be required or conducted voluntarily. |
| **Detailed Project Information and Drawings** | |
| **Site Plan/ Construction Drawings** | Provide a site plan and building roof plans and elevations (for antennas mounted on a building, structure or tower) showing the form, dimensions, and location of the proposed antenna(s) and any existing antennas that are proposed to remain. |

| Project Report Content for Preliminary Review | |
|---|---|
| **Design Details** | Describe the texture and color of antenna materials. Describe the screening plan, where appropriate, including proposed materials, color and texture of screening elements for rooftop and ground level installations. |
| **Renderings/ Photo Simulations** | Include sight line studies and photo simulations of the proposed installation and alternatives considered, illustrating the extent to which the proposed antenna(s) will be visible from surrounding streets, public open spaces, and nearby residential areas. Determine whether the proposed antenna will impact any important viewsheds.<br><br>The submission must contain high quality photo simulations of views within close proximity of the proposed antenna(s) (1-2 blocks away) and further proximity (several blocks away) in addition to simulations of important viewsheds/historic resources that may be impacted. These simulations should include appropriate context including the entire building façade, to better understand how the proposed antennas affect the building composition. Views to the building should be shown without clouds and trees blocking the view where possible. |
| **Environmental and Historical Considerations (may be cross-referenced with any NEPA/NHPA documentation if available)** | |
| **Historic Preservation** | Identify the Area of Potential Effect (APE), historic resources within the APE, and any potential impacts. If known resources are present, describe the project's approach to addressing the resource (e.g., avoidance, rehabilitation, preservation, restoration, or demolition). |
| **Environmental** | Describe environmental impacts, including RF effects, on or near the project area, and the project's anticipated effect on these natural resources such as endangered and threatened species, and migratory birds, humans, trees, etc. |
| **Safety Certifications** | |
| **Agency Certifications and Commitments** | Provide a certification by the agency that the proposed transmitting antenna complies with the RF radiation guidelines adopted by the FCC and the health and safety regulations adopted by the Occupational Safety and Health Administration. |

## Final Review




*Figure 19: NCPC Antenna Submission Stages*

The purpose of Final Review is for NCPC to review any changes based on previous Commission comments. While most antenna submissions are processed in one review stage (combined Preliminary and Final Review), occasionally the Commission will ask the applicant to make refinements.

*Table 31: Final Review Requirements for Antenna Projects*

| Final Review Requirements for Antenna Projects | |
|---|---|
| **Required?** | Final Review is required. Staff will determine whether the submission will be reviewed as a combined Preliminary and Final Review. |
| **Timing** | The Section 106 review process shall be complete prior to submitting the final proposal to the Commission for review.<br><br>The NEPA process must be complete prior to submitting the final proposal to the Commission for review. |
| **Application Form** | The application form is required |
| **NEPA** | The final environmental document is required (Record of Decision or Finding of No Significant Impact) or a CATEX. Note: the MOA for Section 106 must be signed before a FONSI/ROD is issued. |
| **NHPA Section 106** | The final executed documentation (e.g. Statement of Effects, Memorandum of Agreement or Programmatic Agreement) is required. |
| **Project Report** | A project report is required. See content below.<br><br>Note: All documents should be accessible and adhere to Section 508 of the Rehabilitation Act of 1973, as amended in 1998 (29 U.S.C. § 794 (d)). |

*Table 32: Project Report Content for Final Review*

| Project Report Content for Final Review | |
|---|---|
| **Project Overview** | |
| **Project Description** | Describe the proposed antenna installation in plain, non-technical language, including information for all of the proposed elements such as towers, monopoles, and equipment buildings and shelters (if applicable). The description should include:<br>▪ Information on the building or site location;<br>▪ The tenant agency where the antenna or tower is located;<br>▪ The proposed antenna's physical dimensions and the dimensions of existing antennas if the proposed antennas are replacements;<br>▪ Transmitting frequency and frequency of operation;<br>▪ The potential for accommodating additional antennas on the support structure; and |

| Project Report Content for Final Review | |
|---|---|
| | ▪ Any other appropriate data regarding the particular installation consistent with security considerations. |
| **Description of Existing Antennas (if applicable)** | Describe any existing antennas located on the building and/or site, structure, or tower. The description should state the functional relationship of the proposed antenna (if applicable) to existing antennas as well as the status of any existing antennas proposed to remain. |
| **Commission Comments** | Describe how refinements made to the previous antenna submission address the Commission's comments. |
| **Schedule** | Describe the amount of time the antenna will be operational and in place. |
| **Public Engagement** | Describe the plan and status for engagement with the public for the project. Identify any community or local coordination initiated for the project, and include a summary of community comments and concerns, if available. |
| **Coordination with Federal, State, and Local Jurisdictions** | Describe the plan and status of coordination with affected federal agencies and state and local governments. If known, describe what coordination with federal, state, and local jurisdictions will be required or conducted voluntarily. |
| **Detailed Project Information and Drawings** | |
| **Site Plan/Construction Drawings** | Provide an updated site plan and building roof plans and elevations (for antennas mounted on a building, structure or tower) showing the form, dimensions, and location of the proposed antenna(s) and any existing antennas that are proposed to remain. |
| **Design Details** | Describe the texture and color of antenna materials. Description of the screening plan, where appropriate, including proposed materials, color and texture of screening elements for rooftop and ground level installations. |
| **Renderings/ Photo Simulations** | Include updated sight line studies and photo simulations of the proposed installation and alternatives considered, illustrating the extent to which the proposed antenna(s) will be visible from surrounding streets, public open spaces, and nearby residential areas. Determine whether the proposed antenna will impact any important viewsheds.<br><br>The submission must contain high quality photo simulations of views within close proximity of the proposed antenna(s) (1-2 blocks away) and further proximity (several blocks away) in addition to simulations of important viewsheds/historic resources that may be impacted. These simulations should include appropriate context including the entire building façade, to better understand how the proposed antennas affect the building composition. Views to the building should be shown without clouds and trees blocking the view where possible. |

| Project Report Content for Final Review | |
|---|---|
| **Environmental and Historical Considerations (may be cross-referenced with any NEPA/NHPA documentation if available)** | |
| **Historic Preservation** | Identify the APE, historic resources within the APE, and any potential impacts. If known resources are present, describe the project's approach to addressing the resource (e.g., avoidance, rehabilitation, preservation, restoration, or demolition). |
| **Environmental** | Describe environmental impacts of the project, including RF effects, on natural resources such as endangered and threatened species, and migratory birds, humans, trees, etc. If there are impacts, describe how the project design mitigates the impacts. |
| **Safety Certifications** | |
| **Agency Certifications and Commitments** | Provide a certification by the agency that the proposed transmitting antenna complies with the RF radiation guidelines adopted by the Federal Communications Commission and the health and safety regulations adopted by the Occupational Safety and Health Administration. |

## 5.6 Approval Time Limits

Commission approval of a permanent, non-federal antenna installation is limited to five years. This time period may be extended to ten years at the Commission's discretion where the proposed antenna(s) will not have an adverse visual impact on the monumental core and surrounding lands, designated historic buildings and districts, or nearby residential areas. All antennas that are no longer in use need to be removed. The Commission must also be satisfied that the wireless telecommunication technology proposed is not likely to be replaced in the next ten years by new technology that could either reduce the equipment's visibility or RF radiation levels. Antennas installed by the government for secure or emergency communications, by both federal and local governments, ordinarily do not have a time limit.

## 5.7 Renewal of Antenna Approvals

Federal agencies may submit requests to renew an existing antenna approval if the antenna is nearing its expiration date. This should be done through the NCPC submission portal several months prior to the antenna's expiration. Any antenna that does not receive reapproval by the Commission should be removed as soon as possible after the expiration of the Commission's approval period. Antennas no longer needed should be removed immediately and the sponsoring agency should notify NCPC in a letter that the antenna has been removed.

Each request for renewal should include the following information, unless it is determined through the Pre-Submission Briefing that such information is not needed:

1. A certification by the sponsoring agency or the telecommunication service provider that the proposed transmitting antenna complies with the RF radiation guidelines adopted by the FCC and applicable health and safety regulations adopted by the Occupational Safety and Health Administration.
2. A copy of the previous Commission approval.
3. A statement that:
   i. All conditions of the original approval are, and continue to be, satisfied.
   ii. The original installation is structurally sound and continues to meet all of the submission requirements.

# Chapter 6. Transfers of Jurisdiction Submission Guidelines

## 6.1 Introduction

In Washington, DC federal land is either under the custody and control of a federal agency or a District agency. This means a specific agency has jurisdiction over the property and is responsible for the property's care and maintenance. A transfer of jurisdiction occurs where one agency retains the underlying property ownership, but transfers the maintenance and care of the property to another public agency, sometimes for a set length of time. For example, within the boundaries of the portion of the District planned by Pierre L'Enfant (L'Enfant City) and Georgetown, the streets are owned by the federal government. However, the federal government has transferred jurisdiction of these streets to the District Department of Transportation who is responsible for their maintenance and care. It is not unusual for jurisdiction to be transferred between two federal agencies, between a federal and a District agency, or between two District agencies. NCPC has review and approval authority for all transfers of jurisdiction for land owned by the U.S. and District governments within Washington, DC.

## 6.2 Overview of the Submission Process

The submission process for transfers of jurisdiction generally consists of only one submission to the Commission, approval of the transfer of jurisdiction. Applicants should use the following guidance for their submission:

**TIP**
Typically, when a transfer of jurisdiction is a component of a larger development proposal, NCPC recommends that most applicable NCPC and other reviews and approvals, including preliminary and final approvals, zoning changes, PUD approvals, alley closures, etc. be complete/acted upon before taking any action on a transfer.

*Table 33: Submission Requirements for Transfers of Jurisdiction*

| Requirements for Transfers of Jurisdiction | |
|---|---|
| **Required?** | The submission of all transfers of jurisdiction within Washington, D.C. is required. |
| **Application Form** | The application form is required. |
| **NEPA** | Provide a copy of the final NEPA documentation (Categorical Exclusion determination, Environmental Assessment or Environmental Impact Statement) and the related Finding of No Significant Impact or Record of Decision. Refer to NCPC's NEPA regulations for more information. Note: the MOA for Section 106 must be signed before a FONSI/ROD is issued. |
| **NHPA Section 106** | The final executed documentation (e.g. Statement of Effects, Memorandum of Agreement or Programmatic Agreement) is required. |

| Requirements for Transfers of Jurisdiction | |
|---|---|
| **Project Report (see below for content)** | The project report should provide an overview of the transfer of jurisdiction and address the requirements listed below.<br><br>Note: All documents should be accessible and adhere to Section 508 of the Rehabilitation Act of 1973, as amended in 1998 (29 U.S.C. § 794 (d)). |

*Table 34: Project Report Content for Transfers of Jurisdiction*

| Project Report Content for Transfers of Jurisdiction | |
|---|---|
| **Project Overview** | |
| **Description of Transfer of Jurisdiction** | Describe the proposed transfer of jurisdiction, including which agencies the transfer involves, a description of the land's location current and future use, and any conditions applicable to the transfer such as length of time or purpose. |
| **Coordination with Federal, State, and Local Jurisdictions** | Provide the status of coordination with affected federal agencies and state and local governments. |
| **Detailed Information and Drawings** | |
| **Plat and Legal Description** | Provide a plat and legal description of the land proposed for transfer. |
| **Context Map** | Provide a map that shows the location of the land in a larger context. |
| **Environmental and Historical Considerations (may be cross-referenced with any NEPA/NHPA documentation if available)** | |
| **Historic Preservation** | Identify the Area of Potential Effect (APE), historic resources within the APE, and any potential impacts. If known resources are present, describe the project's approach to addressing the resource (e.g., avoidance, rehabilitation, preservation, restoration, or demolition). |
| **Natural Resources** | Describe natural resources on or near the project area, and the project's anticipated effect on these natural resources. If there are impacts, describe how the project design mitigates the impacts. |

## 6.3 Transfer of Jurisdiction Approval

Upon review and approval by the Commission, the Chairman will sign the plat and return it to the applicant. It is the applicant's responsibility to file the plat with the Office of the Surveyor.

# Chapter 7. Foreign Missions Submission Guidelines

## 7.1 Introduction

There are approximately 185 countries that have foreign missions in Washington, DC. Foreign missions are facilities that house diplomatic functions such as the offices where the mission is conducted, and the residence of the ambassador. Collectively, these functions comprise an embassy and may be located together. Individually, the offices are referred to as chanceries and may be located apart from the ambassador residence.

NCPC reviews chanceries within two locations in the District: the International Chancery Center and the Foreign Missions Center – both of which are on federal land. Foreign missions on private land are regulated by the procedures of the Foreign Missions Act of 1982. For more information about NCPC's review of foreign missions, see the Foreign Mission Resource Guide on NCPC's website.

**International Chancery Center**

In 1968, the International Center Act established a 47-acre enclave in the Van Ness neighborhood known as the International Chancery Center (ICC), where foreign missions lease land from the U.S. government. The ICC is a purpose-built community designed to balance the federal government's need to accommodate foreign mission facilities while addressing the concerns of citizens about the location and operation of foreign missions in Washington. NCPC reviews these projects for consistency with the *Development Controls for the Chancery Section of the International Center in the District of Columbia*.

**Foreign Missions Center**

The Foreign Missions Center (FMC) is located on the northwestern portion of the former Walter Reed Army Medical Center and forms a campus with designated lots assigned to foreign missions with the expressed purpose of building chanceries, in a manner similar to the ICC. A master plan for the center was also developed which provides foreign missions suitable development sites. NCPC reviews individual site developments at the FMC under the six criteria found in the Foreign Missions Act.

**Foreign Missions on Private Property**

Foreign missions may also be established on private property. The Foreign Missions Act of 1982 establishes procedures and criteria governing the location, replacement, or expansion of chanceries in the District of Columbia and identified areas where foreign missions may locate with or without regulatory review, and areas where foreign missions may locate subject to disapproval by the Foreign Missions Board of Zoning Adjustment (FMBZA). Projects located on private property are not submitted to NCPC for review.

## 7.2 Overview of the Submission Process

The submission guidelines for chanceries at the ICC and the FMC are similar to the guidelines for Building, Site, and Park Projects discussed in Chapter 2. Typically, they include building and site Improvements, such as building construction or renovation, and/or site improvements such as grading, landscaping, and street and road construction or improvements. The main difference is that NCPC reviews chanceries at the ICC in accordance to specific development controls established for the ICC and chanceries at the FMC in accordance with the six criteria listed in the Foreign Missions Act.

## 7.3 Pre-Submission Briefing




*Figure 20: Foreign Missions Submission Stages: Pre-Submission Briefing*

Pre-Submission Briefings, which occur prior to Commission review, provide NCPC staff and the applicant an opportunity to informally discuss the proposed project, identify potential issues, and establish coordination for the planning/environmental/historic preservation review stages.

During the Pre-Submission Briefing, NCPC staff and applicants should discuss the following:

- Determine if the project requires Commission review.
- Determine which review stages are necessary.
- Identify unique or complex issues applicable to the project.
- Discuss whether the project involves confidential, or for official use only, information.
- Determine plans and policies applicable to the project.
- Establish a submission schedule.
- Identify if additional information is needed in the submission.
- Identify other agency reviews and approvals.
- Determine National Environmental Policy Act (NEPA)/National Historic Preservation Act (NHPA) Section 106 implications (if applicable).

Applicants should contact the Director of the Urban Design and Plan Review Division, or the assigned NCPC staff member, if known, by phone or email, to request a briefing. Contact information is available on NCPC's website.

*Table 35: Pre-Submission Briefing Requirements for Foreign Mission Projects*

| Pre-Submission Briefing Requirements for Foreign Mission Projects | |
|---|---|
| **Required?** | Yes. At the discretion of NCPC staff, Pre-Submission Briefings may be conducted via phone or email for small and less complex projects. For particularly large, complex, or long-term projects, additional consultations may be necessary. |
| **Timing** | Briefings occur early in project development (e.g., 0-15 percent design development), prior to the initiation of NEPA/Section 106, substantial design, or location decisions. |
| **Submission Content** | Applicants are not required to submit any information to NCPC staff prior to Pre-Submission Briefings. However, applicants should be prepared to discuss the subject matter identified above. Any information that can be shared in advance will better prepare NCPC staff for the briefing. |

## 7.4 Concept Review




*Figure 21: Foreign Missions Submission Stages - Concept Review*

Concept Review enables the Commission to provide input into the range of project alternatives considered, and the general consistency of the alternatives with the appropriate master plan, development controls, or other criteria where applicable. This stage of review is important to identify potential issues as early in the project development process as feasible and prior to the expenditure of substantial funds for more detailed project design.

NCPC staff may recommend a Concept Review for these types of complex planning and development projects:

- Projects where there are concerns related to the potential suitability of a proposed site;
- Projects where several alternatives are under consideration;
- Projects expected to have significant historic resource or environmental impacts;
- Projects that are expected to have substantial offsite effects;
- Projects where community concern or controversy is anticipated.

Any applicant may also request Concept Review to solicit the Commission's input or other stakeholder input prior to preparation of the Preliminary Review submission. Concept Review includes a staff presentation of the project to the Commission and an opportunity for the Commission to provide comments to the applicant. During Concept Review, the Commission generally focuses their review on the following:

- Is the plan or project appropriate for the site, given the site's context?
- Is the plan or project consistent with the appropriate master plan, development controls, or other criteria, where applicable?
- If more than one alternative is under consideration, are there meaningful differences (or preferences) from NCPC's perspective?
- Are there particularly unique and/or complex issues?
- Are there relevant stakeholders that should be involved?

## 7.5 Submission Content for Concept Reviews

The table provided below is a complete summary of the submission content required during Concept Review.

*Table 36: Concept Review Requirements for Foreign Mission Projects*

| Concept Review Requirements for Foreign Mission Projects | |
|---|---|
| **Required?** | Concept review may be recommended for complex projects. NCPC staff will discuss whether Concept review is necessary at the Pre-Submission Briefing. |
| **Timing** | Concept Review occurs at the early stages of environmental review and public coordination for the project (e.g., 10-25 percent design development). |
| **Application Form** | The application form is required. |

| Concept Review Requirements for Foreign Mission Projects | |
|---|---|
| **NEPA** | Indicate whether the applicant will apply a Categorical Exclusion or perform an Environmental Assessment (EA) or Environmental Impact Statement (EIS). The applicant must have initiated the public scoping process if it is pursuing an EA or EIS. |
| **NHPA Section 106** | The applicant must have initiated the consultation process. |
| **Project Report (content listed below)** | Required. If the information below is not available, please describe why and whether it is forthcoming.<br><br>Note: All documents should be accessible and adhere to Section 508 of the Rehabilitation Act of 1973, as amended in 1998 (29 U.S.C. § 794 (d)). |

*Table 37: Project Report Content for Foreign Mission Projects*

| Project Report Content for Foreign Mission Projects | |
|---|---|
| **Project Overview** | |
| **Description of Project Area** | Describe the project area (including surrounding areas) and existing site conditions, including sensitive environmental resources onsite (e.g., natural habitat areas, wetlands, trees, etc.). |
| **Description of the Proposed Development and Development Alternatives** | Describe what is proposed for the project site including the total area of the site to be developed (if applicable) and allocation of land to proposed uses. Describe what other alternatives have or are being considered for the project. |
| **Master Plan and Development Controls Alignment** | If the project is part of the Foreign Mission Center, describe any discrepancies between the master plan and what is currently proposed, with an explanation. If the project is part of the International Chancery Center, describe any discrepancies between the development controls and what is currently proposed. |
| **Schedule** | Provide a schedule for project construction and occupancy (if applicable). |
| **Outreach and Coordination** | |
| **Public Engagement** | Describe the project's public outreach component and whether any community or local coordination has been initiated. This should include a summary of community views, if available. |
| **Coordination with DC Government Agencies** | Provide the status of coordination with any affected DC Government agencies. |
| **Project Information and Drawings** | |
| **Site Plan** | Provide schematic site plans to depict the relationships of proposed improvements and existing site features. Site plans should include the following information:<br><br>1. Site boundaries, including dimensions; and |

| Project Report Content for Foreign Mission Projects | |
|---|---|
| | 2. Existing and proposed topography of the site (preferably at 1–2-foot contour intervals).<br>3. Existing man-made features to remain and all proposed buildings, structures, and related improvements on and immediately adjacent to the site, including, but not limited to access ways, driveways. |
| **Photographs** | Provide photographs and aerial imagery of proposed project site and impacted project areas. |
| **Environmental and Historical Considerations (may be cross-referenced with any NEPA/NHPA documentation)** | |
| **Historic Preservation** | Identify whether any historic resources are located within the project area or could be affected by the project. If known resources are present, describe the project's approach to addressing the resource (e.g., avoidance, rehabilitation, preservation, restoration, or demolition). |
| **Natural Resources** | Describe the project's anticipated effect on natural resources that could be present in the project area such as wetlands and waters, endangered and threatened species, unique or critical habitat, trees, migratory birds, etc. |
| **Flooding** | Describe any existing and future flood risks and identify floodplains.<br><br><u>If available:</u><br><br>▪ Describe if the project is a critical action and how the proposed action will generally (in terms of flooding) affect, or be affected by, neighboring properties. Describe how the proposed design will minimize flood risk to the proposed action and the operations it supports. Describe how the proposed design will minimize impacts to the floodplain.<br><br><u>If the project involves site selection:</u><br><br>▪ Describe the site selection process and the role that floodplain risk management played in decision-making. If sites outside the floodplain were not considered, or a site outside the floodplain was considered and rejected, please explain why.<br><br><u>If the project involves investment in existing facilities:</u><br><br>Describe if the applicant considered relocation of existing functions Does the proposed design make the existing facility and its operations more resilient to flood impacts, and if so, describe how. |
| **Stormwater Management** | Include a description of existing characteristics of the site and unique features or conditions that would affect stormwater management. Describe the conceptual approach to managing stormwater on the project site. Identify which federal, state, and local regulations and guidance will be applied to the project and which jurisdiction will approve the stormwater management plan and erosion and sediment control plan. |

## 7.6 Preliminary Review




*Figure 22: Foreign Missions Submission Stages: Preliminary Review*

At Preliminary Review, the Commission will take an approval action on the submission and may provide comments, requests, or recommendations that the applicant should address for the Commission's Final Review.

Preliminary Review is required for all projects and generally is the most extensive review stage. It is the best opportunity for the Commission to provide feedback on a project developed to a reasonable degree of certainty (25-35 percent design development), but prior to the point where project decisions or direction are permanently set. During Preliminary Review, the Commission focuses their review on questions and issues such as:

- Is the proposed project consistent with the applicable development controls for the ICC or the master plan at the FMC?
- Is the plan or project appropriate for the site, given the site context? Does it preserve natural areas?
- How do the site's various elements relate to one another?
- What are the streetscape and/or landscape strategies?
- Does the proposed design address flooding and/or stormwater concerns?
- Does the project address sustainability goals and objectives?
- How will the project affect views/viewsheds?
- How will site access, circulation, and linkages be achieved? Does the project support alternative modes of transportation?
- What is the parking strategy and what parking ratio is proposed?
- What is the architectural strategy (fenestration, materials, transparency)?
- If more than one alternative is under consideration, what is the applicant's preferred alternative?
- Who are the relevant stakeholders for the project and what are their interests?

## 7.7 Submission Content for Preliminary Reviews

*Table 38: Preliminary Review Requirements for Foreign Mission Projects*

| Preliminary Review Requirements for Foreign Mission Projects | |
|---|---|
| **Required?** | Preliminary Review is required for all projects. NCPC staff may decide to combine Preliminary and Final Review for less complex projects. |
| **Timing** | Preliminary review occurs after tentative design decisions have been made but well before detailed design work begins (e.g., 25-35 percent design development). Preliminary Review should be completed prior to the issuance of design build contracts. |

| Preliminary Review Requirements for Foreign Mission Projects | |
|---|---|
| **Application Form** | The application form is required. |
| **NEPA** | Unless the applicant is applying a Categorical Exclusion (CATEX), provide the draft NEPA document - Environmental Assessment (EA)/Environmental Impact Statement (EIS). |
| **NHPA Section 106** | Provide the Assessment of Effects for the Section 106 consultation process. |
| **Transportation Management Plan** | A Transportation Management Plan (TMP) is required for any project that will increase employment on a work site to 500 or more employees (existing and new). TMPs are strongly encouraged for projects that will increase employment to 100 or more employees. If a TMP is required, a draft is due at Preliminary Review. See the Transportation Management Plan Resource Guide on NCPC's website for more information. |
| **Project Report (content listed below)** | Required. If the information below is not available, please describe why and whether it is forthcoming.<br><br>Note: All documents should be accessible and adhere to Section 508 of the Rehabilitation Act of 1973, as amended in 1998 (29 U.S.C. § 794 (d)). |

*Table 39: Project Report Content for Preliminary Review of Foreign Mission Projects*

| Project Report Content for Preliminary Review of Foreign Mission Projects | |
|---|---|
| **Project Overview** | |
| **Description of Project Area** | Describe the project area (including surrounding areas) and existing site conditions, including sensitive environmental resources onsite (e.g., natural habitat areas, wetlands, trees, etc.). |
| **Description of the Proposed Development and Alternatives** | Describe what is proposed for the project site including the total area of the site to be developed (if applicable) and allocation of land to proposed uses. Describe what other alternatives have or are being considered for the project. |
| **Master Plan and Development Controls Alignment** | If the project is part of the Foreign Missions Center, describe any discrepancies between the master plan and what is currently proposed. If the project is part of the International Chancery Center, describe any discrepancies between the development controls and what is currently proposed. |
| **Schedule** | Provide a schedule for project construction and occupancy (if applicable). |
| **Outreach and Coordination** | |
| **Public Engagement** | Describe community and local coordination conducted for the project, what concerns or issues were raised, and future plans for ongoing coordination. |

| Project Report Content for Preliminary Review of Foreign Mission Projects | |
|---|---|
| **Coordination with Federal, State, and Local Jurisdictions** | Provide the status of coordination with affected federal agencies and state and local governments. Identify concerns or issues that were raised and future plans for ongoing coordination. |
| **Detailed Project Information and Drawings** | |
| **Description of Buildings (if applicable)** | Describe existing and proposed buildings including mass, height, and bulk. |
| **Site Plan** | Provide a site plan that shows the relationship of proposed improvements to existing site features. The site plan should include:<br>▪ Site boundaries, including dimensions<br>▪ Buildings to remain and be demolished<br>▪ Roadways entrances, and parking areas<br>▪ Major utilities<br>▪ Walkways<br>▪ Fences<br>▪ Walls and other man-made improvements<br>▪ Substantial groupings of trees and shrubs |
| **Vicinity Map** | ▪ Show the project in its surrounding context. The vicinity map should contain:<br>▪ Boundaries of proposed site, existing uses, building outlines, streets, and other physical features, both within the site and in the surrounding area extending at least 500 feet in all directions.<br>▪ Existing zoning on non-federal lands surrounding the site and related master plans or proposals for the area if applicable. |
| **Architectural and Design Program (if applicable)** | Describe the site's existing architectural and design characteristics and the proposed architectural and design program and features proposed, including a description of the signage proposed. The architectural program should be a general summary of major uses and allocation of space. Provide images or drawings, if available. |
| **Landscape and Streetscape Plan (if applicable)** | Describe the existing site landscaping and streetscape and the improvements proposed, including landscaping, perimeter security features, lighting, and signage and discussion of how the proposed improvements will relate to the adjacent public areas (e.g., streets). Provide images or drawings if available. |
| **Transportation and Circulation** | Describe the transportation and circulation plan for the proposed site. The description should include the following:<br>▪ Analysis of existing and proposed transportation access to the site (including roads, transit, bicycle, and pedestrian), including expected changes in volumes and impact those changes are likely to have on existing infrastructure and mode share.<br>▪ If the project is part of a master plan, describe how the project supports and is consistent with the master plan's transportation and circulation elements. Explain and justify any deviations from the approved master plan. |

| Project Report Content for Preliminary Review of Foreign Mission Projects | |
|---|---|
| | ▪ Describe planned onsite circulation improvements (walkways, access corridors).<br>▪ Describe approach or strategies to encourage transit use and alternative modes of transportation to access the site.<br>▪ Describe the parking ratios proposed for the project. Explain any inconsistencies between the ratios proposed, and the approved master plan/development controls.<br><br>A Transportation Management Plan is strongly encouraged for projects that will increase employment to 100 or more employees. See the Transportation Management Plan Resource Guide on NCPC's website for more information. |
| **Perimeter Security** | If applicable, discuss the perimeter security requirements of the proposed project, justification for the proposed security, and any improvements that will be necessary. Discuss any impacts the security infrastructure may have on the public realm (sidewalks, streets, landscaping, access/circulation for all modes). Include the security requirements on the site plan and show diagrams/illustrations as necessary. |
| **Photographs** | Photographs and aerial imagery of proposed project site and impacted project areas. |
| **Environmental and Historical Considerations (may be cross-referenced with any NEPA/NHPA documentation)** | |
| **Historic Preservation** | Identify the Area of Potential Effect (APE), historic resources within the APE, and any potential impacts. If known resources are present, describe the project's approach to addressing the resource (e.g., avoidance, rehabilitation, preservation, restoration, or demolition). |
| **Natural Resources** | Describe natural resources on or near the project area, and the project's anticipated effect on these natural resources such as wetlands and waters, endangered and threatened species, unique or critical habitat, trees, migratory birds, etc. |
| **Energy and Sustainability** | Describe how the project's design meets energy conservation and sustainability objectives. |
| **Public Realm and View Sheds (if applicable)** | In addition to the Landscape and Streetscape Plan, describe how the project would generally affect the public realm in the project area including a description of the addition or removal of trees; existing view sheds and how the project would affect views; and anticipated changes in light and shadow. |
| **Flooding** | Describe if the project is a critical action and how the proposed action will generally (in terms of flooding) affect, or be affected by, neighboring properties. Describe how the proposed design will minimize flood risk to the proposed action and the operations it supports. Describe how the proposed design will minimize impacts to the floodplain.<br><br>Describe the applicant's floodplain management compliance achieved to date. Note: For federal applicants, this refers to compliance with NEPA and/or their own |

| Project Report Content for Preliminary Review of Foreign Mission Projects | |
|---|---|
| | agency floodplain guidance. For other applicants, this refers to NCPC's NEPA requirements and floodplain guidance.<br><br>If the project involves site selection:<br><br>▪ Describe the site selection process, including an explanation of the factors used in decision-making. If sites outside the floodplain were not considered, or a site outside the floodplain was considered and rejected, please explain why.<br><br>If the project involves investment in existing facilities:<br><br>▪ Describe if the applicant considered relocation of existing functions. Does the proposed design make the existing facility and its operations more resilient to flood impacts, and if so, describe how. |
| **Stormwater Management (if applicable)** | Describe the overall stormwater management approach and indicate whether the physical features of the stormwater management approach are sufficiently sized and located so that the site plan doesn't change. Confirm coordination with the applicable permitting agency. |

## 7.8 Final Review Description




*Figure 23: Submission Stages: Final Review*

The purpose of the Final Review is for the Commission to confirm the design details developed since Preliminary Review and understand how the applicants have responded to the Commission's previous comments. Final Review completes NCPC's review of a project.

During Final Review, the Commission generally focuses their review on questions and issues like:

**TIP**
Final Review approval expires after five years.

- Were the comments provided during Preliminary Review adequately addressed?
- What does the landscaping plan include?
- How has the applicant addressed applicable Stormwater Management Permit requirements?
- What are the streetscape, lighting, signage, and perimeter security design details?
- Does the site plan address the project's relationship to open spaces and adjacent uses?
- What is the site's final circulation and parking plan?
- Is the applicant confident that the site layout and design is not going to substantially change?

## 7.9 Submission Content for Final Reviews

*Table 40: Final Review Requirements for Foreign Missions Projects*

| Final Review Requirements for Foreign Mission Projects | |
|---|---|
| **Required?** | Final Review is required for all projects. |
| **Timing** | Final Review occurs when the applicant has made all design decisions (including building and landscaping materials) and prior to advertisement and award of construction contracts (e.g., 50-70 percent design development). |
| **Application Form** | The application form is required. |
| **NEPA** | Provide a copy of the final NEPA documentation (Categorical Exclusion determination, Environmental Assessment or Environmental Impact Statement) and the related Finding of No Significant Impact or Record of Decision. Refer to NCPC's NEPA regulations for more information. Note: the MOA for Section 106 must be signed before a FONSI/ROD is issued. |
| **NHPA** | Provide final executed documentation (e.g., Statement of Effects, Memorandum of Agreement or Programmatic Agreement). |

| Final Review Requirements for Foreign Mission Projects | |
|---|---|
| **Transportation Management Plan** | A Transportation Management Plan (TMP) will be required for any project anticipated to have transportation implications, including those resulting from a change in use, increase in federal employees or visitors travelling to a workplace or other destination, increase in parking, or physical alterations or improvements that cause circulation impacts. See the Transportation Management Plan Resource Guide on NCPC's website for more information. |
| **Project Report (content listed below)** | Required. If the information below is not available, please explain why.<br><br>Note: All documents should be accessible and adhere to Section 508 of the Rehabilitation Act of 1973, as amended in 1998 (29 U.S.C. § 794 (d)). |

*Table 41: Project Report Content for Final Review of Foreign Mission Projects*

| Project Report Content for Final Review of Foreign Mission Projects | |
|---|---|
| **Project Overview** | |
| **NCPC Plans and Policies** | Describe the proposed project and provide a general summary of compliance with NCPC plans and policies. Staff can provide relevant plans and policies to the applicant. |
| **Description of Project Area** | Describe the project area (including surrounding areas) and existing site conditions, including sensitive environmental resources onsite (e.g., natural habitat areas, wetlands, trees, etc.). |
| **Description of the Proposed Development and Alternatives** | Describe what is proposed for the project site including the total area of the site to be developed (if applicable) and allocation of land to proposed uses. Describe what other alternatives were considered for the project. |
| **Master Plan Alignment** | If the project is part of a master plan, describe any discrepancies between the master plan and what is currently proposed, with an explanation. |
| **Schedule** | Provide a schedule for project construction and occupancy (if applicable). |
| **Proposed Schedule / Project Cost Estimate** | Provide a total estimated cost of the project and its funding status. |

| Project Report Content for Final Review of Foreign Mission Projects | |
|---|---|
| **Updates to Previous Submissions** | |
| **Updates** | Applicants should update the following items to capture changes and the development of more detailed information since the Concept and/or Preliminary Review and whether they were made in response to the Commission's comments:<br>▪ Project Description<br>▪ Employment<br>▪ Schedule and Cost Estimate<br>▪ Transportation and Circulation<br>▪ Site Plan, Boundary Map and/or Vicinity Map<br>▪ Building Description<br>▪ Viewsheds Description<br>▪ Lighting and Streetscape Plan<br>▪ Architectural and Design Program<br>▪ Photographs<br>▪ Energy and Sustainability<br>▪ Flooding |
| **Outreach and Coordination** | |
| **Public Engagement** | Provide an update on public engagement activities, including a summary of public comments received on the draft NEPA document (if applicable) and other comments or issues raised by the public since Preliminary Review. |
| **Coordination with Federal, State, and Local Jurisdictions** | Provide the current status of coordination with other federal, state, and local agencies and jurisdictions including a summary of received comments. Provide a high level schedule for additional permits and approvals. |
| **Detailed Project Information and Drawings** | |
| **Landscape and Grading Plan** | The landscape and grading plan must contain the following information:<br>▪ General locations of all existing-to-remain, existing-to-be-removed, and proposed tree shrubs, and other plant materials;<br>▪ General identification of proposed plant materials, and, at the final stage, a list of the type, quantity, and size of proposed plant materials; and<br>▪ Depiction of the final site grading plan.<br>Although a separate landscape and grading plan is preferable, it may be combined with the site plan if proposals are clear and readable. If submitted as a separate plan, the landscape and grading plan must be at the same scale as the site plan. |
| **Floor Plans** | Must be submitted for each floor of proposed buildings (a single drawing is sufficient for identical floors). Floor plans must contain the following information:<br>▪ Uses allocated to all interior space<br>▪ Interior partitions, stairs, and elevators<br>▪ Overall dimensions, including interior spaces<br>▪ Elevation of each floor level |

| Project Report Content for Final Review of Foreign Mission Projects | |
|---|---|
| **Elevation** | Elevation of all sides (facades) of proposed buildings or structures must indicate the following:<br>▪ Height, bulk, and massing of building or structure<br>▪ Pedestrian and vehicular entrances<br>▪ Fenestration<br>▪ Identification of materials<br>▪ Treatment of the roof and all related appurtenances, including features such as penthouses, ventilation shafts, chimneys, smoke stacks, antennas, and related screening. |
| **Cross Sections** | Cross sections of proposed buildings and one or more exterior wall sections showing the proposed installation of principal exterior materials. |
| **Roof Plans** | Proposed building roof plans must indicate the following:<br>▪ Roof design, including materials and finishes to be used<br>▪ Any mechanical equipment, solar arrays or other roof appurtenances in addition to proposed screening. |
| **Construction and Equipment Drawings** | For exterior building features, site work, and any other proposals requiring coordination with offsite facilities and activities. |
| **Environmental and Historical Considerations (may be cross-referenced with NEPA/NHPA documentation)** | |
| **Historic Preservation** | Provide any updates to the previously submitted information regarding historic resources within the Area of Potential Effect, and any potential impacts. Describe the project's approach to addressing the resource (e.g., avoidance, rehabilitation, preservation, restoration, or demolition). |
| **Natural Resources** | Describe natural resources on or near the project area, and the project's anticipated effect on these natural resources such as wetlands and waters, endangered and threatened species, unique or critical habitat, trees, migratory birds, etc. Describe the project's strategies for minimizing/avoiding impacts to these resources. |
| **Public Realm and View Sheds** | Based on a more developed project design, provide an updated description of the project's effect on the public realm in the project area, including:<br>▪ The addition or removal of trees<br>▪ Impacts on viewsheds<br>▪ Changes in light and shadow<br>▪ Addition of perimeter security features |

| Project Report Content for Final Review of Foreign Mission Projects | |
|---|---|
| **Flooding** | Describe any changes to previously provided information, changes to the action since the preliminary review and steps taken to address issues raised by the Commission.<br><br>Describe the applicant's floodplain management compliance achieved to date. Note: For federal applicants, this refers to compliance with NEPA and/or their own agency floodplain guidance. For other applicants this refers to NCPC's NEPA requirements and floodplain guidance. |
| **Stormwater Management (if applicable)** | Provide the following:<br><br>▪ A stormwater management narrative explaining how the master plan complies with local requirements (1.2" of rain) and federal standards (1.7" of rain per Section 438 of the Energy, Independence and Security Act).<br>▪ General calculations including required and provided volume.<br>▪ Description/illustration of the reduction in impervious area.<br>▪ Description of low impact development strategies, including capacity and size. |

# Chapter 8. Exceptions and Project Changes

## 8.1 Exceptions

Commission review or approval is not required for certain types of projects and plans. For these projects, NCPC staff must confirm during the Pre-Submission Briefing that the project falls under one of the exceptions listed below. The applicant may not make this determination independently and must submit these projects to NCPC staff to confirm that an exception applies Staff will notify the applicant by mail/email if the project qualifies as an exception. Staff may determine that a project is exempt from Commission review based on the following criteria:

> **TIP**
> NCPC staff must confirm if a project is an exception. This occurs during the Pre-Submission Briefing.

1. Replacement, repair, or installation of trails, sidewalks, roadways, and parking areas involving no change in the existing character of the site and its immediate vicinity.

2. Rehabilitation and minor improvement of buildings, structures, and sites involving no change in the existing character, predominant use, or extent of the building, structure, or site/landscape.

3. Construction of minor buildings or structures where the following conditions are satisfied: 1) the building or structure is consistent in mass, scale, and character to adjacent buildings; 2) the building or structure would cause no adverse effects on historic properties; and 3) the building or structure would not have an individual or cumulative significant environmental impact.

4. Replacement or new planting of trees, shrubs, other plant materials, and installation of low impact development practices where there would be no change in the existing character of the site.

5. Replacement (excluding relocations or extensions) of underground utility lines such as pipes and cables (excluding pumping stations and treatment facilities) that will not (1) necessitate removal of existing trees or changes in the natural topography or (2) perpetuate or create an adverse environmental impact.

6. Replacement, repair, or installation of lighting, fencing, guardrails, signage, and generators or other mechanical and electrical equipment that involves no change to the character of the site and its immediate vicinity, causes no adverse viewshed impacts or other significant environmental impacts including adverse effects on historic properties.

7. Installation of temporary art or other placemaking features for a maximum of 6 months that will not (1) necessitate permanent infrastructure improvements or (2) have an adverse impact on federal property or other federal interests.

8. Street or alley closings located outside the boundary of the L'Enfant City under the following conditions: 1) the street or alley is not adjacent to federal property; 2) the street or alley does not provide access to a federal property or affect other federal interests.

9. Amendments to the Highway Plan that do not have a negative impact on federal property, and cause no environmental impacts including adverse effects on historic properties.

10. District of Columbia projects located outside the Central Area where the following conditions are satisfied: the project site is not adjacent to a federal property; 2) there would be no adverse impacts on federal property or other federal interests.

11. Modifications to a general development plan applicable to lands acquired pursuant to the Capper-Cramton Act where (1) the proposed changes are consistent with a public park use; (2) where no or minimal environmental impacts are anticipated; and (3) there would be no adverse impacts on federal property or other federal interests.

12. Referrals from the Zoning Commission of the District of Columbia where the following conditions are satisfied: 1) the project is consistent with the Height Act; 2) the project would not cause adverse impacts on federal property or other federal interests; and 3) the project site is located outside the boundary of the L'Enfant City.

13. Small WMATA projects that constitute minor modifications to the Mass Transit Plan where the following conditions are satisfied: 1) the project would not cause adverse impacts on federal property; and 2) the project site is located outside the boundary of the L'Enfant City.

14. Receive-only antennas with the boom or any active element not exceeding eight feet in any dimension and the mounted vertical dimension (from the point on the ground or building at which the antenna is mounted to the highest point of any active element, tower, mast, pole, or related support element) not exceeding 12 feet. All rooftop antennas must be set back from the edge of the building a distance at least equal to the antenna's height above the roof.

15. Receive-only whip antennas not exceeding 2 1/2 inches in diameter and a mounted dimension (vertically and laterally, for antennas which include two or more prongs or attachments) not exceeding 12 feet in any direction.

16. Receive-only antennas of any type entirely enclosed within an existing building (including the penthouse portion of a building).

17. Receive-only temporary antennas to be mounted on a building, the ground, or a vehicle for a period not to exceed 90 days, provided the temporary placement does not alter the site or building and that all necessary safety precautions are observed in the temporary placement.

## 8.2 Extension, Modification, or Waiver

The Executive Director may extend, modify, or waive submission requirements under certain limited circumstances. Waivers may be granted, or requirements extended or modified, where the project submitted for review has:

- Unique or special characteristics or qualities, such as limited size and/or scope, that make certain elements of the required materials unnecessary;
- Been sufficiently documented in prior submissions with materials that remain current;
- Unique implications necessitating the submission of specialized materials.

If a waiver affects submission materials that may address potentially significant offsite impacts, the Executive Director provides notice to potentially affected public agencies and provides opportunity for consultation. This would occur early in the process during the pre-submission and concept stages.

## 8.3 Substantial Change

If substantial changes are made in either the design or plan of a proposed project after the Commission has reviewed the project for either Preliminary Review or Final Review, the applicant must submit revised project information for Commission review.

If substantial changes to the project are made after Preliminary Review but before Final Review, applicants should advise NCPC staff of such changes as far in advance as possible, except where such changes have been made specifically in response to Commission recommendations at the Preliminary Review. Depending on the magnitude and nature of the changes, additional time may be needed for the Final Review. For example, the revised submission may need to be referred to the Intergovernmental Review process (See the Intergovernmental Review Resource Guide on NCPC's website.).

If substantial changes to the project are made after Final Review, applicants may be required to resubmit the project to the Commission for additional review. The following are the types of changes that could be considered substantial:

- Changes to the site layout.
- Changes to the intensity of development.
- Changes to the location of access, site circulation plan, or amount of parking provided.
- Changes to the building height.
- Changes to the landscape, public realm, stormwater management plan.

For example, if after Final Review the approval of the Stormwater Management Plan by the applicable jurisdiction results in changes to the general site layout and streetscape design to accommodate larger detention basins, the applicant could be required to resubmit the revised project to NCPC for additional review.

# Appendix A – Acronyms

APE - Area of Potential Effect

BZA – Board of Zoning Adjustment

CATEX – Categorical Exclusions

CWA – Commemorative Works Act

DC – District of Columbia

DC Water – District of Columbia Water and Sewer Authority

DCOP – DC Office of Planning

DCSHPO – DC State Historic Preservation Office

DDOT – District Department of Transportation

DOEE – District Department of Energy and the Environment

DOD – U.S. Department of Defense

CFA– U.S. Commission of Fine Arts

EA – Environmental Assessment

EIS – Environmental Impact Study

EISA – Energy Independence and Security Act

EDR – Executive Director's Recommendation

EO – Executive Order

FCIP – Federal Capital Improvement Program

FFRMS – Federal Flood Risk Management Standard

FMA – Foreign Missions Act

FMBZA – Foreign Mission Board of Zoning Adjustment

FONSI – Finding of No Significant Impact

GSA – General Services Administration

MWCOG – Metropolitan Washington Council of Governments

NCPC – National Capital Planning Commission

NEPA – National Environmental Policy Act

NHPA – National Historic Preservation Act

NCMAC – National Capital Memorial Advisory Commission

NCR – National Capital Region

NPS – National Park Service

OMB – Office of Management and Budget

ROD - Record of Decision

SWMP – Stormwater Management Plan

THPO – Tribal Historic Preservation Officer

TMP – Transportation Management Plan

WMATA – Washington Metropolitan Area Transit Authority

# Appendix B – Glossary

**Advisory Authority**: The Commission has advisory authority for master plans for federal land in the NCR; projects on federal and District land in those portions of Maryland and Virginia within the NCR; and projects on District land in Washington, DC outside the Central Area; and transfers of jurisdiction within the city. These projects must obtain formal comments and recommendations from the Commission before the applicant can proceed.[9]

**Action Item:** Refers to items on the agenda for which the Commission takes an official action by vote. They include Concept, Preliminary, and Final Reviews by the Commission. Each action item is accompanied by a written recommendation from the Executive Director and a staff report. There are two types of action items: Open Session Items, which require a staff presentation and discussion at the Commission meeting, and Consent Calendar Items, which are items the Commission votes on without a staff presentation and discussion.

**Antennas**: The Commission reviews all antennas and antenna support structures (such as towers, monopoles, and equipment shelters), whether federally owned or leased, on federal property. The Commission also reviews antennas that are proposed to be located on private buildings that are leased, or intended to be leased, 80 percent or more, to the federal government. Existing antennas that are moved or relocated to another location on a federal facility are also subject to the Commission's review. Any change to a previously approved antenna that affects the public health or welfare, the skyline or scenic character of the nation's capital, or is contrary to the intent of these guidelines must be resubmitted for Commission review as well.

**Applicant**: Applicants to NCPC include federal agencies, and the District government, as well as non-federal agency applicants that typically have projects subject to NCPC's jurisdiction such as the Smithsonian Institution, the John F. Kennedy Center for the Performing Arts, the United States Institute of Peace, and private parties that undertake actions on federal land. When these organizations plan and perform development activities within the NCR, they must submit their application to NCPC for review.

**Approval Authority**: The Commission has approval authority for projects on federal land in Washington, DC; projects on District land within the Central Area; and commemorative works on lands administered by NPS and GSA in Washington, DC and the environs.[10]

**Building and Site Improvements**: These projects include 1) building construction or renovation, with or without site improvements, and 2) site improvements such as grading, landscaping, and street and road construction or improvements.[11]

**Capper-Cramton Act**: The Capper-Cramton Act of May 29, 1930 authorized funding for the acquisition of lands in Washington, DC, Maryland, and Virginia for the park and parkway system of the national capital.[12] In the past, NCPC was charged with acquiring property for the George Washington Memorial Parkway; stream valley parks in Maryland and Virginia; and the park, parkway, and playground system of Washington, DC. The act requires that the development of the acquired land conform to plans approved by NCPC. Any change to approved plans requires NCPC review and approval.

**Central Area**: The geographic area in Washington, DC comprised of the Shaw School and Downtown Urban Renewal Areas.

**Chancery**: Business offices of the diplomatic mission of a foreign government used exclusively for diplomatic and consular functions or the business offices of an international organization.

**Commemorative Works**: Any statue, monument, sculpture, memorial, plaque, inscription, or other structure or landscape feature, including a garden or memorial grove, designed to perpetuate in a permanent manner the memory of an individual, group, event or other significant element of American history, except that the term

does not include any such item which is located within the interior of a structure or a structure which is primarily used for other purposes.[13]

**Commission of Fine Arts (CFA)**: A federal agency created originally to provide advice on the location and design of fountains, statutes and monuments in Washington, DC and to provide general advice on questions of art posed by certain high-level federal government officials (40 U.S.C. § 9102(a)). CFA's authority also extends to, among others, the provision of advice on federal and District government public buildings constructed in Washington, DC (EO 1259); review of and provision of recommendations to the Mayor of the District of Columbia on public and semi-public buildings fronting or adjacent to certain public areas in Washington, DC (40 U.S.C. § 8104); review and provision of recommendations to the mayor on plans to construct, alter, reconstruct or raze buildings within a certain geographic area of Georgetown (D.C. ST. §§ 6-1201-1204); and review and approval of commemorative works in Washington, DC and environs (40 U.S.C. 8905(a)(2)).

**Comprehensive Plan**: The *Comprehensive Plan for the National Capital* is a document that guides planning and development in Washington, DC and the surrounding region. The Comprehensive Plan is a unified plan comprised of two components—the Federal and District Elements. The Planning Act (40 U.S.C. § 8721(a)) authorizes preparation of the Comprehensive Plan. The Federal Elements are prepared by NCPC, and provide a policy framework for the federal government in managing its operations and activity in the National Capital Region. The District Elements are developed by the District and address traditional city planning issues such as land use, housing, and economic development. NCPC reviews and approves updates to the District Elements to ensure consistency between the District and Federal Elements.

**Consulting Party**: Advisory Council for Historic Preservation; State Historic Preservation Office, or the Tribal Historic Preservation Office , or a representative of an impacted Indian Tribe; representatives of local governments; non-federal agency applicants seeking approval for a project or phase thereof from the Commission; NCPC when NCPC's shares the same undertaking as another federal agency; individuals and organizations with a demonstrated interest in the undertaking; and the public.

**Coordinating Committee**: Submissions for proposed projects located in Washington, DC are referred by NCPC staff to the Coordinating Committee prior to Commission review.[14] The Coordinating Committee reviews projects from the perspective of fostering the maximum amount of coordination and consultation among the various agencies of the federal and District governments, and ensuring that Washington, DC is developed in accordance with the Comprehensive Plan. As such, the Committee's recommendations to NCPC specifically address interagency coordination. The Coordinating Committee is scheduled monthly to align with the Commission meeting schedule, the meeting is not attended by the applicant, and any comments or requests received are forwarded by NCPC staff. Once finished with a project review, the Coordinating Committee provides a statement that the project has or has not been coordinated with all agencies represented. NCPC staff includes this statement in the Executive Director's Recommendation. For projects in Washington, DC, consultations with the Coordinating Committee occur at each review stage.

**Cooperating Agency -** Any federal agency other than a lead agency or a non-federal agency that has jurisdiction by law or special expertise with respect to a proposal that significantly affects the quality of the human environment; a state or local agency of similar qualifications; or when the effects are on a reservation, an Indian Tribe when agreed to by the lead agency.

**Environs**: The territory surrounding Washington, DC included in the National Capital Region pursuant to 40 U.S.C. 8702(a)(1).

**Executive Director**:The Executive Director employed by NCPC pursuant to 40 U.S.C. 8711(d).

**Executive Orders:** Executive Orders are orders issued by the president to an executive branch of the government and having the force of law. Executive orders help officers and agencies of the executive branch with the operations within the federal government itself. Executive orders have the full force of law when they

take authority from a legislative power which grants its power directly to the Executive by the Constitution, or are made pursuant to Acts of Congress that explicitly delegate to the President some degree of discretionary power.

**Federal Capital Improvements Program (FCIP):** Per the Planning Act, NCPC annually reviews capital improvement projects proposed by federal agencies in accordance with Comprehensive Plan goals and policies. NCPC provides input to the Office of Management and Budget (OMB) annually in the form of the FCIP report.

**FOUO:** For Official Use Only (FOUO) is a document control designation, but not a classification. This designation is used by Department of Defense and a number of other federal agencies to identify information or material that, although unclassified, may not be appropriate for public release.

**Height of Buildings Act**: In response to the construction of the 164-foot Cairo Hotel in 1894, the Height of Buildings Act was established in Washington, D.C. This law, enacted in 1910 as 36 Stat. 452, is key to establishing and assuring the horizontal character of the national capital by setting maximum building heights that are generally controlled by street widths. The height limit on residential streets is 90 feet. In business areas, the building height is generally limited to the width of the adjacent street plus 20 feet. In addition, there is a general height limit of 130 feet, extended to 160 feet along certain portions of Pennsylvania Avenue.

**International Center Act**: authorizes the Commission to approve the location, height, bulk, number of stories, size of, and the provisions for open space and off-street parking in and around buildings for foreign governments and international organizations on land sold or leased by the Secretary of State on a parcel of land in Washington, DC. This land is bounded by Connecticut Avenue, NW; Van Ness Street, NW; Reno Road, NW; and Tilden Street, NW.

**L'Enfant Plan:** The L'Enfant Plan for the city of Washington is the urban plan developed in 1791 by Major Pierre Charles L'Enfant for President George Washington. L'Enfant set out to create a "magnificent city, worthy of the nation, free of its colonial origins, and bold in its assertion of a new identity." As a planned city, Washington, DC's urban design is its defining characteristic, with L'Enfant's plan expressed in physical form the ideas of federalism and the separation of powers. He located the U.S. Capitol on the highest point between the Potomac and Anacostia Rivers and envisioned broad avenues—named after states—connecting important public buildings. The plan specified that most streets would be laid out in a grid. To form the grid, some streets would travel in an east-west direction, while others would travel in a north-south direction. Diagonal avenues later named after the states of the union crossed the grid. The diagonal avenues intersected with the north-south and east-west streets at circles and rectangular plazas that would later honor notable Americans and provide open space. Uneven development throughout the first century of the capital city's existence prevented the full realization of Pierre L'Enfant's vision, but its broad avenues, commanding views, and neighborhoods centered around public parks and squares remain the foundation of today's city.

**Master Plan**: NCPC requires master plans for campus like sites and installations with more than one principal building. Approved master plans are required prior to the development of individual building and site projects. Master plans are processed through the same stages of review as other projects discussed in these guidelines (e.g., Pre-Submission Briefing, Concept Review, Preliminary Review, and Final Review). However, the information required in master plans varies due to the scope and long-term nature of master planning. Projects on installations where there is no approved master plan require an intergovernmental review and extended review time of 30–60 days.

**McMillan Plan:** Washington, D.C.'s 100th anniversary prompted the formation of the Senate Park Commission, under the chairmanship of James McMillan, to restore the grandeur of L'Enfant's vision to the capital. The 1901 McMillan Plan proposed eliminating the Victorian landscaping of the National Mall and replacing it with a simple expanse of grass, narrowing the Mall, and permitting the construction of low, Neoclassical museums and cultural centers along the Mall's east-west axis. The plan proposed constructing major memorials on the western and southern anchors of the Mall's two axes, reflecting pools on the southern and western ends, and

massive granite and marble terraces and arcades around the base of the Washington Monument. The plan also proposed tearing down the existing railroad passenger station on the National Mall and constructing a large new station north of the Capitol building. Additionally, the McMillan Plan contemplated the construction of clusters of tall, Neoclassical office buildings around Lafayette Square and the Capitol building, as well as an extensive system of neighborhood parks and recreational facilities throughout the city. Major new parkways would connect these parks as well as link the city to nearby attractions. The 1901 McMillan Plan made a distinctive imprint that endures today in the city's architecture and public spaces, particularly in the open greenway of the National Mall, the monumental core of federal buildings, and the comprehensive public park system.

**Monumental Core**: The general area encompassed by the U.S. Capitol grounds, the National Mall, the Washington Monument grounds, the White House grounds, the Ellipse, West Potomac Park, East Potomac Park, the Southwest Federal Center, the Federal Triangle area, President's Park, the Northwest Rectangle, Arlington Cemetery, the Pentagon area, and Fort Myer and Henderson Hall. *Placeholder for EHP regulation cite.*

**National Capital**: Washington, DC and territory the federal government owns in the environs.[15]

**National Capital Planning Act, or Planning Act**: The Planning Act established NCPC as the central planning agency for the federal government in the NCR. The Planning Act provides for the agency's essential functions, including development of a Comprehensive Plan for the NCR; review of federal and some District proposed developments and projects; review of District zoning amendments; annual review of the *Federal Capital Improvements Program* and the District Capital Improvements Program; and the development of special planning projects.[16]

**National Capital Planning Commission**: NCPC serves as the central federal planning agency for the unique concentration of federal activities and interests in the NCR. NCPC includes both the Commission, who reviews and approves projects during Commission meetings, and the staff, who coordinate the review of development plans and projects submitted by applicants. One of NCPC's principal responsibilities is to coordinate development activities of federal and District agencies in the NCR. These agencies must submit project and development proposals to the Commission for review by following the process laid out in these Submission Guidelines.

**National Capital Region** (NCR) Encompasses the District of Columbia; Montgomery and Prince George's Counties in Maryland; Arlington, Fairfax, Loudoun, and Prince William Counties in Virginia; and the incorporated cities of Alexandria, Falls Church, Fairfax, and Manassas. The NCR is about 2,500 square miles (6,475 sq. km)

**NEPA**: The National Environmental Policy Act, as amended (42 U.S.C. 4321, et seq.) requires federal agencies to assess the environmental effects of their proposed actions prior to making decisions.

**NEPA Document**: CATEX determination, an EA, an EIS, or other environmental documents identified in CEQ Regulations at 40 CFR 1508.10.

**NHPA**: National Historic Preservation Act, (P.L.89-665 as amended) requires federal agencies to consider the effects of their undertakings on historic properties in the United States.

**Non-Federal Agency**: Applicants outside the definition of federal agency that prepare plans for or undertake projects on federal land and include, without limitation, the Smithsonian Institution, the John F. Kennedy Center for the Performing Arts, the National Portrait Gallery, the United States Institute of Peace, the District government, and private parties that are the real party in interest and will directly benefit from action on an application submitted to the Commission. *Placeholder for EHP regulation cite.*

**Parking Ratio**: Ratio of the number of employees and on-site contractors for each parking space, divided into four general categories reflecting the accessibility of the area, transit service, and travel options.

**Parks and Open Space**: Parks and open space is any open piece of undeveloped land (has no buildings or other built structures) and is accessible to the public. Parks and open space includes: green space (e.g. parks, community gardens, and cemeteries), schoolyards, playgrounds, public seating areas, public plazas, and vacant lots.

**Projects Requiring Referral for Intergovernmental Review and Comment:** Certain projects that are submitted to NCPC for review and comment will also be transmitted to other local and state government agencies for input. Projects that will be referred for intergovernmental review include 1) master plans (new plans and major modifications), 2) U.S. Postal Service projects in the NCR, and 3) any other projects or plans that do not fall within a recent NCPC-approved master plan.

**Section 106:** Section 106 of the National Historic Preservation Act of 1966 (NHPA) requires federal agencies to take into account the effects of their undertakings on historic properties, and afford the Advisory Council on Historic Preservation a reasonable opportunity to comment. A wide variety of federal projects, ranging from the construction, rehabilitation, or demolition of roads, facilities, buildings, and dams to projects which require the issuance of federal licenses and permits, or loans and grants that might affect historic properties are subject to Section 106 review. Properties listed on or eligible for listing on the National Register of Historic Places, a list maintained by the National Park Service, must be considered under the requirements of Section 106. Section 106 encourages, but does not mandate, preservation outcomes. The process provides for the consideration of alternatives that promote preservation and offers the public and stakeholders the opportunity to influence federal decision making.

**Submissions**: Submissions include a standard application form and a project report. The application form collects information on applicants and projects. The information provided in project reports such as project narrative and exhibits (e.g., maps, renderings and/or figures) provide more specific project information to reflect decisions made as project planning advances, with greater detail being provided at successive stages. NCPC staff will work with applicants to determine which requirements are necessary for a submission's project report.

**Transportation Demand Management**: A Transportation Demand Management (TDM) program is comprised of a series of strategies designed to maximize traveler choices. Robust TDM programs seek to reduce parking demand at federal destinations, improve environmental quality, and reduce impacts on regional congestion. TDM strategies are designed to change traveler behavior, such as reducing the number of peak travelers, reducing the total number of travelers, encouraging more travelers to share vehicles, and shifting travelers to transportation systems with excess capacity.

# Appendix C - Endnotes

[1] The Capper Cramton Act of May 29, 1930, 46 Stat 482, as amended by the Act of August 8, 1946, 60 Stat. 960; Act of July 19, 1952, sec 3, 66Stat 781, 791; and the Act of August 21, 1958, 72 Stat. 705.

[2] 40 U.S.C. § 8722(b)(1) and DC Code 2-1004(a) requires each federal and D.C. agency, prior to any commitments for the acquisition of land in the District to consult with the Commission. 40 U.S.C. § 8722(c) (1) imposes the same requirement in the environs.

[3] 40 U.S.C. §8902(a)(1).

[4] The Capper Cramton Act of May 29, 1930, 46 Stat 482, as amended by the Act of August 8, 1946, 60 Stat. 960; Act of July 19, 1952, sec 3, 66 Stat 781, 791; and the Act of August 21, 1958, 72 Stat. 705.

[5] 40 U.S.C. § 8722(b)(1) and DC Code 2-1004(a) requires each federal and D.C. agency, prior to any commitments for the acquisition of land in the District to consult with the Commission. 40 U.S.C. § 8722(c) (1) imposes the same requirement in the environs.

[6] Percent design development is provided as an approximate reference only to indicate the general stage of design development.

[7] Final site and building plans for federal public buildings in the D.C. and D.C. government public building within the Central Area must ordinarily satisfy requirements of 40 U.S.C. §§ 8722(b)(1) and (d) or (e) and DC Code. §§ 2-1004(a) and (c).

[8] The Commission "approves master plans for use by the Commission as a guide for future reviews of individual site and building projects" per U.S.C. §8722(a) and (b)(1)

[9] See 40 U.S.C. § 8722(b)(1) and DC Code § 2-1004(a).

[10] See 40 U.S.C. § 8722(d)-(e) and DC Code § 2-1004(c); 40 U.S.C. § 8901(4); and 40 U.S.C. § 8905(b)(2).

[11] 40 U.S.C. §§ 8722(d)-(e) and DC Code § 2-1004(c) require Commission approval of among others, the location, height, bulk, number of stories and size of development proposals on federal land in the District and District land in the Central Area and the provision of surrounding public space. 40 U.S.C. § 8722(b)(1) requires each federal and D.C Agency, prior to the preparation of construction plans, to consult with the Commission.

[12] The Capper Cramton Act of May 29, 1930, 46 Stat 482, as amended by the Act of August 8, 1946, 60 Stat. 960; Act of July 19, 1952, sec 3, 66Stat 781, 791; and the Act of August 21, 1958, 72 Stat. 705.

[13] See 40 U.S.C. § 8902(1).

[14] National Capital Planning Act of 1952, Pub. L. No. 82-592, ch. 949, 66 Stat 781,783 (1952).

[15] See 40 U.S.C. § 8702(2).

[16] See 40 U.S.C. § 8701.