**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL LEMMON**, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants.* | Civil Action No. 26-544 (TSC) |
| **DISTRICT OF COLUMBIA AND COMMONWEALTH OF VIRGINIA**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-3838 (TSC)<br><br>**CONSOLIDATED CASES** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND 5 U.S.C. § 705 STAY**

Upon consideration of the District of Columbia and Commonwealth of Virginia's Motion for a Preliminary Injunction and 5 U.S.C. § 705 Stay, as well as the memorandum of law, declarations, and exhibits submitted in support and the responsive materials submitted by Defendants, it is hereby ORDERED that:

(1) The District of Columbia and the Commonwealth of Virginia's Motion for a Preliminary Injunction and 5 U.S.C. § 705 Stay is GRANTED;

(2) Defendants are preliminarily enjoined from undertaking, authorizing, funding, permitting, expending funds on, accepting gifts for the purpose of funding, or otherwise effectuating any construction, excavation, demolition, land-disturbance, utility-installation, or roadway-closure activity, or any other construction-related activity at or near Memorial Circle in Washington, D.C., that is for the purpose of constructing an arch at Memorial Circle;

(3) Defendants' actions authorizing construction of an arch at Memorial Circle, including the Nov. 5 Decision Record (ECF No. 109-1), are stayed pursuant to 5 U.S.C. § 705;

(4) Defendants shall, within 24 hours of the entry of this Order, serve a copy of this Order on all relevant individuals and entities, including Defendants' subordinates, employees, contractors, subcontractors, and agents not before the court, that are engaged in or have responsibilities for construction, site preparation, or related activities concerning the Arch at Memorial Circle, and shall inform each of them that the activities enjoined by this Order are prohibited by court order. Defendants shall file a notice within 48 hours of the entry of this Order updating the court on the status of their obligation to inform all such individuals and entities. Defendants' prior notice obligations remain unchanged; and

(5) Defendants shall file a status report within three days from the issuance of this Order certifying their compliance with this Order.

Dated: ____________________

______________________
TANYA S. CHUTKAN
United States District Judge