**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | Civil Action No. 26-cv-544 (TSC) |
| DISTRICT OF COLUMBIA and COMMONWEALTH OF VIRGINIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL PARK SERVICE, *et al.*<br><br>*Defendants*. | Civil Action No. 26-cv-3838 (TSC) |

**NOTICE**

On November 10, 2026, Rory Kennedy, Maxwell Taylor Kennedy, Christopher G. Kennedy, Kerry Kennedy, Courtney Kennedy, Hon. Kathleen Kennedy Townsend, Hon. Joseph P. Kennedy II, Hon. Joseph P. Kennedy III, and Edward M. Kennedy Jr., moved to intervene in the above-captioned consolidated cases. *See* ECF No. 9, *District of Columbia v. National Park Service*, No. 26-cv-3838. The Court then ordered Proposed Intervenors to file a notice by 5:00 p.m. on November 11, 2026, "stating whether they intend to seek preliminary relief before the court rules on the pending preliminary injunction motions or otherwise intend to participate in the

ongoing preliminary injunction briefing." Minute Order (Nov. 10, 2026). Intervenors submit the following proposal for their participation in the ongoing preliminary injunction briefing.

As noted in the Motion to Intervene, Proposed Intervenors seek to intervene to raise facts and harms that are unique to the Kennedy family but do not wish to extend any existing deadlines or delay this case in any way. Because Proposed Intervenors' claims otherwise overlap with the existing claims in the pending consolidated cases, including the claims raised by the existing Plaintiffs in their motions for preliminary injunction, Proposed Intervenors intend to join those motions and provide declarations from the Proposed Intervenors addressing their particular harms. The Court has ordered Defendants to respond to Plaintiffs' motions by November 16, 2026. *See* Minute Order (Nov. 10, 2026). To avoid delaying the existing schedule while also giving Defendants an opportunity to respond to Proposed Intervenors' submission if they chose to, Proposed Intervenors propose filing their request to join the pending motions and supplemental declarations by no later than November 13, 2026.

Dated: November 11, 2026

Respectfully submitted,

*<u>/s/ Norman L. Eisen</u>*

Norman L. Eisen (D.C. # 435051)
Stephen A. Jonas (D.C. # 90037069)
Joshua G. Kolb (# NY0628)
Brian C. Ward (D.C. # 90046907)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
norman@democracydefenders.org
steve@democracydefenders.org
joshua@democracydefenders.org
brian@democracydefenders.org

*Counsel for Proposed Intervenors*