**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MICHAEL LEMMON**, *et al.*,

*Plaintiffs*,

v.

**DONALD J. TRUMP**, *et al.*,

*Defendants*.

Civil Action No. 26-cv-544 (TSC)

**DISTRICT OF COLUMBIA AND COMMONWEALTH OF VIRGINIA**,

*Plaintiffs*,

v.

**NATIONAL PARK SERVICE**, *et al.*,

*Defendants*.

Civil Action No. 26-cv-3838 (TSC)

**CONSOLIDATED CASES**

**NOTICE**

Defendants submit this notice in response to the Court's November 10, 2026, Minute Order, regarding the pending Motion to Intervene, Case No. 26-cv-3838, Dkt. 9. Proposed Intervenors have indicated that they intend to "join" in the pending motions for preliminary injunction by filing papers along with declarations from the Proposed Intervenors in support of the pending preliminary injunction motions by Friday, November 13, 2026. In order to preserve the existing briefing schedule for the preliminary injunction motions, while still providing Defendants with sufficient time to respond to the new papers and declarations, counsel for Defendants and Proposed Intervenors agreed over a telephone call that Defendants would have until 2:00 pm on Wednesday, November 18, 2026 to respond to both the pending

Motion to Intervene and to Proposed Intervenors' papers and declaration in support of the pending preliminary injunction motions. Counsel for Defendants attempted to obtain agreement via email on a joint notice encapsulating this briefing schedule, but was unable to do so by the deadline in the Court's Minute Order. Accordingly, Defendants propose the below briefing schedule:

- November 13, 2026: Proposed Intervenors file papers in support of preliminary injunction motion.
- November 18, 2026 (at 2:00 pm): Defendants respond to Proposed Intervenors' Motion to Intervene and papers in support of preliminary injunction motion.

Date: November 11, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ROBERT STANDER
Deputy Assistant Attorney General

BENJAMIN HAYES
Deputy Assistant Attorney General

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER, Senior Attorney
ALISON VICKS, Trial Attorney
Energy and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov
alison.vicks@usdoj.gov

*Counsel for Defendants*