**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL LEMMON**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-544 (TSC) |
| **DISTRICT OF COLUMBIA AND COMMONWEALTH OF VIRGINIA**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-3838 (TSC)<br><br>**CONSOLIDATED CASES** |

## NOTICE

Defendants and Proposed Intervenors submit this notice in response to the Court's November 10, 2026, Minute Order, regarding the pending Motion to Intervene, Case No. 26-cv-3838, Dkt. 9. Proposed Intervenors intend to file brief papers along with declarations from the Proposed Intervenors in support of the pending preliminary injunction motions by Friday, November 13, 2026. In order to preserve the existing briefing schedule for the preliminary injunction motions, while still providing Defendants with sufficient time to respond to the new declarations, Defendants and Proposed Intervenors agree that Defendants would have until Wednesday, November 18, 2026 to respond to both the pending Motion to Intervene and to

Proposed Intervenors' papers and declaration in support of the pending preliminary injunction motions.

Date: November 11, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ROBERT STANDER
Deputy Assistant Attorney General

BENJAMIN HAYES
Deputy Assistant Attorney General

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER, Senior Attorney
ALISON VICKS, Trial Attorney
Energy and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov
alison.vicks@usdoj.gov

*Counsel for Defendants*

*/s/ Norman L. Eisen*
Norman L. Eisen (D.C. # 435051)
Stephen A. Jonas (D.C. # 90037069)
Joshua G. Kolb (# NY0628)
Brian C. Ward (D.C. # 90046907)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
norman@democracydefenders.org
steve@democracydefenders.org
joshua@democracydefenders.org
brian@democracydefenders.org

*Counsel for Proposed Intervenors*