AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

MICHAEL LEMMON, et al.
*Plaintiff*
v.
DONALD J. TRUMP, et al.
*Defendant*

Case No. 26-cv-544 (TSC)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervenors Rory Kennedy, Maxwell Taylor Kennedy, Christopher G. Kennedy, Kerry Kennedy, Courtney Kennedy, Hon. Kathleen Kennedy Townsend, Hon. Joseph P. Kennedy II, Hon. Joseph P. Kennedy III, and Edward M. Kennedy Jr. .

Date: 11/11/2026

/s/Norman L. Eisen
*Attorney's signature*

Norman L. Eisen (D.C. # 435051)
*Printed name and bar number*

600 Pennsylvania Avenue SE #15180 Washington, DC 20003
*Address*

norman@democracydefenders.org
*E-mail address*

(202) 594-9958
*Telephone number*

*FAX number*