EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEMMON, et al.,<br><br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Civil Action No. 26-cv-544 (TSC) |

**DECLARATION OF RORY KENNEDY**

I, Rory Kennedy, declare as follows:

1. I am one of the intervenors in this lawsuit. I am over the age of 18 and am competent to make this declaration.

2. I am the daughter of Robert F. Kennedy and Ethel Kennedy. My father was a United States Senator and Attorney General. I am also the niece of President John F. Kennedy, Senator Edward M. Kennedy, and Navy Lieutenant Joseph P. Kennedy, Jr.

3. My father, mother, uncles, aunt, and cousins are interred at Arlington National Cemetery near the John F. Kennedy Eternal Flame, a monument intended to celebrate the life and achievements of my uncle.

4. My father played an instrumental role in the creation of President John F. Kennedy's Gravesite, which includes the Eternal Flame.

5. I have personal and aesthetic interests in the Kennedy Gravesites, the unobstructed view between the Lincoln Memorial and Kennedy Gravesites, and the view of the John F. Kennedy Eternal Flame from the Lincoln Memorial and Memorial Bridge.

6. Often when I am in Washington, D.C., I visit my family's Gravesites to meditate on their memory and contributions to national progress and unity. I also regularly visit the

Lincoln Memorial and the Memorial Bridge, where I reflect upon the relationship between the Lincoln Memorial, the Kennedy Gravesites, and the Eternal Flame.

7. I am deeply concerned that the Arch President Trump plans to build on Memorial Circle will destroy the intended effect and symbolic meaning of the Gravesites and the Eternal Flame. The architecture of the monument was intended by my aunt, Jacqueline Kennedy Onassis, to ensure a clear line-of-sight from the Memorial Bridge to the Eternal Flame and from the Gravesites to the Lincoln Memorial. I believe that the construction of the Arch will disrupt these sightlines.

8. I intend to continue visiting my family's Gravesites, the Lincoln Memorial, and the Memorial Bridge to honor their legacy, and for family memorials and remembrance events in the future. When I look at the vista from the Gravesites, I am comforted by the fact that President Kennedy loved that view. I have always believed that these remembrances would remain a permanent part of the nation's capital.

9. I also feel a responsibility to ensure that all Americans can continue to appreciate the Gravesites as my parents, aunt, and uncle intended.

10. I am also concerned that during the spring and summer months, the proposed Arch will cast a shadow over my family's Gravesites and the Eternal Flame. I believe this to be a disrespectful intrusion on a reverently designed and tended site and an insult to the legacy of my family. The shadow would fundamentally alter the experience of visiting the Gravesites. It will be difficult for me to recognize my parents', uncles', and aunt's service and sacrifice to this country without distraction.

11. If the Arch is built, I would never again be able to appreciate the Kennedy Gravesites and the Eternal Flame as I always have before, and as my family always intended. I

view the planned arch to be a distraction from the symbolic relationship between my family's Gravesites, the Eternal Flame, Memorial Bridge, Arlington House, the Lincoln Memorial, and the graves of the thousands of others who have served our country.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of November, 2026

/s/Rory Kennedy
Rory Kennedy