EXHIBIT 2

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEMMON, et al.,<br><br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Civil Action No. 26-cv-544 (TSC) |

**DECLARATION OF KERRY KENNEDY**

I, Kerry Kennedy, declare as follows:

1. I am one of the intervenors in this lawsuit. I am over the age of 18 and am competent to make this declaration.

2. I am the daughter of Robert F. Kennedy and Ethel Kennedy. My father was a United States Senator and Attorney General. I am also the niece of President John F. Kennedy, Senator Edward M. Kennedy, and Navy Lieutenant Joseph P. Kennedy, Jr. I am the president of the Robert & Ethel Kennedy Human Rights Center.

3. My father, mother, uncles, aunt, and cousins are interred at Arlington National Cemetery near the John F. Kennedy Eternal Flame, a monument intended to celebrate the life and achievements of my uncle.

4. My father played an instrumental role in the creation of President John F. Kennedy's Gravesite, which includes the Eternal Flame.

5. I have personal and aesthetic interests in the Kennedy Gravesites, the unobstructed view between the Lincoln Memorial and Kennedy Gravesites, and the view of the John F. Kennedy Eternal Flame from the Lincoln Memorial and Memorial Bridge.

6. For as long as I can remember, my parents, and later my mother, took my ten siblings and me to visit Arlington National Cemetery. We would tumble out of the car, where each of us was handed a few long-stem white roses. We would go to my father's grave, unhook the chain link fence, place the flowers carefully and kneel on the grass in front of the simple white cross beneath which he was buried. Then my mother would begin, "In the name of the Father, the Son and the Holy Spirit." Afterwards, in turn, one of us said the Lord's Prayer, and the others followed with Hail Marys. Around and around we would go, in unison, reciting the same words that have been used for 2,000 years to commemorate the dead and pray to God for justice and peace. Afterwards, Mum would take us to read aloud or in silence Daddy's words, etched in stone, about love, wisdom, compassion, courage, and the ability of one person to make a difference. Indeed, those words became a sort of family motto, inscribed in our hearts, as guiding principles for life and service.

7. Afterwards, without fail, we picked up some of those flowers and brought them to our Uncle Jack's grave. There we repeated the ritual: removed the chain link fence, placed the roses, recited our prayers aloud, and prayed—each in our own way—to the uncle who gave so very much to our country.

8. After Senator Edward Kennedy died, this ritual was repeated again at his grave—the flowers, which had now made their way from one brother to the other, landed on him. And, finally, we said the same prayers at the marker for the fourth brother, Lt. Joseph P. Kennedy, Jr., who, like the other three, served in the United States Navy, risked his life for his country, and gave his life for freedom and democracy.

9. As children, we visited Arlington National Cemetery on Daddy's and Jack's birthdays, on the anniversaries of their deaths, on Easter and other holidays, and if we happened

to be in the neighborhood. Every year on June 6th, I commemorate the anniversary of my father's death, by bringing 20-30 human rights defenders to pray at his grave and at those of my uncles.

10. Many of the people I visit with have faced imprisonment, torture, and death in retaliation for their advocacy on the same rights my father and uncles advocated. This is always deeply moving for all of us.

11. Personally, I visit Daddy's grave four or five times a year, quietly and alone.

12. I remember my mother pouring over the plans for Daddy's grave—what type of stone, what type of trees, how would they look at different times of year? None of these decisions were made about the layout and design without enormous thought and consideration. The thought of throwing shade on the site is deeply disturbing and the construction of the Arch will therefore impact the experience of renewal and reflection for me, and all others who come to pay their respects.

13. Arlington National Cemetery is a place of ritual, but also a place of peace, of sacredness, of spirituality, of connection—in short, of holiness. Our government must not throw shade on that experience for me, for the 400,000 service members and their families resting there, and for the 4 million visitors paying their respects each year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of November, 2026

/s/Kerry Kennedy
Kerry Kennedy