EXHIBIT 3

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEMMON, et al.,<br><br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Civil Action No. 26-cv-544 (TSC) |

**DECLARATION OF CHRISTOPHER KENNEDY**

I, Christopher Kennedy, declare as follows:

1. I am one of the intervenors in this lawsuit. I am over the age of 18 and am competent to make this declaration.

2. I am the son of Robert F. Kennedy and Ethel Kennedy. My father was a United States Senator and Attorney General. I am also the nephew of President John F. Kennedy, Senator Edward M. Kennedy, and Navy Lieutenant Joseph P. Kennedy, Jr. I am Chairman Emeritus and a current director of Joseph P. Kennedy Enterprises, Inc., the Kennedy family office.

3. I was the executor of my father's estate, the executor of my mother's estate, and the trustee for the trust they both created. I have worked hard to act as their fiduciary and agent in these capacities, and I make this declaration given the responsibilities of those roles.

4. My father, mother, uncles, aunt, and cousins are interred at Arlington National Cemetery near the John F. Kennedy Eternal Flame, a monument intended to celebrate the life and achievements of my uncle.

5. My father is buried there. My mother is buried there. My uncle, President Kennedy, is buried there. My uncle, Senator Ted Kennedy, is buried there. All have received the

Presidential Medal of Freedom, the highest honor that can be bestowed upon a private citizen of our country.

6. My uncle, Lt. Joseph Kennedy, is remembered there with a plaque recognizing his service as a volunteer airman during World War II.

7. My aunt, Jacqueline Kennedy, is buried there, and she designed the memorial to her husband so that it would look out from General Lee's property, which was used as a hospital during the Civil War, to the Lincoln Memorial.

8. Perhaps no individual in American history did more to preserve the best traditions of our nation's capital than Jacqueline Kennedy.

9. My father played an instrumental role in the creation of President John F. Kennedy's Gravesite, which includes the Eternal Flame. Less than five years after President Kennedy's death, my father was laid to rest only steps away.

10. I have personal and aesthetic interests in the Kennedy Gravesites, the unobstructed view between the Lincoln Memorial and Kennedy Gravesites, and the view of the John F. Kennedy Eternal Flame from the Lincoln Memorial and Memorial Bridge.

11. For many of us, the approach to Arlington is where the experience begins. It is a processional. Everyone who has ever been there knows that the car goes quiet as you cross the Memorial Bridge from the District of Columbia.

12. This is where the tone is set. You cannot go to Arlington National Cemetery without being aware of the Lincoln Memorial, and you cannot be aware of the Lincoln Memorial without understanding the alignment and spatial relations between the major monuments and governmental buildings in the Nation's capital. In such an environment, the sacrifices made by

those who are buried in Arlington are physically and directly connected to the most important institution of our government.

13. Those who are buried at Arlington sacrificed their lives to defend the nation. Perhaps there is no greater example of this ethos than President Abraham Lincoln, who gave his life to preserve the Union.

14. When most families visit a gravesite, they can feel abandonment and loneliness, but in Arlington, there is strength, knowing that we are not suffering alone; instead, we do so in the company of thousands of other families, all of whom were inspired by Abraham Lincoln and perhaps the Kennedys as well.

15. To cut off Arlington National Cemetery from the Lincoln Memorial is like cutting off the service of our veterans who gave their lives from the very government that they intended to serve.

16. I am deeply concerned that the Arch that President Trump plans to build on Memorial Circle will destroy the intended effect and symbolic meaning of the Gravesites and the Eternal Flame. The architecture of the monument was intended by my aunt, Jacqueline Kennedy, to ensure a clear line-of-sight from the Memorial Bridge to the Eternal Flame and from the Gravesites to the Lincoln Memorial. I believe that the construction of the Arch will disrupt these sightlines.

17. I intend to continue visiting my family's Gravesites, the Lincoln Memorial, and the Memorial Bridge to honor their legacy, and for family memorials and remembrance events in the future, and to bring my children and grandchildren so that they, too, understand what these places mean. When I look at the vista from the Gravesites, I am comforted by the fact that President Kennedy loved that view. Standing near Arlington House only months before his

death, he remarked that he could stay there forever. I have always believed that these remembrances would remain a permanent part of the nation's capital, belonging not to my family alone but to every American.

18. As a member of the Kennedy family and given my role on the board of Joseph P. Kennedy Enterprises, I feel a particular responsibility to ensure that Americans and future generations can continue to appreciate the Gravesites as my parents, aunt, and uncle intended. My family has never regarded the Gravesites as ours alone. The Eternal Flame was lit for the nation, and every year millions of visitors, many born long after President Kennedy's death, come to Arlington to remember and to be inspired. The Kennedy legacy bridges generations: it connects those who heard President Kennedy ask what they could do for their country to the young Americans who encounter that call for the first time at his grave. In that sense, the Gravesites and the legacy they honors belong to everyone.

19. The Kennedys never wanted to be separate and apart from the rest of America. Quite the opposite: they wanted America to see our country at its best in the public service of the Kennedys.

20. I am also concerned that during the spring and summer months, the proposed Arch will cast a shadow over my family's Gravesites and the Eternal Flame. I believe this to be a disrespectful intrusion on a reverently designed and tended site and an insult to the legacy of my family and to the Americans who share in it. The shadow would fundamentally alter the experience of visiting the Gravesites. It will be difficult for me to recognize my parents', uncles', and aunt's service and sacrifice to this country without distraction.

21. If the Arch is built, I would never again be able to appreciate the Kennedy Gravesites and the Eternal Flame as I always have before, and as my family always intended. I

view the planned Arch to be a distraction from the symbolic relationship between my family's Gravesites, the Eternal Flame, Memorial Bridge, Arlington House, the Lincoln Memorial, and the graves of the thousands of others who have served our country. That loss would not be mine alone. It would be borne by every American, of every generation, who comes to Arlington to remember those who gave so much to this country.

22. To disregard the hopes of the Kennedys is to disregard the hopes of veterans and their families everywhere. We are linked to everyone buried there, and they are linked to us.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of November, 2026

/s/Christopher Kennedy
Christopher Kennedy