# Exhibit C

National Capital Planning Commission

**MEDIA RELEASE**

For Immediate Release
November 6, 2026

Stephen Staudigl
stephen@ncpc.gov

# NCPC Approves New Monumental Arch Final Site and Building Plans

**Washington, DC**—At its Thursday, November 5 meeting the National Capital Planning Commission (NCPC) approved final site and building plans submitted by the U.S. Department of the Interior (DOI) for a **New Monumental Arch**. The arch would be located in Memorial Circle on Columbia Island at the west terminus of Arlington Memorial Bridge in Washington, DC. The 250-foot-tall arch would be topped with gold statuary.

The Commission supported the project's purpose to celebrate America's Semiquincentennial and noted that the design will improve pedestrian and bicycle safety and circulation around Memorial Circle. Commissioners noted that the applicant provided justification for why the project is not required to comply with the Height of Buildings Act and that, in response to previous requests, provided final details regarding topics including site and building design, circulation, and lighting.

NCPC encouraged DOI to monitor and refine the proposed lighting plan after implementation to ensure a balance between required lighting and the project's setting and to continuously monitor construction activities noise level to minimize impacts to Arlington National Cemetery.

Commission actions and related materials are available online.

*The Chairman approved two items under authority delegated by the Commission.*

1. Transfer of Jurisdiction for a Portion of Reservation 357 - Whitehaven Parkway. (8821)
2. Transfer of Jurisdiction at Square 667-E - S.O. 24-00035, 2000 Half Street, SW. (8769)

*The Acting Executive Director approved seven items under authority delegated by the Commission.*

1. Preliminary and final building plans for the Wilbur Wright Federal Building Antenna Modifications, 600 Independence Avenue, SW. (8202)
2. Final building plans for the Department of Transportation Headquarters Permanent Antenna Installation, 1200 New Jersey Avenue, SE. (8820)
3. Final building plans for the Department of Agriculture South Building Antenna Replacement, 1300 Independence Avenue, SW. (8826)
4. Final site development plans for the Arland D. Williams Jr. Memorial Bridge Span Replacement, I-395 Northbound. (8634)
5. Final site development plans for the Beltsville Agricultural Research Center Water Tower Antenna Modification, 10300 Baltimore Avenue, Beltsville, Maryland. (8817)
6. Preliminary site development plans for the Fort Belvoir North Area Distribution Center Fleet and Tractor Trailer Parking, 7500 Geoint Drive, Springfield, Virginia. (8825)
7. Report to the Zoning Commission of the District of Columbia for the Text Amendment to Subtitle U - Drive Through Facilities for Existing Facilities as Special Exception. (ZC 25-16)

*The National Capital Planning Commission is the federal government's central planning agency in Washington, DC and surrounding counties of Maryland and Virginia. The Commission provides overall guidance for federal land and buildings in the region. It also reviews the design of federal projects and memorials, oversees long-range planning for future development, and monitors capital investment by federal agencies.*