# Exhibit F

# Homeland Security and Emergency Management Agency

**www.hsema.dc.gov**
**Telephone: 202-727-6161**

**Table BN0-1**

| Description | FY 2024 Actual | FY 2025 Actual | FY 2026 Approved | FY 2027 Approved | % Change from FY 2026 |
|---|---|---|---|---|---|
| OPERATING BUDGET | $143,448,890 | $101,917,227 | $197,927,629 | $101,022,414 | -49.0 |
| FTEs | 118.6 | 99.9 | 147.0 | 120.0 | -18.4 |
| CAPITAL BUDGET | $182,178 | $0 | $0 | $0 | N/A |
| FTEs | 0.0 | 0.0 | 0.0 | 0.0 | N/A |

The mission of the District of Columbia Homeland Security and Emergency Management Agency (HSEMA) is to ensure District agencies, businesses, and residents are prepared to prevent, protect against, respond to, mitigate, and recover from all threats and hazards.

## Summary of Services

HSEMA plans and prepares for emergencies; coordinates emergency response and recovery efforts; provides training and conducts exercises for emergency first responders, employees, and the public; provides emergency preparedness information to the public; and disseminates emergency information.

The agency's FY 2027 approved budget is presented in the following tables:

## FY 2027 Approved Gross Funds Operating Budget and FTEs, by Revenue Type

Table BN0-2 contains the approved FY 2027 budget and Full-Time Equivalents by revenue type compared to the FY 2026 approved budget. It also provides FY 2024 and FY 2025 actual data.

### Table BN0-2
### ($ in thousands)

| | Dollars in Thousands | | | | | | Full-Time Equivalents | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Appropriated Fund | Actual FY 2024 | Actual FY 2025 | Approved FY 2026 | Approved FY 2027 | Change from FY 2026 | % Change* | Actual FY 2024 | Actual FY 2025 | Approved FY 2026 | Approved FY 2027 | Change from FY 2026 | % Change |
| **GENERAL FUND** | | | | | | | | | | | | |
| LOCAL FUND | 6,184 | 10,414 | 6,162 | 10,750 | 4,588 | 74.5 | 27.8 | 30.6 | 32.5 | 65.5 | 33.0 | 101.5 |
| **TOTAL FOR GENERAL FUND** | **6,184** | **10,414** | **6,162** | **10,750** | **4,588** | **74.5** | **27.8** | **30.6** | **32.5** | **65.5** | **33.0** | **101.5** |
| **FEDERAL RESOURCES** | | | | | | | | | | | | |
| FEDERAL GRANT FUND - FPR | 137,256 | 91,503 | 191,766 | 90,273 | -101,493 | -52.9 | 90.8 | 69.3 | 114.5 | 54.5 | -60.0 | -52.4 |
| **TOTAL FOR FEDERAL RESOURCES** | **137,256** | **91,503** | **191,766** | **90,273** | **-101,493** | **-52.9** | **90.8** | **69.3** | **114.5** | **54.5** | **-60.0** | **-52.4** |
| **PRIVATE FUNDS** | | | | | | | | | | | | |
| PRIVATE DONATIONS -FPR | 9 | 1 | 0 | 0 | 0 | N/A | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | N/A |
| **TOTAL FOR PRIVATE FUNDS** | **9** | **1** | **0** | **0** | **0** | **N/A** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **N/A** |
| **GROSS FUNDS** | **143,449** | **101,917** | **197,928** | **101,022** | **-96,905** | **-49.0** | **118.6** | **99.9** | **147.0** | **120.0** | **-27.0** | **-18.4** |

* Percent change is based on whole dollars.

**Note:** If applicable, for a breakdown of each Grant (Federal and Private) and Special Purpose Revenue type, please refer to **Schedule 80 Agency Summary by Revenue Source** in the **FY 2027 Operating Appendices** located on the Office of the Chief Financial Officer's website.

## FY 2027 Approved Operating Budget, by Account Group

Table BN0-3 contains the approved FY 2027 budget at the Account Group level compared to the FY 2026 approved budget. It also provides FY 2024 and FY 2025 actual expenditures.

### Table BN0-3
### ($ in thousands)

| Account Group | Actual FY 2024 | Actual FY 2025 | Approved FY 2026 | Approved FY 2027 | Change from FY 2026 | % Change* |
|---|---|---|---|---|---|---|
| 701100C-CONTINUING FULL TIME | 6,794 | 5,536 | 8,451 | 7,175 | -1,276 | -15.1 |
| 701200C-CONTINUING FULL TIME - OTHERS | 7,075 | 7,940 | 8,305 | 6,820 | -1,486 | -17.9 |
| 701300C-ADDITIONAL GROSS PAY | 645 | 303 | 50 | 0 | -50 | -100.0 |
| 701400C-FRINGE BENEFITS - CURR PERSONNEL | 3,025 | 3,045 | 3,806 | 3,167 | -639 | -16.8 |
| 701500C-OVERTIME PAY | 512 | 406 | 50 | 238 | 188 | 376.0 |
| **SUBTOTAL PERSONNEL SERVICES (PS)** | **18,051** | **17,229** | **20,662** | **17,399** | **-3,263** | **-15.8** |
| 711100C-SUPPLIES & MATERIALS | 185 | 262 | 448 | 517 | 69 | 15.4 |
| 712100C-ENERGY COMM & BLDG RENTALS | 34 | 1,323 | 162 | 150 | -12 | -7.7 |

**Table BN0-3**
**($ in thousands)**

| Account Group | Actual FY 2024 | Actual FY 2025 | Approved FY 2026 | Approved FY 2027 | Change from FY 2026 | % Change* |
|---|---|---|---|---|---|---|
| 713100C-OTHER SERVICES & CHARGES | 1,577 | 1,943 | 7,643 | 4,700 | -2,943 | -38.5 |
| 713200C-CONTRACTUAL SERVICES - OTHER | 5,838 | 3,714 | 20,860 | 23,888 | 3,028 | 14.5 |
| 714100C-GOVERNMENT SUBSIDIES & GRANTS | 58,861 | 56,613 | 147,206 | 52,640 | -94,566 | -64.2 |
| 714120C-FUND TRANSFERS | 57,765 | 0 | 0 | 0 | 0 | N/A |
| 715100C-OTHER EXPENSES | 21 | 0 | 0 | 0 | 0 | N/A |
| 717100C-PURCHASES EQUIPMENT & MACHINERY | 1,118 | 1,538 | 947 | 1,728 | 782 | 82.6 |
| 719300C-INTERFUND TRANSFERS OUT | 0 | 19,295 | 0 | 0 | 0 | N/A |
| **SUBTOTAL NONPERSONNEL SERVICES (NPS)** | **125,398** | **84,688** | **177,266** | **83,623** | **-93,643** | **-52.8** |
| **GROSS FUNDS** | **143,449** | **101,917** | **197,928** | **101,022** | **-96,905** | **-49.0** |

* Percent change is based on whole dollars.

## FY 2027 Approved Operating Budget and FTEs, by Division/Program and Activity

Table BN0-4 contains the approved FY 2027 budget by division/program and activity compared to the FY 2026 approved budget. It also provides FY 2024 and FY 2025 actual data. For a more comprehensive explanation of divisions/programs and activities, please see the Division/Program Description section, which follows the table.

**Table BN0-4**
**($ in thousands)**

| | Dollars in Thousands | | | | | Full-Time Equivalents | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Division/Program and Activity | Actual FY 2024 | Actual FY 2025 | Approved FY 2026 | Approved FY 2027 | Change from FY 2026 | Actual FY 2024 | Actual FY 2025 | Approved FY 2026 | Approved FY 2027 | Change from FY 2026 |
| AFO003-AGENCY BUDGETING AND FINANCIAL MANAGEMENT SERVICES | 1,176 | 1,539 | 2,044 | 1,798 | -245 | 8.3 | 7.6 | 11.0 | 9.0 | -2.0 |
| AFO009-AUDIT ADJUSTMENTS | 305 | -7 | 0 | 0 | N/A | 0.0 | 0.0 | 0.0 | 0.0 | N/A |
| AFO011-P-CARD CLEARING | 7 | 0 | 0 | 0 | N/A | 0.0 | 0.0 | 0.0 | 0.0 | N/A |
| **AFO000-AGENCY FINANCIAL OPERATIONS** | **1,489** | **1,532** | **2,044** | **1,798** | **-245** | **8.3** | **7.6** | **11.0** | **9.0** | **-2.0** |
| AMP008-EEO AND DIVERSITY | 101 | 0 | 0 | 0 | N/A | 3.4 | 0.0 | 0.0 | 0.0 | N/A |
| AMP010-GRANTS ADMINISTRATION | 122,514 | 60,305 | 165,010 | 77,493 | -87,517 | 16.3 | 8.1 | 15.0 | 12.0 | -3.0 |
| AMP011-HUMAN RESOURCE SERVICES | 359 | 414 | 458 | 453 | -5 | 2.5 | 2.3 | 3.0 | 3.0 | 0.0 |
| AMP012-INFORMATION TECHNOLOGY SERVICES | 1,923 | 1,716 | 2,839 | 2,052 | -787 | 4.9 | 4.3 | 7.0 | 5.0 | -2.0 |
| AMP019-PROPERTY, ASSET, AND LOGISTICS MANAGEMENT | 1,242 | 1,327 | 2,500 | 73 | -2,427 | 0.0 | 0.0 | 0.0 | 0.0 | N/A |
| AMP030-EXECUTIVE ADMINISTRATION | 1,318 | 979 | 2,287 | 1,540 | -748 | 3.8 | 6.1 | 5.0 | 5.0 | 0.0 |
| **AMP000-AGENCY MANAGEMENT PROGRAM** | **127,457** | **64,741** | **173,094** | **81,611** | **-91,483** | **30.8** | **20.8** | **30.0** | **25.0** | **-5.0** |
| PRG001-NO PROGRAM | -7 | 19,294 | 0 | 0 | N/A | 0.0 | 0.0 | 0.0 | 0.0 | N/A |
| **PRG000-NO PROGRAM** | **-7** | **19,294** | **0** | **0** | **0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** |
| P00101-FACILITIES AND LOGISTICS - EMERGENCY RESPONSE | 1,619 | 1,389 | 1,747 | 1,344 | -403 | 6.2 | 3.7 | 8.0 | 7.0 | -1.0 |

**Table BN0-4**
**($ in thousands)**

| | Dollars in Thousands | | | | | Full-Time Equivalents | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Division/Program and Activity | Actual FY 2024 | Actual FY 2025 | Approved FY 2026 | Approved FY 2027 | Change from FY 2026 | Actual FY 2024 | Actual FY 2025 | Approved FY 2026 | Approved FY 2027 | Change from FY 2026 |
| P00103-INCIDENT COMMAND AND COORDINATIONS | 2,612 | 5,057 | 4,577 | 3,958 | -619 | 16.6 | 16.4 | 21.0 | 20.0 | -1.0 |
| P00104-INCIDENT COORDINATION AND SUPPORT | 931 | 895 | 2,231 | 571 | -1,660 | 9.1 | 4.4 | 10.0 | 3.0 | -7.0 |
| P00105-INTELLIGENCE ANALYSIS | 1,636 | 1,839 | 2,232 | 1,934 | -298 | 10.5 | 7.9 | 15.0 | 13.0 | -2.0 |
| P00106-INTELLIGENCE ANALYSIS - CYBER | 635 | 199 | 500 | 456 | -44 | 3.2 | 1.8 | 1.0 | 2.0 | 1.0 |
| P00107-OPERATIONS SUPPORT | 356 | 107 | 500 | 447 | -53 | 2.4 | 1.8 | 3.0 | 3.0 | 0.0 |
| P00110-SPECIAL EVENTS | 646 | 584 | 904 | 884 | -20 | 2.5 | 3.6 | 3.0 | 3.0 | 0.0 |
| P00111-STATE-WIDE OPERABILITY COORDINATION | 534 | 84 | 133 | 422 | 289 | 1.6 | 2.8 | 0.0 | 2.0 | 2.0 |
| P00113-DISTRICT PREPAREDNESS | 1,304 | 1,779 | 2,887 | 2,072 | -816 | 7.3 | 10.0 | 10.0 | 9.0 | -1.0 |
| P00115-DISTRICT LOGISTICS COORDINATION | 0 | 0 | 0 | 0 | N/A | 8.7 | 0.0 | 0.0 | 0.0 | N/A |
| P00116-SAFETY AND SECURITY | 149 | 606 | 701 | 442 | -259 | 2.1 | 0.0 | 4.0 | 3.0 | -1.0 |
| **PS0001-PUBLIC SAFETY** | **10,420** | **12,539** | **16,413** | **12,529** | **-3,884** | **70.1** | **52.4** | **75.0** | **65.0** | **-10.0** |
| P00201-COMMUNITY OUTREACH AND ENGAGEMENT | 1,164 | 1,016 | 1,543 | 2,703 | 1,159 | 6.1 | 3.8 | 7.0 | 10.0 | 3.0 |
| P00203-LOCAL PLANNING | 616 | 1 | 145 | 0 | -145 | 0.0 | 0.0 | 0.0 | 0.0 | N/A |
| P00204-LOCAL TRAINING | 997 | 1 | 378 | 0 | -378 | 0.8 | 6.1 | 0.0 | 0.0 | N/A |
| P00207-REGIONAL PLANNING | -9 | 0 | 0 | 0 | N/A | 0.0 | 0.0 | 0.0 | 0.0 | N/A |
| P00209-STRATEGIC PARTNERSHIPS | 1,323 | 2,794 | 4,310 | 2,381 | -1,929 | 2.4 | 9.1 | 24.0 | 11.0 | -13.0 |
| **PS0002-RESILIENCE AND EMERGENCY PREPAREDNESS** | **4,090** | **3,812** | **6,377** | **5,084** | **-1,293** | **9.3** | **19.0** | **31.0** | **21.0** | **-10.0** |
| **TOTAL APPROVED OPERATING BUDGET** | **143,449** | **101,917** | **197,928** | **101,022** | **-96,905** | **118.6** | **99.9** | **147.0** | **120.0** | **-27.0** |

(Change is calculated by whole numbers and numbers may not add up due to rounding)

**Note:** For more detailed information regarding the approved funding for the activities within this agency's programs, please see **Schedule 30-PBB Program Summary by Activity.** For detailed information on this agency's Cost Center structure as reflected in the District's Chart of Accounts, please see **Schedule 30-CC FY 2027 Approved Operating Budget and FTEs, by Division/Office.** Both schedules can be found in the **FY 2027 Operating Appendices**, located on the Office of the Chief Financial Officer's website. Additional information on this agency's interagency agreements can be found in **Appendix H** in the **Executive Summary, Volume 1**.

## Division Description

The Homeland Security and Emergency Management Agency operates through the following 4 divisions:

**Public Safety** – responsible for convening and coordinating essential municipal services in support of special events to ensure events occurring on public space in the District of Columbia are conducted in a manner that protects public health and safety.

This division contains the following 10 activities:

- **Facilities and Logistics/Emergency Response** – manages HSEMA's building and personnel security, access to Agency facilities, HSEMA's vehicle fleet, and the Agency's warehouse. Develops, implements, and improves the District's logistical and resource tracking plans to improve response and recovery operations during an emergency.
- **Incident Command and Coordination** – the main operational and control center for consequence management during emergencies, disasters, major special events, and national security events in the District;

- **Incident Coordination and Support** – develops EOC and ICS-related doctrine designs, develops, and delivers trainings and exercises; provides technical assistance to partner departments/agencies; administers EOC activations; and provides deployable on-scene incident coordination and support;
- **Intelligence Analysis** – involves the core fusion center work performed by staff who perform intelligence analysis roles, including the gathering, analysis, sharing, and production of intelligence;
- **Intelligence Analysis/Cyber** – involves the core fusion center work performed by staff who perform intelligence analysis, including cybersecurity intelligence role;
- **Operations Support** – provides supervisory and administrative oversight of the agency's steady-state and emergency operations activities;
- **Special Events** – provides a portfolio of services in support of the interagency planning and coordination of special events;
- **State-Wide Operability Coordination** – supports the Statewide Interoperability Coordinator, a federally required position that is point of integration for interoperable communications programs and capabilities throughout the District. The position produces the maintains the Statewide Communications Interoperability Plan and chairs the District's Interoperable Communications Committee meetings;
- **District Preparedness** – manages emergency activities through the development and sustainment of capability throughout the District to prevent, protect against, respond to, and recover from all threats and hazards that impact the District; and
- **Safety and Security** – the Safety and Security Bureau utilizes education, communication, and safe work practices to develop and promote a healthy, safe, and secure work environment. This includes coordinating and implementing key safety requirements to align with DC Office of Risk Management and Occupational Safety and Health Administration. As well as, developing plans to execute operations security, information security, physical security, intelligence oversight and personnel security programs.

**Resilience & Emergency Preparedness** – is responsible for coordinating the District's response to emergencies and disasters within the District by proving tactical and strategic intelligence analysis and comprehensive planning, training, exercise, and disaster response and recovery support to District decision makers to promote resiliency in government agencies, critical infrastructure, and local communities.

This division contains the following 4 activities:

- **Community Outreach & Engagement** – provides public awareness of emergency preparedness information to District residents, businesses, and visitors through a wide array of community opportunities.
- **Local Planning** – coordinates the development and sustainment of capability and capacity throughout the District's emergency management program. Develops planning tools to prevent, protect against, respond to, and cover from all threats and hazards that may impact the district;
- **Local Training** – develop and conduct training and exercises to prevent, protect against, respond to, and recover from all threats and hazards that may impact the District; and
- **Strategic Partnerships** – enhance partnerships between local district, state government, and external partners to support the District's effort to prevent, protect against, respond to, and recover from all threats and hazards that may impact the District.

**Agency Financial Operations** – provides comprehensive and efficient financial management services to, and on behalf of, District agencies so that the financial integrity of the District of Columbia is maintained. This program/division is standard for all agencies using performance-based budgeting.

**Agency Management** – provides for administrative support and the required tools to achieve operational and programmatic results. This program/division is standard to all agencies using performance-based budgeting.

## Division Structure Change

The Homeland Security and Emergency Management Agency has no division structure changes in the FY 2027 approved budget.

## FY 2026 Approved Budget to FY 2027 Approved Budget, by Revenue Type

Table BN0-5 itemizes the changes by revenue type between the FY 2026 approved budget and the FY 2027 approved budget. For a more comprehensive explanation of changes, please see the FY 2027 Approved Budget Changes section, which follows the table.

### Table BN0-5
### ($ in thousands)

| DESCRIPTION | DIVISION/PROGRAM | BUDGET | FTE |
|---|---|---|---|
| **LOCAL FUND: FY 2026 Approved Budget and FTE** | | **6,162** | **32.5** |
| Removal of One-Time | MULTIPLE PROGRAMS | -3 | 0.0 |
| **LOCAL FUND: FY 2027 Recurring Budget** | | **6,158** | **32.5** |
| Increase: To align personnel services and fringe benefits with projected costs | MULTIPLE PROGRAMS | 24 | 0.0 |
| Decrease: To realize savings in nonpersonnel services | MULTIPLE PROGRAMS | -24 | 0.0 |
| Enhance: To support personnel service cost (one-time) | MULTIPLE PROGRAMS | 4,700 | 33.0 |
| **LOCAL FUND: FY 2027 Mayor's Proposed Budget** | | **10,858** | **65.5** |
| Reduce: To align the budget with estimated costs | MULTIPLE PROGRAMS | -109 | 0.0 |
| **LOCAL FUND: FY 2027 District's Approved Budget** | | **10,750** | **65.5** |
| **FEDERAL GRANT FUND - FPR: FY 2026 Approved Budget and FTE** | | **191,766** | **114.5** |
| Decrease: To align the budget with projected grant awards | MULTIPLE PROGRAMS | -101,543 | -61.0 |
| Enhance: To align personnel services and fringe benefits with projected costs | AGENCY FINANCIAL OPERATIONS | 159 | 1.0 |
| **FEDERAL GRANT FUND - FPR: FY 2027 Mayor's Proposed Budget** | | **90,382** | **54.5** |
| Reduce: To align the budget with estimated costs | MULTIPLE PROGRAMS | -109 | 0.0 |
| **FEDERAL GRANT FUND - FPR: FY 2027 District's Approved Budget** | | **90,273** | **54.5** |
| **GROSS FOR BN0-HOMELAND SECURITY AND EMERGENCY MANAGEMENT AGENCY (BN0)** | | **101,022** | **120.0** |

(Change is calculated by whole numbers and numbers may not add up due to rounding)

**Note:** For more detailed information regarding the approved funding for interagency projects funded within this agency, please see **Appendix H, FY 2027 Interagency Budgets,** in the **Executive Summary, Volume 1** located on the OCFO's website.

## FY 2027 Approved Operating Budget Changes

Table BN0-6 contains the approved FY 2027 budget by fund compared to the approved FY 2026 budget.

### Table BN0-6

| Appropriated Fund | FY 2026 Approved | FY 2027 Approved | % Change from FY 2026 |
|---|---|---|---|
| LOCAL FUND | $6,161,526 | $10,749,565 | 74.5 |
| FEDERAL GRANT FUND - FPR | $191,766,103 | $90,272,849 | -52.9 |
| **GROSS FUNDS** | **$197,927,629** | **$101,022,414** | **-49.0** |

## Mayor’s Proposed Budget

**Increase:** The Homeland Security and Emergency Management Agency’s (HSEMA) proposed Local funds budget includes an increase of $24,007 across multiple divisions to align the budget with projected personnel services costs.

**Decrease:** The Local funds budget proposal reflects a net decrease of $24,007 across multiple programs to realize savings in nonpersonnel services costs, primarily in contractual services.

In the Federal Grant funds, the proposed budget includes a net reduction of $101,543,309 and 61.0 Full-Time Equivalents (FTEs) across multiple divisions. This adjustment is comprised of $8,145,340 in personnel services costs and 61.0 FTEs; and $93,397,969 in nonpersonnel services costs with projected grant awards from the U.S. Department of Homeland Security.

**Enhance:** HSEMA’s proposed Local funds budget includes a $4,700,000 increase and 33.0 FTEs across multiple divisions to backfill critical functions previously funded by a U.S. Department of Homeland Security grant shifted to local funds. Although introduced as a one-time adjustment, the funding recurs in future years and is reflected as such in the proposed financial plan.

In the Federal Grants funds, the proposed budget includes an increase of $158,710 and 1.0 FTE in the Agency Financial Operations division to align the budget with projected personnel services costs.

## District's Approved Budget

**Reduce:** HSEMA’s approved Local funds budget reflects a reduction of $108,656 across multiple divisions to align the budget with estimated cost.

In the Federal Grants funds, the approved budget includes a matching reduction of $108,656 to meet the federal requirement of the Local funds reduction across multiple divisions to align the budget with estimated cost.

## FY 2027 Approved Full-Time Equivalents (FTEs)

Table BN0-7 contains a summary of the FY 2027 approved budgeted Full-Time Equivalents (FTEs).

### Table BN0-7

| | |
|---|---|
| **Total FY 2027 Approved Budgeted FTEs** | **120.0** |
| **Less: Interagency FTEs budgeted in this agency but employed by other agencies:** | |
| UC0-OFFICE OF UNIFIED COMMUNICATIONS | (1.0) |
| **Total Interagency FTEs budgeted in this agency, employed by other agencies** | **(1.0)** |
| **Total FTEs employed by this agency** | **119.0** |

**Note:** Table BN0-7 displays the impact of the buyer agencies budgets funding the seller agencies FTEs in the FY 2027 budget, compared to how FTEs were budgeted in FY 2026.

-It starts with the FY 2027 budgeted FTE figure, 120.0 FTEs.

-It subtracts 1.0 FTEs budgeted in BN0 in FY 2027 who are employed by another agency.

-It adds 0.0 FTEs budgeted in other agencies in FY 2027 who are employed by BN0.

-It ends with 119.0 FTEs, the number of FTEs employed by BN0, which is the FTE figure comparable to the FY 2026 budget.