# EXHIBIT H

STANDARD FORM NO. 64

# Office Memorandum • UNITED STATES GOVERNMENT

TO : Mr. Thompson DATE: November 17, 1948

FROM : Mr. Clark

SUBJECT: Estimate of cost for hauling and mounting bronze equestrian groups, Arlington Memorial Bridge.

Because of their size, 18' x 18' x 9', water transportation to some local site seems to offer the best possibilities. By rail is out of the question and to haul them by trailer from Baltimore, the nearest port, is prevented by Maryland's highway restrictions on any width or height in excess of 15'. Virginia no doubt has similar restrictions, should Norfolk be the port.

By water from Baltimore, assuming the barge is placed along side of ship and loaded by ship's crew, to Washington dock site:

| | |
|---|---|
| Tug - 5 days @ $300.00 per day (2 way trip) | $1,500.00 |
| Barge - 5 days @ $200.00 per day (2 way trip) | 1,000.00 |

I have assumed dock site for estimating purposes as the C & O Canal Mole though other dock sites are available. To unload from barge and place on trailer estimating that it will require one day to unload one group and haul to bridge site plus one and one half days for mounting by an additional crane at the bridge or two and one half days per group from barge to bridge pylon - in all ten days:

| | |
|---|---|
| Two cranes - 10 days @ $125.00 each per day | 2,500.00 |
| Trailer - 10 days @ $100.00 per day | 1,000.00 |
| Insurance - Towing and hauling which cost contractor will add to above rental rates to cover shipment estimated not to exceed | 2,000.00 |
| | $8,000.00 |

Unforseen delays - storms etc. - would seem to make $10,000.00 a safe figure.

George H. Clark,
Chief, Construction and Repair Division.

Mr. James R. Brooks - E.C.A.
Chief Local Currency Branch
Room 909 - 800 Connecticut

## ESTIMATES FOR CASTING OF EQUESTRIAN STATUES

Location: Arlington Memorial Bridge Plaza
Sculptor: James E. Fraser
Title: "The Arts of Peace"
Group #1 "Harvest - Music"
Group #2 "Literature - Aspiration"

1/20/41 - Gorham Co. withdrew offer of $41,319 each made previously.
12/4/46 - Gorham Co. refused to offer bid.
12/11/46 - Roman Bronze Co. advised they are out of business.
12/19/46 - Capitol Products Co. estimates $75,000 each, or $300,000 for all four groups.
3/18/47 - Rodier estimates $125,000 each, or $500,000 for all four groups, f.o.b. Paris.
*7/11/47 - Capitol Products, Inc., estimates $53,000 each, or $212,000 for all four groups, 9 months work for each group.
3/8/47 - Bedi-Rossy estimates $57,200 each, or $228,800 for all four groups; indefinite delivery date.

Location: Arlington Memorial Bridge Approach
Sculptor: Leo Friedlander
Title: "The Arts of War"
Group #1 "Valor"
Group #2 "Sacrifice"

12/11/46 - Roman Bronze Co. advised they are out of business.
* 1/27/47 - Capitol Products Co. estimates $70,000 each, or $280,000 for all four groups; 10 months to cast each group.
1/30/47 - Gorham Co. made no estimate but would consider casting on "cost-plus" basis with escalator clause.

* Of the above firms, the Capitol Products Co. is the only foundry in the United States considered by the sculptors to be acceptable to perform the casting of their work in bronze. In 1947 they were in potential position to perform casting but estimated that the time required to complete the four groups would be 3 to 3½ years.

## EQUESTRIAN GROUPS

*In a phone Conversation with Mr Friedlander 11/23/48 – Mr. Friedlander stated the Foundries estimates his groups would weigh not more than 4 tons each. H.T.T. 11/23/48*

Names

Fraser's Groups - Parkway Approach
"Aspiration" and "Literature" (1 statue)
"Music" and "Harvest" (1 statue)
Friedlanders Groups - Arlington Memorial Bridge
"Sacrifice" 1 statue
"Valor" 1 statue

Photographs - Available - attached

Joint diagram of plaster models
Valor 2A5-30 )
Valor 2A5-31 )
Sacrifice 2A5-32 ) Available attached
Sacrifice 2A5-33 )
No others available

No. of pieces
Valor 25 pieces
Sacrifice 34 pieces
Other 2 statues - not available. *25 each group of Frasers,*

Bronze Castings

Fraser 80% Copper, 3% Tin; 16% Zinc; 1% Lead. – *This Composition preferred – subject to revision depending on availability of materials*
Friedlander 85% Copper; 5% Tin; 8% Zinc; 2% Lead.
Thickness - Minimum of 1/4 inch.
Weight - Fraser approximately ~~10,000 #~~ *5 tons* ~~for~~ each statue
Friedlander " " " " "

Amount of Material Needed *8 tons*

| | *New York.* | Fraser's Groups | | Friedlanders Group | Total |
|---|---|---|---|---|---|
| *Tonk:* → Weight of 2 Statues | | 40,000 # | | 40,000 # | 80,000 # |
| Copper | 80% – *23½ ¢ #* | 32,000 | 85% | 34,000 | 66,000 |
| Tin | 3% – *1.03¢ #* | 1,200 | 5% | 2,000 | 3,200 |
| Zinc | 16% – *18.4 ¢* | 6,400 | 8% | 3,200 | 9,600 |
| Lead | 1% – *21.7# ¢* | 400 | 2% | 800 | 1,200 |

*10.600*

Height Fraser 17'
Friedlander 18'
*Base* ~~Depth~~ *Length* 18'
*Base* Width 9'
Type of Sand "French Sand" process *preferred. other material could be used with satisfactory approval.*

Clearance on the tin element
Dept. of Commerce Order M-43
Allows 3 1/2% Tin.

National Capital Parks Files. November 24, 1948.

Assistant Superintendent.

Equestrian Statues - Arlington Memorial Bridge.

Miss Meyer, extension 3773, specialist in metals in the Bureau of Mines, quoted the following prices for metals to be used in the statues. The prices are for pig metal, fob New York.

| | | |
|---|---|---|
| Copper ................ | $ .235 | per pound |
| Tin .................. | 1.03 | " " |
| Zinc ................. | .185 | " " |
| Lead ................. | .217 | " " |

A further call to Mr. F. M. Darr, Chief of the Traffic Division, U. S. Maritime Commission, Code 178, extension 81, furnished the following tentative freight rates between New York and France and between New York and Italy, which might be used in determining the approximate cost of transporting the metals to European countries and the cost of shipping the plaster models to the foundries:

Pig Metal to French Port:

| | | |
|---|---|---|
| Copper ............... | $11.50 | per ton |
| Lead ................. | 11.25 | " " |
| Tin .................. | 24.25 | " " |
| Zinc ................. | 11.25 | " " |

Pig Metal to Italian Port:

| | | |
|---|---|---|
| Copper ............... | $18.00 | per ton |
| Lead ................. | 18.00 | per ton |
| Tin .................. | 37.50 | " " |
| Zinc ................. | 18.00 | " " |

Tentative Cost of Shipping Plaster Models to French or Italian Port................. $ 1.00 per cubic foot

During our conversation, Mr. Darr suggested that it would be much more economical to ship the cast metal pieces of the statues, than to ship the statues assembled due to their increased value as works of art would call for a much higher value in freight rates on their return voyage. In this connection, he furnished the following tentative estimate for shipping the statues unassembled to the United States from either a French of Italian Port:

In pieces 1000 lbs. or under ....... $70.00 per ton
add 1-3/4% advalorum.

htt/kbj
cc - Mr. Horne

Harry T. Thompson,
Assistant Superintendent.

March 31, 1949.

## Arlington Memorial Bridge Project

## EQUESTRIAN STATUES

**Estimated Costs**
incidental to casting in a foreign country
that may be paid from the
approximate $86,000.00 balance.

| Item | | (11/30/48 Estimates) | | |
|---|---|---|---|---|
| 1. Crating of plaster Models | — 17.000 | (6,000) | 12.000 → | $ 8,000. |
| | | | {3.000 → Insurance / 4.000 → Uncrating} | |
| 2. Shipping of plaster Models | 1,056.77 | (10,000) | 10.000 → | 10,000. |
| 3. Cost of Metals | 0 | (20,000) | | 22,000. |
| 4. Shipping of Metals | 0 | (1,000) | | 1,000. |
| 5. Shipping of castings unassembled | 0 | (3,000) | 5.000 | 5,000. |
| 6. Brazing and Finishing | 0 | (12,000) | | 12,000. |
| 7. Erection of Statues | 20.645.54 | (8,000) | 10.000 | 8,000. |
| 8. Sculptors Fees | 30.000.00 | (15,000) | 10.000 | → 15,000. |
| 9. Contingencies | out of | (10,000) | 5.000 | 5,000. |
| 10. ARCHITECTS, | 3.000 | | | |
| | | (85,000) | | $ 86,000. |
| 11. CARVING – | ? | | | |
| 12. ADMINIST. | | | | |

STATUS OF APPROPRIATION 14X1012, ARLINGTON MEMORIAL BRIDGE, NPS as of July 31, 1950

| | | | |
|---|---|---|---|
| Balance September 30, 1949 | | | $86,424.98 |
| **Expenditures** | | | |
| Misc. travel within US by Messrs. Thompson, Knox, Smith, Thomas, Reynolds, Robinson & Rowe | $823.65 | | |
| European travel, Mr. Thompson | 1,295.13 | | |
| " " " Reynolds | 589.99 | 1,885.12 | |
| Mr. Fraser's contract | | | |
| Services | 5,625.00 | | |
| Travel | 1,059.67 | | |
| Miniazolli (Incl. travel & OH) | 1,420.74 | 8.105.41 | |
| Mr. Friedlander's contract | | | |
| Services | 10,750.00 | 5,375 - Perdiem, 938.63 - Ex, 6,313.63 | |
| Travel | 1,790.13 | 12.54013 | |
| Manhattan Storage | 16,903.11 | | |
| U. S. Army (Stevedoring) | 1,056.77 | | |
| Telephone & telegraph | 201.10 | | |
| Misc. duplicating services | 26.02 | | |
| Silhouettes | 587.01 | | |
| McKim Meade & White | 100.00 | | |
| Total expenditures | | | 42,228.32 |
| Unexpended balance July 31, 1950 | | | $44,196.66 |

ADMINISTRATIVE - 3.000.00 TRAVEL-ETC.
ARCHITECTS - 3.000.00 MC.KIM.MEAD-WHITE
TRANSPORTATION 1.000.00 U.S.ARMY-STEVEDORE
ERECTION - 10.000.00 Clark Estimate.
CARVING - 17.000.00
DEDICATION.
SCULPTORS-SERVICE 2700

Standard Fo[illegible] (Approved by President June 15, 1923 [re]vised October 28, 1947)

Type size: 6 point, 22 picas

Use in preparing schedules of obligations accompanying estimates for lump-sum appropriations

U. S. GOVERNMENT PRINTING OFFICE 16—35804-3

Appropriation title: Arlington Memorial Bridge, Na[tion]al Park Service (14X1012)
(C. 130 C. & l. c. flush)

| | Actual, 1949 | Estimate, 1950 | Estimate, 1951 |
|---|---|---|---|
| **FUNDS AVAILABLE FOR OBLIGATION** | | | |
| Prior year balance available: | | | |
| Appropriated funds | 43,684 | 86,571 | .......... |
| Total available for obligation | 43,684 | 86,571 | .......... |
| Balance available in subsequent year | 43,571 | .......... | .......... |
| Total obligations | 113 | 86,571 | .......... |
| Obligations by objects | | | |
| 02 Travel | 97 | 6,000 | .......... |
| 03 Transportation of things | .......... | 17,000 | .......... |
| 04 Communications | 13 | 1,000 | .......... |
| 07 Other contractual services | 3 | 62,571 | .......... |
| Total obligations | 113 | 86,571 | .......... |
| (Mono cast: 21.4) | (Mono cast: 7.9) | (Mono cast: 7.9) | (Mono cast: 7) |

# ARLINGTON MEMORIAL BRIDGE EQUESTRIAN GROUPS

Final completion of the equestrian sculptural groups for the Arlington Memorial Bridge Plaza, Washington, D. C., the design for which was approved in 1931, has been made possible as the result of the offer of the Italian Government to cast the groups in bronze in Italy and present them to the United States as a gesture of good will and as a token of the gratitude of the people of Italy to the American people.

The offer, made in a communication to the Secretary of State by the Charge d'Affaires of the Italian Embassy in Washington, has been accepted.

The equestrian groups are the works of the American sculptors, Leo Friedlander of White Plains, New York, and James E. Fraser of Westport, Conn. The designs for the heroic statues, symbolizing Peace and the Arts of Peace, and War and the Arts of War, will be placed at the eastern and western ends of the Arlington Memorial Bridge. They were approved by the Commission of Fine Arts in 1931, but work was suspended during the depression as an economy measure. The sculptors were authorized to proceed in 1936, completing the models in 1938. Greatly increased costs then prevented their carving in granite as originally planned and in 1941, the Fine Arts Commission approved the substitution of bronze for granite. Then came the war and bronze became a critical war metal unavailable for sculpture. When the war ended and the metal again became available, government authorities found the increased cost of bronze greater than the funds available.

In September 1948 the National Park Service, which is in direct charge of the Arlington Memorial Bridge, sought the assistance of the Economic Cooperation Administration to find a solution to the problem. The offer of the Italian Government to cast the statues and present them to the United States as a gift of the Italian people is the result.

The huge statues, which are 19 feet in height, will be placed upon pedestals already constructed and in readiness for them at the Arlington Memorial Bridge Plaza. Approximately 80,000 pounds of bronze will be required to cast the four groups. It has been estimated that the cost of casting the statues in the United States would be approximately $300,000.00.

The balance of the funds available for this project will be required to cover the crating and shipping of the models to Italy; professional fee and travel expenses for the sculptors and government representatives to supervise and inspect the casting; shipment of bronze groups from Italy to the United States, and the erection and finishing of the groups at the Memorial Bridge Plaza.

Budget estimate for fiscal year 1950 for unexpended balance remaining in Arlington Memorial Bridge fund.

| | | | |
|---|---|---|---|
| Contractual Services: | | | |
| | Crating of plaster models | 12,000 | |
| | Brazing and Finishing | 12,000 | |
| | Erection of statues | 8,000 | |
| | Sculptors Fees | 30,000 | |
| | | | 62,000 |
| Transportation: | | | |
| | Shipping of plaster models | 12,000 | |
| | Shipping of castings unassembled | 5,000 | |
| | | | 17,000 |
| Travel: | | | 6,000 |
| Communications | | | 1,000 |
| | | | 86,000 |

14X1012 Arlington Memorial Bridge,
National Park Service

| | |
|---|---|
| Unobligated balance as of January 10, 1951 | $38,957.72 |

The only unpaid obligation in the account is one for $2,000.00 covering the estimated costs for Mr. Minazzoli through December 31, 1950.

No new obligations have been reserved for Mr. Fraser and Mr. Friedlander under their contracts for the calendar year 1951. Any charges under these two contract for services in 1951 will have to come out of the above balance.

The maximum which can be expended under the contracts is $7,500.00 each for services plus travel and miscellaneous expenses.

Floyd Huff.

144 Stars – 4,752.00
Bal. Feb. 9. $34,205.72

Tentative
McKim Mead & White $4,000
Entrance 15,000