**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | Civil Action No. 26-cv-544 (TSC) |
| DISTRICT OF COLUMBIA and COMMONWEALTH OF VIRGINIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL PARK SERVICE, *et al.*<br><br>*Defendants*. | Civil Action No. 26-cv-3838 (TSC) |

**MOTION FOR LEAVE TO FILE REPLY**

On November 18, 2026, Defendants filed a Combined Opposition to Kennedy Motions to Intervene and to Join and Supplement Motions for Preliminary Injunction. *See* ECF No. 131 ("Opposition"). Proposed Intervenors respectfully request leave to file the attached brief reply in response to that Opposition. Plaintiffs do not oppose this motion. Proposed Intervenors notified Defendants of this motion and Defendants did not provide a position.

Proposed Intervenors are cognizant that the Court's Order extending the Temporary Restraining Order for 14 days noted that briefing closed on November 18, 2026. ECF No. 132 at 4. To avoid further burdening the Court while also responding to points Defendants raised for the

first time in their Opposition, Proposed Intervenors have limited their proposed reply to only two points that may aid the Court in ruling on the pending motions. Proposed Intervenors respectfully request that the Court permit filing of this short reply for that purpose.

Dated: November 19, 2026

Respectfully submitted,

*/s/ Norman L. Eisen*

Norman L. Eisen (D.C. # 435051)
Stephen A. Jonas (D.C. # 90037069)
Joshua G. Kolb (# NY0628)
Brian C. Ward (D.C. # 90046907)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
norman@democracydefenders.org
steve@democracydefenders.org
joshua@democracydefenders.org
brian@democracydefenders.org

*Counsel for Proposed Intervenors*