**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | Civil Action No. 26-cv-544 (TSC) |
| DISTRICT OF COLUMBIA and COMMONWEALTH OF VIRGINIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL PARK SERVICE, *et al.*<br><br>*Defendants*. | Civil Action No. 26-cv-3838 (TSC) |

**PROPOSED INTERVENORS' REPLY**
**TO DEFENDANTS' COMBINED OPPOSITION**

Proposed Intervenors submit this reply to address two points Defendants raise in their Combined Opposition to Kennedy Motions to Intervene and to Join and Supplement Motions for Preliminary Injunction. *See* ECF No. 131 ("Opposition").

*First*, Defendants incorrectly assert that Proposed Intervenors have not indicated that they will visit the Kennedy Gravesites in the future during times when the Arch overshadows the Gravesites because the "declarations say nothing about early morning visits." Opposition at 3; *see also id*. at 10-11, 13. But the declarations describe regular visits to the Kennedy Gravesites. ECF No. 124-1, Rory Kennedy Decl. ¶¶ 6, 8, 10; ECF No. 124-2, Kerry Kennedy Decl. ¶¶ 9, 11; ECF No. 124-3, Christopher Kennedy Decl. ¶¶ 17, 20; ECF No. 124-4, Maxwell Kennedy Decl. ¶¶ 6, 9-10, 12. And, as Defendants acknowledge (Opposition at 13), Proposed Intervenors' complaint clearly alleges that "Plaintiffs and their relatives often visit the Gravesites early in the morning, before Arlington National Cemetery officially opens, in order to maintain privacy while honoring their family." Compl. ¶ 84, ECF No. 9-1, *District of Columbia v. Nat'l Park Service,* 1:26-cv-03838-TSC (D.D.C. Nov. 10, 2026); *see also id*. ¶ 79 ("Plaintiffs regularly visit and intend to continue visiting the Gravesites, the Lincoln Memorial, and the Memorial Bridge"). The Court can accept these allegations at this early stage in the case. *See Citizens for Resp. & Ethics in Washington v. U.S. Dep't of Just*., 826 F. Supp. 3d 73, 79 (D.D.C. 2026) (accepting complaint's "undisputed and unrebutted" allegations in granting preliminary injunction).

*Second*, Defendants incorrectly argue that Proposed Intervenors' "alleged injuries are all based on the effects of a completed Arch on the Kennedy gravesites; they allege no injuries that can be traced to the early stages of construction." Opposition at 13. Defendants make this assertion by focusing on Proposed Intervenors' arguments with respect to shadows from the Arch and largely ignoring the additional arguments Proposed Intervenors raise with respect to disruption to

sightlines between the John F. Kennedy Gravesite and the Lincoln Memorial. *See, e.g.*, Compl. ¶¶ 1, 3, 12-20, 37, ECF No. 9-1; ECF No. 124-1, Rory Kennedy Decl. ¶¶ 7-8; ECF No. 124-2, Kerry Kennedy Decl. ¶¶ 5, 12; ECF No. 124-3, Christopher Kennedy Decl. ¶¶ 10-12, 16; ECF No. 124-4, Maxwell Kennedy Decl. ¶¶ 7, 10. Defendants argue that Proposed Intervenors' harms are identical to the existing Plaintiffs (Opposition at 1, 5, 11-2), but they do not address how the Arch will directly interfere with sightlines from the Lincoln Memorial and Memorial Bridge to the John F. Kennedy Eternal Flame. As Proposed Intervenors explained, the John F. Kennedy Gravesite was designed to ensure that the Flame remain visible across that vista. *See, e.g.*, ECF No. 124-1, Rory Kennedy Decl. ¶ 7. Proposed Intervenors are uniquely situated to raise these harms. And while these harms certainly will increase as the Arch rises and eventually overshadows the Gravesite, Proposed Intervenors also noted that their "future visits will be negatively impacted by a construction site that will fundamentally disrupt views between the Kennedy Gravesites and the Lincoln Memorial." ECF No. 124 at 4. That injury is both imminent and it will occur at all hours of the day, further undermining Defendants' arguments with respect to early morning visits.

Dated: November 19, 2026

Respectfully submitted,

*<u>/s/ Norman L. Eisen</u>*
Norman L. Eisen (D.C. # 435051)
Stephen A. Jonas (D.C. # 90037069)
Joshua G. Kolb (# NY0628)
Brian C. Ward (D.C. # 90046907)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
norman@democracydefenders.org
steve@democracydefenders.org
joshua@democracydefenders.org
brian@democracydefenders.org

*Counsel for Proposed Intervenors*