**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL LEMMON, et al.<br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.<br>Defendants. | No. 1:26-cv-544 |

## NOTICE OF WITHDRAWAL

On October 29, 2026, this Court approved a motion for leave to file an amicus brief on behalf of several veterans' organizations. The Vietnam Veterans of America agreed to join and file that brief (Doc.93) and the accompanying motion for leave (Doc.72). Upon further deliberation, the Vietnam Veterans of America would now like to withdraw from the amicus brief. This withdrawal does not apply to the remaining veterans' organizations that joined the brief, including the Korean War Veterans Association, Chosin Few, Military Order of the Purple Heart, National Vet Court Alliance, and Veterans for America First.

Dated: November 25, 2026

Respectfully submitted,

*/s/ Cameron T. Norris*
Cameron T. Norris
(D.D.C. No. VA083)
Ryan M. Proctor
(D.C. Bar No. 1659619)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
ryan@consovoymccarthy.com

*Attorneys for VVA*

*Application to D.D.C. bar pending